| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): BENBROOK LAW GROUP, PC<br>Bradley A. Benbrook, SBN 177786<br>Stephen M. Duvernay, SBN 250957<br>400 Capitol Mall, Suite 1610<br>Sacramento, CA 95814 | | | REFERENCE NUMBER: | FOR COURT USE ONLY |
|---|---|---|---|---|
| COURT NAME AND ADDRESS: UNITED STATE DISTRICT COURT<br>Eastern District of California | | | | |
| *TRACY RIFLE AND PISTOL LLC, et al. v. KAMALA D. HARRIS, et al.* | | | | |
| **PROOF OF SERVICE** | HEARING DATE: | TIME: | PLACE: | CASE NUMBER:<br>2:14-cv-02626 |

1. I, Scott Oliver, am over the age of eighteen years and not a party to this action. I received the within process on 11/10/2014 and a copy of the following document in the aforementioned case:

**SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY, INJUCTIVE, OR OTHER RELIEF; NOTICE OF AVAILABILITY, VOLUNTARY DISPUTE RESOLUTION; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; ORDER REQUIRING JOINT STATUS REPORT**

2. a. Party Served: *Kamala D. Harris, in her official capacity as Attorney General of California; and*
3.  *Stephen J. Lindley, in his official capacity as Chief of the California Department of*
4.  *Justice Bureau of Firearms.*

   b. Person Served: *Officer Maldanado, Badge #30*

3. Address: *Office of the Attorney General*
   *1300 I Street*
   *Sacramento, CA 95814*

4. *I served the documents to the party named in item 2a. by giving the documents to the person named in item 2b. as follows:*

   a. **By personal service on**: 11/10/2014 at: 3:00 p.m., at the address in item 3.

5. *Person Who Served Papers:*
   a. Scott Oliver, RPS #2011-43, Sacramento County
      Capitol Couriers, Inc.
      3000 T Street, Suite 200
      Sacramento, CA 95816

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service was executed in the County of Sacramento, California on: November 14, 2014

   _____
   Scott Oliver

**PROOF OF SERVICE**