IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; and JEFFREY MULLEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California; AND STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,**<br><br>Defendants. | 2:14-cv-02626-TLN-DAD<br><br>**ORDER REGARDING PRELIMINARY INJUNCTION HEARING AND NOVEMBER 10, 2014 ORDER REQUIRING JOINT STATUS REPORT** |

Upon Consideration of the Parties' Stipulation Regarding Preliminary Injunction Hearing and November 10, 2014 Order Requiring Joint Status Report, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The January 29, 2015 hearing on Plaintiffs' motion for preliminary injunction is continued to March 12, 2015 at 2:00 p.m.; and

2. Defendants' Response in Opposition will be due on or before February 23, 2015, and Plaintiffs' Reply Brief will be due on or before March 4, 2015; and

3. The Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on November 10, 2014 shall be postponed until 14 days after the hearing on Plaintiffs' motion for preliminary injunction.

IT IS SO ORDERED.

Dated: January 9, 2015

_____
Troy L. Nunley
United States District Judge