# EXHIBIT 7

CALENDAR NO. 934.

67TH CONGRESS,   S. 4012.
4TH SESSION.

[Report No. 950.]

IN THE SENATE OF THE UNITED STATES.

SEPTEMBER 20, 1922.

Mr. CAPPER, introduced the following bill; which was read twice and referred to the Committee on the District of Columbia.

DECEMBER 16, 1922

Reported by Mr. CAPPER, with amendments.

# A Bill

To control the possession, sale, and use of pistols and revolvers in the District of Columbia, to provide penalties, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

SECTION 1. DEFINITION.—"Pistol or revolver," as used in this Act, shall be construed as meaning any firearm with barrel less than twelve inches in length.

SEC. 2. COMMITTING CRIME WHEN ARMED.—If any person shall within the District of Columbia commit or attempt to commit a crime when armed with a pistol or revolver, and having no permit to carry the same, he shall in addition to the punishment provided for the crime, be punished by imprisonment for *a term of not more* than five years.

SEC. 3. PUNISHMENT.—The judge shall have the power to sentence any person who may be convicted for a second or third offense under Section 2, of this Act, to double and triple the penalty imposed thereby, and for a fourth offense

—743—

5 the person so convicted may be sentenced to perpetual
6 imprisonment.

1 SEC. 4. BEING ARMED PRIMA FACIE EVIDENCE OF INTEN-
2 TION.—In the trial of a person for the commission of a felony
3 or of an attempt to commit a felony against the person
4 of another within the District of Columbia, the fact that
5 he was armed with a pistol or revolver and having no per-
6 mit to carry the same shall be prima facie evidence of his
7 intention to commit said felony.

1 SEC. 5. CARRYING PISTOL CONCEALED.—No person shall
2 carry, within the District of Columbia, a pistol or revolver
3 concealed in any vehicle or upon his person, except in his
4 dwelling house or place of business, without a license there-
5 for as *herein* provided. Violations of this section shall be
6 punished by imprisonment for not less than one year, and
7 upon conviction the pistol or revolver shall be confiscated
8 and destroyed.

1 SEC. 6. EXCEPTIONS.—The provisions of the preceding
2 section shall not apply to marshals, sheriffs, policemen,
3 or other duly appointed peace officers, nor to the regular
4 and ordinary transportation of pistols or revolvers as mer-
5 chandise, nor to members of the Army, Navy, or Marine
6 Corps of the United States, or the National Guard, when on
7 duty, or organizations by law authorized to purchase or
8 receive such weapons from the United States, or the Dis-
9 trict of Columbia, nor to duly authorized military or civil
10 organizations when parading, nor to the members thereof
11 when at or going to or from their customary places of as-
12 sembly.

1 SEC. 7. ISSUE OF LICENSES TO CARRY.—*The superintendent*
2 *of the Metropolitan police* of the District of Columbia shall,
3 upon the application of any person having a bona fide resi-
4 dence or place of business within the District of Columbia or of
5 any person having a bona fide residence or place of business
6 within the United States and a permit to carry a firearm
7 concealed upon his person issued by the authorities of any

State or subdivision of the United States, issue a license to such person to a carry pistol or revolver within the District of Columbia for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property or for any other proper purpose, and that he is a suitable person to be so licensed. The license shall be in *duplicate*, in form to be prescribed by the Commissioners of the District of Columbia, and shall bear the name, address, description and signature of the licensee and the reason given for desiring a license. The original thereof shall be delivered to the licensee, *and* the duplicate shall *be retained by the* superintendent of the Metropolitan police of the District of Columbia, and the *duplicate* shall be preserved *in his office* for six years.

SEC. 8. SELLING TO MINORS.—Any person or persons, *except when the relation of parent and child or guardian and ward exists*, who shall, within the District of Columbia, sell, barter, hire, lend, or give to any minor under the age of twenty-one years any pistol or revolver shall be deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than $100 or be imprisoned not more than three months, or both.

SEC. 9. SALES REGULATED.—No person *except when furnished with a written permit by the superintendent of the Metropolitan police in each case* shall within the District of Columbia sell, deliver, or otherwise transfer a pistol or revolver to a person who he has reasonable cause to believe has been convicted of a felony against the person or property of another *or against the United States*, nor in any event shall he deliver a pistol or revolver on the day of the application for the purchase thereof, and when delivered said pistol or revolver shall be securely wrapped and shall be unloaded. Before a delivery be made the purchaser shall sign in duplicate and deliver to the seller a statement containing his full name, address, *occupation*, and nationality, the date of sale, the caliber, make, model, and manufacturer's number of the weapon. The seller shall, within seven days,

16 sign and forward by registered mail to the superintendent of
17 the Metropolitan police of the District of Columbia one copy
18 thereof and shall retain the other copy for six years. This
19 section shall not apply to sales at wholesale. Where neither
20 party to the transaction holds a dealer's license, no person
21 shall sell or otherwise transfer a pistol or revolver to any
22 person not personally known to him. Violations of this sec-
23 tion shall be punished by a fine of not less than $100 or by
24 imprisonment for not less than one year, or by both such fine
25 and imprisonment.

1 SEC. 10. DEALERS TO BE LICENSED.—Whoever, within
2 the District of Columbia, without being licensed as here-
3 inafter provided, sells, *or otherwise transfers*, advertises,
4 or exposes for sale *or transfer*, or has in his possession with
5 intent to sell *or otherwise transfer*, pistols or revolvers, shall
6 be punished by imprisonment for not less than two years.

1 SEC. 11. DEALERS' LICENSES; BY WHOM GRANTED, AND
2 CONDITIONS THEREOF.—The Commissioners of the Dis-
3 trict of Columbia may grant licenses, and may prescribe
4 the form thereof, effective for not more than one year from
5 date of issue, permitting the licensee to sell at retail with-
6 in the District of Columbia pistols and revolvers, subject to
7 the following conditions, for breach of any of which the license
8 shall be subject to forfeiture:

9 1. The business shall be carried on only in the building
10 designated in the license.

11 2. The license or a copy thereof, certified by the issuing
12 authority, shall be displayed on the premises where it can
13 easily be read.

14 3. No pistol or revolver shall be delivered—

15 (a) On the day of the application for the purchase, and
16 when delivered shall be unloaded and securely wrapped;
17 nor

18 (b) Unless the purchaser either is personally known
19 to the seller or shall present clear evidence of his identity;
20 nor

(c) If the seller has reasonable cause to believe that the purchaser either is an unnaturalized foreign-born person or has been convicted of a felony against the person or property of another *or the United States Government*.

4. A true record, in duplicate, shall be made of every pistol or revolver sold, said record to be made in a book kept for the purpose, the form of which may be prescribed by the Commissioners of the District of Columbia and shall *be personally*, signed by the purchaser and by the person effecting the sale *each in the presence of the other*, and shall include the date of sale, the caliber, make, model, and manufacturer's number of the weapon, the name, address, *occupation*, and nationality of the purchaser. One copy of said record shall, within seven days, be forwarded by registered mail to the major and superintendent of the Metropolitan police of the District of Columbia and the other copy retained for six years.

5. No pistol or revolver, or imitation thereof, or placard advertising the sale *or other transfer* thereof, shall be displayed in any part of said premises where it can readily be seen from the outside.

SEC. 12. PENALTY FOR FALSE INFORMATION.—If any person in purchasing or otherwise securing delivery of a pistol or revolver *or in applying for a permit to carry the same* within the District of Columbia shall give false information or offer false evidence of his identity he shall be punished by imprisonment for not less *than two nor more* than five years.

SEC. 13. ALTERATION OF IDENTIFYING MARKS PROHIBITED.— No person shall within the District of Columbia change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol or revolver. Possession of any such firearms upon which the same shall have been changed, altered, removed, or obliterated, shall be presumptive evidence that such possessor has changed, altered, removed, or obliterated

  9 the same. Violations of this section shall be punished by
10 imprisonment for not less than one year.

1 SEC. 14. EXISTING LICENSES REVOKED.—All licenses
2 heretofore issued within the District of Columbia permitting
3 the carrying of pistols or revolvers concealed upon the
4 person shall expire at midnight of March 3, 1923.

1 SEC. 15. EXCEPTIONS.—This Act shall not apply to an-
2 tique pistols or revolvers incapable of use as such.

1 SEC. 16. CERTAIN ACTS REPEALED.—The following sec-
2 tions of the Code of the Law for the District of Columbia,
3 1919, viz: Sections 855, 856, 857, and all other Acts or
4 parts of Acts inconsistent herewith are hereby repealed.

68TH CONGRESS,        H. R. 461
1ST SESSION.

IN THE HOUSE OF REPRESENTATIVES.
DECEMBER 5, 1923.

Mr. CLARK of Florida introduced the following bill; which was referred to the Committee on District of Columbia and ordered to be printed.

# A Bill

To regulate the sale of deadly weapons in the District of Columbia.

1 *Be it enacted by the Senate and House of Representatives*
2 *of the United States of America in Congress assembled,* That it
3 shall be unlawful for any dealer in the District of Columbia
4 to sell any pistol, rifle, shotgun, dirk, bowie knife, or other
5 deadly weapon to any person without first requiring such
6 person to furnish certificates from the clerks of the crim-
7 inal courts and police courts of the District that such per-
8 son has never been convicted of any offense in said courts
9 and to also furnish certificates from at least two citizens of
10 the District of good repute that such person is of good charac-
11 ter, law-abiding, and peaceable.

1 SEC. 2. That any dealer violating section 1 of this Act shall
2 be punished by a fine of not less than $500 or more than
3 $2,000, or by imprisonment for not less than six months
4 or more than two years, or both, in the discretion of the trial
5 court.

—748—