# EXHIBIT 14

# California Violent Death Data

Data Source:  All data sources

Year:  2005 to 2009

Death Type:  Suicide

Event Type:  All incidents

Residents of California

Ages:  All ages

Sex: Male and Female

Marital Status:  Any

Veteran Status: Any

Race/Ethnicity: All Race/Ethnicity

Weapon/Mechanism: Handguns Only

**There were 1,042 cases found.**

Source: California Department of Public Health, California Violent Death Reporting System (Cal-VDRS) and California Electronic Violent Death Reporting System (Cal-EVDRS)

Prepared by: Injury Surveillance and Epidemiology Section, Safe and Active Communities Branch, CDPH and California Research Bureau, State Library

Report generated from http://epicenter.cdph.ca.gov on: February 20, 2015