KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
EMMANUELLE S. SOICHET, State Bar No. 290754
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5974
  Fax:  (415) 703-1234
  E-mail:  Emmanuelle.Soichet@doj.ca.gov
*Attorneys for Defendants*
*Kamala D. Harris and*
*Stephen J. Lindley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; and JEFFREY MULLEN,**<br><br>                Plaintiffs,<br><br>    v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California; and STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,**<br><br>                Defendants. | 2:14-cv-02626-TLN-DAD<br><br>**NOTICE OF APPEARANCE** |

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Emmanuelle S. Soichet of the Office of the Attorney General, an attorney admitted to practice in this Court, hereby appears as counsel of record for Defendants Kamala D. Harris and Stephen J. Lindley, and respectfully requests to be noticed in this matter, as identified below:

> Emmanuelle S. Soichet
> emmanuelle.soichet@doj.ca.gov
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> Telephone:    (415) 703-5974
> Fax:              (415) 703-1234

Dated:  February 25, 2015                                    Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General


*/s/ Emmanuelle S. Soichet*

EMMANUELLE S. SOICHET
Deputy Attorney General
*Attorneys for Defendants*

SA2014119177
41221462.doc