KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
EMMANUELLE S. SOICHET, State Bar No. 290754
Deputys Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5974
  Fax:  (415) 703-1234
  E-mail:  Emmanuelle.Soichet@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,**<br><br>              Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California; AND STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,**<br><br>              Defendants. | 2:14-cv-02626-TLN-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RULE 26(F) CONFERENCE AND JOINT STATUS REPORT**<br><br>Hearing Date: Mar. 12, 2015<br>Hearing Time: 2:00 p.m.<br>Judge:      Hon. Troy L. Nunley<br>Action Filed: Nov. 10, 2014 |

WHEREAS Plaintiffs filed this action on November 10, 2014 challenging the constitutionality of California Penal Code section 26820;

WHEREAS on November 10, 2014 the Court issued an order requiring that the parties hold the conference required by Federal Rule of Civil Procedure 26(f) and file a joint status report within 60 days of service of the complaint;

WHEREAS Plaintiffs filed a motion for preliminary injunction that was scheduled for hearing on March 12, 2015;

WHEREAS on January 9, 2015 the Court issued an order postponing the Rule 26(f) conference and joint status report until 14 days after the hearing on Plaintiffs' motion for preliminary injunction;

WHEREAS on March 6, 2015 the Court issued a minute order vacating the March 12 hearing and leaving open the possibility of rescheduling the hearing for a later date;

WHEREAS the March 6 order was silent as to its effect on the deadline for the Rule 26(f) conference and joint status report;

WHEREAS the parties agree good cause exists to postpone the joint status report until after either (1) a rescheduled hearing on Plaintiffs' motion for preliminary injunction, or (2) the Court's resolution of Plaintiffs' motion for preliminary injunction without a hearing;

IT IS HEREBY STIPULATED by and between:

Plaintiffs Tracy Rifle and Pistol LLC, Michael Baryla, Ten Percent Firearms, Wesley Morris, Sacramento Black Rifle, Inc., Robert Adams, PRK Arms, Inc., Jeffrey Mullen, Imbert & Smithers, Inc., and Alex Rolsky, and Defendants Kamala D. Harris, in her official capacity as the Attorney General of California, and Stephen J. Lindley, in his official capacity as the Chief of the California Department of Justice Bureau of Firearms, that good cause exits:

1. For the Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on January 9, 2015 to be postponed until no more than 14 days after either (1) a rescheduled hearing on Plaintiffs' motion for preliminary injunction, or (2) the Court's resolution of Plaintiffs' motion without a hearing.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 26, 2015 | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | |
| 4 | | |
| 5 | | /s/ Emmanuelle S. Soichet<br>EMMANUELLE S. SOICHET<br>DEPUTY ATTORNEY GENERAL |
| 6 | | *Attorneys for Defendants* |
| 7 | | |
| 8 | Dated:  March 26, 2015 | BENBROOK LAW GROUP, PC |
| 9 | | |
| 10 | | /s/ Stephen M. Duvernay (as authorized on 3/26/2015)<br>STEPHEN M. DUVERNAY |
| 11 | | *Attorney for Plaintiffs* |
| 12 | SA2014119177<br>41253297.doc | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,**<br>Plaintiffs,<br>v.<br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California; AND STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,**<br>Defendants. | 2:14-cv-02626-TLN-DAD<br><br>**[PROPOSED] ORDER REGARDING RULE 26(F) CONFERENCE AND JOINT STATUS REPORT** |

Upon consideration of the parties' Stipulation Regarding Rule 26(f) Conference and Joint Status Report, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on January 9, 2015 shall be postponed until no more than 14 days after either (1) a rescheduled hearing on Plaintiffs' motion for preliminary injunction, or (2) the Court's resolution of Plaintiffs' motion without a hearing.

IT IS SO ORDERED.

DATED: _____, 2015

_____
Troy L. Nunley
United States District Judge