IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California; AND STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,**<br><br>Defendants. | 2:14-cv-02626-TLN-DAD<br><br>**ORDER REGARDING RULE 26(F) CONFERENCE AND JOINT STATUS REPORT** |

Upon consideration of the parties' Stipulation Regarding Rule 26(f) Conference and Joint Status Report, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on January 9, 2015, shall be postponed until no more than 14 days after either (1) a rescheduled hearing on Plaintiffs' motion for preliminary injunction, or (2) the Court's resolution of Plaintiffs' motion without a hearing.

IT IS SO ORDERED.

Dated:  March 31, 2015

_____
Troy L. Nunley
United States District Judge