BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgrou.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,<br><br>           Plaintiffs,<br><br>    v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; and STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,<br><br>           Defendants. | Case No.:  2:14-cv-02626-TLN-DAD<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

**NOTICE OF APPEAL – PRELIMINARY INJUNCTION APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs Tracy Rifle and Pistol LLC, Michael Baryla, Ten Percent Firearms, Wesley Morris, Sacramento Black Rifle, Inc., Robert Adams, PRK Arms, Inc., Jeffrey Mullen, Imbert & Smithers, Inc., and Alex Rolsky, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order denying Plaintiffs' Motion for Preliminary Injunction entered in this action on July 16, 2015 (Docket 32), attached as Exhibit A.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated:  July 27, 2015                    BENBROOK LAW GROUP, PC


                                         By /s/ *Bradley A. Benbrook*
                                             BRADLEY A. BENBROOK
                                             Attorneys for Plaintiffs

## REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants Tracy Rifle and Pistol LLC, Michael Baryla, Ten Percent Firearms, Wesley Morris, Sacramento Black Rifle, Inc., Robert Adams, PRK Arms, Inc., Jeffrey Mullen, Imbert & Smithers, Inc., and Alex Rolsky, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement.  The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants Tracy Rifle and Pistol LLC, Michael Baryla, Ten Percent Firearms, Wesley Morris, Sacramento Black Rifle, Inc., Robert Adams, PRK Arms, Inc., Jeffrey Mullen, Imbert & Smithers, Inc., and Alex Rolsky | BENBROOK LAW GROUP, PC<br>Bradley A. Benbrook (SBN 177786)<br>Stephen M. Duvernay (SBN 250957)<br>400 Capitol Mall, Suite 1610<br>Sacramento, CA  95814<br>Telephone: (916) 447-4900<br>Facsimile:  (916) 447-4904<br>brad@benbrooklawgroup.com<br>steve@benbrooklawgrou.com<br><br>Eugene Volokh (SBN 194464)<br>UCLA School of Law<br>405 Hilgard Ave.<br>Los Angeles, CA  90095<br>Telephone: (310) 206-3926<br>Facsimile: (310) 206-7010<br>volokh@law.ucla.edu |
| Defendants-Appellees Kamala D. Harris, in her official capacity as Attorney General of California; and Stephen J. Lindley, in his official capacity as Chief of the California Department of Justice Bureau of Firearms | Kamala D. Harris (SBN 146672)<br>Attorney General of California<br>Tamar Pachter (SBN 146083)<br>Supervising Deputy Attorney General<br>Nelson R. Richards (SBN 246996)<br>Emmanuelle S. Soichet (SBN 290754)<br>Deputy Attorneys General<br>2550 Mariposa Mall, Room 5090<br>Fresno, CA 93721<br>Telephone: (559) 477-1688<br>Fax: (559) 445-5106<br>E-mail: Nelson.Richards@doj.ca.gov |

1

2   Dated:  July 27, 2015               BENBROOK LAW GROUP, PC

3                                  By /s/ *Bradley A. Benbrook*

4                                      BRADLEY A. BENBROOK
                                        Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28