# CERTIFICATE OF SERVICE

Case No. 2:14-cv-02626-TLN-DAD

I hereby certify that on July 27, 2015, I electronically filed the following documents with the Clerk of the Court for the United States Eastern District of California by using the CM/ECF system:

**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

**PRELIMINARY INJUNCTION APPEAL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kelly McConnen