UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**TRACY RIFLE AND PISTOL LLC, ET AL.,**
    Plaintiff

  v.                                       **CASE NO. 2:14−CV−02626−TLN−DAD**

**KAMALA D. HARRIS, ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **July 27, 2015** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

July 28, 2015

**MARIANNE MATHERLY
CLERK OF COURT**

**by:** /s/ L. Mena−Sanchez

Deputy Clerk