UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | 2:14−CV−02626−TLN−DAD |
| USDC Judge: | **DISTRICT JUDGE TROY L. NUNLEY** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **TRACY RIFLE AND PISTOL LLC vs. KAMALA D. HARRIS** |
| Type: | **CIVIL** |
| Complaint Filed: | 11/10/2014 |
| Appealed Order/Judgment Filed: | 7/16/2015 |
| Court Reporter Information: | |

FEE INFORMATION

Fee Status: Paid on 7/27/2015 in the amount of $505.00

Information prepared by: /s/  **L. Mena−Sanchez , Deputy Clerk**