IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,** | 2:14-cv-02626-TLN-DAD |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of California, et al.,** | |
| Defendants. | |

Upon Consideration of the Parties' Joint Application to Modify the October 16, 2015 pretrial scheduling order, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The February 29, 2016 fact discovery deadline in paragraph IV is extended 149 days to: **July 26, 2016**; and

2. The April 28, 2016 expert disclosure deadline in paragraph V is extended 90 days to: **July 26, 2016**.; and

3. The August 25, 2016 dispositive motion deadline in paragraph VI is extended 61 days to: **October 24, 2016**;

4. All other dates in the October 16, 2015 scheduling order shall remain the same.

IT IS SO ORDERED.

DATED: _____, 2016

_____
**HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE**