KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1688
 Fax:  (559) 445-5106
 E-mail:  Nelson.Richards@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,** | 2:14-cv-02626-TLN-KJN (TEMP) |
| Plaintiffs, | |
| v. | **DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES** |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of California, et al.,** | Judge: Hon. Troy L. Nunley<br>Trial Date: Feb. 6, 2017<br>Action Filed: Nov. 10, 2014 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's October 19, 2015 Scheduling Order, ECF No. 37 § V, as modified by this Court's March 7, 2016 Order, ECF No. 41 ¶ 2, defendants disclose the identities of the following two expert witnesses whom defendants intend to tender at trial. In accordance with the Court's order, the experts' written reports are being filed concurrently with this disclosure.

## EXPERT WITNESS ONE

**Name:** Gregory T. Gundlach, Coggin Distinguished Professor of Marketing in the Department of Marketing and Logistics at the Coggin School of Business, University of North Florida.

**Address:** Coggin College of Business
University of North Florida
Jacksonville, FL 32224-2675.

**Area of Expertise:** Marketing

## EXPERT WITNESS TWO

**Name:** J. John Mann, Paul Janssen Professor of Translational Neuroscience and Director of the Molecular Imaging and Neuropathology Division in the Department of Psychiatry and Columbia University and the New York State Psychiatric Institute.

**Address:** New York State Psychiatric Institute
Molecular Imaging & Neuropathology Division
College of Physicians & Surgeons of Columbia University
Department of Psychiatry
1051 Riverside Drive, Box 42
New York, NY 10032

**Area of Expertise:** Psychiatry, Suicide

1 | Dated: July 26, 2016

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ Nelson Richards
NELSON R. RICHARDS
Deputy Attorney General
*Attorneys for Defendants*

SA2014119177