1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   TAMAR PACHTER, State Bar No. 146083
    Supervising Deputy Attorney General
3   NELSON R. RICHARDS, State Bar No. 246996
    Deputy Attorney General
4     2550 Mariposa Mall, Room 5090
      Fresno, CA  93721
5     Telephone:  (559) 477-1688
      Fax:  (559) 445-5106
6     E-mail:  Nelson.Richards@doj.ca.gov
    *Attorneys for Defendants*

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13   **TRACY RIFLE AND PISTOL LLC et al.,**        2:14-cv-02626-TLN-KJN (TEMP)

                                    Plaintiffs,
14

15              v.                                **EXPERT WITNESS REPORT OF**
                                                  **PROFESSOR J. JOHN MANN**
16   **KAMALA D. HARRIS, in her official**
     **capacity as Attorney General of California,**
17   **et al.,**

18                                  Defendants.

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

Introduction ........................................................................................................ 1

Preliminary considerations ................................................................................ 1

    I.      Qualifications ...................................................................................... 1

    II.     Compensation ..................................................................................... 2

    III.    Materials considered .......................................................................... 2

    IV.   Past publications and work as an expert witness ............................... 2

Assignment ........................................................................................................ 3

Summary of opinions ......................................................................................... 3

Analysis .............................................................................................................. 3

    I.      Topic one:  impulsive personality traits increase the risk of suicide ...................... 3

    II.     Topic two: the availability of a firearm, particularly a handgun, in the home increases the risk of suicide for impulsive individuals .......................................... 6

    III.    Topic three:  attempted suicide using a firearm is more often fatal than any of the other means of suicide amongst those in the top ten most frequently used methods ................................................................................................. 8

    IV.   Topic four:  prevention of firearm suicide requires multiple different strategies because the factors involved are complex and one strategy is insufficient ..................................................................................................... 8

    V.     Topic five: if California Penal Code section 26820 were invalidated, it would result in more handgun suicides in direct proportion to the increase in handgun purchases ...................................................................................... 11

**INTRODUCTION**

1.      I am the Paul Janssen Professor of Translational Neuroscience and Director of the Molecular Imaging and Neuropathology Division in the Department of Psychiatry and Columbia University and the New York State Psychiatric Institute.  Counsel for defendants in *Tracy Rifle & Pistol LLC v. Harris* (E.D. Cal. Case No. 2:14-cv-02626-TLN-KJN (TEMP)) has asked me to offer an opinion in the case.  The following report sets forth my opinion.

**PRELIMINARY CONSIDERATIONS**

**I.      QUALIFICATIONS**

2.      I received my medical degree from the University of Melbourne, and then completed an internship and residency at the Royal Melbourne Hospital. I was trained in Psychiatry and Internal Medicine and have a Doctorate in Neurochemistry. My research employs functional brain imaging, neurochemistry, epidemiology and molecular genetics to probe the causes of depression and suicide. I have published over 600 peer-reviewed papers and edited 11 books on the subjects of the biology and treatment of mood disorders, suicidal behavior and other psychiatric disorders and have been continuously funded by the NIH since 1984. In private practice I specialize in the treatment of mood disorders and suicidal behavior and have been repeatedly named as one of America's and New York's Best Doctors by Castle Connolly.

3.      I am a Past President of the United States Society of Biological Psychiatry (SOBP), the International Academy of Suicide Research and the American Foundation for Suicide Prevention.  I have been a member of Council and served as Program Chair for the SOBP. I am a Distinguished Life Fellow of the American Psychiatric Association and a Fellow of the American College of Neuropsychopharmacology. I have been Chairman of the Scientific Council of the American Foundation for Suicide Prevention as well as its President and a member of its Board of Directors. I have served on grant review committees for the National Institutes of Health and Advisory Committees for the Food and Drug Administration

4.      I have received numerous research and teaching awards, including the American Suicide Foundation Research Award, the American Association of Suicidology Louis I. Dublin

1

Award, the New York State Office of Mental Health Research Award, the Klerman Senior Investigator Award from the National Depressive and Manic Depressive Association, the Columbia University Department of Psychiatry Medical Student Teaching Award, the Stengel Award from the International Association for Suicide Prevention, the Morselli Medal from the International Academy of Suicide Research and the Mood Disorders Research Award from the American College of Psychiatrists.

5.   A copy of my current curriculum vitae is attached to this Report as Exhibit A.

**II.   COMPENSATION**

6.   I am being compensated for services performed at an hourly rate of $850 for reviewing materials and meetings and $950 for report preparation, depositions and court appearances (including travel time), and report writing.  My compensation is not in any way dependent on the outcome of this or any related proceeding, or on the substance of my opinions.

**III.   MATERIALS CONSIDERED**

7.   The materials I have considered are cited in the notes accompanying the text of this report.  Counsel for defendants has provided me with the material contained in Exhibit B.

**IV.   PAST PUBLICATIONS AND WORK AS AN EXPERT WITNESS**

8.   My curriculum vitae contains a complete list of my publications, including the published material that I have authored in the last 10 years.

9.   In the last four years, I have testified as an expert in the following matters:

- *Michael D Zinck Amd of Estate of Gary Zinck v. Emad Alshami*, Court of Common Appeals, Warren County Ohio, case no. 13 cv 85684;

- *Cabbage v. State of Iowa/University of Iowa Hospital*, Iowa District Court for Johnson County, case no. LACV074908;

- *Linda Martignetti/Estate of John J Meier Jr v. Sergei T Celestin MD*, 17th Judicial Circuit, Broward County, Florida, case no. 11-5179;

- *Nelson v. Multicare Health System*, Superior Court of the State of Washington, County of Pierce, case no. 11-2-1336-0;

- *Anestis v. United States of America*, Eastern District of Kentucky, (Lexington) US District Court case no.11-cv-28.

1

2

**ASSIGNMENT**

10.     Counsel for defendants has asked me to express opinions on the following topics:

3

* **Topic One:**  whether there is a connection between impulsive personality traits and suicide.

4

5

* **Topic Two:**  whether the availability of a firearm, particularly a handgun, in the home increases the risk of suicide for impulsive individuals.

6

* **Topic Three:**  whether attempted suicides with firearms are more fatal than attempted suicides by other means.

7

8

* **Topic Four:**  whether a single intervention or type of intervention will solve the problem of firearm suicide.

9

10

* **Topic Five:**  Assume that the invalidation of California Penal Code section 26820 would result in an increase in handgun purchases by people with impulsive personality traits.  Would more impulsive handgun purchases result in an increase in handgun suicides?

11

**SUMMARY OF OPINIONS**

12

11.     My opinion on topic one is that impulsive personality traits increase the risk of

13

suicide.

14

12.     My opinion on topic two is that the availability of a firearm, particularly a handgun,

15

in the home increases the risk of suicide for impulsive individuals.

16

13.     My opinion on topic three is that attempted suicide using a firearm is more often fatal

17

than any of the other means of suicide that are amongst those in the top ten most frequently used

18

methods.

19

14.     My opinion on topic four is that prevention of firearm suicide requires multiple

20

different strategies because the factors involved are complex and one strategy is insufficient.

21

15.     Considering the assumption provided to me by counsel, my opinion on topic five is

22

that, if California Penal Code section 26820 were invalidated, it would result in more handgun

23

suicides in direct proportion to the increase in handgun purchases by a vulnerable subgroup of the

24

general population characterized by more pronounced impulsive personality traits.

25

**ANALYSIS**

26

I.     Topic One:  Impulsive Personality Traits Increase the Risk of Suicide

27

16.     Multi-determined behaviors such as suicide and nonfatal attempted suicide are best

28

understood by using an explanatory model that describes the potential causal pathways and

3

1  interrelations between clinical, genetic, familial and environmental factors that play a role in
2  determining the risk for suicidal behavior. One such model, that my colleagues and I have
3  proposed, is a stress-diathesis model of suicidal behavior.[1]

4    17.    Stressors are generally more immediate triggers of suicidal behavior and examples
5  are a new episode of major depression and the occurrence of an adverse life event. We know from
6  interviewing family members and significant others in the lives of those who have died by
7  suicide, that about 90% of such individuals in western nations like the USA die by suicide during
8  a psychiatric illness.[2]

9    18.    In most cases the illness is untreated at the time of death or inadequately treated.  The
10  most common illness is an episode of major depression and it accounts for about 60% of the
11  diagnoses. On the other hand, most people with a stressor such as a major depressive episode or
12  who experience an adverse life event, never make a fatal or nonfatal suicide attempt. Something
13  more is needed, and that something is a predisposition to suicidal behavior that we term the
14  diathesis. The components of the diathesis that have been generally identified include a more
15  pronounced trait of impulsiveness, that is most commonly manifested by behaviors such as
16  reactive aggression because people experience angry feelings vastly more frequently than the
17  wish to die by suicide. Suicidal behavior is transmitted in families and the familial transmission is
18  linked to the transmission of this trait of impulsiveness.[3] We find this trait is more pronounced
19  from childhood in the children of a parent who has suffered from depressions and made a suicide
20  attempt. But the suicidal behavior first appears in early adolescence in those children who go on
21  to manifest suicidal behavior. The onset of the suicidal behavior is at about 16 years of age,
22  coinciding with the onset of a mood disorder in those individuals. The depression generates the

23

24    [1]  Mann JJ, Waternaux C, Haas GL, Malone KM. Towards a clinical model of suicidal behavior in psychiatric patients. *Am J Psychiatry*.  1999 Feb;156(2):181-189.  PMID:9989552.

25    [2]  Harris, E. Clare, and Brian Barraclough. "Suicide as an outcome for mental disorders. A meta-analysis." *The British Journal of Psychiatry* 170.3 (1997): 205-228.

26
27    [3]  Brent DA, Melhem NM, Oquendo M, Burke A, Birmaher B, Stanley B, Biernesser C, Keilp J, Kolko D, Ellis S, Porta G, Zelazny J, Ivengar S, Mann JJ.  Familial pathways to early-onset suicide attempt: a 5.6-year prospective study.  *JAMA Psychiatry*. 2015 Feb;72(2):160-168.

28

4

suicidal thoughts, and impulsiveness increases the chances of acting on those suicidal thoughts. This impulsive trait has been related to deficits in executive function, whereby the person when making a decision about making a suicide attempt or opting for the possibility of help through antidepressant treatment that has a 70% chance of working in 6-8 weeks, opts for the quick fix for their emotional pain by making a suicide attempt. Other factors that increase the probability of deciding to make a suicide attempt are negative or rigidly pessimistic cognitive or thought processes, impaired problem solving, social distortions and recurrent mood disorders.[4]

19.     Reactive aggression reflects a more general propensity to act on powerful emotions and in the case of suicide this means feelings of sadness, despair or hopelessness and guilt sometimes called emotional pain. This propensity is driven by deficient executive function that mediates restraint and involves brain areas like the dorsal lateral prefrontal cortex. In young people that function is less developed than in older people partly because that part of the brain has not finished developing biologically. Transmission speeds in that part of the brain are slower in young people because the insulation on the nerve fibers is not fully developed yet. This may explain why teens and young adults are more impulsive, more aggressive and make more suicide attempts than older adults. Suicide rates rise dramatically in mid-teens towards adult rates. Family studies suggest this onset of suicidal behavior is related to a combination of greater impulsiveness that is present from childhood as a trait, but it is the onset of depressive episodes in the mid teens, that brings about this increase in suicide rates at that stage of life.[5] Impulsive behavior plays a bigger role in the suicide risk profile of teens and young adults compared with older adults, but greater impulsiveness goes on playing a role in suicide risk during adult life.

20.     Problem solving and learning from past experience is not as good in those who make more serious suicide attempts compared with people who have the same psychiatric illness but

---

[4] van Heeringen K, Mann JJ. The neurobiology of suicide. *The Lancet Psychiatry*. 2014;1(1):63-72. Doi:10.1016/S2215.0366(14)70220-2.

[5] Brodsky BS, Mann JJ, Stanley B, Tin A, Oquendo M, Birmaher B, Greenhill L, Kolko D, Zelazny J, Burke AK,, Melhem NM, Brent D. Familial transmission of suicidal behavior: factors mediating the relationship between childhood abuse and offspring suicide attempts. *J Clin Psychiatry*. 2008 Apr; 69(4):584-596.

1  have never made a suicide attempt. It is not clear that this varies between young adults and older

2  people.

3        21.    The final domain of the diathesis that we will address is that of social distortion.

4  Young people at risk for suicidal behaviour show a bias towards over-reacting to angry facial

5  expressions and under-reacting to positive sentiments. This helps explain scenarios seen in high

6  school, college and the work place where a confrontation with a teacher or parent or in a bullying

7  context leads to a suicide.

8        22.    In clinical practice we assess for the presence of this predisposition by asking about a

9  previous history of suicidal behavior or in their first or second-degree relatives since familial risk

10 of suicide is increased due to familial transmission of the diathesis or predisposition to suicide. If

11 there is such a personal or familial history of suicidal behavior, it suggests the patient may have

12 the predisposition to suicidal behavior.

13 **II.    TOPIC TWO: THE AVAILABILITY OF A FIREARM, PARTICULARLY A HANDGUN, IN
        THE HOME INCREASES THE RISK OF SUICIDE FOR IMPULSIVE INDIVIDUALS**

14

15       23.    Research shows that having a handgun in the home is a risk factor for firearm

16 suicide.[6] In 2014, suicide was the second leading cause of death among people 10–34 years of

17 age.[7] Of the 42,773 suicides in all age groups that year, 21,334 (49.9%) involved a firearm.

18 Firearms accounted for 33,599 deaths in 2014 (suicides, homicides, accidental deaths, and

19 undetermined).[8] The United States has the highest per capita rate of gun ownership in the

20 developed world. About 38% of households own at least one gun, making firearms widely

21 available to those at risk of suicidal or homicidal behaviors.[9] Prevention of firearm suicide

22 therefore has relevance for other types of firearm deaths.

23       [6] Mann and Michel. Prevention of firearm Suicide in the United States: what works and
   what is possible. American Journal of Psychiatry, in press 2016.

24       [7] Centers for Disease Control and Prevention: WISQARS: Fatal Injury Reports, National
   and Regional, 1999–2014.

25       [8] Centers for Disease Control and Prevention: WISQARS: Fatal Injury Reports, National
   and Regional, 1999–2014.

26

27       [9] Hepburn L, Miller M, Azrael D, et al: The US gun stock: results from the 2004 national
   firearms survey. *Inj Prev* 2007; 13:15–19.

28

1      24.     Suicidal behavior is generally impulsive and 70% of suicide attempters act less than

2  one hour after deciding to kill themselves,[10] meaning they tend to use a readily available method.

3  A suicidal crisis is often transient. Since, only 10% of those who survive an almost fatal suicide

4  attempt, later die by suicide,[11] surviving a suicide attempt generally means long-term survival.

5  Method substitution by a less lethal method increases the chances of surviving a suicide attempt

6  and the long-term prognosis of such individuals is very promising.[12]

7      25.     Approximately 57 million individuals own 283 million firearms (about five guns per

8  owner), and 38% of U.S. households have at least one gun.[13] In the United States greater firearm

9  availability is associated with greater risk of firearm suicide.

10      26.     Beginning in the 1980s, over a 22-year period, household gun ownership in the USA

11  declined from ~46% to ~36%. A 10% fall in household firearm ownership rate was accompanied

12  by a 4.2% decline in firearm suicide rate. In children and adolescents, a 10% decline in firearm

13  ownership was associated with an 8.3% drop in firearm suicide rate.[14] Firearm availability is

14  more closely related to firearm suicide in younger people compared with midlife.[15]

15      27.     From 2000 to 2002, the 15 states with the highest household firearm ownership rate

16  (47%) had 9749 firearm suicides compared with 2606 firearm suicides in the six states with the

17  lowest firearm ownership (15%). Non-firearm suicides and the total populations of the two sets of

18  states were comparable.[16] These findings translate into a 1% decrease in household firearm

19      [10] Simon OR, Swann AC, Powell KE, et al: Characteristics of impulsive suicide attempts
20  and attempters. *Suicide Life Threat Behav* 2001; 32(suppl):49–59.

      [11] Owens D, Horrocks J, House A: Fatal and non-fatal repetition of self-harm: systematic
21  review. *Br J Psychiatry* 2002; 181:193–199

      [12] Reisch T, Steffen T, Habenstein A, et al: Change in suicide rates in Switzerland before
22  and after firearm restriction resulting from the 2003 "Army XXI" reform. *Am J Psychiatry* 2013;
23  170:977–984.

      [13] Hepburn L, Miller M, Azrael D, et al: The US gun stock: results from the 2004 national
24  firearms survey. *Inj Prev* 2007; 13:15–19.

      [14] Miller M, Azrael D, Hepburn L, et al: The association between changes in household
25  firearm ownership and rates of suicide in the United States, 1981–2002. *Inj Prev* 2006; 12:178–
26  182.

      [15] Birckmayer J, Hemenway D: Suicide and firearm prevalence: are youth
27  disproportionately affected? *Suicide Life Threat Behav* 2001; 31:303–310.

      [16] Miller M, Lippmann SJ, Azrael D, et al: Household firearm ownership and rates of
28  (continued…)

1  ownership potentially reducing the firearm suicide rate by 3.5% and a greater reduction in

2  adolescents.[17]

3      28.    Guns are twice as common in homes of adolescent suicides compared with homes of

4  adolescent nonfatal suicide attempters or of nonsuicidal adolescent psychiatric controls.[18] A

5  locked gun closet, keeping guns unloaded, and locking or storing ammunition in a different part

6  of the house each reduces the risk of suicide by 55%–73%.[19] Risk of firearm suicide appears to

7  increase with more handguns being purchased.[20]

8  **III.   TOPIC THREE: ATTEMPTED SUICIDE USING A FIREARM IS MORE OFTEN FATAL**

9  **THAN ANY OF THE OTHER MEANS OF SUICIDE AMONGST THOSE IN THE TOP TEN MOST FREQUENTLY USED METHODS**

10      29.    A self-inflicted gunshot wound is amongst the most highly lethal methods for

11  attempting suicide, with a mortality rate of 92%, compared with hanging (78%), drowning (67%)

12  and intentional overdoses (2%).[21]

13  **IV.   TOPIC FOUR: PREVENTION OF FIREARM SUICIDE REQUIRES MULTIPLE DIFFERENT**

14  **STRATEGIES BECAUSE THE FACTORS INVOLVED ARE COMPLEX AND ONE STRATEGY IS INSUFFICIENT**

15      30.    There are many modifiable factors that can reduce the risk of firearm suicide and

16  therefore prevention involves many strategies, each of which can potentially save lives.[22]  This is

---

(…continued)
suicide across the 50 United States. *J Trauma* 2007; 62:1029–1034.

  [17] Miller M, Lippmann SJ, Azrael D, et al: Household firearm ownership and rates of suicide across the 50 United States. *J Trauma* 2007; 62:1029–1034.

  [18] Brent DA, Perper JA, Allman CJ, et al: The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. *JAMA* 1991; 266:2989–2995; Brent DA, Perper JA, Goldstein CE, et al: Risk factors for adolescent suicide: a comparison of adolescent suicide victims with suicidal inpatients. *Arch Gen Psychiatry* 1988; 45:581–588.

  [19] Grossman DC, Mueller BA, Riedy C, et al: Gun storage practices and risk of youth suicide and unintentional firearm injuries. *JAMA* 2005; 293:707–714.

  [20] Miller M, Hemenway D: The relationship between firearms and suicide: a review of the literature. *Aggress Violent Behav* 1999; 4:59–75.

  [21] Chapdelaine A, Samson E, Kimberley MD, et al: Firearm-related injuries in Canada: issues for prevention. *CMAJ* 1991; 145:1217–1223; Spicer RS, Miller TR: Suicide acts in 8 states: incidence and case fatality rates by demographics and method. *Am J Public Health* 2000; 90:1885–1891.

  [22] Mann, J. John, et al. "Suicide prevention strategies: a systematic review." *JAMA* 294.16 (2005): 2064-2074.

28

---

8

shown by the fact that States in the USA that have enacted more broad or multifaceted legislation have been more successful at lowering firearm suicide rates.[23] Guns used for suicide are bought a mean of 11 years before the suicide.[24] One implication for prevention is that it is more important for suicide prevention of depressed suicidal persons to restrict access to already owned guns than it is to prevent them from purchasing a gun.[25] However, young people and many adults are at risk for suicide because they are more impulsive and therefore more likely to buy a gun impulsively, especially if they cannot gain access to a gun in the household. They are therefore likely to be better protected by approaches such as the requirement for a waiting period or if there is less advertising of gun sales analogous to the restrictions on advertising sale of cigarettes. Even if the firearm is eventually purchased, a "cooling off" period, or more difficulty finding stores that sell guns, allows the suicidal crisis to potentially pass.[26] The suicide risk crisis period is transient and if the means for dying by suicide are more difficult to obtain, then the urge to die by suicide may diminish or cease. In California, 10.3% of firearms used for suicide have been reported to be purchased within a year of the suicide, and the risk is higher in the first week after the gun was purchased in terms of the gun purchaser using the gun to die by suicide.[27] This indicates that a subgroup of individuals likely bought the gun for that specific purpose, and this law may protect some of these individuals by reducing the chances they will buy a gun and use it to kill themselves. Grassell et al. reported that in California, gun buyers made up less than 1% of the

---

[23] Mann and Michel. Prevention of firearm Suicide in the United States: what works and what is possible. *American Journal of Psychiatry*, in press 2016.

[24] Miller M, Hemenway D: The relationship between firearms and suicide: a review of the literature. *Aggress Violent Behav* 1999; 4:59–75.

[25] Gibbons RD, Brown CH, Hur K, et al: Suicidal thoughts and behavior with antidepressant treatment: reanalysis of the randomized placebo-controlled studies of fluoxetine and venlafaxine. *Arch Gen Psychiatry* 2012; 69:580–587.

[26] Parker GF: Circumstances and outcomes of a firearm seizure law: Marion County, Indiana, 2006–2013. *Behav Sci Law* 2015; 33:308–322.

[27] Wintemute et al. Mortality Among Recent Purchasers of Handguns. *N Eng J Medicine* 1999; 341(21):1583-1589.

9

population but 14.2% of firearm suicides, further indicating a link between gun purchasing and the use of the gun for suicide.[28]

31.    Firearm restrictions, including permit to purchase (PTP), waiting periods, safe storage, background checks, and registration guidelines, are associated with both lower firearm suicide rates and overall suicide rates.[29] Implementation of PTP laws in Connecticut was associated with a 15% reduction in the firearm suicide rate, and repeal of PTP laws in Missouri was associated with a 16% increase in the firearm suicide rate.[30]

32.    Means restriction counseling by gatekeepers like primary care physicians, mental health clinicians, and emergency department personnel for families with an adolescent at risk of suicide is recommended by most experts in suicide prevention but is against the law in Florida, demonstrating how challenging suicide prevention is in the United States.[31] Compliance has been inadequately studied, but one study found that only a quarter of the families of depressed adolescents heeded the clinician's recommendations to remove firearms from the household for the duration of treatment.[32] This shows how important opportunities are wasted that may protect

---

[28] Grassell et al.  Association between handgun purchase and mortality from firearm injury.  *Inj Prev* 2003; 9:48-52.

[29] Anestis MD, Anestis JC: Suicide rates and state laws regulating access and exposure to handguns. *Am J Public Health* 2015; 105:2049–2058; Anestis MD, Khazem LR, Law KC, et al: The association between state laws regulating handgun ownership and statewide suicide rates. *Am J Public Health* 2015; 105:2059–2067; Fleegler EW, Lee LK, Monteaux MC, et al: Firearm legislation and firearm-related fatalities in the United States. *JAMA Intern Med* 2013; 173:732–740; Rodríguez Andrés A, Hempstead K: Gun control and suicide: the impact of state firearm regulations in the United States, 1995–2004. *Health Policy* 2011; 101:95–103; Price JH, Thompson AJ, Dake JA: Factors associated with state variations in homicide, suicide, and unintentional firearm deaths. *J Community Health* 2004; 29:271–283; Conner KR, Zhong Y: State firearm laws and rates of suicide in men and women. *Am J Prev Med* 2003; 25:320–324; Boor M, Bair JH: Suicide rates, handgun control laws, and sociodemographic variables. *Psychol Rep* 1990; 66:923–930.

[30] Crifasi CK, Meyers JS, Vernick JS, et al: Effects of changes in permit-to-purchase handgun laws in Connecticut and Missouri on suicide rates. *Prev Med* 2015; 79:43–49.

[31] Runyan CW, Brown TL, Brooks-Russell A: Preventing the invisible plague of firearm suicide. Am J Orthopsychiatry 2015; 85:221–224; Kuehn BM: Battle over Florida legislation casts a chill over gun inquiries. *JAMA* 2015; 313:1893–1895.

[32] Brent DA, Baugher M, Birmaher B, et al: Compliance with recommendations to remove firearms in families participating in a clinical trial for adolescent depression. *J Am Acad Child Adolesc Psychiatry* 2000; 39:1220–1226.

1    those at risk for suicide from the risk of a gun in the house. We need to come up with more

2    creative solutions to prevent people from gaining access to firearms. Many solutions may have a

3    beneficial effect and no one solution is enough.

4    **V.    TOPIC FIVE: IF CALIFORNIA PENAL CODE SECTION 26820 WERE INVALIDATED, IT**
         **WOULD RESULT IN MORE HANDGUN SUICIDES IN DIRECT PROPORTION TO THE**
5        **INCREASE IN HANDGUN PURCHASES**

6         33.    The basis for my opinion on topic five is as follows:  Counsel has asked me to assume

7    that, in the event that California Penal Code section 26820 is invalidated, there will be an increase

8    in handgun purchases by people with impulsive personality traits.  Given that assumption, in the

9    event section 26820 is invalidated, I would predict that there would be an increase in the number

10   of handgun suicides in proportion to the increase in handgun purchases. This opinion is based on

11   the strong relationship between gun availability and risk of firearm suicide.[33] The more handguns

12   that are purchased the more handgun suicides will happen. This effect will be particularly seen in

13   a subgroup of young people, who suffer from a psychiatric illness like major depression and also

14   tend to be more impulsive as a group, and in those adults who suffer from a psychiatric illness

15   like major depression and who have more pronounced impulsive personality traits than other

16   adults. Published studies suggest the increase in firearm suicides will be twice as great in young

17   people, which makes sense since impulsiveness is a more prominent risk factor in young people

18   than in adults.[34] I would therefore predict an increase in suicides in those who impulsively

19   purchase firearms if California Penal Code section 26820 is repealed.

20   Dated:  July 26, 2016

21

22   J. JOHN MANN, M.D.
     Paul Janssen Professor of Translational Neuroscience
23   Director, Molecular Imaging and Neuropathology Division
     Department of Psychiatry
24   Columbia University/New York State Psychiatric Institute

25   _____

26   [33] Mann and Michel. Prevention of firearm Suicide in the United States: what works and
     what is possible. *American Journal of Psychiatry*, in press 2016.

27   [34] Miller M, Lippmann SJ, Azrael D, et al: Household firearm ownership and rates of
     suicide across the 50 United States. *J Trauma* 2007; 62:1029–1034.

28

# MANN EXPERT REPORT EXHIBIT A

**CURRICULUM VITAE**

**Name:**                            J. John Mann, M.D.

**Business Address:**        New York State Psychiatric Institute
                                        Molecular Imaging & Neuropathology Divison
                                        College of Physicians & Surgeons of Columbia University
                                        Department of Psychiatry
                                        1051 Riverside Drive, Box 42
                                        New York, NY  10032
**Business Phone:**           (212) 543-5571
**Fax Number:**                 (212) 543-6017

**ACADEMIC TRAINING**

| | | |
|---|---|---|
| 1964-1965 | Melbourne Boys' High School | Matriculation 1965 |
| 1966-1971 | University of Melbourne Faculty of Medicine | MBBS 1971 (Medicine) |
| 1972-1974 | Royal Melbourne Hospital | FRACP Part 1 1974 (Internal Medicine Boards) |
| 1974-1976 | Royal Melbourne Hospital | DPM 1976 (Diploma of Psychological Medicine) FRANZCP 1977 (Psychiatry Residency and Boards) |
| 1974-1976 | University of Melbourne | MD 1977  (Doctorate of Medicine by Thesis in Neurochemistry) |

**LICENSES**

Comm. of Pennsylvania
New York State
Amer. Board of Psychiatry & Neurology
Drug Enforcement Administration

Version: 11-2016

**PROFESSIONAL ORGANIZATIONS AND SOCIETIES**

| | |
|---|---|
| 1979-present | American Association for the Advancement of Science |
| 1979-1990 | New York Academy of Sciences |
| 1977-2000 | Royal Australian and New Zealand College of Psychiatrists (Fellow effective 1981) |
| 1979-present | American Psychiatric Association (Life Distinguished Fellow, effective 2003) |
| 1979-present | Society of Biological Psychiatry, President 2009-2010 |
| 1982-present | Society for Neuroscience |
| 1987-present | American College of Neuropsychopharmacology |
| 1992-present | Collegium Internationale Neuro-Psychopharmacologicum |
| 1993-1996 | American Society of Clinical Psychopharmacology |
| 1997-present | International Academy of Suicide Research, President 2004-2006 |
| 1998-2011 | Society for Nuclear Medicine |
| 2011-2012 | New York Academy of Sciences |
| 2011- | ECNP Network on Suicide Prevention |

**ACADEMIC APPOINTMENTS**

| | | |
|---|---|---|
| 1974-76 | University of Melbourne Department of Psychiatry | Clinical tutor |
| 1977-78 | University of Melbourne Department of Psychiatry | Associate |
| 1978-80 | New York University Medical School Department of Psychiatry | Research Assistant Professor |
| 1980-83 | Cornell University Medical College | Assistant Professor of Psychiatry |
| 1980-89 | Laboratory of Psychopharmacology Department of Psychiatry Cornell University Medical College | Director |
| 1983-88 | Cornell University Medical College | Associate Professor of Psychiatry (tenured) |
| 1984-89 | Cornell University Graduate School | Associate Professor |
| 1987-88 | Rockefeller University (Laboratory of Dr. Paul Greengard) | Visiting Associate Professor |
| 1988-89 | Rockefeller University | Adjunct Faculty |
| 1988-89 | Cornell University Medical College | Professor of Psychiatry (tenured) |
| 1989-94 | University of Pittsburgh School of Medicine | Professor of Psychiatry (tenured) |
| 1994- | College of Physicians & Surgeons at Columbia University | Professor of Psychiatry (tenured) |

| 1997- | College of Physicians & Surgeons at Columbia University | Professor of Psychiatry (in Radiology) (tenured) |
| 2005- | College of Physicians & Surgeons at Columbia University | The Paul Janssen Professor of Translational Neuroscience (in Psychiatry and Radiology) |
| 2006-2010 | College of Physicians & Surgeons at Columbia University | Vice Chair for Research, Department of Psychiatry |
| 2007-2010 | College of Physicians & Surgeons at Columbia University | Scientific Director, Kreitchman PET Center |

## HOSPITAL APPOINTMENTS

| 1972 | Royal Melbourne Hospital. Rotations included: general medicine, general surgery, infectious diseases, anaesthetics, Emergency Department and urology | Junior Resident Medical Officer |
| 1973 | Royal Melbourne Hospital. Rotations: psychiatry, pediatrics, intensive care unit, admitting officer | Senior Resident Medical Officer |
| 1974-76 | Royal Melbourne Hospital | Psychiatric Registrar |
| 1977-78 | Royal Melbourne Hospital | Psychiatrist |
| 1977-78 | Royal Talbot Rehabilitation Centre | Psychiatrist |
| 1978 | Glenhuntly Rehabilitation Centre Mental Health Authority of Victoria | Psychiatrist in Charge |
| 1978-80 | Bellevue Psychiatric Hospital | Assistant Psychiatrist |
| 1979-80 | University Hospital New York University | Assistant Attending Psychiatrist |
| 1980-83 | The New York Hospital | Assistant Attending Psychiatrist Associate Inpatient Unit Chief |
| 1980-89 | Psychopharmacology Clinic and Affective Disorders Clinic Payne Whitney Clinic, The New York Hospital-Cornell Medical Center | Director |
| 1983-88 | The New York Hospital | Associate Attending Psychiatrist |
| 1988-89 | The New York Hospital | Attending Psychiatrist |

| 1989-94 | Laboratories of Neuropharmacology<br>Department of Psychiatry<br>University of Pittsburgh School of Medicine<br>Western Psychiatric Institute and Clinic | Director |
| 1994- | Molecular Imaging & Neuropathology (new Division name 7/1/07) (Formerly Neuroscience)<br><br>The New York State Psychiatric Institute | Chief/Research Scientist VIII |
| 1995- | Presbyterian Hospital in the City of New York | Attending Psychiatrist |
| 2006-2010 | The New York State Psychiatric Institute | Director of Research |

## AWARDS AND HONORS

| | |
|---|---|
| 1981 | Fellow, Royal Australian and New Zealand College of Psychiatrists |
| 1981-83 | Teacher Scientist Award from the Andrew W. Mellon Foundation |
| 1986-90 | Irma T. Hirschl Trust Research Scientist Award |
| 1989 | Fellow, American Psychiatric Association |
| 1995 | American Suicide Foundation Research Award |
| 1996 | American Association of Suicidology Louis I. Dublin Award |
| 2000 | New York State Office of Mental Health Research Award |
| 2001 | Klerman Senior Investigator Award from the National Depressive and Manic Depressive Association |
| 2001-04 | President, American Foundation for Suicide Prevention |
| 2004-06 | President, International Academy for Suicide Research |
| 2002 | Columbia University Department of Psychiatry Medical Student Teaching Award |
| 2007- | Honorary Professor of the University "Ss. Cyril and Methodius", Skopje, Macedonia |
| 2007 | Stengel Award, International Association for Suicide Prevention |
| 2009-2010 | President, Society of Biological Psychiatry |
| 2010 | Morselli Medal, International Academy of Suicide Research |
| 2011 | Mood Disorders Research Award, American College of Psychiatrists |
| 2011 | Visiting Professor Award, Royal Australian and New Zealand College of Psychiatrists |
| 2012 | American Psychiatric Association Distinguished Life Fellow |
| 2012 | George Thompson Award, Society of Biological Psychiatry |
| 2011-16 | Best Doctors in America |
| 2011-16 | America's Top Medical Specialists |

## SPECIAL AND NAMED LECTURES (selected 2001->)

| | |
|---|---|
| 2001 | Plenary Lecture, National Medical Association, Nashville |
| 2001 | Lecture, Macedonian Academy of Arts and Sciences, Skopje, Macedonia |
| 2001 | Plenary Lecture, Polish Psychiatric Association, Poland |
| 2001 | Plenary Lecture, Taiwan Psychiatric Association, Taipei |

| | |
|---|---|
| 2001 | Invited Public Lecture, University of Melbourne and Mental Health Research Institute |
| 2001 | Plenary Lecture, Italian Psychiatric Society Annual Meeting |
| 2002 | Plenary Lecture, Spanish Psychiatric Association Annual Research Conference |
| 2002 | Plenary Lecture, Slovenian Psychiatric Association Annual Meeting |
| 2002 | Plenary Lecture, ILCA Annual Conference |
| 2003 | 22nd Annual Philip M. Johnson Memorial Lecture, Columbia University, New York |
| 2004 | Plenary Lecture, Society of Biological Psychiatry Annual Meeting |
| 2004 | Invited Speaker, Roundtable on Suicide, Society for Neuroscience Annual Meeting |
| 2004 | Plenary Lecture, The 3 T's: Turning the Tide of Suicide, Dublin Ireland |
| 2005 | Plenary Lecture, International Life Sciences Institute Annual Meeting |
| 2005 | Invited Speaker, Keck Center for Behavioral Biology at North Carolina State University |
| 2005 | Invited Plenary Speaker, International Symposium on Neuroplasticity, Neurotrophic Factors and Affective Disorders, Pisa Italy |
| 2005 | Invited Plenary Speaker, International Meeting on Suicide: Interplay of Genes and Environment, Ghent, Belgium |
| 2005 | Invited Speaker, World Congress on Biological Psychiatry, Vienna, Austria |
| 2005 | 12th Annual Seymour Perlin Lecture, George Washington University |
| 2006 | Invited Speaker, XI Congress of the Italian Psychopathology Society, Rome, Italy |
| 2006 | Invited Speaker, First International Conference on Hot Issues in Psychiatry, Pisa, Italy |
| 2006 | Plenary Lecture, Academy of Molecular Imaging Annual Meeting, Orlando, Florida |
| 2006 | Invited Speaker, World Psychiatric Association Congress, Madrid, Spain |
| 2006 | Invited Speaker, CINP Congress, Chicago, IL |
| 2006 | Plenary Lecture, 11th European Symposium on Suicide and Suicidal Behavior, Portoroz, Slovenia |
| 2007 | Allene Rubin Memorial Lecture, Department of Psychiatry, Johns Hopkins University School of Medicine |
| 2007 | Plenary Lecture, International Association for Suicide Prevention, Ireland |
| 2008 | Plenary Lecture, Second International Conference on Understanding Youth Suicide, Jerusalem, Israel |
| 2008 | Plenary Lecture, 12th European Symposium on Suicide and Suicidal Behaviour, Glasgow, Scotland |
| 2009 | Plenary Lecture, Israel Biological Psychiatry, Conference, Tel Aviv, Israel |
| 2009 | Best Doctors, Inc., Aiken, South Carolina |
| 2010 | Dukoff Lecture, Department of Psychiatry, Memorial Sloan-Kettering Cancer Center, New York, NY |
| 2010 | The Feinberg Lecture, Schneider Children's Hospital, Israel |
| 2010 | Plenary Lecture, Conference Frederic Joliot, Lilles, France |
| 2010 | Plenary Lecture, ESSSB, Rome, Italy |
| 2009 | Plenary Lecture, Canadian Society for Neuropsychopharmacology and Neuroscience |
| 2012 | Rector's Lecture, Koper. Slovenia |
| 2012 | Keynote Speaker, VA/DoD Suicide Prevention CPG Meeting, Canandiagua, NY |
| 2012 | Plenary Lecture, 14th European Symposium on Suicide and Suicidal Behaviour (ESSSB) Tel Aviv, Israel |
| 2014 | Plenary Lecture, ESSSB, Tallinn, Estonia |

| | |
|---|---|
| 2014 | Plenary Lecture European Psychiatric Association Annual Meeting |
| 2014 | Plenary Lecture, ECNP, Berlin |
| 2015 | Plenary Lecture, Israel Psychiatric Association, Tel Aviv |
| 2015 | Plenary Lecture, Second Helenic Suicide Conference, Athens, Greece |
| 2015 | Marilyn G. Karmason, M.D. Memorial Lecture, Department of Psychiatry, New York Presbytrian Hospital and Weill Cornell Medical College, New York, NY |
| 2016 | Kaplan Lecture, Department of Psychiatry, Cincinatti |

**FELLOWSHIPS AND GRANT SUPPORT (selected grants commencing after 2000 and where Dr. Mann is the PI)**

| | |
|---|---|
| 2000-2011 | Center Director/Principal Investigator, NIMH 5 P50 MH062185: *Conte Center for the Neuroscience of Mental Disorders (CCNMD): The Neurobiology of Suicidal Behavior*, TC (Y06-10) DC: $1,500,000/yr |
| 2003-2009 | Principal Investigator, NIMH MH040695: *Neurobiology of Depression and Antidepressants*, Total Cost (Y13-17): $3,011,656. |
| 2004-2009 | Co-Director, Research Methods Core, NIMH 1 P30 MH071478, *ACISR for Pediatric Psychiatry Disorders* (PI: David Shaffer, M.D.); Direct Cost Y01: $1,304,354. |
| 2005-2009 | Principal Investigator, GlaxoSmithKline, *In Vivo PET Imaging of Mild Cognitive Impairment, Early Alzheimer's Disease and Healthy Elderly with 11C-6-OH-BTA-1 and 18F FDG*; DC $500,000. |
| 2006-2008 | Co-Principal Investigator 1R01 DK077493, *PET Imaging of Human Beta Cell Mass* (PI: PaulHarris) ; DC: $308,663 |
| 2007-2012 | Core Director, UL1 RR024156 *CTSA Integrated Imaging Core of the Irving Institute's Clinical and Translational Research Award Program* (Center Director: Henry Ginsberg) DC: $200,000/year |
| 2008-2012 | Principal Investigator, NARSAD Distinguished Investigator Award: Imaging Ketamine-induced Changes in Glutamate Release with MRS in the Treatment of Depression. Total Direct Cost: $100,000 |
| 2008-2013 | Principal Investigator (coordinating site) R01 MH082041, *Suicidal Behavior in Mood Disorders: Genes and Intermediate Phenotypes* [multi-site with Canada (PI: Gustavo Turecki) & Germany (PI: Dan Rujescu)] TC: $2,368,833 |
| 2009-2014 | Principal Investigator, NIMH 2R01 MH056390, *Familial Pathways to Early-Onset Suicide Attempts*, Total Cost: $2,263,699; [collaborative site with Pittsburgh (PI: David Brent) |
| 2009-2011 | Co-Principal Investigator (09-10)/Scientific Advisor (10-11), NIMH U01 MH087981, *Modifiable Risk and Protective Factors for Suicidal Behaviors in the US Army* (PI: Robert J. Ursano, M.D.)  (PIs Columbia Site: Maria Oquendo/Barbara Stanley)Total Costs (Y01-05) $9,999,678. |
| 2009-2011 | Co-Principal Investigator (09-10)/Scientific Advisor (10-11), NIMH U01 MH087981, Supplement: *Modifiable Risk and Protective Factors for Suicidal Behaviors in the US Army* |

(PI: Robert J. Ursano, M.D.) (PI Columbia Site: Maria Oquendo) Total Costs (Y01-02) $645,420

2010-2015   Principal Investigator, NIMH 2R01 MH040695: *Neurobiology of Depression and Antidepressants*, Total Cost (Y18-22): $3,177,655.

2013-2018   Principal Investigator, NIMH 1P50MH090964.Conte Center: Neurobiological and Developmental Antecedents to Suicidal Behavior, Total Cost (Y1-5): $10,011,829

2015-2020   Principal Investigator, NIMH 2R01 MH056390, *Familial Pathways to Early-Onset Suicide Attempts*, Total Cost: $1,988,858; [collaborative site with Pittsburgh (PI: David Brent)

## DEPARTMENTAL AND UNIVERSITY COMMITTEES

### Department of Psychiatry: Columbia University

| | |
|---|---|
| 1994-1996 | Brain Imaging Advisory Committee |
| 2003-2004 | HIPAA Research Security Committee |
| 2004-2007 | Committee on Appointments and Promotions |
| 2005- | Executive Advisory Committee |
| 2007-2010 | Vice Chair Committee and Executive Committee |
| 2007-2010 | Development Committee |
| 2007-2010 | Space Committee |

### Department of Psychiatry: Columbia University

### a) NIH Research Training Grants:

1998-   Research Training in Child Psychiatry - T32 MH016434 Moira Rynn (Faculty Advisor)

2000-   Schizophrenia Research Training - T32 MH018870, Jonathan Javitch, PI (Faculty Advisor)

2006-   Neurobehavioral Sciences Research Training Program – T32 MH015174, Rene Hen, PI; (Faculty Advisor)

2007-   Basic Neuroscience Training Grant T32 DA016224, David Sulzer, PI;(Faculty Advisor)

2008-   Developmental Neuroscience and Behavior - T32 MH018264, Michael Myers, PI; (Previous PI; Myron Hofer) (Faculty Advisor)

2009-   Mood and Anxiety Disorders:  From Animal Models to Patients - T32 MH015144, Steve Roose, PI; (Faculty Advisor)

2009 -   Late Life in Neuropsychiatry - T32 MH020004. Steven Roose, PI; (Faculty Advisor)

### b) Fellowship Programs

2005-   The Paul Janssen Fellowship in Translational Neuroscience – Chair, Selection Committee
2009-   Doris Duke Clinical Research Fellowship Program – Advisory Committee

**Columbia University College of Physicians & Surgeons**

| | |
|---|---|
| 1994-2004 | Joint Radiation Safety Committee |
| 1995-1998 | Faculty Council of the Faculty of Medicine (Voting Member) |
| 1998-2000 | Executive Committee of the Faculty Council of the Faculty of Medicine |
| 2000-2011 | Radioactive Drug Research Committee |
| 2000-2010 | PET Center Executive Committee |
| 2003 | Department of Medicine Chair Search Committee |
| 2006 | Dean's Office NIH Summer Research Fellowship Selection Committee |
| 2008 | Department of Radiology Chair Search Committee |
| 2008-2010 | Program for Imaging and Cognitive Sciences (PICS) - Oversight Committee |

**The Research Foundation for Mental Hygiene, Inc.**

| | |
|---|---|
| 2004-2011 | Board of Directors |

**Food and Drug Administration Advisory Panels (since 2008)**

| | |
|---|---|
| 2008 | Neuronetics NeuroStar TMS Therapy System Committee, |
| 2008, 2015 | Psychopharmacologic Drugs Advisory Committee (PDAC) |

## TEACHING

**(I)     Trainees**

| | |
|---|---|
| 1981-1982 | Michael DeMeo, M.D., Postdoctoral Fellow. Project *"Serotonin responsivity in depressed and suicidal patients"*.  Currently: Assistant Professor, Mt. Sinai Hospital. |
| 1982-1986 | P. Anne McBride, M.D., Postdoctoral Fellow.  Project *"Serotonin receptors in adult and child psychiatric disorders"*.  NIMH First Award.  ACNP Travel Awardee.  Currently: Associate Professor, Cornell University Medical College. |
| 1982-1983 | Shelley F. Aaron, M.D., Postdoctoral Fellow.  Project *"Prediction of antidepressant outcome on monoamine oxidase inhibitors"*.  Currently: Assistant Professor, Cornell University Medical College. |
| 1983-1984 | Richard P. Brown, M.D., Postdoctoral Fellow.   Project *"Hypothalamic-pituitary-adrenal function in depression"*.  Currently: Associate Professor, Columbia University. |
| 1984-1987 | James P. Halper, M.D., Postdoctoral Fellow. Project *"Lymphocyte Immune Function in Depression"*.  ACNP Travel Awardee.  Currently: Assistant Professor, Columbia University. |
| 1984-1987 | Peter M. Marzuk, M.D., Postdoctoral Fellow.  Project *"Epidemiology of Suicide in New York City"*.  Co-investigator NIMH and NIDA grants.  Reader's Digest Research Fellow. Currently: Professor, Cornell University Medical College and Associate Dean for Education. |
| 1988-1989 | Philip J. Wilner, M.D., M.B.A., Postdoctoral Fellow.   Project *"Noradrenergic Activity in Depression"*.   Reader's Digest Research Fellow Small Grant Awardee.   Currently: Vice President and Medical Director, Dept. of Psychiatry, Weill Medical College of Cornell University / New York-Presbyterian Hospital. |

1990-1992 Joyce E. Myers, M.D., Postdoctoral Fellow. Project *"Serotonin responsivity and the action of antidepressants"*. Currently: Bristol Myers Squibb, Company.

1992-1993 Shitij Kapur, M.D., Postdoctoral Fellow. Project *"Biochemical Mechanisms of Action of ECT"*. APA-Dista Postdoctoral Research Fellowship. Currently: Director, Schizophrenia PET Imaging Program, University of Toronto.

1991-1993 Kevin M. Malone, M.D., Postdoctoral Fellow. Project *"Predicting the Risk of Suicidal Behavior in Depressed Patients"*. Fogarty Research Fellow and American Suicide Foundation Grantee. Currently: Lecturer, Columbia University; Associate Professor of Clinical Psychiatry, Mater Hospital, Dublin, Ireland.

1993-1994 Elizabeth Corbitt, Ph.D., NIMH Postdoctoral Fellow. Project *"Personality Disorders and Suicidal Behavior"*.

1994-1997 Margaret FitzGerald, M.D., NIMH Postdoctoral Fellow. Project *"Altered Serotonin Function and Behavioral Changes in DSM-IV Premenstrual Dysphoric Disorder and Mood Disorders"*. Currently: Consultant Community Psychiatrist, St. Vincent's University Hospital / Health Service Executive, Dublin, Ireland.

1995-1998 Lawrence Kegeles, M.D., Ph.D., NIMH Postdoctoral Fellow. Project *"Measurement of Hippocampal Volume and Glutamate Concentration in Schizophrenia Utilizing Proton Magnetic Resonance and Studies of Dopamine Function Using SPECT"*. K08 Award. Currently: Associate Professor of Clinical Psychiatry (in Radiology) at Columbia University.

1997-2000 Ramin V. Parsey, M.D., Ph.D., NIMH Postdoctoral Fellow. Project *"The Role of 5-HT$_{1A}$ Receptors in the Biology and Treatment of Depression."* K08 Award. Currently: Associate Professor of Clinical Psychiatry at Columbia University.

1998-2001 Giovanni Placidi, M.D., Project *"Polymorphism at the tryptophan hydroxylase locus in psychotic disorders with and without suicidal behavior."* Currently: Assistant Professor, University of Florence

2000-2003 Brian Blum, M.D., Project *"Morphometry of dopaminergic and GABAergic neurons in the ventral tegmental area and substania nigra."*

2002-2005 Matthew Milak, M.D., NIMH Postdoctoral Fellow. Project *"PET Mapping of Serotonergic Correlates of Psychometric Deficits in Mood Disorders."* Currently: Assistant Professor, Columbia University. K08 Award.

2004-2007 Elizabeth Sublette, M.D., NIMH Postdoctoral Fellow. Project *"The Arachidonic Acid Cascade in Bipolar Mood Disorder: A Pilot Study."* Currently: Assistant Professor, Columbia University. K08 Award and NARSAD.

2004-2007 Peter Freed, M.D., NIMH Postdoctoral Fellow. Project *"Longitudinal fMRI Study of Adult Human Grief and Grief Resolution"*. Currently: Assistant Professor, Columbia University. K08 Award 2009-2014.

2003-2005 Gil Zalsman, M.D., Postdoctoral Fellow. Project *"Genetic Studies of Suicide"* Currently: Deputy Director, Chief of Child and Adolescent Psychiatry, Director of Adolescent Day Unit, Geha Mental Health Center, Israel

2004-2005    Atsuo Nakagawa, M.D., Postdoctoral Fellow. Project *"Psychobiological Factors Underlying Mood Disorders and Suicidal Behavior."* Department of Psychiatry, Keio University School of Medicine, Tokyo, Japan

2006-2007    Rajan Murthy, M.D. NIMH Postdoctoral Fellow. Project *"Quantifying in vivo regional $5HT_{1A}$ receptor densities by PET with $[^{11}C]$-DWAY: Reproducibility"*

2007-2009    Jeffrey Miller, M.D., Postdoctoral Fellow. Project "Predicting Response to the Treatment of Depression".  NARSAD 2007, Janssen Fellowship in Translational Neuroscience 2009 and currently: Assistant Professor: K08 Award 2009-2014.

2010-2011    Charles Mikell M.D, Postdoctoral Janssen Fellow. Project "Elucidating the role of the dopamine system in novelty signaling using intraoperative microelectrode recording: implications for schizophrenia

2011-2012    Erin Kinnally, Ph.D, Postdoctoral Janssen Fellow. Project "Epigenetic Plasticity and Risk for Depression Following Childhood Abuse."

2014-2015    Spiro Pantazatos, Ph.D, Postdoctoral Janssen Fellow. Project "Genomic and Brain Imaging Data Integration."

2012-2013    Martin Lan, M.D. Ph.D. Postdoctoral Fellow. Project "Brain Imaging Prediction of Treatment Outcome in Bipolar Disorders".


**(II)    Courses (1999-2002)**

Co-Director, Course on Bipolar Disorder & Management of Suicide Risk (CME credit program)

**(III)    Resident Training and Medical Student Teaching**

1999-2016    1st Year Medical Students Course on Psychiatric Medicine

1999-    NYS Psychiatric Institute Research Fellows Seminars

1999-    Columbia University SURF Summer Program

2000-2003    Lecturer, PGY-II Course in Mood Disorders

2001    School of Public Health, Course on Biological Aspects of Psychiatric Disorders

2001-2003    PET Imaging Mini-Fellowship Conference

2001-    Research Fellows Methodology Seminar

2001-    Residency Training

2006    Graduate Course in Neuropsychopharmacology

2006-    Irving Institute CTSA course for graduate students

2011    Irving Institute Imaging Seminar: Use of PET to Study the Brain in Health and Disease

2011-12    Lecturer, PGY2 Evidence Based Clinical Practice Course

2011-    Medical Students Course on Suicidal Behavior

*Preceptor/Advisor for Residents Research Elective*:

| | |
|---|---|
| 1999 | Dr. Andres San Martin |
| 2002-2003 | Dr. Mark Eldaief |

*Ph.D. Thesis Committee:*

| | |
|---|---|
| 2007 | Michelle Umali |

## OTHER PROFESSIONAL ACTIVITIES

1991-1994     Allegheny County, PA, Deputy Coroner

### Editorial Boards

| | |
|---|---|
| 1992 - Present | Biological Editor, Journal of Suicide and Life-Threatening Behavior |
| 1993 - Present | Editorial Board, Journal of Psychiatric Research |
| 1992 - Present | Editorial Board, Psychiatric Annals |
| 1993 - Present | Editorial Board, Crisis |
| 1993 - 1997 | Editorial Board, Neuropsychopharmacology |
| 2002 - Present | Editorial Board, Neuropsychopharmacology |
| 1993 - 1997 | Editorial Board, Convulsive Therapy |
| 1997 - Present | Editorial Board, Archives of Suicide Research |
| 1998 - 2001 | Editorial Board, Biological Psychiatry |
| 1998 - 2008 | Editorial Board, Bipolar Disorders, International Journal of Psychiatry and Neurosciences |
| 2000 - Present | Editorial Board, Clinical Neuroscience Research |
| 2006 – 2010 | Editor in Chief, Central European Journal of Medicine |
| 2007 - Present | Editorial Board, Neuropsychiatric Genetics, Part B of the American Journal of Medical Genetics |
| 2008 - Present | Editorial Board, Spanish Journal of Psychiatry and Mental Health, Spanish Psychiatry Society |
| 2010 - | Editorial Board, Frontiers |
| 2012 - | Editorial Board, PeerJ. |
| 2012 - | Editorial Board, World Journal of Biological Psychiatry |
| 2013 - | International Advisory Board, Israel Journal of Psychiatry |

### Journal Referee (partial list)
Psychopharmacology
Biological Psychiatry
Psychiatry Research
Science
Journal of Neurochemistry
Journal of Endocrinology
Journal Clinical Pharmacology and Therapeutics
Archives of General Psychiatry
American Journal of Psychiatry
New England Journal of Medicine
Lancet
JAMA
Journal of Molecular Psychiatry

### Other Research-Related Activities:

| 1980-1983 | Scientific Program Committee - American Psychiatric Association District Branch: |
|---|---|
| 1984-1985 | New Research Review Committee - American Psychiatric Association: |
| 1985-1987 | TDA2 Study Section - National Institute of Mental Health |
| 1988-1991 | TDA2 Study Section - National Institute of Mental Health |
| 1990-1993 | Program Committee - American College of Neuropsychopharmacology |
| 1990-1992 | Program Committee - Society of Biological Psychiatry |
| 1994 | NIMH Intramural Imaging Program Review |
| 1994-1995 | NIMH Human Brain Project 20 Special Review Committee |
| 1994-1996 | Education and Training Committee-American College of Neuropsychopharmacology |
| 1997-1999 | Government Relations Committee-American College of Neuropsychopharmacology |
| 1999- | Chairman, Scientific Council, American Foundation for Suicide Prevention |
| 2000- | Membership Committee - Society of Biological Psychiatry |
| 2000- | Program Committee - Society of Biological Psychiatry |
| 2000-2001 | Committee Member - Institute of Medicine's Board on Neuroscience and Behavioral Health Pathophysiology & Prevention of Adolescent & Adult Suicide |
| 2000-2002 | Credentials Committee - American College of Neuropsychopharmacology |
| 2001-2003 | Task Force on Unipolar Major Depressive Disorder - World Fed. of Soc. Biol. Psychiatry |
| 2001-2003 | International Organizing Committee, IASP |
| 2001-2003 | Local Organizing Committee, Human Brain Mapping |
| 2002-2003 | International Organizing Committee, IASP |
| 2002- | Scientific Advisory Board, National Depressive and Manic-Depressive Association |
| 2002- | Member, New York State Suicide Prevention Council |
| 2002-2006 | Board of Directors, Research Foundation for Mental Hygiene, Inc. |
| 2003-2005 | President, International Academy for Suicide Research |
| 2003- | Scientific Council, National Alliance for Research on Schizophrenia & Depression (NARSAD) |
| 2005- | Member of Suicidology Section, World Psychiatric Association |
| 2009- | Nominating/Governance Committees, American Foundation for Suicide Prevention |
| 2009- | NIH Study Section:  Neural Basis of Psychopathology, Addictions and Sleep Disorders (NPAS) |
| 2009- | IASP Task Force, The Genetics and Neurobiology of Suicide |
| 2009-2010 | President – Society of Biological Psychiatry |
| 2010 | NIMH Prevention Research Workshop/Convention (6/1/2010) |
| 2011 | NIMH Study Section:  Reviewer, Alzheimer's Association International Research Grant Program |

## PUBLICATIONS

### A.   Peer Reviewed Articles

1.   Mann J, Branton LG, Larkins RG.   Hyperosmolality complicating recovery from lithium toxicity.  *Br Med J.*  1978 Jun 10;1(6126):l522-1523.  PMID:656782    PMC1605053

2.   Mann J, Chui E.  Platelet monoamine oxidase activity in Huntington's chorea.  *J Neurol Neurosurg Psychiatry.*  1978;4l(9):809-8l2.  doi:10.1136/jnnp.41.9.809

3.   Mann J.   Altered platelet monoamine oxidase activity in affective disorders.  *Psychol Med.* 1979 Nov; 9(4):729-736.  PMID:515270

4.   Mann J, Thomas KM.   Platelet monoamine oxidase activity in schizophrenia.  Relationship to disease, treatment, institutionalization and outcome.  *B. J Psychiatry* 1979 Apr;134:366-371.  PMID:36192

5.    Mann JJ, Stanley M, Gershon S, Rossor M.  Mental symptoms in Huntington's disease and a possible primary aminergic neuron lesion. *Science.* 1980 Dec;2l0(4476):1369-137l.  PMID:6449080

6.    Georgotas A, Mann J, Bush D, Gershon S.  A clinical trial of zimelidine in depression.  *Commun Psychopharmacol.* 1980;4(1):7l-77.  PMID:6447007

7.    Mann J, Gershon S.   L-deprenyl, a selective monoamine oxidase type-B inhibitor in endogenous depression. *Life Sci.* 1980 Mar 17;26(11):877-882.  PMID:6768943

8.    Mann J, Peselow ED, Snyderman S, Gershon S.  D-phenylalanine in endogenous depression. *Am J Psychiatry.* 1980 Dec;137(12):1611-1612.  PMID:7435725

9.    Mann JJ, Friedman E, Georgotas A, Gershon S.  The antidepressant effects of trazodone and inhibition on platelet serotonin reuptake. *Commun Psychopharmacol.* 1980;4(4):293-30l.  PMID:7273703

10.   Mann JJ, Kaplan RD, Georgotas A, Friedman E, Branchey M, Gershon S.  Monoamine oxidase activity and enzyme kinetics in three subpopulations of density-fractionated platelets in chronic paranoid schizophrenics. *Psychopharmacology (Berl).* 1981;74(4):344-348.  PMID:6794079

11.   Gershon S, Mann J, Newton R, Gunther BJ.   Evaluation of trazodone in the treatment of endogenous depression:  Results of a multicenter double-blind study. *J Clin Psychopharmacol.* 1981 Nov;1(6):39S-44S.

12.   Mann JJ, Georgotas A, Newton R, Gershon S.   A controlled study of trazodone, imipramine, and placebo in outpatients with endogenous depression. *J Clin Psychopharmacol.* 1981 Mar;l(2):75-80.  PMID:7028798

13.   Mann JJ, Stanley M, Neophytides A, de Leon MJ, Ferris SH, Gershon S.   Central amine metabolism in Alzheimer's disease:  in vivo relationship to cognitive deficit. *Neurobiol Aging.* 1981 Spring;2(1):57-60.  PMID:7266742

14.   Frances A, Brown RP, Kocsis JH, Mann JJ.  Psychotic depression: a separate entity? *Am J Psychiatry.* 1981 Jun; 138(6):83l-833.  PMID:7246818

15.   Georgotas A, Mann J, Gershon S.   Safety data on zimelidine hydrochloride following an overdose. *Acta Psychiatr Scand* Suppl. 1981;290:257-26l.  PMID:6452795

16.   Feldman GM, Mann JJ, Charney AN.  Effect of lithium ingestion on water and electrolyte transport in rat intestine. *Gastroenterology.* 1981 Nov;8l(5):892-897.  PMID:6269945

17.   Georgotas A, Mann J, Friedman E.   Platelet monoamine oxidase inhibition as a potential indicator of favorable response to MAOI's in geriatric depression. *Biol Psychiatry.* 1981 Oct;l6(10):997-l00l.  PMID:7306621

18.   Mann JJ, Frances A, Kaplan RD, Kocsis J, Peselow ED, Gershon S.   The relative efficacy of L-deprenyl, a selective monoamine oxidase type B inhibitor in endogenous and nonendogenous depression. *J Clin Psychopharmacol.* 1982 Feb;2(1):54-57.  PMID:6802883

19.   Mann JJ, Frances A, Peselow ED, Gershon S.   Differential efficacy of L-deprenyl, a selective MAO type-B inhibitor, in endogenous and nonendogenous depression. *Psychopharmacol Bull.* 1982 Oct; l8(4):l82-l84.  PMID:6818606

20.   Brown RP, Frances A, Kocsis JH, Mann JJ.   Psychotic vs nonpsychotic depression: comparison of treatment response. *J Nerv Ment Dis.* 1982 Oct;l70(10):635-637.  PMID:6125562

21. Biegon A, Rainbow RC, Mann JJ, McEwen BS.   Neurotransmitter receptor sites in human hippocampus: a quantitative autoradiographic study.   *Brain Res.* 1982 Sep 16;247(2):379-382. PMID:6289987

22. Kaplan RD, Mann JJ.   Altered platelet serotonin uptake kinetics in schizophrenia and depression.  *Life Sci.* 1982 Aug 9;3l(6)583-588.  PMID:7132568

23. Georgotas A, Forsell TL, Mann JJ, Kim M, Gershon S.   Trazodone hydrochloride:  a wide spectrum antidepressant with a unique pharmacological profile. A review of its neurochemical effects, pharmacology, clinical efficacy and toxicology.  *Pharmacotherapy.* 1982 Sep-Oct;2(5):255-265.  PMID: 6763207

24. Stanley M, Mann JJ.   Increased serotonin-2 binding sites in frontal cortex of suicide victims.  *Lancet.* 1983 Jan 29;l(8318):2l4-2l6.  PMID:6130248

25. Georgotas A, Friedman E, McCarthy M, Mann J, Krakowcki M, Siegel R, Ferris S.  Resistant geriatric depressions and therapeutic response to monoamine oxidase inhibitors.  *Biol Psychiatry.* 1983 Feb; l8(2):l95-205.  PMID:6830930

26. Stanley, M., Mann, J.J. and Gershon, S.  1983.   Alterations in pre- and post-synaptic serotonergic neurons in suicide victims.  *Psychopharm. Bull.* l9:684-687.

27. Mann JJ, Stanley M, Kaplan RD, Sweeney J, Neophytides A.   Central catecholamine metabolism *in vivo* and the cognitive and motor deficits in Parkinson's disease. *J Neurol Neurosurg Psychiatry.* 1983 Oct;46(10):905-9l0.  PMID:6644314   PMC1027603

28. Mann JJ.  Loss of antidepressant effects with long-term monoamine oxidase inhibitor treatment without loss of monoamine oxidase inhibition.  *J Clin Psychopharmacol.* 1983  Dec;3(6):363-366.  PMID: 6315778

29. Mann, J.J., Aarons, S.A., Frances, A., Bernstein, W., Douglas, C. and Sickles, M.  1983.  Symptoms of atypical depression as a predictor of response to L-deprenyl.  *Psychopharm. Bull.* l9:333-335.

30. McBride PA, Mann JJ, McEwen B, Biegon A.   Characterization of serotonin binding sites on human platelets.  *Life Sci.* 1983 Nov 14;33(20):2033-204l.  PMID:6645789

31. Mann JJ, Stanley M.  Postmortem monoamine oxidase enzyme kinetics in the frontal cortex of suicide victims and controls.  *Acta Psychiatr Scand.* 1984 Feb;69(2):l35-l39.  PMID:6702476

32. Shear MK, Devereux RB, Kramer-Fox MS, Mann JJ, Frances A.   Low prevalence of mitral valve prolapse in patients with panic disorder.  *Am J Psychiatry.*  1984 Feb;l4I(2):302-303.  PMID:6691504

33. Halper JP, Mann JJ, Weksler ME, Bilezikian JP, Sweeney JA, Brown RP, Golbourne T.   Beta adrenergic receptors and cyclic AMP levels in intact human lymphocytes:  effects of age and gender.  *Life Sci.* 1984 Aug 20;35(8):855-863.  PMID:6090853

34. Mann JJ, Aarons SF, Frances AJ, Brown RD.   Studies of selective and reversible monoamine oxidase inhibitors.  *J Clin Psychiatry.*  1984 Jul;45(7 Pt 2):62-66.  PMID:6429130

35. Mann JJ, Frances AJ, Brown RP, Aarons SF, Kocsis JH.  Monoamine oxidase inhibitors: Yesterday, today and tomorrow.  *J Clin Psychiatry.*  1984;2:27-3l.

36. Brown RP, Mann JJ.   Current theories of antidepressant action and the biochemical basis of depression.  *JCP Monograph.*  1984;2:3-6.

37. Robinson DS, Corcella JC, Feighner JP, Pohl R, Kelwala S, Mann JJ, Chien CP, Gerner RH.  A comparison of trazodone, amoxapine and maprotiline in the treatment of endogenous depression.  *Curr Therap Res.* 1984;5:549-560.

38. Brown RP, Mann JJ.  A clinical perspective on the role of neurotransmitters in mental disorders.  *Hosp Community Psychiatry.* 1985 Feb;36(2):l4l-l50.  PMID:2579012

39. Aarons SF, Frances AJ, Mann JJ.  Atypical depression:  a review of diagnosis and treatment.  *Hosp Community Psychiatry.* 1985 Mar;36(3):275-282.  PMID:3979979

40. Kocsis JH, Frances A, Mann JJ, Sweeney J, Voss C, Mason B, Brown RP.  Imipramine for treatment of chronic depression.  *Psychopharmacol Bull.* 1985;2l(3):698-700.  PMID:3898184

41. Barnett J, Frances A, Kocsis J, Brown R, Mann JJ.  Peripheral edema associated with trazodone: a report of ten cases.  *J Clin Psychopharmcol.* 1985 Jun;5(3):l6l-l64.  PMID:3998206

42. Escobar JI, Mann JJ, Keller J, Wilkins J, Mason B, Mills MJ.  Comparison of injectable molindone and haloperidol followed by oral dosage forms in acutely ill schizophrenics.  *J. Clin Psychiatry.* 1985 Aug; 46(8 Pt2):l5-l9.  PMID:3894337

43. Weiden P, Mann JJ, Shaw E, Bruun R.  Munchausen's syndrome simulating torsion dystonia.  *N Engl J Med.* 1985 Oct 24;3l3(17):l088.

44. Mann JJ, Brown RP, Halper JP, Sweeney JA, Kocsis JH,  Stokes PE, Bilezikian JP.  Reduced sensitivity of lymphocyte beta-adrenergic receptors in patients with endogenous depression and psychomotor agitation.  *N Engl J Med.* 1985 Sep 19;3l3(12):7l5-720.  PMID:2993884

45. Mann JJ, Kaplan RD, Bird ED.  Elevated postmortem monoamine oxidase B activity in the caudate nucleus in Huntington's disease compared to schizophrenics and controls.  *J Neural Transm.* 1986; 65(3-4):277-283.  PMID:29403336

46. Brown RP, Mason B, Stoll P, Brizer D, Kocsis J, Stokes PE, Mann JJ.  Adrenocortical function and suicidal behavior in depressive disorders.  *Psychiatry. Res.* 1986 Apr;l7(4):3l7-323.  PMID:3714913

47. Kocsis JH, Voss C, Mann JJ, Frances A.  Chronic depression:  demographic and clinical characteristics.  *Psychopharmacol Bull.* 1986;22(1):l92-l95.  PMID:3726065

48. Shaw, E.D., Mann, J.J., Weiden, P.J., Sinsheimer, L.M. and Brunn, R.D.  1986.  A case of suicidal and homocidal ideation and akathisia in a double-blind neuroleptic crossover study (letter).  *J. Clinical Psychopharmacology* 6:l96-l97.

49. Mann JJ, McBride PA, Stanley M.  Aminergic receptor binding correlates of suicide:  methodological issues.  *Psychopharmacol Bull.* 1986;22(3):741-743.  PMID:3025908

50. Mann JJ, McBride PA, Stanley M.  Postmortem serotonergic and adrenergic receptor binding to frontal cortex:  correlations with suicide.  *Psychopharmacol Bull.* 1986;22(3):647-649.  PMID:3025907

51. Mann JJ, Stanley M, McBride PA, McEwen BS.  Increased serotonin$_2$ and beta-adrenergic receptor binding in the frontal cortices of suicide victims.  *Arch Gen Psychiatry.* 1986 Oct;43(10):954-959.  PMID:3019268

52. Shaw ED, Mann JJ, Stokes PE, Manevitz AZ.  Effects of lithium carbonate on associative productivity and idosyncrasy in bipolar outpatients.  *Am J Psychiatry.* 1986 Sep;143(9):1166-1169.  PMID:3092681

53. Kocsis JH, Kennedy S, Brown RP, Mann JJ, Mason B.   Suicide and adrenocortical function. *Psychopharmacol Bull.* 1986;22(3):650-655.  PMID:3797571

54. Stanley M, Mann JJ, Cohen LS.  Role of the serotonergic system in the postmortem analysis of suicide. *Psychopharmacol Bull.* 1986;22(3):735-740.  PMID:3797578

55. Mann, J.J.  1986.  How medication compliance affects outcome.  *Psychiatric Annals* 16:567-570.

56. Weiden P, Shaw E, Bruun R, Mann JJ.   High-dose intravenous haloperidol in agitated cardiac patients (letter). *J Clin Psychopharmacol.* 1986 Dec;6(6):375.

57. Weiden PJ, Shaw E, Mann JJ.   Causes of neuroleptic noncompliance.   *Psychiatric Annals.* 1986;16(10):571-575.

58. Stanley M, Mann JJ, Cohen LS.  Serotonin and serotonergic receptors in suicide.  *Ann NY Acad Sci.* 1986;487:122-127.  PMID:2436526

59. Mann JJ, McBride PA, Stanley M.   Postmortem monoamine receptor and enzyme studies in suicide. *Ann NY Acad Sci.* 1986;487:114-121.  PMID:2436527

60. Kocsis JH, Kennedy S, Brown RP, Mann JJ, Mason B.   Neuroendocrine studies in depression. Relationship to suicidal behavior. *Ann NY Acad Sci.* 1986;487:257-262.  PMID:3471161

61. Stanley M, Stanley B, Traskman-Bendz L, Mann JJ, Meyendorff E.  Neurochemical findings in suicide completers and suicide attempters.   *Suicide Life Threat Bahav.*   1986 Summer;16(2):286-300. PMID:2428142

62. Shaw ED, Mann JJ, Stokes PE, Manevitz AZ.  1987.  Effects of lithium carbonate on the memory and motor speed of bipolar outpatients.  *J. Abnormal Psychology* 96(1):64-69.

63. Shear, M.K., Kligfield, P., Harshfield, G., Devereux, R.B., Polan, H.J., Mann, J.J., Pickering, T. and Frances, A.J.  1987.  Cardiac rate and rhythm in panic patients.  *Am. J. Psychiatry* 144:633-637.

64. Ernsberger, P., Meeley, M.P., Mann, J.J. and Reis, D.J.  1987.  Clonidine binds to imidazole binding sites as well as $\alpha_2$-adrenoreceptors in the ventrolateral medulla.  *European J Pharmacol.* 134:1-13.

65. McBride, P.A., Mann, J.J., Polley, M.J., Wiley, A.J. and Sweeney, J.A.  1987.  Assessment of binding indices and physiologic responsiveness of the 5-$HT_2$ receptor on human platelets.  *Life Sci.* 40:1799-1809.

66. Markowitz, J., Brown, R., Sweeney, J. and Mann, J.J.  1987.  Reduced length and cost of hospital stay for major depression in patients treated with ECT.  *Am. J. Psychiatry* 144:1025-1029.

67. Weiden, P.J., Mann, J.J., Haas, G., Mattson, M. and Frances, A.  1987.  Clinical nonrecognition of neuroleptic-induced movement disorders: A cautionary study.  *Am. J. Psychiatry* 144:1148-1153.

68. Mann, J.J.  1987.   Psychobiologic predictors of suicide. *J. Clin. Psychiatry* 48 (12, Suppl.):39-43.

69. Halper, J.P., Brown, R.P., Sweeney, J.A., Kocsis, J.H., Peters, A. and Mann, J.J.  1988.  Blunted beta-adrenergic responsivity of peripheral blood mononuclear cells in endogenous depression: Isoproterenol dose response studies.  *Arch. Gen. Psychiatry* 45:241-244.

70. Kocsis, J.H., Frances, A.J., Voss, C., Mason, B.J., Mann, J.J. and Sweeney, J.  1988.  Imipramine and social-vocational adjustment in chronic depression.  *Am. J. Psychiatry* 45:997-999.

71. Kocsis, J.H., Frances, A.J., Voss, C., Mann, J.J., Mason, B.J., and Sweeney, J.  1988.  Imipramine treatment for chronic depression.  *Arch. Gen. Psychiatry* 45:253-257.

72. Marzuk, P.M., Tierney, H., Tardiff, K., Gross, E.M., Morgan, E.B., HSU, M.A. and Mann, J.J.  1988.  Increased risk of suicide in persons with AIDS.  *JAMA* 259:1333-1337.

73. Halper, J.P. and Mann, J.J.  1988.  Cardiovascular effects of antidepressant medications. *Br. J. Psychiatry* 153 (suppl.3):87-98.

74. Arango, V., Ruggiero, D.A., Callaway, J., Anwar, M., Mann, J.J. and Reis, D.J. 1988.  Catecholaminergic neurons in the ventrolateral medulla of the solitary tract in the human. *J. Comparative Neurology* 273(2):224-240.

75. Brown, R.P., Stoll, P.M., Stokes, P.E., Frances, A., Sweeney, J., Kocsis, J.H. and Mann, J.J.  1988.  Adrenocortical hyperactivity in depression:  Effects of agitation, delusions, melancholia and other illness variables.  *Psychiat. Res.* 23:167-178.

76. Marzuk, P.M. and Mann, J.J. 1988.  Suicide and substance abuse. *Psychiatric Annals* 18(11):639-645.

77. Fried, D. and Mann, J.J. 1988.  Electroconvulsive treatment of a patient with known intracranial tumor. *Biol. Psychiat.* 23:176-180.

78. Keilp, J.G., Sweeney, J.A., Jacobsen, P., Solomon, C., St. Louis, L., Deck, M., Frances, A. and Mann, J.J. 1988.  Cognitive impairment in schizophrenia: Specific relations to ventricular size and negative symptomatology. *Biol. Psychiat.* 24:47-55.

79. Mann, J.J. and Arango, V.  1988.  CNS adrenergic receptors and beta blockade. *Post Grad. Med.* 135-139.

80. Marin, D.B., De Meo, M., Frances, A.J., Kocsis, J.H. and Mann, J.J.  1989.  Biological models and treatments for personality disorders. *Psychiatric Annals* 19(3):143-146.

81. Mann, J.J., Marzuk, P.M., Arango, V., McBride, P.A., Leon, A.C. and Tierney, H. 1989.  Neurochemical studies of violent and nonviolent suicide.  *Psychopharm. Bull.* 25(3):407-413.

82. Mann, J.J., Aarons, S.F., Wilner, P.J., Keilp, J.G., Sweeney, J.A., Pearlstein, T., Frances, A.J., Kocsis, J.H. and Brown, R.P.  1989.  A controlled study of the antidepressant efficacy and side effects of l-deprenyl: A selective monoamine oxidase inhibitor. *Arch. Gen. Psychiatry* 46:45-50.

83. McBride, P.A., Anderson, G.M., Hertzig, M.E., Sweeney, J.A., Kream, J., Cohen, D.J. and Mann, J.J. 1989.  Serotonergic responsivity in male young adults with autistic disorder: Results of a pilot study. *Arch. Gen. Psychiatry* 46:213-221.

84. Mann, J.J., Arango, V., Marzuk, P.M. Theccanat S. and Reis, D.J.  1989.  Evidence for the 5-HT Hypothesis of suicide: A review of postmortem studies. *Br. J. Psychiatry* 155 (suppl. 8):7-14.

85. Kocsis, J.H., Mason, B.J., Frances, A.J., Sweeney, J., Mann, J.J. and Marin, D.  1989.  Prediction of response of chronic depression to imipramine. *J. Affective Disorders* 17:255-260.

86. Leon, A.C., Friedman, R.A., Sweeney, J.A., Brown, R.P. and Mann, J.J.   Statistical issues in the identification of risk factors for suicidal behavior: The application of survival analysis. *Psychiat. Res.* 31:99-108, 1990.

87. Mann, J.J., Mahler, J.A., Wilner, P.J., Johnson, K.S., Halper, J.P., Brown, R.P., Kocsis, J.H. and Chen, J.S. 1990. Normalization of blunted lymphocyte beta-adrenergic responsivity in melancholic inpatients by a course of electroconvulsive therapy. *Arch. Gen. Psychiatry* 47:461-464.

88. Arango, V., Ernsberger, P., Reis, D.J. and Mann, J.J. 1990. Demonstration of high-and low-affinity β-adrenergic receptors in slide-mounted sections of rat and human brain. *Brain Res.* 516:113-121.

89. Mason, B.J., Kocsis, J.H., Frances, A.J. and Mann, J.J. 1990. Amoxapine vs. amitriptyline for continuation therapy of depression. *J. Clin. Psychopharmacol.* 10:338-343.

90. McBride, P.A., Tierney, H., DeMeo, M., Chen, J.S. and Mann, J.J. 1990. Effects of age and gender on CNS serotonergic responsivity in normal adults. *Biol. Psychiatry* 27:1143-1155.

91. Mann, J.J., Arango, V., Underwood, M.D., Baird, F. and McBride, P.A. 1990. Neurochemical correlates of suicidal behavior: Involvement of serotonergic and non-serotonergic systems. *Pharmaco. Toxico.* 66:37-60.

92. Jones, J.S., Stanley, B., Mann, J.J., Frances, A.J., Guido, J.R., Traskman-Bendz, L., Winchel, R., Brown, R.P. and Stanley, M. 1990. CSF 5-HIAA and HVA concentrations in elderly depressed patients who attempted suicide. *Am. J. Psychiatry* 147:1225-1227.

93. Arango, V., Ernsberger, P., Marzuk, P.M., Chen, J.S., Tierney, H., Stanley, M., Reis, D.J. and Mann, J.J. 1990. Autoradiographic demonstration of increased 5-HT$_2$ and β-adrenergic receptor binding in the brain of suicide victims. *Arch. Gen. Psychiatry,* 47:1038-1047.

94. McBride, P.A., Mann, J.J., Nimchinsky, E. and Cohen, M.L. 1990. Inhibition of serotonin-amplified human platelet aggregation by ketanserin, ritanserin, and the ergoline 5-HT$_2$ receptor antagonists, LY53857, sergolexole, and LY237733. *Life Sci.,* 47:2089-2095.

95. Mann, J.J., Manevitz, A.Z.A., Chen, J.S., Johnson, K.S., Adelsheimer, E.F., Heller, R.A., Massina, A. and Wilner, P.J. 1990. Acute effects of single and repeated electroconvulsive therapy on plasma catecholamines and blood pressure in major depressive disorder. *Psychiat. Res.,* 34:127-137.

96. Marzuk, P.M., Tardiff, K, Leon, A.C., Stajic, M., Morgan E.B. and Mann, J.J. 1990. Prevalence of recent cocaine use among motor vehicle fatalities in New York City. *JAMA,* 263:250-256.

97. Mann, J.J. 1991. Integration of neurobiology and psychopathology in a unified model of suicidal behavior, *Excerpta. Med. Congress Series* 1:114-117.

98. Arango, V., Underwood, M.D. and Mann, J.J., 1991. Neurochemical findings in the brain of suicide victims. *Excerpta. Med. Congress Series* 1:118-120.

99. Mann, J. J and Kapur S. 1991. Neurobiological mechanisms of ECT: Clinical studies. *Excerpta. Med. Int. Congress Series* 1: 272-274.

100. Mann, J.J. and Kapur, S. 1991. The role of the dopaminergic mechanisms in antidepressant action. *Excerpta. Med. Congress Series* 1:690-693.

101. Mann, J.J., and Kapur, S. 1991. The emergence of suicidal ideation and behavior during antidepressant pharmacotherapy. *Arch.Gen.Psychiatry,* 48: 1027-1033.

102. Mann, J.J. and Arango V. 1992. Integration of neurobiology and psychopathology in a unified model of suicidal behavior. *J. Clin. Psychopharmacol.,* 12 (Suppl 2): 2S-7S.

103. Arango, V., Underwood, M.D., and Mann, J.J.  1992.  Alterations in monoamine receptors in the brain of suicide victims.  *J. Clin. Pharmacol.* 12 (Suppl 2): 8S-12S.

104. Shear, M.K., Polan, J.J., Harshfield, G., Pickering, T., Mann, J.J., Frances, A. and James, G.  Ambulatory Monitoring of Blood Pressure and Heart Rate in Panic Patients.  *J.Anxiety Disorders,* 6:213-221, 1992.

105. Underwood, M.D., Bakalian, M.J., Smith, R.W., and Mann, J.J.  1992.  Regulation of cortical Cerebral blood flow by the dorsal raphe nucleus: Topgraphic organization of cerebrovascular regulatory regions.  *J. Cerebral. Blood Flow & Metabolism*, 12:664-673.

106. McBride, P.A., DeMeo, M.D., Sweeney, J.A., Halper, J., Mann, J.J. and Shear, K.S. 1992.  Neuroendocrine and behavioral responses to challenge with the indirect serotonin agonist dl-fenfluramine in adults with obsessive-compulsive disorder.  *Biol. Psychiatry*, 31:19-34.

107. Rigatti, B.W, Paleos, G.A., and Mann, J.J.  1992.  Simultaneous effects of the platelet 5-HT$_2$ and alpha$_2$-adrenergic receptor populations on phosphoinositide hydrolysis.  *Life Sciences*, 50:169-180.

108. Simeon, D., Stanley, B., Frances, A., Mann, J.J., Winchel, R. and Stanley, M.  1992.  Self-Mutilation in Personality Disorders:  Psychological and Biological Correlates.  *Am J Psychiatry*; 149:221-226.

109. Marzuk, P.M., Tardiff, K., Leon, A.C., Stajic, M., Morgan, E.B. and Mann, J.J.  Prevalence of cocaine use among residents of New York City who committed suicide during a one-year period. *Am. J. Psychiatry* 149:3, 371-375, 1992.

110. Kapur, S and Mann, J.J.  1992.  Role of the Dopaminergic Systems in Depression.  *Biol. Psychiatry*, 32:1-17.

111. Marzuk, P.M., Leon, A.C., Tardiff, K., Morgan, E.B., Stajic, M. and Mann, J.J.  1992.  The effect of accessibility to lethal methods of injury on suicide rates.  *Arch. Gen. Psychiatry*, 49:451-458.

112. Mann, J.J., McBride, P.A., Anderson, G.M. and Mieczkowski, T.A.  1992.  Platelet and whole blood serotonin content in depressed inpatients:  Correlations with acute and life-time psychopathology.  *Biol. Psychiatry*, 32:243-257.

113. Arango, V. and Mann, J.J.  1992.  Relevance of serotonergic post-mortem studies to suicidal behavior. *International Review of Psychiatry*, 4:139-148.

114. Mann, J.J., McBride, P.A., Brown, R.P., Linnoila, M, Leon, A., DeMeo, M., Mieczkowski, T.A., Myers, J.E. and Stanley, M.  1992.  Relationship between central and peripheral serotonin indices in depressed and suicidal psychiatric inpatients.  *Arch. Gen. Psychiatry*, 49(6):442-446.

115. Shear, M.K., Polan, J.J., Harshfield, G., Pickering, T., Mann, J.J., Frances, A., and James, G.  1992.  Ambulatory Monitoring of blood pressure and heart rate in panic patients.  *J. Anxiety Disorders*, 6:213-221.

116. Underwood, M.D., Bakalian, M.J., Arango, V., Smith, R.W. and Mann, J.J.  1992.  Regulation of cortical blood flow by the dorsal raphe nucleus: Topographic organization of cerebrovascular regulatory regions.  *J. Cereb. Blood Flow Metab.* 12:664-673.

117. Kapur, S., Mieczkowski, T. and Mann, J.J.  1992.  Antidepressant medications and the relative risk of suicide attempt and suicide.  *JAMA* 268:3441-3445.

118. Mann, J.J. and Kapur, S.  1992.  Clinical studies of adrenergic receptor function in depression-effect of electroconvulsive therapy.  *Clin. Neuropharm.* 15(Suppl.1, Pt. A.) 675A-676A.

119. Muldoon, M., Kaplan, J.R., Manuck, S.B. and Mann, J.J.  1993.  Effects of dietary fat on central nervous system serotonergic responsivity in nonhuman primates.  *Biol. Psych.*, 31:739-742.

120. Arango, V., Ernsberger, P., Sved, A.F., and Mann, J.J.  1993.  Quantitative autoradiography of α1- and α2-adrenergic receptors in the cerebral cortex of controls and suicide victims.  *Brain Res.*, 630:271-282.

121. Mieczkowski, T.A., Sweeney, J.A., Haas, G.L. and Mann, J.J.  1993.  Factor composition of the suicide intent scale.  *Suicide & Life Threatening Behavior* 23:37-45.

122. Cornelius, J.R., Salloum, I.M., Cornelius, M.D., Perel, J.M., Thase, M.E., Ehler, J.G. and Mann, J.J.  1993.  Fluoxetine trial in suicidal depressed alcoholics.  *Psychopharmacology Bulletin*, 29:195-199.

123. Kapur, S., Austin, M.C., Underwood, M.D., Arango, V. and Mann, J.J.  1993.  Electroconvulsive shock increases tyrosine hydroxylase and neuropeptide Y gene expression in the locus coeruleus.  *Mol. Brain Res.*, 18:121-126.

124. Malone, K.M., Thase, M.E., Mieczkowski, T.A., Myers, J.E., Perel, J.M., Cooper, T.B., and Mann, J.J.  1993.  Fenfluramine challenge test as a predictor of outcome in major depression.  *Psychopharmacology Bulletin*, 29(2):155-161.

125. Mann, J.J., Goodwin, F.K., O'Brien, C.P. and Robinson, D.S.  1993.  Suicidal behavior and psychotropic medication: a consensus statement by the ACNP council.  *Neuropsychopharmacology,* 8:177-183.

126. Botchin, M.B., Kaplan, J.R., Manuck, S.B., and Mann, J.J.  1993.  "Low" versus "high" prolactin responders to fenfluramine challenge: marker of behavioral differences in adult male cynomolgus macaques.  *Neuropharmacology*, 9:(2)93-99.

127. Myers, J.E., Buysse, D.J., Thase, M.E., Perel, J., Miewald, J.M., Cooper, T.B., Kupfer, D.J. and Mann, J.J. 1993.  The effects of fenfluramine on sleep and prolactin in depressed inpatients:  A comparison of potential indices of brain serotonergic responsivity.   *Biol. Psychiatry*, 34:753-758.

128. Underwood, M.D., Arango, V., Smith, R.W., Bakalian, M.J., and Mann, J.J.  1993.  Computerized three-dimensional reconstruction reveals cerebrovascular regulatory subregions in rat brain stem.  *Neuroimage* 1:79-86.

129. Palmer, A.M., Burns, M.A., Arango, V. and Mann, J.J.  Similar effects of glycine, zinc and an oxidizing agent on $^3$H-dizocilpine binding to the N-methyl-D-aspartate receptor in neocortical tissue from suicide victims and controls.  *J. Neural Transmission*, 96:1-8, 1994.

130. Myers, J.E., Mieczkowski, T.A., Perel, J., Abbondanza, D.M., Thomas B. Cooper and Mann, J.J.  1994.  Abnormal behavioral responses to fenfluramine in patients with affective and personality disorders:  correlation with increased serotonergic responsivity.  *Biol. Psychiatry*, 35:112-120.

131. Kaplan, J.R., Shively, C.A., Botchin, M.B., Morgan, T.P., Howell, S.M., Manuck, S.B., Mann, J.J. and Muldoon, M.F. 1994.  Demonstration of an association among dietary cholesterol, central serotonergic activity, and social behavior in monkeys.  *Psychosomatic Medicine*, 56:479-484.

132. McBride, P.A., Brown, R.P., DeMeo, M., Keilp, J., Mieczkowski, T.A., and Mann, J.J.  The relationship of platelet 5-HT$_2$ receptor indices to major depressive disorder, personality traits, and suicidal behavior.  *Biol. Psychiatry*, 35:295-308, 1994.

133. Austin, M.C., Weikel, J.A., Arango, V. and Mann, J.J.  Localization of serotonin 5-HT$_{1A}$ receptor mRNA in neurons of the human brain stem.  *Synapse*, 18(3):276-279, 1994.

134. Austin, M.C., Bradley, C.C., Mann, J.J. and Blakely, R.D.  1994.  Expression of serotonin transporter messenger RNA in the human brain.  *J. Neurochem.*, 62:2362-2367.

135. Rifai, A.H., George, C.J., Stack, J.A., Mann, J.J. and Reynolds C.F. 1994.  Hopelessness in suicide attempters after acute treatment of major depression in late life.  *Am. J. Psychiatry*, 15:1687-90.

136. Arango, V., Underwood, M.D. and Mann, J.J.  1994.  Fewer pigmented neurons in the locus coeruleus of uncomplicated alcoholics.  *Brain Res.*, 650:1-8.

137. Mann, J.J., and Kapur, S.  Elucidation of biochemical basis of the antidepressant action of electroconvulsive therapy by human studies.  *Psychopharmacology Bulletin*, Special issue.  30: 445-453, 1994.

138. Cornelius, J.R., Salloum, I.M., Mezzich, J., Cornelius, M.D., Fabrega, H., Ehler, J.G., Ulrich,R.F., Thase, M.E., and Mann, J.J.  Disproportionate suicidality in patients presenting with co-morbid major depression and alcoholism.  *Am. J. Psychiatry*, 152:358-364, 1994.

139. Botchin MB, Kaplan JR, Manuck SB, Mann JJ.  Neuroendocrine responses to fenfluramine challenge are influenced by exposure to chronic social stress in adult male cynomolgus macaques.  *Psychoneuroendocrinology,* 1994;19(1):1-11.  PMID:9210207

140. Kyes, R.C., Botchin, M.B., Kaplan, J.R., Manuck, S.B., and Mann, J.J.  Aggression and brain serotonergic responsivity:  Response to slides in male macaques.  *Physiol. Behav.*, 57:205-208, 1995.

141. Kaplan, J.R., Botchin, M.B., Berard, J., Manuck, S.B. and Mann, J.J.  Delayed dispersal and elevated monoaminergic activity in free-ranging rhesus monkeys.  *American Journal of Primatology,* 35:229-234, 1995.

142. Malone, K., Haas, G., Sweeney, J. and Mann, J.J. Major Depression and the Risk of Attempted Suicide. *J Affective Disorders*, 34:173-185, 1995.

143. Mann, J.J., McBride, P.A., Malone, K.M., DeMeo, M. and Keilp, J.  Blunted serotonergic responsivity in depressed inpatients.  *Neuropsychopharmacology*, 13:53-64, 1995.

144. Arango, V.A., Underwood, M.D., Gubbi, A.V. and Mann, J.J.  Localized alterations in pre-and postsynaptic serotonin binding sites in the ventrolateral prefrontal cortex of suicide victims.  *Brain Res.,* 688:121-133, 1995.

145. Austin, M.C., Rice, P.M., Mann, J.J. and Arango V.  Localization of corticotropin-releasing hormone in the human locus coeruleus and pendunculopontine tegmental nucleus:  An immunocytochemical and in situ hybridization study. *Neuroscience*, 64:713-727, 1995.

146. Mann, J.J. and Kapur, S. A dopaminergic hypothesis of major depression. *Clinical Neuropharmacology*, 18:S57-S65, 1995.

147. Malone K, Szanto K, Corbitt E. and Mann, JJ.  Clinical assessment *versus* research methods in the assessment of suicidal behavior.  *Am. J. Psychiatry*, 152: (11) 1601-1607, 1995.

148. Underwood, M.D., Bakalian, M., Arango, V and Mann, J.J.  Effect of chemical stimulation of the dorsal raphe nucleus on cerebral blood flow in rat. *Neuroscience Letters,* 199:228-230, 1995.

149. Cornelius, J.R., Salloum, I.M., Cornelius, M.D., Perel, J.M., Ehler, J.G., Jarrett, P.J., Levin, R.L., Black, A. and Mann, J.J.  Alcohol Dependence- preliminary report: double-blind, placebo-controlled study of fluoxetine in depressed alcoholics.  *Psychopharm. Bull.* 31:297-303, 1995.

150. Fontenot MB, Kaplan JR, Manuck SB, Arango V, Mann JJ. Long-term effects of chronic social stress on serotonergic indices in the prefrontal cortex of adult male *cynomolgus* macaques. *Brain Res.* 1995 Dec 24;705(1-2):105-108.  PMID:8821740

151. Muldoon MF, Manuck SB, Jansma CL, Moore AL, Perel J, Mann JJ.  D,L-fenfluramine challenge test: experience in non-patient sample.  *Biol Psychiatry*, 1996 May 1;39(9):761-768.  PMID:8731516

152. Mann JJ, Malone KM, Diehl DJ, Perel J, Nichols TE, Mintun MA.  Positron emission tomography imaging of serotonin activation effects on prefrontal cortex in healthy volunteers.  *J Cereb Blood Flow Metab*, 1996 May;16(3):418-426.  PMID:8621746

153. Arango V, Underwood MD, Mann JJ.  Fewer pigmented locus coeruleus neurons in suicide victims: preliminary results.  *Biol Psychiatry*, 1996 Jan 15;39(2):112-120.  PMID:8717609

154. Mann JJ, Arango V, Henteleff RA, Lagattuta TF, Wong DT.  Serotonin 5-HT$_3$ receptors binding kinetics in the cerebral cortex of suicide victims are normal.  *J Neural Transm,* 1996;103(1-2):165-171.  PMID:9026370

155. Kelly TM, Mann JJ. Validity of DSM-III-R diagnosis by psychological autopsy: a comparison with clinician ante-mortem diagnosis.  *Acta Psychiatr Scand*. 1996 Nov;94(5):337-343.  PMID:9124080

151. Malone KM, Corbitt EM, Li S, Mann JJ. Prolactin response to fenfluramine and suicide attempt lethality in major depression.  *Br J Psychiatry*, 1996 Mar;168(3):324-329.  PMID:8833686

152. Reisner IR, Mann JJ, Stanley M, Huang YY, Houpt KA. Comparison of cerebrospinal fluid monoamine metabolite levels in dominant-aggressive and non-aggressive dogs.  *Brain Res*. 1996 Apr 1;714(1-2): 57-64.  PMID:8861609

153. Mann JJ, Malone KM, Diehl DJ, Perel J, Cooper TB, Mintun MA.  Demonstration *in vivo* of reduced serotonin responsivity in the brain of untreated depressed patients.  *Am J Psychiatry*, 1996 Feb; 153(2):174-182.  PMID:8561196

154. Mann, J.J., Malone, K.M. and Arango, V.A. The neurobiology of suicidal behavior. *Primary Psychiatry,* 3: 45-48, 1996.

155. Corbitt EM, Malone KM, Haas GL, Mann JJ. Suicidal behavior in patients with major depression and comorbid personality disorders. *J Affec Disord,* 1996 Jun 20;39(1):61-72.  PMID:8835655

156. Malone, K.M. and Mann, J.J.  Assessment and treatment of suicidal behavior in depression.  *Clinical Advances in the Treatment of Psychiatric Disorders*, 10: (2)16, 1996.

157. Mann JJ, Malone KM, Sweeney JA, Brown RP, Linnoila M, Stanley B, Stanley M.  Attempted suicide characteristics and cerebrospinal fluid amine metabolites in depressed inpatients. *Neuropsychopharmacology,* 1996 Dec;15(6):576-586.  PMID:8946432

158. Arango VA, Underwood MD, Pauler DK, Kass RE, Mann JJ.  Differential age-related loss of pigmented locus coeruleus neurons in suicides, alcoholics, and alcoholic suicides.  *Alcohol Clin Exp Res.* 1996 Oct;20(7):1141-1147.  PMID:8904961

159. Fontenot MB, Kaplan JR, Shively CA, Manuck SB, Mann JJ.  Cholesterol, serotonin, and behavior in young monkeys.  *Ann NY Acad Sci*.  1996 Sep 20;794:352-354.  PMID:8853617

160. Cornelius JR, Salloum IM, Day NL, Thase ME, Mann JJ.   Patterns of suicidality and alcohol use in alcoholics with major depression.  *Alcohol Clin Exp Res*, 1996 Nov;20 (8):1451-1455.  PMID:8947324

161. Mann JJ, Henteleff RA, Lagattuta TF, Perper JA, Li S, Arango V. Lower [3]H-paroxetine binding in cerebral cortex of suicide victims is partly due to fewer high affinity, non-transporter sites. *J Neural Transm,* 1996;103(11):1337-1350.  PMID:9013420

162. Mann JJ, Malone KM. Cerebrospinal fluid amines and higher-lethality suicide attempts in depressed inpatients.  *Biol Psychiatry,* 1997 Jan 15;41(2):162-171.  PMID:9018386

163. Soares JC, Mann JJ.  The anatomy of mood disorders--review of structural neuroimaging studies.  *Biol Psychiatry,* 1997 Jan 1;41(1):86-106.  PMID:8988799

164. Mann JJ, Halper JP, Wilner PJ, Sweeney JA, Mieczkowski TA, Chen JS, Stokes PE, Brown RP.  Subsensitivity of adenylyl cyclase-coupled receptors on mononuclear leukocytes from drug-free inpatients with a major depressive episode.  *Biol Psychiatry,* 1997 Nov 15;42(10):859-870.  PMID: 9359970

165. FitzGerald M, Malone K, Li S, Suckow R, Mann JJ. Plasma tryptophan levels and prolactin response to fenfluramine in healthy volunteers. *Bio. Psychiatry*. 1997 Sep 1;42(5):416-418.  PMID:9276083

166. FitzGerald M, Malone KM, Li S, Harrison WM, McBride PA, Endicott J, Cooper T,, Mann JJ.  Blunted serotonin response to fenfluramine challenge in premenstrual dysphoric disorder.  *Am J Psychiatry*, 1997 Apr;154(4):556-558.   PMID:9090347

167. Kegeles LS, Mann JJ.  *In vivo* imaging of neurotransmitter systems using radiolabled receptor ligands. *Neuropsychopharmacology,* 1997 Nov;17(5):293-307.  PMID:9348545

168. Soares JC, Mann JJ.  The functional neuroanatomy of mood disorders. *J Psychiatr Res.* 1997Jul-Aug;31(4):393-432.  PMID:9352470

169. Oquendo MA, Malone KM, Mann JJ. Suicide: risk factors and prevention in refractory major depression. *Depress Anxiety,* 1997;5(4):202-211.  PMID:9338112

170. Mulsant BH, Haskett RF, Prudic J, Thase ME, Malone KM, Mann JJ, Pettinati HM, Sackeim HA.  Low use of neuroleptic drugs in the treatment of psychotic major depression. *Am J Psychiatry,* 1997 Apr; 154(4):559-561.  PMID:9090348

171. Mann JJ, Malone KM, Nielsen DA, Goldman D, Erdos J, Gelernter J.  Possible association of a polymorphism of the tryptophan hydroxylase gene with suicidal behavior in depressed patients.  *Am J Psychiatry,* 1997 Oct;154(10):1451-1453.  PMID:9326831

172. Brodsky BS, Malone KM, Ellis SP, Dulit RA, Mann JJ.   Characteristics of borderline personality disorder associated with suicidal behavior. *Am J Psychiatry*, 1997 Dec;154(12):1715-1719.   PMID: 9396951

173. Mann JJ, Stoff DM.  A synthesis of current findings in neurobiological correlates and treatment of suicidal behavior. *Ann NY Acad Sci.*  1997 Dec 29;836:352-363.  PMID:9616809

174. Arango V, Underwood MD, Mann JJ.  Postmortem findings in suicide victims: Implications for *in vivo* imaging studies. *Ann NY Acad Sci.*  1997 Dec 29;836:269-287.  PMID:9616804

175. Brodsky, B.S. and Mann, J.J. Risk factors for suicidal behavior in borderline personality disorder. *The Journal of the California Alliance for the Mentally Ill,* 8(1):27-28, 1997.

176. Arango V, Underwood MD, Mann JJ. Biologic alterations in the brainstem of suicides. *Psychiatr Clin North Am.* 1997 Sep;20(3):581-593.  PMID:9323314

177. Kaplan JR, Muldoon MF, Manuck SB, Mann JJ.  Assessing the observed relationship between low cholesterol and violence-related mortality. Implications for suicide risk. *Ann NY Acad Sci.*  1997 Dec 29;836:57-80.  PMID:9616794

178. Kegeles LS, Humaran TJ, Mann JJ.   *In vivo* neurochemistry of the brain in schizophrenia as revealed by magnetic resonance spectroscopy. *Biol Psychiatry,* 1998 Sep 15;44(6):382-398.  PMID:9777167

179. Sweeney JA, Strojwas MH, Mann JJ, Thase ME.  Prefrontal and cerebellar abnormalities in major depression: evidence from oculomotor studies. *Bio. Psychiatry*, 1998 Apr 15; 43(8): 584-594.  PMID:9564443

180. Flory JD, Mann JJ, Manuck SB, Muldoon MF.  Recovery from major depression is not associated with normalization of serotonergic function. *Biol Psychiatry,* 1998 Mar 1;43(5):320-326.  PMID:9513746

181. Mann JJ.  The neurobiology of suicide. *Nat Med*, 1998 Jan;4(1):25-30.  PMID:9427602

182. Cornelius JR, Thase ME, Salloum IM, Cornelius MD, Black A, Mann JJ.   Cocaine use associated with increased suicidal behavior in depressed alcoholics. *Addict Behav*. 1998 Jan-Feb;23(1):119-121.  PMID:9468750

183. Manuck SB, Flory JD, McCaffery JM, Matthews KA, Mann JJ, Muldoon MF. Aggression, impulsivity, and central nervous system serotonergic responsivity in a nonpatient sample. *Neuropsychopharmacology,* 1998 Oct;19(4):287-299.  PMID:9718592

184. Mann JJ. Neurobiological correlates of the antidepressant action of electroconvulsive therapy. *J ECT,* 1998 Sep;14(3):172-180.  PMID:9773356

185. Kaye WH, Greeno CG, Moss H, Fernstrom J, Fernstrom M, Lilenfeld LR, Weltzin TE, Mann JJ. Alterations in serotonin activity and psychiatric symptoms after recovery from bulimia nervosa. *Arch Gen Psychiatry,* 1998 Oct;55(10):927-935.  PMID:9783564

186. Suehiro M, Underwood M, Arango V, Wang TS, Kassir S, Bakalian M, Yatabe T, Pratap M, Van Heertum RL, Mann JJ. *In vivo* biodistribution of a radiotracer for imaging serotonin-1A receptor sites with PET: [$^{11}$C]LY274601. *Life Sci.* 1998;63(17):1533-1542.

187. Ramboz S, Oosting R, Amara DA, Kung HF, Blier P, Mendelsohn M, Mann JJ, Brunner D, Hen R. Serotonin receptor 1A knockout: an animal model of anxiety-related disorder. *Proc Natl Acad Sci USA.* 1998 Nov 24;95(24):14476-14481.  PMID:9826725   PMC24398

188. Kegeles LS, Zea-Ponce Y, Abi-Dargham A, Rodenhiser J, Wang T, Weiss R, Van Heertum RL, Mann JJ, Laruelle M. Stability of [$^{123}$I]IBZM SPECT measurement of amphetamine-induced striatal dopamine release in humans. *Synapse*, 1999 Mar 15;31(4):302-308.  PMID:10051112

189. Mann JJ, Waternaux C, Haas GL, Malone KM. Towards a clinical model of suicidal behavior in psychiatric patients. *Am J Psychiatry.*  1999 Feb;156(2):181-189.  PMID:9989552

190. Oquendo MA, Malone KM, Ellis SP, Sackeim HA, Mann JJ. Inadequacy of antidepressant treatment for patients with major depression who are at risk for suicidal behavior. *Am J Psychiatry.* 1999 Feb; 156(2):190-194.  PMID:9989553

191. Abi-Dargham A, Simpson N, Kegeles L, Parsey R, Hwang DR, Anjilvel S, Zea-Ponce Y, Lombardo I, Van Heertum R, Mann JJ, Foged C, Halldin C, Laruelle M.   PET studies of binding competition between endogenous dopamine and the $D_1$ radiotracer [$^{11}$C]NNC 756.  *Synapse.* 1999 May;32(2):93-109.  PMID:10231129

192. Ruggiero,DA, Underwood MD, Rice PM, Mann JJ, Arango V. Corticotropic-releasing hormone and serotonin interact in the human brainstem: behavioral implications. *Neuroscience.* 1999;91(4):1343-1354.  PMID:10391441

193. Honer WG, Falkai P, Chen C, Arango V, Mann JJ, Dwork AJ.   Synaptic and plasticity-associated proteins in anterior frontal cortex in severe mental illness. *Neuroscience.* 1999;91(4):1247-1255.  PMID:10391432

194. Underwood MD, Khaibulina AA, Ellis SP, Moran A, Rice PM, Mann JJ, Arango V. Morphometry of the dorsal raphe nucleus serotonergic neurons in suicide victims. *Biol Psychiatry.* 1999 Aug 15;46(4):473-483.  PMID:10459396

195. Manuck SB, Flory JD, Ferrell RE, Dent KM, Mann JJ, Muldoon MF. Aggression and anger-related traits associated with a polymorphism of the tryptophan hydroxylase gene. *Bio. Psychiatry.* 1999 Mar 1;45(5):603-614.  PMID:10088047

196. Mann JJ, Oquendo M, Underwood MD, Arango V. The neurobiology of suicide risk: a review for the clinician. *J Clin Psychiatry.* 1999;60(Suppl. 2):7-11.  PMID:10073382

197. Underwood MD, Arango V, Bakalian MJ, Ruggiero DA, Mann JJ. Dorsal raphe nucleus serotonergic neurons innervate the rostral ventrolateral medulla in rat. *Brain Res.* 1999 Apr 3;824(1):45-55. PMID:10095041

198. Huang YY, Grailhe R, Arango V, Hen R, Mann JJ.   Relationship of psychopathology to the human serotonin$_{1B}$ genotype and receptor binding kinetics in postmortem brain tissue. *Neuropsychopharmacology.* 1999 Aug;21(2):238-246.  PMID:10432472

199. Mann JJ. Role of the serotonergic system in the pathogenesis of major depression and suicidal behavior. *Neuropsychopharmacology.*  1999 Aug;21(2 Suppl):99S-105S.  PMID:10432495

200. Fairbanks LA, Fontenot MB, Phillips-Conroy JE, Jolly CJ, Kaplan JR, Mann JJ. CSF monoamines, age and impulsivity in wild grivet monkeys (*Cercopithecus aethiops aethiops*). *Brain Behav Evol*, 1999 May-Jun;53(5-6):305-312.  PMID:10473906

201. Radomsky ED, Haas GL, Mann JJ, Sweeney JA. Suicidal behavior in patients with schizophrenia and other psychotic disorders. *Am J Psychiatry,* 1999 Oct;156(10):1590-1595.  PMID:10518171

202. Sweeney JA, Luna B, Haas GL, Keshavan MS, Mann JJ, Thase ME. Pursuit tracking impairments in schizophrenia and mood disorders: step-ramp studies with unmedicated patients. *Biol Psychiatry.* 1999 Sep 1;46(5):671-680.  PMID:10472419

203. Kaplan JR, Phillips-Conroy J, Fontenot MB, Jolly CJ, Fairbanks LA, Mann JJ. Cerebrospinal fluid monoaminergic metabolites differ in wild anubis and hybrid (*Anubis-hamadryas*) baboons: possible

relationships to life history and behavior. *Neuropsychopharmacology.* 1999 Jun;20(6):517-524. PMID:10327421

204. Sullivan GM, Hatterer JA, Herbert J, Chen X, Roose SP, Attia E. Mann JJ, Marangell,LB, Goetz RR, Gorman JM. Low levels of transthyretin in the CSF of depressed patients. *Am J Psychiatry.* 1999 May; 156(5):710-715.  PMID:10327903

205. Khait VD, Huang YY, Mann JJ. Methodological considerations for the human platelet 5-HT$_{2A}$ receptor binding kinetic assay. *Life Sci.* 1999;65(24):2615-2622.  PMID:10619369

206. Nobler MS, Mann JJ, Sackeim HA. Serotonin, cerebral blood flow, and cerebral metabolic rate in geriatric major depression and normal aging. *Brain Res Brain Res Rev.*  1999 Nov;30(3):250-263. PMID:10567727.

207. Hwang DR, Simpson NR, Montoya J, Mann JJ, Laruelle M. An improved one-pot procedure for the preparation of [$^{11}$C-carbonyl]-WAY100635. *Nucl Med Biol.* 1999 Oct;26(7):815-819.  PMID:10628562

208. Abi-Dargham A, Martinez D, Mawlawi O, Simpson N, Hwang DR, Slifstein M, Anjilvel S, Pidcock J, Guo NN, Lombardo I, Mann JJ, VanHeertum R, Foged C, Halldin C, Laruelle M. Measurement of striatal and extrastriatal dopamine D1 receptor binding potential with [$^{11}$C]NNC 112 in humans: validation and reproducibility.  *J Cereb Blood Flow Metab.*  2000 Feb;20(2):225-243. PMID:10698059

209. Oquendo MA, Waternaux C, Brodsky B, Parsons B, Haas GL, Malone KM, Mann JJ. Suicidal behavior in bipolar mood disorder: clinical characteristics of attempters and nonattempters. *J Affect Disord.* 2000 Aug;59(2):107-117.  PMID:10837879

210. Shapiro PA, Sloan RP, Bagiella E, Kuhl JP, Anjilvel S, Mann JJ. Cerebral activation, hostility, and cardiovascular control during mental stress.  *J Psychosomatic Res.*  2000 Apr-May;48(4-5):485-491. PMID:10880670

211. Ruggiero DA, Underwood MD, Mann JJ, Anwar M, Arango, V. The human nucleus of the solitary tract: Visceral pathways revealed with an *in vitro* postmortem tracing method. *J Auton Nerv Syst.* 2000 Mar; 79(2-3):181-190.  PMID:10699650

212. Oquendo MA, Mann JJ.  The biology of impulsivity and suicidality.  *Psychiatr Clin North Am.* 2000 Mar; 23(1):11-25. PMID:10729928

213. Soloff PH, Lynch KG, Kelly TM, Malone KM, Mann JJ. Characteristics of suicide attempts of patients with major depressive episode and borderline personality disorder: a comparative study. *Am J Psychiatry.* 2000;157(4):601-608.  PMID:10739420

214. Parsey RV, Kegeles LS, Hwang DR, Simpson N, Abi-Dargham A, Mawlawi O, Slifstein M, Van Heertum RL, Mann JJ, Laruelle M. *In vivo* quantification of brain serotonin transporters in humans using [$^{11}$C]McN 5652. *J Nucl Med.* 2000 Sep;41(9):1465-1477,  PMID:10994724

215. Rosoklija G, Toomayan G, Ellis SP, Keilp J, Mann JJ, Latov N, Hays AP, Dwork AJ. Structural abnormalities of subicular dendrites in schizophrenia and mood disorders: preliminary findings. *Arch Gen Psychiatry.*  2000 Apr;57(4):349-356.  PMID:10768696

216. Coplan JD, Wolk SI, Goetz RR, Ryan ND, Dahl RE, Mann JJ, Weissman MM. Nocturnal growth hormone secretion studies in adolescents with or without major depression re-examined: integration of adult clinical follow-up data. *Biol Psychiatry.* 2000 Apr 1;47(7):594-604.  PMID:10745051

217. Kegeles LS, Shungu DC, Anjilvel S, Chan S, Ellis SP, Xanthopoulos E, Malaspina D, Gorman JM, Mann JJ, Laruelle M, Kaufmann CA. Hippocampal pathology in schizophrenia: magnetic resonance imaging and spectroscopy studies. *Psychiatry Res.* 2000 May 15;98(3):163-175.  PMID:10821999

218. Stanley B, Molcho A, Stanley M, Winchel R, Gameroff MJ, Parsons B, Mann JJ. Association of aggressive behavior with altered serotonergic function in patients who are not suicidal. *Am J Psychiatry.* 2000 Apr;157(4):609-614.  PMID:10739421

219. Malone KM, Oquendo MA, Haas GL, Ellis SP, Li S, Mann JJ.  Protective factors against suicidal acts in major depression: reasons for living. *Am J Psychiatry.* 2000 Jul;157(7):1084-1088.  PMID:10873915

220. Mann JJ, Huang YY, Underwood MD, Kassir SA, Oppenheim S, Kelly TM, Dwork AJ, Arango V. A serotonin transporter gene promoter polymorphism (5-HTTLPR) and prefrontal cortical binding in major depression and suicide. *Arch Gen Psychiatry.* 2000 Aug;57(8):729-738.  PMID:10920459

221. Manuck SB, Flory JD, Ferrell RE, Mann JJ, Muldoon MF. A regulatory polymorphism of the monoamine oxidase-A gene may be associated with variability in aggression, impulsivity, and central nervous system serotonergic responsivity.  *Psychiatry Res.* 2000 Jul 24;95(1):9-23.  PMID:10904119

222. Ellis SP, Underwood MD, Arango V, Mann JJ. Mixed models and multiple comparisons in analysis of human neurochemical maps. *Psychiatry Res.* 2000 Aug 28;99(2):111-119.  PMID:10963986

223. Oquendo MA, Baca-Garcia E, Graver R, Morales M, Montalvan V, Mann JJ. Spanish adaptation of the Reasons for Living Inventory.  *Hispanic J Behav Sci.* 2000;22:369-381.

224. Parsey RV, Slifstein M, Hwang DR, Abi-Dargham A, Simpson N, Mawlawi O, Guo NN, Van Heertum R, Mann JJ, Laruelle M. Validation and reproducibility of measurement of 5-HT$_{1A}$ receptors parameters with [*carbonyl*-$^{11}$C]WAY-100635 in humans: comparison of arterial and reference tissue input functions. *J Cereb Blood Flow Metab.* 2000 Jul;20(7):1111-1133,.  PMID:10908045

225. Abi-Dargham A, Rodenhiser J, Printz D, Zea-Ponce Y, Gil R, Kegeles LS, Weiss R, Cooper TB, Mann JJ, Van Heertum RL, Gorman JM, Laruelle M. Increased baseline occupancy of D$_2$ receptors by dopamine in schizophrenia. *Proc Natl Acad Sci.*  2000 Jul 5;97(14):8104-8109.  PMID:10884434 PMC16677

226. Adlersberg M, Arango V, Hsiung SC, Mann JJ, Underwood MD, Liu KP, Kassir SA, Ruggiero DA,, Tamir H. *In vitro* autoradiography of 5-HT(2A/2C) receptor-activated G protein: guanosine-5'-(γ-[$^{35}$S]thio)triphosphate binding in rat brain. *J Neurosci Res.* 2000 Sep;61(6):674-685.  PMID:10972964

227. Placidi GP, Oquendo MA, Malone KM, Brodsky B, Ellis SP, Mann JJ. Anxiety in major depression: relationship to suicide attempts. *Am J Psychiatry.* 2000 Oct;157(10):1614-1618.  PMID:11007715

228. Kegeles LS, Abi-Dargham A, Zea-Ponce Y, Rodenhiser-Hill J, Mann JJ, Van Heertum,RL, Cooper TB, Carlsson A, Laruelle M. Modulation of amphetamine-induced striatal dopamine release by ketamine in humans: implications for schizophrenia. *Biol Psychiatry.* 2000 Oct 1;48(7):627-640.  PMID:11032974

229. Kelly TM, Soloff PH, Lynch KG, Haas GL, Mann JJ. Recent life events, social adjustment and suicide attempts in patients with major depression and borderline personality disorder. *J Pers Disord.* 2000 Winter;14(4):316-326.  PMID:11204339

230. Martinez D, Mawlawi O, Hwang DR, Kent J, Simpson N, Parsey RV, Hashimoto T, Slifstein M, Huang Y, Van Heertum R, Abi-Dargham A, Caltabiano S, Malizia A, Cowley H, Mann JJ, Laruelle M. Positron emission tomography study of pindolol occupancy of 5-HT$_{1A}$ receptors in humans: preliminary analyses. *Nucl Med Biol.* 2000 Jul;27(5):523-527.  PMID:10962261

231. Oquendo MA, Mann JJ. Un modelo para comprender el riesgo de la conducta suicida: factores neurobiologicos y psicologicos. *Psiquiatria.* 2000;12(5):40-43.

232. Nobler MS, Oquendo MA, Kegeles LS, Malone KM, Campbell CC, Sackeim HA, Mann JJ. Decreased regional brain metabolism after ECT. *Am J Psychiatry.* 2001 Feb;158(2) 305-308.  PMID:11156816

233. Stanley B, Gameroff MJ, Michalsen V, Mann JJ. Are suicide attempters who self-mutilate a unique population? *Am J Psychiatry.*  2001 Mar;158(3):427-432.  PMID:11229984

234. Keilp JG, Sackeim HA, Brodsky BS, Oquendo MA, Malone KM, Mann JJ. Neuropsychological dysfunction in depressed suicide attempters. *Am J Psychiatry.*  2001 May;158(5):735-741    PMID: 11329395

235. Mann JJ, Brent DA, Arango V. The neurobiology and genetics of suicide and attempted suicide: a focus on the serotonergic system. *Neuropsychopharmacology.*  2001 May;24(5):467-477.  PMID: 11282247

236. Oquendo MA, Baca-Garcia E, Graver R, Morales M, Montalvan V, Mann JJ. Spanish adaptation of the Barratt Impulsiveness Scale (BIS-11). *Eur J Psychiatry.*  2001;15(3):147-155.

237. Sackeim HA, Haskett RF, Mulsant BH, Thase ME, Mann JJ, Pettinati HM, Greenberg RM, Crowe RR, Cooper TB, Prudic J. Continuation pharmacotherapy in the prevention of relapse following electroconvulsive therapy: A randomized controlled trial. *JAMA.* 2001 Mar 14;285(10):1299-1307. PMID:11255384

238. Martinez D, Hwang D, Mawlawi O, Slifstein M, Kent J, Simpson N, Parsey RV, Hashimoto T, Huang Y, Shinn A, Van Heertum R, Abi-Dargham A, Caltabiano S, Malizia A, Cowley H, Mann JJ, Laruelle M. Differential occupancy of somatodendritic and postsynaptic $5HT_{1A}$ receptors by pindolol: a dose-occupancy study with [$^{11}$C]WAY 100635 and positron emission tomography in humans. *Neuropsychopharmacology.*  2001 Mar;24(3):209-229.  PMID:11166513

239. Dulchin MC, Oquendo MA, Malone KM, Ellis SP, Li S, Mann JJ. Prolactin response to dl-fenfluramine challenge before and after treatment with paroxetine. *Neuropsychopharmacology.*  2001 Sep;25(3): 395-401.  PMID:11522467

240. Cornelius JR, Salloum IM, Lynch K, Clark DB, Mann JJ. Treating the substance-abusing suicidal patient. *Ann N Y Acad Sci.*  2001 Apr;932:78-93.  PMID:11411192

241. Grunebaum MF, Oquendo MA, Harkavy-Friedman J, Ellis SP, Li S, Haas GL, Malone KM, Mann JJ. Delusions and suicidality. *Am J Psychiatry*, 2001 May;158(5):742-747.  PMID:11329396

242. Oquendo MA, Ellis SP, Greenwald S, Malone KM, Weissman MM, Mann JJ. Ethnic and sex differences in suicide rates relative to major depression in the United States. *Am J Psychiatry.* 2001 Oct;158(10):1652-1658.  PMID:11578998

243. Parsey RV, Oquendo MA, Zea-Ponce Y, Rodenhiser J, Kegeles LS, Pratap M, Cooper TB, Van Heertum R, Mann JJ, Laruelle M. Dopamine D2 receptor availability and amphetamine-induced dopamine release in unipolar depression. *Biol Psychiatry.*  2001 Sep 1;50(5):313-322.    PMID: 11543733

244. Placidi GP, Oquendo MA, Malone KM, Huang YY, Ellis SP, Mann JJ. Aggressivity, suicide attempts and depression: relationship to cerebrospinal fluid monoamine metabolite levels. *Biol Psychiatry.* 2001 Nov 15;50(10):783-791.  PMID:11720697

245. Oquendo MA, Graver R, Baca-Garcia E, Morales M, Montalvan V, Mann JJ. Spanish adaptation of the Buss-Durkee Hostility Inventory (BDHI). *Eur J Psychiatry.* 2001;15(2):101-112.

246. Brodsky BS, Oquendo M, Ellis SP, Haas GL, Malone KM, Mann JJ. The relationship of childhood abuse to impulsivity and suicidal behavior in adults with major depression. *Am J Psychiatry.* 2001 Nov; 158(11):1871-1877.  PMID:11691694

247. Oquendo MA, Mann JJ. Identifying and managing suicide risk in bipolar patients. *J Clin Psychiatry.* 2001;62(Suppl 25):31-34.  PMID:11765094

248. Arango V, Underwood MD, Boldrini M, Tamir H, Kassir SA, Hsiung S, Chen JJ, Mann JJ. Serotonin 1A receptors, serotonin transporter binding and serotonin transporter mRNA expression in the brainstem of depressed suicide victims. *Neuropsychopharmacology.* 2001 Dec;25(6):892-903.  PMID:11750182

249. Oquendo MA, Mann JJ. Neuroimaging findings in major depression, suicidal behavior and aggression. *Clin Neurosci Res.* 2001;1(5):377-380.

250. Oquendo MA, Barrera A, Mann JJ. Psychopharmacologic strategies for the prevention of suicidal behavior in bipolar patients. *Clin Neurosci Res.* 2001;1(5):387-393.

251. Sher L, Oquendo MA, Mann JJ. Risk of suicide in mood disorders. *Clin Neurosci Res.* 2001;1(5):337-344.

252. Kamali M, Oquendo MA, Mann JJ. Understanding the neurobiology of suicidal behavior. *Depress Anxiety.* 2001;14(3):164-176.  PMID:11747126

253. Honer WG, Falkai P, Bayer TA, Xie J, Hu L, Li HY, Arango V, Mann JJ, Dwork AJ, Trimble WS. Abnormalities of SNARE mechanism proteins in anterior frontal cortex in severe mental illness. *Cereb Cortex.* 2002 Apr;12(4):349-356.  PMID:11884350

254. Mann JJ.  A current perspective of suicide and attempted suicide. *Ann Int Med.* 2002 Feb;136(4):302-311.  PMID:11848728

255. Gurevich I, Tamir H, Arango V, Dwork AJ, Mann JJ, Schmauss C.  Altered editing of serotonin 2C receptor pre-mRNA in the prefrontal cortex of depressed suicide victims.  *Neuron.* 2002 Apr 25; 34(3): 349-356.  PMID:11988167

256. Kaplan JR, Manuck SB, Fontenot MB, Mann JJ.  Central nervous system monoamine correlates of social dominance in cynomolgus monkeys (*Macaca fascicularis*). *Neuropsychopharmacology* 2002 Apr;26(4):431-443.  PMID:11927168

257. Sawada K, Young CE, Barr AM, Longworth K, Takahashi S, Arango V, Mann JJ, Dwork AJ, Falkai P, Phillips AG, Honer WG. Altered immunoreactivity of complexin protein in prefrontal cortex in severe mental illness. *Mol Psychiatry* 2002;7(5):484-492.  PMID:12082566

258. Mathew SJ, Coplan JD, Smith EL, Scharf BA, Owens MJ, Nemeroff CB, Mann JJ, Gorman JM, Rosenblum LA,  Crebrospinal fluid concentrations of biogenic amines and corticotrophin-reasing factor in adolescent non-human primates as a function of the timing of adverse early rearing.  *Stress.* 2002 Sep;5(3):185-193.  PMID:12186681

259. Khait VD, Huang YY, Malone KM, Oquendo M, Brodsky B, Sher L, Mann JJ. Is there circannual variation of human platelet 5-HT$_{2A}$ binding in depression? *J Affect Disord.* 2002 Sep;71(1-3):249-258, PMID:12167525.

260. Brent DA, Oquendo M, Birmaher B, Greenhill L, Kolko D, Stanley B, Zelazny J, Brodsky B, Bridge J, Ellis S, Salazar JO, Mann JJ. Familial pathways to early-onset suicide attempt: risk for suicidal behavior in offspring of mood-disordered suicide attempters. *Arch Gen Psychiatry.* 2002 Sep; 59(9): 801-807, .PMID:12215079

261. Blum BP, Mann JJ. The GABAergic system in schizophrenia. *Int J Neuropsychopharmacol.* 2002 Jun;5(2):159-179.  PMID:12135541

262. Oquendo MA, Kamali M,  Ellis SP, Grunebaum MF, Malone KM, Brodsky BS, Sackeim HA, Mann JJ. Adequacy of antidepressant treatment after discharge and the occurrence of suicidal acts in major depression:  A prospective study. *Am J Psychiatry.* 2002 Oct;159(10):1746-1751.  PMID:12359682

263. Arango V, Underwood MD, Mann JJ. Serotonin brain circuits involved in major depression and suicide. *Prog. Brain Res.* 2002;136:443-453.  PMID:12143401

264. Parsey RV, Oquendo MA, Simpson NR, Ogden RT, Van Heertum R, Arango V, Mann JJ. Effects of sex, age, and aggressive traits in man on brain serotonin 5-HT$_{1A}$ receptor binding potential measured by PET using [C-11]WAY-100635. *Brain Res.* 2002 Nov;954(2):173-182.   PMID:12414100

265. Tew JD Jr, Mulsant BH, Haskett RF, Dolata D, Hixson L, Mann JJ.  A randomized comparison of high-charge right unilateral electroconvulsive therapy and bilateral electroconvulsive therapy in older depressed patients who failed to respond to 5 to 8 moderate-charge right unilateral treatments. *J Clin Psychiatry.*  2002 Dec; 63(12):1102-1105.   PMID:12523868

266. Oquendo MA, Placidi GP, Malone KM, Campbell C, Keilp J, Brodsky B, Kegeles LS, Cooper TB, Parsey RV, Van Heertum RL, Mann JJ. Positron emission tomography of regional brain metabolic responses to a serotonergic challenge and lethality of suicide attempts in major depression. *Arch Gen Psychiatry.*  2003 Jan;60(1):14-22.  PMID: 12511168

267. Sher L, Oquendo MA, Li S, Ellis S, Brodsky BS, Malone KM, Cooper TB, Mann JJ. Prolactin response to fenfluramine administration in patients with unipolar and bipolar depression and healthy controls. *Psychoneuroendocrinology.*  2003 May;28(4):559-573.  PMID: 12689612

268. Arango V, Huang YY, Underwood MD, Mann JJ. Genetics of the serotonergic system in suicidal behavior. *J Psychiatr Res.*  2003 Sep-Oct;37(5):375-386.  PMID: 12849930

269. Grunebaum MF, Oquendo MA, Burke AK, Ellis SP, Echavarria G, Brodsky BS, Malone KM, Mann JJ. Clinical impact of a 2-week psychotropic medication washout in unipolar depressed inpatients. *J Affect Disord.* 2003 Aug;75(3):291-296.  PMID: 12880942

270. Kegeles LS, Malone KM, Slifstein M, Ellis SP, Xanthopoulos E, Keilp JG, Campbell C, Oquendo M, Van Heertum RL, Mann JJ. Response of cortical metabolic deficits to serotonergic challenge in familial mood disorders. *Am J Psychiatry.*  2003 Jan;160(1):76-82.  PMID: 12505804

271. Oquendo MA, Friend JM, Halberstam B, Brodsky BS, Burke AK, Grunebaum MF, Malone KM, Mann JJ. Association of comorbid posttraumatic stress disorder and major depression with greater risk for suicidal behavior. *Am J Psychiatry.*  2003 Mar;160(3):580-582.  PMID: 12611845

272. Huang YY, Oquendo MA, Friedman JM, Greenhill LL, Brodsky B, Malone KM, Khait V, Mann JJ. Substance abuse disorder and major depression are associated with the human 5-HT$_{1B}$ receptor gene (HTR1B) G861C polymorphism. *Neuropsychopharmacology.* 2003Jan;28(1):163-169. PMID:12496953

273. Oquendo MA, Echavarria G, Galfalvy HC, Grunebaum MF, Burke A, Barrera A, Cooper TB, Malone KM, Mann JJ. Lower cortisol levels in depressed patients with comorbid post traumatic stress disorder. *Neuropsychopharmacology.* 2003 Mar;28(3):591-598.  PMID: 12629542

274. Malone KM, Waternaux C, Haas GL, Cooper TB, Li S,  Mann JJ. Cigarette smoking, suicidal behavior, and serotonin function in major psychiatric disorders. *Am J Psychiatry.* 2003 Apr;160(4):773-779.  PMID: 12668368

275. Harkavy-Friedman JM, Kimhy D, Nelson EA, Venarde DF, Malaspina D, Mann JJ. Suicide attempts in schizophrenia: the role of command auditory hallucinations for suicide. *J Clin Psychiatry.  2003 Aug;* 64(8): 871-874.  PMID: 12927000

276. Oquendo MA, Baca-Garcia E, Kartachov A, Khait V, Campbell CE, Richards M, Sackeim HA, Prudic J, Mann JJ. A computer algorithm for calculating the adequacy of antidepressant treatment in unipolar and bipolar depression. *J Clin Psychiatry.* 2003 Jul;64(7):825-833.  PMID: 12934985

277. Parsey RV, Mann JJ. Applications of positron emission tomography in psychiatry. *Semin Nucl Med.* 2003 Apr;33(2):129-135.  PMID: 12756645

278. Majo VJ, Prabhakaran J, Mann JJ, Kumar JSD. Facile palladium-catalyzed synthesis of 3-arylpyrazolo-[1,5-a]pyrimidines. *Adv Synth Catal.* 2003 Apr;345(5):620-624.

279. Haas AP, Hendin H, Mann JJ. Suicide in college students. *American Behavioral Scientist.*  2003 May;46(9):1224-1240.

280. Flynn SW, Lang DJ, Mackay AL, Goghari V, Vavasour IM, Whittall KP, Smith GN, Arango V, Mann JJ, Dwork AJ, Falkai P, Honer WG. Abnormalities of myelination in schizophrenia detected *in vivo* with MRI, and postmortem with analysis of oligodendrocyte proteins. *Mol Psychiatry.* 2003 Sep;8(9):811-820.  PMID: 12931208

281. Center C, Davis M, Detre T, Ford DE, Hansbrough W, Hendin H, Laszlo J, Litts DA, Mann J, Mansky PA, Michels R, Miles SH, Proujansky R, Reynolds CF III, Silverman MM. Confronting depression and suicide in physicians: a consensus statement. *JAMA.* 2003 Jun 18; 289(23):3161-3166.  PMID: 12813122

282. Mathew SJ, Coplan JD, Goetz RR, Feder A, Greenwald S, Dahl RE, Ryan ND, Mann JJ, Weisman MM. Differentiating depressed adolescent 24 h cortisol secretion in light of their adult clinical outcome. *Neuropsychopharmacology.* 2003 Jul;28(7):1336-1343.  PMID: 12784120

283. Brent DA, Oquendo M, Birmaher B, Greenhill L, Kolko D, Stanley B, Zelazny J, Brodsky B, Firinciogullari S, Ellis SP, Mann JJ. Peripubertal suicide attempts in offspring of suicide attempters with siblings concordant for suicidal behavior. *Am J Psychiatry.*  2003 Aug;160(8):1486-1493.  PMID: 12900312

284. Soloff PH, Kelly TM, Strotmeyer SJ, Malone KM, Mann JJ. Impulsivity, gender, and response to fenfluramine challenge in borderline personality disorder. *Psychiatry Res.* 2003 Jul 15;119(1-2):11-24.  PMID: 12860356

285. Sher L, Oquendo MA, Li S, Huang YY, Grunebaum MF, Burke AK, Malone KM, Mann JJ. Lower CSF homovanillic acid levels in depressed patients with a history of alcoholism. *Neuropsychopharmacology* 2003 Sep;28(9):1712-1719.  PMID: 12825091

286. Kumar JSD, Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ. Synthesis of [N-methyl-$^{11}$C]-3-[(6-dimethylamino)pryidin-3-yl]-2,5-dimethyl-*N,N*-dipropylpyrazolo[1,5-a]pyrimidine-7-amine: A potential PET ligand for *in vivo* imaging of CRF$_1$ receptors. *J Label Compd Radiopharm.* 2003 ;46(11):1055-1065.

287. Hsiung SC, Adlersberg M, Arango V, Mann JJ, Tamir H, Liu K. Attenuated 5-HT$_{1A}$ receptor signaling in brains of suicide victims: involvement of adenylyl cyclase, phosphatidylinositol 3-kinase, Akt and mitogen-activated protein kinase. *J Neurochem.* 2003 Oct;87(1):182-194.   PMID: 12969265

288. Mann JJ. Neurobiology of suicidal behaviour. *Nat Rev Neurosci.*   2003 Oct;4(10):819-828.   PMID: 14523381

289. Galfalvy HC, Erraji-Benchekroun L, Smyrniotopoulos P, Pavlidis P, Ellis SP, Mann JJ, Sibille E, Arango V.  Sex genes for genomic analysis in human brain:internal controls for comparison of probe level data extraction. *BMC Bioinformatics.* 2003 Sep;4:37-51.   PMID: 12962547   PMC212256

290. Fallon BA, Keilp J, Prohovnik I, Van Heertum R, Mann JJ. Regional cerebral blood flow and cognitive deficits in chronic Lyme disease. *J Neuropsychiatry Clin Neurosci.*   2003 Summer;15(3):326-332.   PMID: 12928508

291. Majo VJ, Prabhakaran J, Mann JJ, Kumar JSD. An efficient palladium catalyzed synthesis of 2-arylbenzothiazoles. *Tetrahedron Letters.*  2003 Sep;44(47):8535-8537.

292. Parsey RV, Ogden RT, Mann JJ. Determination of volume of distribution using likelihood estimation in graphical analysis: elimination of estimation bias. *J Cereb Blood Flow Metab.*   2003 Dec;23(12):1471-1478.   PMID: 14663343

293. Greenhill LL, Shockey E, Mann JJ. The neurobiology of suicide and depression in adolescents. *TEN* 5(2):45-49, 2003.

294. Hungund BL, Vinod KY, Kassir SA, Basavarajappa BS, Yalamanchili R, Cooper TB, Mann JJ, Arango V. Upregulation of CB$_1$ receptor and agonist-stimulated [$^{35}$S]GTP  gammaS binding in the prefrontal cortex of depressed suicide victims. *Mol Psychiatry.* 2004 Feb;9(2):184-190.   PMID: 14966476

295. Chamas FM, Underwood MD, Arango V, Serova L, Kassir SA, Mann JJ, Sabban EL. Immobilization stress elevates tryptophan hydroxylase mRNA and protein in the rat raphe nuclei. *Biol Psychiatry.* 2004 Feb 1;55(3):278-283.   PMID: 14744469

296. Oquendo MA, Barrera A, Ellis SP, Li S, Burke AK, Grunebaum M, Endicott J, Mann JJ. Instability of symptoms in recurrent major depression: a prospective study. *Am J Psychiatry.*  2004 Feb;161(2):255-261.   PMID: 14754774

297. Bélanger MJ, Mann JJ, Parsey RV. OS-EM and FBP reconstructions at low count rates: effect on 3D PET studies of [$^{11}$C] WAY-100635. *NeuroImage.*  2004 Jan;21(1):244-250.   PMID: 14741662

298. Oquendo MA, Friedman JH, Grunebaum MF, Burke A, Silver JM, Mann JJ. Suicidal behavior and mild traumatic brain injury in major depression.   *J Nerv Ment Dis.*   2004 Jun;192(6):430-434.   PMID: 15167407

299. Sibille E, Arango V, Galfalvy HC, Pavlidis P, Erraji-Benchekroun L, Ellis SP, Mann JJ. Gene expression profiling of depression and suicide in human prefrontal cortex. *Neuropsychopharmacology.* 2004 Feb;29(2):351-361.   PMID: 14603265

300. Oquendo MA, Stanley B, Ellis SP, Mann JJ. Protection of human subjects in intervention research for suicidal behavior. *Am J Psychiatry.* 2004 Sep;161(9):1558-1563. PMID: 15337642

301. Hastings RS, Parsey RV, Oquendo MA, Arango V, Mann JJ. Volumetric analysis of the prefrontal cortex, amygdala, and hippocampus in major depression. *Neuropsychopharmacology.* 2004 May; 29(5):952-959. PMID: 14997169

302. Oquendo MA, Galfalvy H, Russo S, Ellis SP, Grunebaum MF, Burke A, Mann JJ. Prospective study of clinical predictors of suicidal acts after a major depressive episode in patients with major depressive disorder or bipolar disorder. *Am J Psychiatry.* 2004 Aug;161(8):1433-1441. PMID:15285970

303. Huang YY, Cate SP, Battistuzzi C, Oquendo MA, Brent D, Mann JJ. An association between a functional polymorphism in the monoamine oxidase A gene promoter, impulsive traits and early abuse experiences. *Neuropsychopharmacology.* 2004 Aug;29(8):1498-1505. PMID: 15150530

304. Prabhakaran J, Majo VJ, Mann JJ, Kumar JS.  Chiral synthesis of (2S,3S)-2-(2-Morpholin-2-yl-2-phenylmethoxy)phenol. *Chirality.* 2004 Mar;16(3):168-173. PMID: 14770413

305. Grunebaum MF, Galfalvy HC, Oquendo MA, Burke AK, Mann JJ. Melancholia and the probability and lethality of suicide attempts. *Br J Psychiatry.* 2004 Jun;184:534-535. PMID: 15172948

306. Dervic K, Oquendo MA, Grunebaum MF, Ellis S, Burke AK, Mann JJ. Religious affiliation and suicide attempt. *Am J Psychiatry.* 2004 Dec;161(12):2303-2308. PMID: 15569904

307. Underwood MD, Mann JJ, Arango V. Serotonergic and noradrenergic neurobiology of alcoholic suicide. *Alcohol Clin Exp Res.* 2004 May;28(5 Suppl):57S-69S. PMID: 15166637

308. Lochhead RA, Parsey RV, Oquendo MA, Mann JJ. Regional brain gray matter volume differences in patients with bipolar disorder as assessed by optimized voxel-based morphometry. *Biol Psychiatry.* 2004 Jun 15;55(12):1154-1162. PMID: 15184034

309. Kumar JS, Prabhakaran J, Arango V, Parsey RV, Underwood MD, Simpson NR, Kassir SA, Majo VJ, Van Heertum RL, Mann JJ. Synthesis of [O-Methyl-[11]C]1-(2-chlorophenyl)-5-(4-methoxyphenyl)-4-methyl-1*H*-pyrazole-3-carboxylic acid piperidin-1-ylamide: a potential PET ligand for $CB_1$ receptors. *Bioorg Med Chem Lett.* 2004 May 17;14(10):2393-2396. PMID: 15109619

310. Harkavy-Friedman JM, Nelson EA, Venarde DF, Mann JJ. Suicidal behavior in schizophrenia and schizoaffective disorder: examining the role of depression. *Suicide Life Threat Behav.* 2004 Spring; 34(1):66-76. PMID: 15106889

311. Anderson AD, Oquendo MA, Parsey RV, Milak MS, Campbell C, Mann JJ. Regional brain responses to serotonin in major depressive disorder. *J Affect Disord.* 2004 Nov 1;82(3):411-417. PMID:15555692

312. Fairbanks LA, Jorgensen MJ, Huff A, Blau K, Huang YY, Mann JJ. Adolescent impulsivity predicts adult dominance attainment for male vervet monkeys. *Am J Primatol.* 2004 Sep;64(1):1-17. PMID: 15356854

313. Brent DA, Oquendo MA, Birmaher B, Greenhill L, Kolko D, Stanley B, Zelazny J, Brodsky B, Melhem N, Ellis SP, Mann JJ. Familial transmission of mood disorders: convergence and divergence with transmission of suicidal behavior. *J Am Acad Child Adolesc Psychiatry.* 2004 Oct;43(10):1259-1266. PMID: 15381893

314. Oquendo MA, Lizardi D, Greenwald S, Weissman MM, Mann JJ. Rates of lifetime suicide attempt and rates of lifetime major depression in different ethnic groups of the United States. *Acta Psychiatr Scand.* 2004 Dec;110(6):446-451.  PMID: 15521829

315. Rogers J, Martin LJ, Comuzzie AG, Mann JJ, Manuck SB, Leland M, Kaplan JR. Genetics of monoamine metabolites in baboons: overlapping sets of genes influence levels of 5-hydroxyindolacetic acid, 3-hydroxy-4-methoxyphenylglycol, and homovanillic acid. *Biol Psychiatry.* 2004 Apr;55:739-744. PMID: 15039003

316. Grunebaum MF, Ellis SP, Li S, Oquendo MA, Mann JJ: Antidepressants and suicide risk in the United States, 1985-1999. *J Clin Psychiatry.* 2004 Nov;65(11):1456-1462.  PMID: 15554756

317. Huang YY, Battistuzzi C, Oquendo MA, Harkavy-Friedman J, Greenhill L, Zalsman G, Brodsky B, Arango V, Brent DA, Mann JJ. Human 5-HT1A receptor C(-1019)G polymorphism and psychopathology. *Int J Neuropsychopharmacol.* 2004 Dec;7(4):441-451.  PMID: 15469667

318. Pavlidis P, Qin J, Arango V, Mann JJ, Sibille E. Using the gene ontology for microarray data mining: a comparison of methods and application to age effects in human prefrontal cortex. *Neurochem Res.* 2004 Jun;29(6):1213-1222.  PMID: 15176478

319. Kumar JSD, Majo VJ, Simpson NR, Prabhakaran J, Van Heertum RL, Mann JJ. Synthesis of [$O$-methyl-[11]C]-4-(1,3-dimethoxy-2-propylamino)-2,7-dimethyl-8-(2,4-dichlorophenyl) [1,5-a]pyrazolo-1,3,5-triazine ([11]C]DMP696: a potential PET ligand for CRF$_1$ receptors. *J Label Compd Radiopharm.* 2004 Nov;47(13):971-976.

320. Bélanger,MJ, Simpson NR, Wang T, Van Heertum RL, Mann JJ, Parsey RV. Biodistribution and radiation dosimetry of [11]C]DASB in baboons. *Nucl  Med Biol.* 2004 Nov;31(8):1097-1102.   PMID: 15607492

321. Sher L, Oquendo MA, Galfalvy HC, Cooper TB, Mann JJ. Age effects on cortisol levels in depressed patients with and without comorbid post-traumatic stress disorder, and healthy volunteers. *J Affect Disord.* 2004 Oct 1;82(1):53-59.  PMID: 15465576

322. Sher L, Oquendo MA, Galfalvy HC, Cooper TB, Mann JJ. The number of previous depressive episodes is positively associated with cortisol response to fenfluramine administration. *Ann NY Acad Sci.* 2004 Dec;1032:283-286.  PMID: 15677429

323. Zalsman G, Huang YY, Harkavy-Friedman JM, Oquendo MA, Ellis SP, Mann JJ. Relationship of MAO-A promoter (u-VNTR) and COMT (V158M) gene polymorphisms to CSF monoamine metabolites levels in a psychiatric sample of Caucasians: A preliminary report. *Am J Med.Genet B Neuropsychiatr Genet.* 2005 Jan 5;132B(1):100-103.  PMID: 15457497

324. Oquendo M, Brent DA, Birmaher B, Greenhill L, Kolko D, Stanley B, Zelazny J, Burke AK, Firinciogullari S, Ellis SP, Mann JJ. Posttraumatic stress disorder comorbid with major depression: factors mediating the association with suicidal behavior. *Am J Psychiatry.* 2005 Mar; 162(3):560-566. PMID: 15741474

325. Khait VD, Huang YY, Zalsman G, Oquendo MA, Brent DA, Harkavy-Friedman JM, Mann JJ. Association of serotonin 5-HT2A receptor binding and the T102C polymorphism in depressed and healthy Caucasian subjects. *Neuropsychopharmacology.* 2005 Jan;30(1):166-172.  PMID: 15483560

326. Oquendo MA, Dragatsi D, Harkavy-Friedman J, Dervic K, Currier D, Burke AK, Grunebaum,MF, Mann JJ.  Protective factors against suicidal behavior in Latinos. *J Nerv Ment Dis.* 2005 Jul;193(7):438-443. PMID: 15985837

327. Manuck SB, Bleil ME, Petersen KL, Flory JD, Mann JJ, Ferrell RE, Muldoon MF. The socio-economic status of communities predicts variation in brain serotonergic responsivity. *Psychol Med.* 2005 Apr;35(4):519-528.  PMID: 15856722

328. Milak MS, Ogden RT, Vinocur DN, Van Heertum RL, Cooper TB, Mann JJ, Parsey RV. Effects of tryptophan depletion on the binding of [11C]-DASB to the serotonin transporter in baboons: response to acute serotonin deficiency. *Bio. Psychiatry.*  2005 Jan 1;57(1):102-106.   PMID: 15607307

329. Zalsman G, Molcho A, Huang Y, Dwork A, Li S, Mann JJ. Postmortem mu-opioid receptor binding in suicide victims and controls. *J Neural Transm.* 2005 Jul;112(7):949-954.  PMID: 15937639

330. Gorlyn M, Keilp JG, Tryon WW, Mann JJ. Performance test correlates of component factors of impulsiveness. *Pers Individ Dif.* 2005 May;38(7):1549-1559.

331. Gibbons RD, Hur K, Bhaumik DK, Mann JJ. The relationship between antidepressant medication use and rate of suicide. *Arch Gen Psychiatry.*  2005 Feb;62(2):165-172.  PMID: 15699293

332. Milak MS, Parsey RV, Keilp J, Oquendo MA, Malone KM, Mann JJ. Neuroanatomic correlates of psychopathologic components of major depressive disorder. *Arch Gen Psychiatry.*  2005 Apr; 62(4): 397-408.  PMID: 15809407

333. Sher L, Oquendo MA, Li S, Burke AK, Grunebaum MF, Zalsman G, Huang YY, Mann JJ. Higher cerebrospinal fluid homovanillic acid levels in depressed patients with comorbid posttraumatic stress disorder. *Eur Neuropsychopharmacol.* 2005 Mar;15(2):203-209.  PMID: 15695066

334. Parsey RV, Belanger MJ, Sullivan GM, Simpson NR, Stabin MG, Van Heertum R, Mann JJ. Biodistribution and radiation dosimetry of 11C-WAY 100,635 in humans. *J Nucl Med.* 2005 Apr;46(4):614-619.  PMID: 15809484

335. Brent DA, Mann JJ. Family genetic studies, suicide and suicidal behavior. *Am J Med. Genet C Semin Med Genet.*  2005 Feb 15;133C(1):13-24.  PMID: 15648081

336. Vinod KY, Arango V, Xie S, Kassir SA, Mann JJ, Cooper TB, Hungund BL. Elevated levels of endocannabinoids and CB1 receptor-mediated G-protein signaling in the prefrontal cortex of alcoholic suicide victims. *Biol Psychiatry*. 2005 Mar 1;57(5):480-486.  PMID: 15737662

337. Parsey RV, Arango V, Olvet DM, Oquendo MA, Van Heertum RL, Mann JJ. Regional heterogeneity of 5-HT1A receptors in human cerebellum as assessed by positron emission tomography. *J Cereb. Blood Flow Metab.* 2005 Jul;25(7):785-793.  PMID: 15716853

338. Sher L, Oquendo MA, Galfalvy HC, Zalsman G, Cooper TB, Mann JJ.  Higher cortisol levels in spring and fall in patients with major depression.  *Prog Neuro-Psychopharmacol Biol Psychiatry.*  2005 May;29(4):529-534.  PMID: 15866354

339. Sher L, Oquendo MA, Galfalvy HC, Grunebaum MF, Burke AK, Zalsman G, Mann JJ.  The relationship of aggression to suicidal behavior in depressed patients with a history of alcoholism.  *Addict Behav.* 2005 Jul;30(6):1144-1153.  PMID: 15025124

340. Oquendo MA, Krunic A, Parsey RV, Milak M, Malone KM, Anderson A, Van Heertum RL, Mann JJ. Positron emission tomography of regional brain metabolic responses to a serotonergic challenge in major depressive disorder with and without borderline personality disorder. *Neuropsychopharmacology.* 2005 Jun;30(6):1163-1172.  PMID: 15770239

341. Erraji-Benchekroun L, Underwood MD, Arango V, Galfalvy H, Pavlidis P, Smyrniotopoulos P, Mann JJ, Sibille E. Molecular aging in human prefrontal cortex is selective and continuous throughout adult life. *Biol Psychiatry.* 2005 Mar 1;57(5):549-558.  PMID: 15737671

342. Boldrini M, Underwood MD, Mann JJ, Arango V. More tryptophan hydroxylase in the brainstem dorsal raphe nucleus in depressed suicides. *Brain Res.* 2005 Apr;1041(1):19-28.  PMID: 15804496

343. Soloff PH, Fabio A, Kelly TM, Malone KM, Mann,JJ. High-lethality status in patients with borderline personality disorder. *J Pers Disord.* 2005 Aug;19(4):386-399.  PMID: 16178681

344. Grunebaum MF, Keilp J, Li S, Ellis SP, Burke AK, Oquendo MA, Mann JJ. Symptom components of standard depression scales and past suicidal behavior. *J Affect Disord.* 2005 Jul;87:73-82.  PMID: 15923041

345. Keilp JG, Sackeim HA, Mann JJ. Correlates of trait impulsiveness in performance and neuropsychological tests. *Psychiatry Res.* 2005 Jun 30;135(3):191-201.  PMID: 15996748

346. Mann JJ, Bortinger J, Oquendo MA, Currier D, Li S, Brent DA. Family history of suicidal behavior and mood disorders in probands with mood disorders. *Am J Psychiatry.* 2005 Sep;162(9):1672-1679. PMID: 16135627

347. Sher L, Oquendo MA, Conason AH, Brent DA, Grunebaum MF, Zalsman G, Burke AK, Mann JJ. Clinical features of depressed patients with or without a family history of alcoholism. *Acta Psychiatr Scand.* 2005 Oct;112(4):266-271.  PMID: 16156833

348. Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Kumar JS. A general method for the synthesis of aryl[11C]methylsulfones: potential PET probes for imaging cyclooxygenase-2 expression. *Bioorg Med Chem Lett.* 2005 Oct 1;15(19):4268-4271.  PMID: 16054359

349. Oquendo MA, Chaudhury SR, Mann JJ. Pharmacotherapy of suicidal behavior in bipolar disorder. *Arch. Suicide Res.* 2005;9(3):237-250.  PMID: 16020167

350. Parsey RV, Sokol LO, Bélanger MJ, Kumar JS, Simpson NR, Wang T, Pratap M, Van Heertum RL, Mann JJ. Amyloid plaque imaging agent [C-11]-6-OH-BTA-1: biodistribution and radiation dosimetry in baboon. *Nucl Med Commun.* 2005 Oct;26(10):875-880.  PMID: 16160640

351. Prabhakaran J, Majo VJ, Simpson NR, Van Heertum RL, Mann JJ, Kumar JSD. Synthesis of [11C]celecoxib: a potential PET probe for imaging COX-2 expression. *J Label Compd Radiopharm.* 2005;48:887-895.

352. Mann JJ. The medical management of depression. *New Engl J Med.* 2005 Oct 27;353(17):1819-1934. PMID: 16251538.

353. Mann JJ, Apter A, Bertolote J, Beautrais A, Currier D, Haas A, Hegerl U, Lonnqvist J, Malone K, Marusic A, Mehlum L, Patton G, Phillips M, Rutz W, Rihmer Z, Schmidtke A, Shaffer D, Silverman M, Takahashi Y, Varnik A, Wasserman D, Yip P, Hendin H. Suicide prevention strategies: a systematic review. *JAMA.* 2005 Oct 26;294(16):2064-2074.  PMID: 16249421

354. Dumais A, Lesage AD, Alda M, Rouleau G, Dumont M, Chawky N, Roy M, Mann JJ, Benkelfat C, Tureck, G. Risk factors for suicide completion in major depression: a case-control study of impulsive and aggressive behaviors in men. *Am J Psychiatry.* 2005 Nov;162(11):2116-2124.

355. Sullivan GM, Oquendo MA, Simpson N, Van Heertum RL, Mann JJ, Parsey RV. Brain serotonin1A receptor binding in major depression is related to psychic and somatic anxiety. *Biol Psychiatry.* 2005 Dec 15;58(12):947-954.  PMID:16039621

356. Parsey RV, Hastings RS, Oquendo MA, Hu X, Goldman D, Huang YY, Simpson N, Arcement J, Huang Y, Ogden RT, Van Heertum RL, Arango V, Mann JJ. Effect of a triallelic functional polymorphism of the serotonin-transporter-linked promoter region on expression of serotonin transporter in the human brain. *Am J Psychiatry.* 2006 Jan;163(1):48-51.  PMID: 16390888

357. Parsey RV, Hastings RS, Oquendo MA, Huang YY, Simpson N, Arcement J, Huang Y, Ogden RT, Van Heertum RL, Arango V, Mann JJ. Lower serotonin transporter binding potential in the human brain during major depressive episodes. *Am J Psychiatry.* 2006 Jan;163(1):52-58.  PMID: 16390889

358. Mann JJ, Currier D, Stanley B, Oquendo MA, Amsel LV, Ellis SP. Can biological tests assist prediction of suicide in mood disorders? *Int J Neuropsychopharmacol.* 2006 Aug;9(4):465-474.  PMID: 15967058

359. Zalsman G, Huang YY, Oquendo MA, Burke AK, Hu XZ, Brent DA, Ellis SP, Goldman D,,Mann JJ. Association of a triallelic serotonin transporter gene promoter region (5-HTTLPR) polymorphism with stressful life events and severity of depression. *Am J Psychiatry.* 2006 Sep;163(9):1588-1593.  PMID: 16946185

360. Parsey RV, Oquendo MA, Ogden RT, Olvet DM, Simpson N, Huang YY, Van Heertum RL, Arango V, Mann JJ. Altered serotonin 1A binding in major depression: a [carbonyl-C-11]WAY100635 positron emission tomography study. *Biol Psychiatry.* 2006 Jan 15;59(2):106-113.  PMID: 16154547

361. Oquendo MA, Russo SA, Underwood MD, Kassir SA, Ellis SP, Mann JJ, Arango V. Higher postmortem prefrontal 5-HT2A receptor binding correlates with lifetime aggression in suicide. *Biol Psychiatry.* 2006 Feb 1;59(3):235-243.  PMID: 16140277

362. Sher L, Cooper TB, Mann JJ, Oquendo MA. Modified dexamethasone suppression–corticotropin-releasing hormone stimulation test: A pilot study of young healthy volunteers and implications for alcoholism research in adolescents and young adults. *Int J Adolesc Med Health.* 2006 Jan-Mar; 18(1):133-137.  PMID: 16639867

363. Bach-Mizrachi H, Underwood MD, Kassir SA, Bakalian MJ, Sibille E, Tamir H, Mann JJ, Arango V. Neuronal tryptophan hydroxylase mRNA expression in the human dorsal and median raphe nuclei: major depression and suicide. *Neuropsychopharmacology.* 2006 Apr;31(4):814-824.  PMID: 16192985

364. Parsey RV, Kent JM, Oquendo MA, Richards MC, Pratap M, Cooper TB, Arango V, Mann JJ. Acute occupancy of brain serotonin transporter by sertraline as measured by [11C]DASB and positron emission tomography. *Biol  Psychiatry.* 2006 May 1;59(9):821-828.  PMID: 16213473

365. Baca-Garcia E, Oquendo MA, Saiz-Ruiz J, Mann JJ, de Leon J. A pilot study on differences in aggression in New York City and Madrid, Spain, and their possible impact on suicidal behavior. *J Clin Psychiatry.* 2006 Mar;67(3):375-380.  PMID: 16649822

366. Gorlyn M, Keilp JG, Oquendo MA, Burke Ak, Sackeim HA, Mann JJ. The WAIS-III and major depression: absence of VIQ/PIQ differences. *J Clin Exp Neuropsychol.*  2006 Oct;28(7):1-13.  PMID: 16840241

367. Fertuck EA, Marsano-Jozefowicz S, Stanley B, Tryon WW, Oquendo M, Mann JJ, Keilp JG. The impact of borderline personality disorder and anxiety on neuropsychological performance in major depression. *J Pers. Disord.* 2006 Fev;20(1):55-70.  PMID: 16563079

368. Sublette ME, Hibbeln JR, Galfalvy H, Oquendo MA, Mann JJ. Omega-3 polyunsaturated essential fatty acid status as a predictor of future suicide risk. *Am J Psychiatry.* 2006 Jun;163(6):1100-1102. PMID: 16741213

369. Mann JJ, Emslie,G, Baldessarini RJ, Beardslee W. Fawcett JA. Goodwin FK, Leon AC, Meltzer HY, Ryan ND, Shaffer D, Wagner KD. ACNP Task Force report on SSRIs and suicidal behavior in youth. *Neuropsychopharmacology.* 2006 Mar;31(3):473-492.  PMID: 16319919

370. Brodsky BS, Groves SA, Oquendo MA, Mann JJ, Stanley B. Interpersonal precipitants and suicide attempts in borderline personality disorder. *Suicide Life Threat Behav.* 2006 Jun; 36(3) 313-322. PMID: 16805659

371. Sher L, Mann JJ, Traskman-Bendz L, Winchel R, Huang YY, Fertuck E, Stanley BH. Lower cerebrospinal fluid homovanillic acid levels in depressed suicide attempters. *J Affect Disord.* 2006 Jan;90(1):83-89.  PMID: 16310257

372. Parsey RV, Olvet DM, Oquendo MA, Huang YY, Ogden RT, Mann JJ. Higher 5-HT1A receptor binding potential during a major depressive episode predicts poor treatment response: preliminary data from a naturalistic study. *Neuropsychopharmacology.* 2006 Aug;31(8):1745-1749.  PMID: 16395308

373. Kumar JS, Majo VJ, Hsiung SC, Milak MS, Liu KP, Tamir H, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Parsey RV. Synthesis and *in vivo* validation of [O-methyl-11C]2-{4-[4-(7-methoxynaphthalen-1-yl)piperazin- 1 –yl]butyl}-4-methyl-2H-[1,2,4]triazine-3,5-dione:: a novel 5-HT1A receptor agonist positron emission tomography ligand. *J Med Chem.*  2006 Jan 12;49(1):125-134. PMID: 16392798

374. Mann JJ, Currier D. Effects of genes and stress on the neurobiology of depression. *Int Rev Neurobiol.* 2006;73:153-189.  PMID: 16737904

375. Grunebaum MF, Ramsay SR, Galfalvy HC, Ellis SP, Burke AK, Sher L, Printz DJ, Kahn DA, Mann JJ, Oquendo MA. Correlates of suicide attempt history in bipolar disorder: a stress-diathesis perspective. *Bipolar Disord.* 2006 Oct;8(5 Pt 2):551-557.  PMID: 17042828

376. Sullivan GM, Oquendo MA, Huang YY, Mann JJ. Elevated cerebrospinal fluid 5-hydroxyindoleacetic acid levels in women with comorbid depression and panic disorder. *Int J Neuropsychopharmacol.* 2006 Oct;9(5):547-556.  PMID: 16259647

377. Sullivan GM, Mann JJ, Oquendo MA, Lo ES, Cooper TB, Gorman JM. Low cerebrospinal fluid transthyretin levels in depression: correlations with suicidal ideation and low serotonin function. *Biol Psychiatry.*  2006 Sep 1;60(5):500-506.  PMID: 16487493

378. Prabhakaran J, Parsey RV, Majo VJ, Hsiung S-C, Milak MS, Tamir H, Simpson NR, Van Heertum RL, Mann JJ, Kumar JS. Synthesis, *in vitro* and *in vivo* evaluation of [O-methyl-11C] 2-{4-[4-(3-methoxyphenyl)piperazin-1-yl]butyl}-4-methyl-2H-[1,2,4]-triazine-3,5-dione: a novel agonist 5-HT1A receptor PET ligand. *Bioorg Med Chem Lett.* 2006 Apr;16(8):2101-2104.  PMID: 16458504

379. Sher L, Carballo JJ, Grunebaum MF, Burke AK, Zalsman G, Huang YY, Mann JJ, Oquendo MA. A prospective study of the association of cerebrospinal fluid monoamine metabolite levels with lethality of

suicide attempts in patients with bipolar disorder. *Bipolar Disord.* 2006 Oct;8(5 Pt 2):543-550.  PMID: 17042827

380. Dervic K, Oquendo MA, Currier D, Grunebaum MF, Burke AK, Mann JJ. Moral objections to suicide: Can they counteract suicidality in patients with cluster B psychopathology? *J Clin Psychiatry.* 2006 Apr;67(4):620-625.  PMID: 16669727

381. Galfalvy H, Oquendo MA, Carballo JJ, Sher L, Grunebaum,MF, Burke A, Mann JJ. Clinical predictors of suicidal acts after major depression in bipolar disorder: a prospective study. *Bipolar Disord.* 2006 Oct;8(5 Pt 2):586-595.  PMID: 17042832

382. Souza F, Simpson N, Raffo A, Saxena C, Maffei A, Hardy M, Kilbourn M, Goland R, Leibel R, Mann JJ, Van Heertum R, Harris PE. Longitudinal non-invasive PET-based beta cell mass estimates in a spontaneous diabetes rat model. *J Clin Invest.*   2006 Jun;116(6):1506-1513.   PMID: 16710474 PMC1462946

383. Grunebaum MF, Galfalvy HC, Nichols CM, Caldeira NA, Sher L, Dervic K, Burke AK, Mann JJ, Oquendo MA. Aggression and substance abuse in bipolar disorder. *Bipolar Disord.* 2006 Oct 8;(5 Pt 1):496-502.  PMID: 17042888

384. Oquendo MA, Currier D, Mann JJ. Prospective studies of suicidal behavior in major depressive and bipolar disorders: what is the evidence for predictive risk factors? *Acta Psychiatr Scand.* 2006 Sep;114(3):151-158.  PMID: 16889585

385. Currier D, Mann MJ, Oquendo MA, Galfalvy H, Mann JJ. Sex differences in the familial transmission of mood disorders. *J Affect Disord.* 2006 Oct;95(1-3):51-60.  PMID: 16793141

386. Harkavy-Friedman JM, Keilp JG, Grunebaum MF, Sher L, Printz D, Burke AK, Mann JJ, Oquendo,MA. Are BPI and BPII suicide attempters distinct neuropsychologically? *J Affect Disord.* 2006 Aug;94(1-3):255-259.  PMID: 16750271

387. Zalsman G, Oquendo MA, Greenhill L, Goldberg PH, Kamali M, Martin A, Mann JJ. Neurobiology of depression in children and adolescents. *Child Adolesc Psychiatr Clin N Am.* 2006 Oct;15(4):843-868,. PMID: 16952764

388. Kumar J.S, Majo VJ, Sullivan GM, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Parsey RV. Synthesis and *in vivo* evaluation of [11C]SN003 as a PET ligand for CRF1 receptors. *Bioorg Med Chem.* 2006 Jun 15;14(12):4029-4034.  PMID: 16529935

389. Sublette ME, Oquendo MA, Mann JJ. Rational approaches to the neurobiologic study of youth at risk for bipolar disorder and suicide. *Bipolar Disord.* 2006 Oct;8(5 Pt 2):526-542.  PMID: 17042826

390. Parsey,RV, Ojha A, Ogden RT, Erlandsson K, Kumar D, Landgrebe M, Van Heertum R, Mann JJ. Metabolite considerations in the *in vivo* quantification of serotonin transporters using 11C-DASB and PET in humans. *J Nucl Med.* 2006 Nov;47(11):1796-1802.  PMID: 17079812

391. Weisstaub NV, Zhou M, Lira A, Lambe E, Gonzalez-Maeso J, Hornung JP, Sibille E, Underwood M, Itohara S, Dauer WT, Ansorge MS, Morell, E, Mann JJ, Toth M, Aghajanian G, Sealfon SC, Hen R, Gingrich JA. Cortical 5-HT2A receptor signaling modulates anxiety-like behaviors in mice. *Science* 2006 Jul 28;313(5786):536-540.  PMID: 16873667

392. Keilp JG, Gorlyn M, Oquendo MA, Brodsky B, Ellis SP, Stanley B, Mann JJ. Aggressiveness, not impulsiveness or hostility, distinguishes suicide attempters with major depression. *Psychol Med.* 2006 Dec;36(12):1779-1788.  PMID: 16959059

393. Gibbons RD, Hur K, Bhaumik DK, Mann JJ. The relationship between antidepressant prescription rates and rate of early adolescent suicide. *Am J Psychiatry.* 2006 Nov;163(11):1898-1904.   PMID: 17074941

394. Prabhakaran J, Parsey RV, Majo,VJ, Van Heertum RL, Mann JJ, Kumar JSD.  Synthesis and *in vivo* evaluation of [O-methyl-$^{11}$C]2-(4-methoxyphenyl)-*N*-(4-methylbenzyl)-*N*-(1-methyl-piperidin-4-yl)acetamide as an imaging probe for 5-HT$_{2A}$ receptors. *J Label Compd Radiopharm.* 2006 Aug; 49:1069-1077.

395. Dervic K, Grunebaum MF, Burke AK, Mann JJ, Oquendo MA. Protective factors against suicidal behavior in depressed adults reporting childhood abuse. *J Nerv Men. Dis.* 2006 Dec;194(12):971-974. PMID: 17164639

396. Severance AJ, Parsey RV, Kumar JS, Underwood MD, Arango V, Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ. *In vitro* and *in vivo* evaluation of [$^{11}$C]MPEPy as a potential PET ligand for mGlu5 receptors. *Nucl Med Biol.* 2006 Nov;33(8):1021-1027.  PMID: 17127176

397. Erlandsson K, Jin Y, Wong AT, Esser PD, Laine AF, Ogden RT, Oquendo MA, van Heertum R, Mann JJ, Parsey RV.  Quantitative wavelet domain image processing  of dynamic PET data.  *Conf Proc IEEE Eng Med Biol Soc.* 2006;1:2787-2790.  PMID: 17946981

398. Zalsman G, Braun M, Arendt M, Grunebaum,MF, Sher L, Burke AK, Brent DA, Chaudhury SR, Mann JJ, Oquendo MA. A comparison of the medical lethality of suicide attempts in bipolar and major depressive disorders. *Bipolar Disord.* 2006 Oct;8(5 Pt 2):558-565.  PMID: 17042829

399. Kumar JS, Prabhakaran J, Erlandsson K, Majo VJ, Simpson NR, Pratap M, Van Heertum RL, Mann JJ, Parsey RV. Synthesis and in vivo evaluation of [O-methyl-11C](2R,4R)-4-hydroxy-2-[2-[2-[2-(3-methoxy)phenyl]ethyl]phenoxy]ethyl-1-methylpyrrolidine as a potential 5-HT2A receptor PET ligand. *Nucl Med Biol,* 2006 May;33(4)565-574.  PMID: 16720250

400. Brent DA, Mann J J.  Familial pathways to suicidal behavior–understanding and preventing suicide among adolescents. *N Engl J Med.* 2006 Dec;355(26):2719-2721.  PMID: 17192535

401. Kumar JS, Mann JJ.  PET Tracers for 5-HT$_{1A}$ receptors and uses thereof.  *Drug Discov Today.* 2007 Sep;12(17-18):748-756.  PMID: 17826688

402. Ogden RT, Ojha A, Erlandsson K, Oquendo MA, Mann,JJ, Parsey RV. *In vivo* quantification of serotonin transporters using [$^{11}$C]DASB and positron emission tomography in humans: modeling considerations. *J Cereb Blood Flow Metab.* 2007 Jan;27(1):205-217.  PMID:16736050

403. Sher L, Oquendo MA, Grunebaum MF, Burke AK, Huang YY, Mann JJ. CSF monoamine metabolites and lethality of suicide attempts in depressed patients with alcohol dependence. *Eur. Neuropsychopharmacol.* 2007 Jan;17(1):12-15.  PMID: 16762535

404. Mann JJ, Currier D. A review of prospective studies of biologic predictors of suicidal behavior in mood disorders. *Arch Suicide Res.* 2007;11(1):3-16.  PMID: 17178639

405. Malone KM, Ellis SP, Currier D, Mann JJ. Platelet 5-HT$_{2A}$ receptor subresponsivity and lethality of attempted suicide in depressed in-patients. *In. J Neuropsychopharmacol.* 2007 Jun;10(3):335-343 . PMID: 16893479

406. Oquendo MA, Hastings RS, Huang YY, Simpson N, Ogden RT, Hu, XZ Goldman D, Arango V, Van Heertum RL, Mann JJ, Parsey RV. Brain serotonin transporter binding in depressed patients with bipolar disorder using positron emission tomography. *Arch Gen Psychiatry.* 2007 Feb;64(2):201-208. PMID: 17283287.

407. Freed PJ, Mann JJ. Sadness and loss: toward a neurobiopsychosocial model. *Am J Psychiatry.* 2007 Jan;164(1):28-34.   PMID: 17202540

408. Keilp JG, Klain HM, Brodsky B, Oquendo MA, Gorlyn M, Stanley B, Mann JJ. Early visual information processing deficit in depression with and without Borderline Personality Disorder. *Psychiatry Res.* 2007 Jan 15*;* 149(1-3):139-145.   PMID: 17097149

409. Severance AJ, Milak MS, Kumar JS, Prabhakaran J, Majo VJ, Simpson NR. Van Heertum R, Arango V, Mann JJ, Parsey RV. In vivo assessment of [$^{11}$C]MRB as a prospective PET ligand for imaging the norepinephrine transporter. *Eur J Nuc. Med Mol Imaging.* 2007 May;34(5):688-693.   PMID: 17180600

410. Nakagawa A, Grunebaum MF, Ellis SP, Oquendo MA, Kashima H. Gibbons RD, Mann JJ. Association of suicide and antidepressant prescription rates in Japan, 1999-2003. .*J Clin Psychiatry.* 2007 Jun; 68(6):908-916.    PMID:17592916

411. Kumar JS, Prabhakaran J, Majo VJ, Milak MS, Hsiung SC, Tamir H, Simpson NR, Van Heertum RL, Mann JJ, Parsey RV.  Synthesis and *in vivo* evaluation of a novel 5-HT$_{1A}$ receptor agonist radioligand [O-Methyl-$^{11}$C]2-(4-(2-methoxyphenyl)piperazin-1-yl)butyl)-4-methyl-1,2,4-triazine-3,5(2*H,4H*)dione   in nonhuman primates. *Eur J Nucl Med Mol Imaging.* 2007 Jul;34(7):1051-1060.  PMID: 17221184

412. Prabhakaran J, Underwood MD, Parsey RV, Arango V, Majo VJ, Simpson NR, Van Heertum R, Mann JJ, Kumar JS. Synthesis and *in vivo* evaluation of [$^{18}$F]-4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benzenesulfonamide as a PET imaging probe for COX-2 expression *Bioorg Med Chem.* 2007 Feb;15(4):1802-1807.   PMID: 17166726

413. Oquendo MA, Bongiovi-Garcia ME, Galfalvy H, Goldberg PH, Grunebaum MF, Burke AK, Mann JJ. Sex differences in clinical predictors of suicidal acts after major depression: a prospective study. *Am J Psychiatry.* 2007 Jan;164(1):134-141.  PMID: 17202555

414. Underwood MD, Mann JJ, Arango V. Morphometry of dorsal raphe nucleus serotonergic neurons in alcoholism. *Alcoholism Clin Exp Res.* 2007 May;31(5):837-845.  PMID: 17378916

415. Szanto K, Kalmar S, Hendin H, Rihmer Z, Mann JJ. A suicide prevention program in a region with a very high suicide rate. *Arch Gen Psychiatry.* 2007 Aug;64(8):914-920.  PMID: 17679636

416. Wilson ST, Stanley B, Oquendo MA, Goldberg P, Zalsman G, Mann JJ. Comparing impulsivity, hostility and depression in borderline personality disorder and bipolar II disorder. *J Clin Psychiatry.* 2007 Oct;; 68(10):1533-1539.  PMID: 17960968

417. Sullivan GM, Parsey RV, Kumar JS, Arango V, Kassir SA, Huang YY, Simpson NR, Van Heertum RL, Mann JJ. PET imaging of CRF$_1$ with [$^{11}$C]R121920 and [$^{11}$C]DMP696: Is the target of sufficient density? *Nuc. Med Biol.* 2007 May;34(4):353-361.   PMID: 17499724   PMC1933490

418. Gibbons RD, Brown CH, Hur K, Marcus SM, Bhaumik DK, Mann JJ. Relationship between antidepressants and suicide attempts: an analysis of the Veterans Health Administration data sets. *Am J Psychiatry.* 2007 Jul;164(7):1044-1049. PMID: 17606656

419. Chaudhury SR, Grunebaum MF, Galfalvy HC, Burke AK, Sher L, Parsey RV, Everett B, Mann,JJ, Oquendo MA. Does first episode polarity predict risk for suicide attempt in bipolar disorder? *J Affect Disord.* 2007 Dec;104(1-3):245-250. PMID: 17434597 PMC2151386

420. Wu S, Ogden RT, Mann JJ, Parsey RV. Optimal metabolite curve fitting for kinetic modeling of [$^{11}$C]-WAY-100635. *J Nucl Med.* 2007 Jun;48(6):926-931. PMID: 17504866

421. Dervic K, Grunebaum MF, Burke AK, Mann JJ, Oquendo MA. Cluster C personality disorders in major depressive episodes: the relationship between hostility and suicidal behavior. *Arch Suicide Res.* 2007;11(1):83-90. PMID: 17178644

422. Sher L, Sperling D, Stanley BH, Carballo JJ, Shoval G, Zalsman G, Burke AK, Mann JJ, Oquendo MA. Triggers for suicidal behavior in depressed older adolescents and young adults: do alcohol use disorders make a difference? *Int J Adolesc Med Health.* 2007 Jan-Mar;19(1):91-98. PMID: 17458328

423. Gibbons RD, Brown CH, Hur K, Marcus SM, Bhaumik DK, Erkens JA, Herings RM, Mann JJ. Early evidence on the effects of regulators' suicidality  warning on SSRI prescriptions and suicide in children and adolescents. *Am J Psychiatry.* 2007 Sep;164(9):1356-1363. PMID: 17728420

424. Mann JJ, Currier D. Prevention of suicide.  *Psychiatric Annals* 37:331-339, 2007.

425. Sher L, Milak MS, Parsey RV, Carballo JJ. Cooper TB, Malone KM, Oquendo MA,,Mann JJ. Positron emission tomography study of regional brain metabolic responses to a serotonergic challenge in major depressive disorder with and without comorbid lifetime alcohol dependence. *Eur. Neuropsychopharmacol,* 2007 Sep;17(9):608-615. PMID: 17478085

426. Pompili M, Ehrlich S, De Pisa E, Mann JJ, Innamorati M, Cittadini A, Montagna B, Iliceto P, Romano A, Amore M, Tatarelli R, Girardi P. White matter hyperintensities and their associations with suicidality in patients with major affective disorders. *Eur Arch Psychiatry Clin Neurosci.* 2007 Dec;257(8):494-499. PMID: 17901999

427. Freimer NB, Service SK, Ophoff RA, Jasinska AJ, McKee K, Villeneuve A, Belisle A, Bailey,JN, Breidenthal SE, Jorgensen MJ, Mann JJ, Cantor RM, Dewar K, Fairbanks LA.  A quantitative trait locus for variation in dopamine metabolism mapped in a primate model using reference sequences from related species. *Proc Natl Acad Sci USA.* 2007 Oct 2;104(40)15811-15816. PMID: 17884980 PMC1987389

428. Murthy R, Erlandsson K, Kumar .D, Van Heertum R, Mann J, Parsey R. Biodistribution and radiation dosimetry of $^{11}$C-harmine in baboons. *Nucl. Med. Commun.* 2007 Sep;28(9):748-754. PMID: 17667755

429. Grunebaum MF, Mann JJ.  Safe use of SSRIs in young adults: how strong is evidence for new suicide warning? *Current Psychiatry.* 2007 Nov;6(11):27-43. PMID: 19458788 PMC2674796

430. Melhem NM, Brent DA, Ziegler M, Iyengar S, Kolko D, Oquendo M, Birmaher B, Burke A, Zelazny J, Stanley B, Mann JJ. Familial pathways to early-onset suicidal behavior: familial and individual antecedents of suicidal behavior. *Am J Psychiatry.* 2007 Sep;164(9):1364-1370. PMID: 17728421

431. Wiste AK, Arango V, Ellis SP, Mann JJ  Underwood MD. Norepinephrine and serotonin imbalance in the locus coeruleus in bipolar disorder. *Bipolar Disord.* 2008 May;10(3):349-359.  PMID: 18402623

432. Haas A, Koestner B, Rosenberg J, Moore D, Garlow SJ, Sedway J, Nicholas L, Hendin H, Mann JJ, Nemeroff CB.  An interactive web-based method of outreach to college students at risk for suicide.  *J. Am Coll. Health*. 2008 Jul-Aug; 57(1):15-22.  PMID: 18682341

433. Mann JJ, Ellis SP, Waternaux CM, Liu X, Oquendo MA, Malone KM, Brodsky BS, Haas GL, Currier D. Classification trees distinguish suicide attempters in major psychiatric disorders: a model of clinical decision-making. *J Clin Psychiatry.*  2008 Jan;69(1):23-31.  PMID: 18312034

434. Nakagawa A, Grunebaum MF, Sullivan GM, Currier D, Ellis SP, Burke AK, Brent DA. Mann JJ,, Oquendo MA.  Comorbid anxiety in bipolar disorder: does it have an independent effect on suicidality? *Bipolar Disord.* 2008 Jun:10(4):530-538.  PMID:18452449   PMC2746654

435. Mann JJ, Currier D, Murphy L, Huang Y, Galfalvy H, Brent D, Greenhill L,,Oquendo M.  No association between a TPH2 promoter polymorphism and mood disorders or monoamine turnover. *J Affect Disord*, 2008 Feb:106(1-2):117-121.  PMID: 17604842  PMC2756663

436. Boldrini M, Underwood MD, Mann JJ, Arango V.  Serotonin-1A autoreceptor binding in the dorsal raphe nucleus of depressed suicides. *J Psychiatric Res.*  2008 May:42(6):433-442.  PMID: 17574270 PMC2268626

437. Sibille E, Arango V, Joeyen-Waldorf J, Wang Y, Leman S, Surget A, Belzung C, Mann JJ, Lewis DA. Large-scale estimates of cellular origins of mRNAs: enhancing the yield of transcriptome analyses.  *J Neurosci. Methods*. 2008 Jan 30;167(2):198-206.  PMID: 17889939  PMC2262176

438. Keilp JG, Gorlyn M, Oquendo MA, Burke AK. Mann JJ. Attention deficit in depressed suicide attempters. *Psychiatry Res*.  2008 May 30;159(1-2):7-17.  PMID: 18329724  PMC2518449

439. Underwood MD, Mann JJ, Huang YY, Arango V.  Family history of alcoholism is associated with lower 5-HT$_{2A}$ receptor binding in the prefrontal cortex. *Alcohol Clin Exp Res.* 2008 Apr;32(4):593-599.  PMID: 18241316

440. Milak MS, Severance AJ, Ogden RT, Prabhakaran,J, Kumar JS, Majo VJ, Mann JJ, Parsey RV. Modeling considerations for $^{11}$C-CUMI-101, an agonist radiotracer for imaging serotonin 1A receptor in vivo with PET  *J Nucl Med.* 2008 Apr;49(4):587-596.  PMID: 18344443

441. Murthy R, Harris P, Simpson N, Van Heertum R, Leibel R, Mann JJ, Parsey R.  Whole body [11C]-dihydrotetrabenazine imaging of baboons: biodistribution and human radiation dosimetry estimates. *Eur J Nucl Med Mol Imaging*. 2008 Apr;35(4):790-797.  PMID: 18060547

442. Gibbons R, Segawa E, Karabatsos,G, Amatya AK, Bahaumik DK, Brown CH, Kapur K, Marcus SM, Hur K,. Mann JJ,   Mixed-effects Poisson regression analysis of adverse event reports: the relationship between antidepressants and suicide.  *Stat Med.* 2008 May 20;27(11):1814–1833.  PMID: 18404622 PMC2423233

443. Miller JM, Kumar D, Mann JJ, Parsey RV.  Applications of Positron Emission Tomography in Neuropsychiatric Pharmaceutical Drug Development.  *Current Radiopharmaceuticals*. 2008;1:12-16.

444. Haghighi F, Bach-Mizrachi H, Huang YY, Arango V, Shi S, Dwork AJ, Rosoklija G, Sheng HT, Morozova I, Ju J, Russo J J, Mann JJ.  Genetic architecture of the human tryptophan hydroxylase 2

Gene:  existence of neural isoforms and relevance for major depression.  *Mol Psychiatry*. 2008 Aug; 13(8): 813-820.  PMID: 18180764

445. Galfalvy HC, Oquendo MA, Mann JJ. Evaluation of clinical prognostic models for suicide attempts after a major depressive episode. *Acta Psychiatr Scand*. 2008 Apr;117(4):244-252.  PMID: 18321353

446. Majo VJ, Parsey RV, Prabhakaran J,  Mann JJ,  Kumar JS Dileep. Synthesis and evaluation of [O-methyl-[11]C]4-[3-[4-(2-methoxyphenyl)-piperazin-1-yl]propoxy]-4-aza-tricyclo  [5.2.1.02,6]dec-8-ene-3,5-dione as a 5-HT$_{1A}$ receptor agonist PET ligand. *J Label Compd Radiopharm*. 2008;51:132–136.

447. Bach-Mizrachi H, Underwood MD, Tin A, Ellis SP, Mann JJ,,Arango V. Elevated expression of tryptophan hydroxylase-2 mRNA at the neuronal level in the dorsal and median raphe nuclei of depressed suicides. *Mol Psychiatry*. 2008 May;13(5):507-513.  PMID: 18180753   PMC2361383

448. Mikhno A, Devanand D, Pelton G, Cuasay Y, Gunn R, Upton N, Lai RY, Libri V, Mann JJ, Parsey RV. Voxel-based analysis of 11C-PIB scans for diagnosing Alzheimer's disease.  *J Nucl Med*. 2008 Aug; 49(8):262-1269. PMID: 18632806   PMC3103049

449. Sher L, Stanley BH, Harkavy-Friedman JM, Carballo JJ, Arendt M, Brent DA, Sperling D, Lizardi D, Mann JJ, Oquendo MA.  Depressed patients with co-occurring alcohol use disorders: A unique patient population.  *J Clin Psychiatry*. 2008 Jun;69(6):907-915.  PMID: 18422397

450. Currier D, Mann JJ. Stress, genes and the biology of suicidal behavior. *Psychiatr Clin North Am*. 2008 Jun;31(2):247-269.  PMID: 18439448   PMC2710608

451. Baca-Garcia E, Perez-Rodriguez MM Mann JJ, Oquendo MA.: Suicidal behavior in young women. *Psychiatr Clin North Am*. 2008 Jun;31(2):317-331.  PMID: 18439451

452. Jolly CJ, Phillips-Conroy JE, Kaplan JR, Mann JJ.  Cerebrospinal fluid monoaminergic metabolites in wild Papio Anubis and P. hamadryas are concordant with Taxon-specific behavioral ontogeny.  Int J Primatol. 2008;29:1549-1566.(DOI: 10.1007/s10764-008-9318-x)

453. Carballo JJ, Harkavy-Friedman J, Burke AK, Sher L, Baca-Garcia E, Sullivan GM, Grunebaum MF, Parsey RV, Mann JJ, Oquendo MA.  Family history of suicidal behavior and early traumatic experiences: additive effect on suicidality and course bipolar illness?  *J Affect Disord*. 2008 Jul;109(1-2):57-63. PMID: 18221790

454. Sublette ME, Baca-Garcia E, Parsey RV, Oquendo MA, Rodrigues SM, Galfalvy H, Huang YY, Arango V, Mann JJ. Effect of BDNF val66met polymorphism on age-related amygdala volume changes in health subjects. *Prog Neuropsychopharmacol Biol Psychiatry*. 2008 Oct 1; 32(7):1652-1655.  PMID: 18621091   PMC2674019

455. Zalsman G, Huang YY, Oquendo MA, Brent DA, Giner L, Haghighi F, Burke AK, Ellis SP, Currier D, Mann JJ.  No association of COMT Val158Met polymorphism with suicidal behavior or CSF monoamine metabolites in mood disorders.  *Arch Suicide Res*. 2008;12(4):327-335.  PMID: 18828035

456. Pompili M, Innamorati M, Mann JJ, Oquendo,MA, Lester D, Del Casale A, Serafini,G, Rigucci S, Romano A, Tamburello A, Manfredi G, De Pisa E, Ehrlich S, Giupponi G, Amore M, Tatarelli R, Girardi P.  Periventricular white matter hyperintensities as predictors of suicide attempts in bipolar disorders and unipolar depression. *Prog Neuopsychopharmacol Biol Psychiatry*.  2008 Aug 1;32(6):1501-1507.  PMID: 18572296

457. Sher L, Stanley BH, Cooper TB, Malone KM, Mann JJ, Oquendo MA   Serotonergic responses in depressed patients with or without a history of alcohol use disorders and healthy controls. *Eur Neuropsychopharmacol.* 2008 Sep;18(9); 692-699.  PMID: 18590952

458. Gorlyn M, Keilp JG, Grunebaum MF, Taylor BP, Oquendo MA, Bruder GE, Stewart JW, Zalsman G, Mann JJ. Neuropsychological characteristics as predictors of SSRI treatment response in depressed subjects. *J Neural Transm.* 2008 Aug;115(8):1213-1219.  PMID: 18629432

459. Lizardi D, Dervic K, Grunebaum MF, Burke AK, Mann JJ, Oquendo MA.  The role of moral objections to suicide in the assessment of suicidal patients.  *J Psychiatr Res.* 2008 Aug;42(10):815-821.  PMID: 18035375

460. Brodsky BS, Mann JJ, Stanley B, Tin A, Oquendo M, Birmaher B, Greenhill L, Kolko D, Zelazny J, Burke AK,, Melhem NM, Brent D. Familial transmission of suicidal behavior: factors mediating the relationship between childhood abuse and offspring suicide attempts.  *J Clin Psychiatry.* 2008 Apr; 69(4):584-596.  PMID: 18373384   PMC2754138

461. Miller JM, Oquendo MA, Ogden RT, Mann JJ, Parsey RV. Serotonin transporter binding as a possible predictor of one-year remission in major depressive disorder. *J Psychiatr Re*s. 2008 Oct; 42(14):1137-1144.  PMID: 18331740   PMC2670200

462. Gelenberg AJ, Thase ME, Meyer RE, Goodwin FK, Katz MM, Kraemer HC, Potter WZ, SheltonRC, Fava M, Khan A, Trivedi MH, Ninan PT, Mann JJ, Bergeson S, Endicott J, Kocsis JH, Leon AC, Manji HK, Rosenbaum JF.  The history and current state of antidepressant clinical trial design: a call to action for proof-of-concept studies. *J Clin Psychiatry*. 2008 Oct;69(10):1513-1528.  PMID: 19192434

463. Oquendo MA, Baca-Garcia E, Mann JJ, Giner J.  Issue for DSM-V: suicidal behavior as a separate diagnosis on a separate axis.  *Am J Psychiatry.*  2008 Nov;11(11):1383-1384.  PMID: 18981069

464. Yadav VK, Ryu JH, Suda N, Tanaka KF, Gingrich JA, Schutz G, Glorieux FH, Chiang CY, Zajac JD, Insogna KL, Mann JJ, Hen R, Ducy P, Karsenty G.   Lrp5 controls bone formation by inhibiting serotonin synthesis in the duodenum. *Cell.* 2008 Nov; 135(5):825-837. PMID:19041748  PMC2614332

465. Kalmar S, Szanto K, Rihmer Z, Mazumdar S, Harrison K, Mann JJ. Antidepressant prescription and suicide rates: effect of age and gender.  *Suicide and Life-Threat Behav*. 2008 Aug;38(4) 363-374.  PMID: 18724785   PMC3071298

466. Wilson ST, Stanley B,  Brent DA, Oquendo MA, Huang YY, Mann JJ.  The tryptophan hydroxylase-1 A218C polymorphism is associated with diagnosis, but not suicidal behavior, in borderline personality disorder.  *Am J Med Genet B Neuropsychiatr Genet*. 2009 Mar 5;150B(2):202-208.   PMID: 18506706.  PMC2674018

467. Freed  PJ, Yanagihara TK, Hirsch J, Mann JJ.  Neural mechanisms of grief regulation. *Biol. Psychiatry*. 2009;66(1):33-40.   PMID:19249748.   PMC2782609

468. Galfalvy H, Huang YY, Oquendo MA, Currier D, Mann JJ.  Increased risk of suicide attempt in mood disorders and TPH1 genotype. *J Affect Disord*, 2009 Jun;115(3):331-338. PMID: 18977032

469. Nakagawa A, Grunebaum MF, Oquendo MA, Ellis SP, Burke AK, Mann JJ. Clinical correlates of planned, more lethal suicide attempts in major depressive disorder. *J Affect Disord*. 2009;112(1-3):237-242.   PMID:18485486  PMC3178835

470. Milak MS, Parsey RV, Lee L, Oquendo MA, Olvet DM, Eipper F, Malone K, Mann JJ.   Pretreatment regional brain glucose uptake on PET predicts remission from a major depressive episode after three months of treatment. *Psychiatry Res*, 2009;173 (1); 63-70.   PMID: 19446443

471. Sublette ME. Carballo JJ, Moreno C, Galfalvy HC, Brent DA, Birmaher B, Mann,JJ, Oquendo MA. Substance use disorders and suicide attempts in bipolar subtypes. *J Psychiatr  Res* 2009; 43(3):230-238.   PMID:18590916   PMC2671238

472. Sher L, Oquendo MA, Richardson-Vejlgaard R, Makhija MN, Posner K, Mann JJ, Stanley BH. Effect of acute alcohol use on the lethality of suicide attempts in patients with mood disorders. *J  Psychiatr Res* 2009; 43(10): 901-905.   PMID:19246050

473. Galfalvy HC, Currier D, Oquendo MA, Sullivan G, Huang YY, Mann JJ. Lower CSF MHPG predicts short-term risk for suicide attempt. *Int J Neuropsychopharmacol* 2009;12(10):1327-1335.   PMID: 19573266

474. Klein A, Andersson J, Ardekani BA, Ashburner J, Avants B, Chiang MC, Christensen GE, Collins DL, Gee J, Hellier P, Song JH, Jenkinson M, Lepage C, Rueckert, D, Thompson P, Vercauteren T, Woods RP, Mann JJ, Parsey RV.  Evaluation of 14 nonlinear deformation algorithms applied to human brain MRI registration.  *Neuroimage* 46(3)786-802, 2009. PMID: 19195496

475. Goland R, Freeby M, Parsey R, Saisho Y, Kumar D, Simpson N, Hirsch J, Prince M, Maffei A, Mann JJ, Butler PC, Van Heertum R, Leibel RI, Ichise M, Harris PE.  11C-dihydrotetrabenazine PET of the pancreas in subjects with long-standing type 1 diabetes and in healthy controls.  *J Nucl Med* 2009 Mar; 50(3):382-389. PMID: 19223416

476. Grunebaum MF, Galfalvy HC, Huang YY, Cooper TB, Burke AK, Agnello M, Oquendo MA, Mann JJ. Association of X-box binding protein 1 (XBP1) genotype with morning cortisol and 1-year clinical course after a major depressive episode. *Int J Neuropsychopharmacol*. 2009 12(2):281-3.   PMID: 19154631

477. Smiley JF, Rosoklija G, Mancevski B, Mann JJ, Dwork AJ, Javitt DC.  Altered volume and hemispheric asymmetry of the superficial cortical layers in the schizophrenia planum temporale.   *Eur J Neurosci* 2009 Aug;30(3):449-463.   PMID:19656176   PMC2771288

478. Oquendo MA, Carballo JJ, Rajouria N, Currier D, Tin A, Merville J, Galfalvy HC, Sher L, Grunebaum MF, Burke AK, Mann JJ.   Are high-lethality suicide attempters with bipolar disorder a distinct phenotype. *Arch Suicide Res* 2009;13(3):247-256.   PMID:19590998

479. Bongiovi-Garcia ME. Merville J, Almelda MG, Burke A, Ellis S, Stanley BH, Posner K, Mann JJ, Oquendo MA.  Comparison of clinical and research assessments of diagnosis, suicide attempt history and suicidal ideation in major depression.  J Affect Disord  2009;115(1-2):183-188.   PMID:18814917

480. Baca-Garcia E, Sher L, Perez-Rodriguez MM, Burke AK, Sullivan GM, Grunebaum MF, Stanley BH, Mann JJ, Oquendo MA.  Treatment of depressed bipolar patients with alcohol use disorders: plenty of room for improvement.  *J Affect Disord.* 2009;115(1-2):262-268.   PMID:18973953   PMC2730967

481. Kinnally EL, Huang YY, Haverly R, Burke AK, Galfalvy H, Brent DP, Oquendo MA, Mann JJ.  Parental care moderates the influence of MAOA-uVNTR genotype and childhood stressors on trait impulsivity and aggression in adult wormen.   *Psychiatr Genet.* 2009;19(3):126-133.   PMID:19357553 PMC2756753

482. Beasley CL, Dwork AJ, Rosoklija G, Mann JJ, Mancevski B, Jakovski Z, Davceva N, Tait AR, Straus SK, Honer WG.  Metabolic abnormalities in fronto-striatal-thalamic white matter tracts in schizophrenia. *Schizophr Res*  2009;109(1-3):159-166.   PMID:19272755

483. DeLorenzo C, Kumar JS, Zanderigo F, Mann JJ, Parsey RV.  Modeling considerations for in vivo quantification of the dopamine transporter using [(11)C]PE2I and positron emission tomography.  *J Cereb Blood Flow Metab*. 2009;29(7):1332-1345.   PMID:19458606   PMC2757108

484. Wilson ST, Stanley B, Brent DA. Oquendo MA, Huang YY, Mann JJ.  The tryptophan hydroxylase-1 A218C polymorphism is associated with diagnosis, but not suicidal behavior, in borderline personality disorder.  *Am J Med Genet B Neuropsychiatr Genet.* 2009 Mar;150B(2):202-208.   PMID:18506706   PMC2674018

485. Sublette ME, Milak MS, Hibbeln JR, Oquendo MA, Malone KM, Parsey RV, Mann JJ. Plasma polyunsaturated fatty acids and regional cerebral glucose metabolism in major depression. *Prostaglandins Lukot Essent Fatty Acids*. 2009; 80(1): 57-64.  PMID: 19128951  PMC2712826

486. Gibbons RD, Hur K, Brown CH, Mann JJ.   Relationship between antiepileptic drugs and suicide attempts in patients with bipolar disorder. *Arch Gen Psychiatry* 2009; 66(12):1354-60,.  PMID: 19996040.

487. Boldrini M, Underwood MD, Hen R, Rosoklija GB, Dwork AJ, Mann JJ, Arango V.  Antidepressants increased neural progenitor cells in the human hippocampus.   *Neuropsychopharmacology* 2009;34(11):2376-2389.   PMID:19606083  PMC2743790

488. Galfalvy H, Huang YY, Oquendo MA, Currier D, Mann JJ.  Increased risk of suicide attempt in mood disorders and TPH1 genotype. *J Affect Disord*. 2009;115(3):331-338.  PMID: 18977032

489. Mann JJ,  Gibbons RD.  SSRIs and the risk of suicide attempt and completion: a systematic review of observational studies. *CMAJ*, 2009;180(3): 270-271.  PMID: 19188627

490. Yadav VK, Oury F, Suda N, Liu ZW, Gao XB, Confavreux C, Klemenhagen KC, Tanaka KF, Gingrich JA, Guo XE, Tecott LH, Mann JJ, Hen,R, Horvath,TL, Karsenty G. A serotonin-dependent mechanism explains the leptin regulation of bone mass, appetite, and energy expenditure. *Cell*.  2009;38(5):976-989. PMID: 19737523  PMC2768582

491. Miller JM, Kinnally EL, Ogden RT, Oquendo MA, Mann JJ, Parsey RV.  Reported childhood abuse is associated with low serotonin transporter binding in vivo in major depressive disorder.  *Synapse* 2009 63(7): 565-573.   PMID: 19288578  PMC2858631

492. Miller JM, Brennan KG, Ogden RT, Oquendo MA, Sullivan GM, Mann JJ, Parsey RV. Elevated serotonin 1A binding in remitted major depressive disorder: evidence for a trait biological abnormality. *Neuropsychopharmacology*. 2009 34(10): 2275-2284.   PMID:19458612  PMC2760406

493. Sullivan GM, Ogden RT, Oquendo MA, Kumar JS, Simpson N, Huang YY, Mann JJ, Parsey RV. Positron emission tomography quantification of serotonin-1A receptor binding in medication-free bipolar depression. *Biol Psychiatry* 2009; 66(3): 223-230.  PMID:19278673    PMC2778225

494. Zalsman G, Mann MJ, Huang YY, Oquendo MA, Brent DA, Burke A.K, Ellis SP, Mann JJ.  Wolframin gene H611R polymorphism: No direct association with suicidal behavior but possible link to mood disorders. *Prog Neurophyschopharmacol Biol Psychiatry* 2009; 33(4):707-710. PMID: 19328217.

495. Mann JJ, Arango V, Avenevoli S, Brent DA, Champagne FA, Clayton P, Currier D, Doughtery DM. Haghighi F, Hodge SE, Kleiman J, Lehner T, McMahon F, Moscicki EK, Oquendo MA, Pandey GN, Pearson J, Stanley B, Terwilliger J, Wenzel A.   Candidate endophenotypes for genetic studies of suicidal behavior.  *Biol Psychiatry.*  2009 Apr 1; 65(7):556-563.  PMID: 19201395.

496. Gibbons RD. ,Amatya AK, Brown CH, Hur K, Marcus SM, Bhaumik DK, Mann JJ.  Post-approval drug safety surveillance.  *Annu Rev Public Health* 2010; 31:419-437.   PMID:20070192   PMC2841706

497. Grunebaum MF, Galfalvy HC, Mortenson LY, Burke .AK, Oquendo MA, Mann JJ. Attachment and social adjustment: relationships to suicide attempt and major depressive episode in a prospective study. *J Affect Disord.* 2010; 123(1-3):123-130.  PMID: 19819021  PMC2860050

498. Ogden RT, Zanderigo F, Choy S, Mann JJ, Parsey RV.  Simultaneous estimation of input functions: an empirical study.   *J Cereb Blood Flow Metab* 2010 Apr; 30(4):816-826.    PMID: 19997119  PMC2949176

499. Vinod KY, Kassir SA, Hungund BL, Cooper TB, Mann JJ, Arango V.  Selective alterations of the CB1 receptors and the fatty acid amide hydrolase in the ventral striatum of alcoholics and suicides.  *J Psychiatr Res* 2010 Jul; 44(9):591-597.  PMID: 20015515  PMC2878847

500. Barakauskas VE, Beasley CL,  Barr AM, Ypsilanti AR,  Li HY, Thornton AE, Wong H, Rosokilja G, Mann JJ, Mancevski B, Jakovski Z, Davceva N, Ilievski B, Dwork, AJ, Falkai P, Horner WG.  A novel mechanism and treatment target for presynaptic abnormalities in specific striatal regions in schizophrenia.  *Neuropsychopharmacology* 2010; 35(5):1226-1238. PMID: 20072114   PMC3055413

501. Baca-Garcia E, Vaquero-Lorenzo C, Perez-Rodriguez MM, Gratacòs M, Bayés M, Santiago-Mozos R, Leiva-Murillo JM, de Prado-Cumplido M, Artes-Rodriguez A, Ceverino A,  Diaz-Sastre C, Fernandez-Navarro P, Costas J, Fernandez-Piqueras J, Diaz-Hernandez M, de Leon J, Baca-Baldomero E, Saiz-Ruiz J, Mann JJ, Parsey RV, Carracedo A,  Estivill X, Oquendo MA.  Nucleotide variation in central nervous system genes among male suicide attempters.  *Am J Med Genet B Neurochiatr Genet.* 2010 Jan;153B(1):208-213. PM: 19455598

502. Yadav VK, Balaji S, Suresh PS, Liu XS, Lu X, Li Z, Guo XE, Mann JJ, Balapure AK, Gershon,MD, Medhamurthy R, Vidal M, Karsenty G, Ducy P.  Pharmacological inhibition of gut-derived serotonin synthesis is a potential bone anabolic treatment for osteoporosis.  *Nat Med.* 2010 Mar;16(3):308-312. PMID: 20139991  PMC2836724

503. Keilp JG, Oquendo MA, Stanley BH, Burke AK, Cooper TB, Malone KM, Mann JJ. Future suicide attempt and responses to serotonergic challenge. *Neuropsychopharmacology*  2010 Apr;35(5):1063-1072.   PMID: 18354392  PMC3055397

504. Burke AK, Galfalvy H, Everett B, Currier D, Zelazny J, Oquendo MA, Melhem NM, Kolko D. Harkavy-Friedman JM, Birmaher B, Stanley B, Mann JJ, Brent DA.  The effect of exposure to suicidal behavior on suicide attempt in a high-risk sample of offspring of depressed parents.  *J Am Acad Child Adolesc Psychiatry.* 2010 Feb;49(2):114-121.  PMID: 20215933  PMC2915586.

505. Klein A, Ghosh SS, Avants B, Yeo BT, Fischl B, Ardekani B, Gee JC, Mann JJ, Parsey R.V. Evaluation of volume-based surface-based brain image registration methods. *NeuroImage* 2010 May 15;51(1):214-220.   PMID: 20123029.  PMC2862732

506. Stanley B, Sher L, Wilson S, Ekman R, Huang YY,, Mann,JJ.  Nonsuicidal self-injurious behavior, endogenous opioids and monoamine neurotransmitters. *J Affect Disord.* 2010 Jul;124(1-2):134-140. PMID: 19942295  PMC2875354

507. Meyer RE, Salzman C, Youngstrom EA, Clayton PJ, Goodwin FK, Mann JJ, Alphs LD, Broich K, Goodman WK, Greden JF, Meltzer HY, Normand SL, Posner K, Shaffer D, Oquendo MA, Stanley B, Trivedi MH, Turecki G, Beasley CM Jr, Beautrais AL, Bridge JA, Brown GK, Revicki DA, Ryan ND, Sheehan DV.  Suicidality and risk of suicide—definition, drug safety concerns, and a necessary target for drug development: a brief report.  *J Clin Psychiatry*. 2010 Aug;71(8):1040-1046.  PMID: 20673551

508. Meyer RE, Salzman C, Youngstrom EA, Clayton PJ, Goodwin FK, Mann JJ, Alphs LD, Brioch K, Goodman WK, Greden JF, Meltzer HY, Normand SL, Posner K, Shaffer,D, Oquendo MA, Stanley B, Trivedi MH, Turecki G, Beasley CM Jr, Beautrais AL Bridge JA, Brown GK, Revicki DA, Ryan ND, Sheehan DV.  Suicidality and risk of suicide--definition, drug safety concerns, and a necessary target for drug development: a consensus statement.  *J Clin Psychiatry* 2010 Aug;71(8):e1-e21.   PMID: 20797373

509. Prabhakaran P, Majo VJ, Milak MS, Pratap M, Savenkova L, Mann JJ, Parsey RV, Kumar JS. Synthesis and in vivo evaluation of [$^{11}$C]MPTQ: A potential PET tracer for Alpha2A adrenergic receptors. *Bioorg Med Chem Lett*. 2010 Jun;20(12):3654-3657.  PMID: 20529687

510. Yehuda R, Golier JA, Bierer LM, Mikhno A, Pratchett LC, Burton CL, Makotkine I, Devanand DP, Pradhaban G, Harvey PD, Mann JJ.  Hydrocortisone responsiveness in Gulf War veterans with PTSD: effects on ACTH, declarative memory hippocampal [(18)F]FDG uptake on PET.  *Psychiatry Res.*  2010 Nov;184(2):117-127.  PMID: 20934312

511. Xin Y, Chanrion B, Liu MM, Galfalvy H, Costa R, Ilievski B, Rosoklija G, Arango V,  Dwork A,  Mann JJ, Tycko B, Haghighi F.  Genome-Wide Divergence of DNA Methylation Marks in Cerebral and Cerebellar Cortices. *PloS One.* 2010 Jun 28;5(6) e11357.  PMID: 20596539.   PMC2893206

512. Mann JJ, Currier DM.  Stress, genetics and epigenetic effects on the neurobiology of suicidal behavior and depression.  *Eur Psychiatry.* 2010 Jun;25(5):268-271.  PMID: 20451357   PMC2896004

513. Gibbons RD, Hur K, Brown CH, Mann JJ.   Gabapentin treatment and suicide attempts. *Pharmacoepidemiol Drug Saf*. 2010 Dec;19(12):1241-1247.  PMID: 20922708  PMC2992093 .

514. Mann JJ. Clinical pleomorphism of major depression as a challenge to the study of its pathophysiology, *World Psychiatry*.  2010 Oct 9(3):167-168.  PMID: 20975863   PMC2948726

515. Devanand DP, Van Heertum RL. Kegeles LS. Liu X, Jin ZH, Pradbaban G, Rusinck H, Pratap M, Pelton GH, Probovnik I, Stern Y, Mann JJ, Parsey RV.  (99m)Tc hexamethyl-propylene-aminoxime single-photon emission computed tomography prediction of coversion from mild cognitive impairment to Alzheimer disease.   *Am J Geriatr Psychiatry*. 2010 Nov;18(11):959-972. PMID: 20808143 PMC3103107

516. Schweitzer PJ, Fallon BA, Mann JJ, Kumar J.S.  PET tracers for the peripheral benzodiazepine receptor and uses thereof.  Drug Discov Today. 2010 Nov;15(21-22)933-942.  PMID: 20800696

517. Parsey RV, Ogden RT, Miller JM, Tin A, Hesselgrave N, Goldstein E, Mikhno A, Milak M, Zanderigo F, Sullivan GM, Oquendo MA, Mann JJ. Higher serotonin 1A binding in a second major depression cohort: modeling and reference region considerations. *Biol Psychiatry.* 2010 Jul 15;68(2):170-178. PMID: 20497898   PMC2900398

518. Milak MS, DeLorenzo C, Zanderigo,F, Prabhakaran,J, Kumar,JS, Majo,VJ, Mann,JJ, Parsey RV.  In vivo quantification of human serotonin 1A receptor using 11C-CUMI-101, an agonist PET radiotracer. *J Nucl Med* 2010; (12): 1892-1900.  PMID:  21098796.

519. Prabhakaran J, Majo, VJ, Milak, MS, Kassir SA, Palner M, Savenkova L, Mali P, Arango V, Mann JJ, Parsey RV, Kumar JS.  Synthesis, in vitro and in vivo evaluation of [11C]MMTP: a potential PET ligand for mGluR1 receptors.  *Bioorg Med Chem Lett*. 2010 Jun 15;20(12):3499-3501.   PMID: 20494576   PMC2909580

520. Zanderigo F, Ogden RT, Bertoldo A, Cobelli C, Mann JJ, Parsey RV.  Emperical Bayesian estimation in graphical analysis: a voxel-based approach for the determination of the volume of distribution in PET studies.  *Nucl Med Biol*. 2010 May, 37(4): 443-452.   PMID: 20447556   PMC2896257

521. Devanand DP, Mikhno A, Pelton GH, Cuasay K, Pradhaban G, Kumar JSD,, Upton N, Lai R, Gunn RN, Libri V, Liu X, Van Heertum R, Mann JJ, Parsey RV.  Pittsburgh compound B [11C-PIB] and fluorodeoxyglucose (18F-FDG) PET in patients with Alzheimer's disease, mild cognitive Impairment, and health controls.   *J Geriatr Psychiatry Neurol.* 2010 Sep;23(3):185-198.   PMID: 20430977.   PMC3110668

522. Milak MS, Keilp J, Parsey RV, Oquendo MA, Malone KM, Mann JJ.  Regional brain metabolic correlates of self-reported depression severity contrasted with clinician ratings.  *J Affect Disord*.  2010; 126(1-2):113-124.   PMID: 20381874.

523. Kinnally EL, Capitanio JP, Leibel R, Deng L, LeDuc C, Haghighi F, Mann JJ.  Epigenetic regulation of serotonin transporter expression and behavior in infant rhesus macaques.  *Genes Brain Behav* 2010 Aug;9(6):575-582.   PMID: 20398062   PMC2921011

524. Palner M, Underwood MD, Kumar DJ, Arango V, Knudsen GM, Mann JJ, Parsey RV.  Ex vivo evaluation of the serotonin 1A receptor partial agonist [$^3$H]CUMI-101 in awake rats.  *Synapse*. 2011 Aug;65(8):715-723.   PMID: 21108237.

525. Milak MS, Severance AJ, Prabhakaran J, Kumar JS, Majo VJ, Ogden RT, Mann JJ, Parsey, R. In vivo serotonin-sensitive binding of [11C] CUMI-101: a serotonin 1A receptor agonist positron emission tomography radiotracer. *J Cereb Blood Flow Metab*. 2011 Jan;31(1):243-249.   PMID: 20571518 PMC3049488

526. Sublette ME, Segal-Isaacson CJ, Cooper TB, Fekri S, Vanegas N, Galfalvy HC. Oquendo MA, Mann JJ.  Validation of a food frequency questionnaire to assess intake of n-3 polyunsaturated fatty acids in subjects with and without major depressive disorder.  *J Am Diet Assoc*. 2011 Jan;111(1):117-123.   PMID: 21185973   PMC3012380

527. DeLorenzo C, Milak MS, Brennan KG, Kumar JS, Mann JJ, Parsey RV.  In vivo positron emission tomography imaging with [(11)C]ABP688: binding variability and specificity for the metabotropic glutamate receptor subtype 5 in baboons.  *Eur J Nucl Med Mol Imaging* 2011 Jun; 38(6):1083-1094.   PMID: 21279350.   PMC3095762

528. Li Z, Chalazonitis A, Huang YY, Mann JJ, Margolis KG, Yang QM, Kim DQ, Côté F, Mallet J, Gershon MD.   Essential roles of enteric neuronal serotonin in gastrointestinal motility and the development/survival of enteric dopaminergic neurons.  *J Neurosci*. 2011 Jun 15;31(24):8998-9009.   PMID: 21677183

529. Dervic K, Carballo JJ, Baca-Garcia E, Galfalvy HC, Mann JJ, Brent DA, Oquendo MA.  Moral or religious objections to suicide may protect against suicidal behavior in bipolar disorder. *J Clin Psychiatry*. 2011 Oct;72(10):1390-1396.   PMID: 21367349

530. Smiley JF, Rosoklija G, Mancevski B, Pergolizzi D, Figarsky K, Bleiwas C, Duma A, Mann,JJ, Javitt DC, Dwork AJ.  Hemispheric comparisons of neuron density in the planum temporale of schizophrenia and nonpsychiatric brains.  *Psychiatry Res.* 2011 Apr 30;192(1):1-11. PMID: 21377842  PMC3071586

531. Gibbons RD, Mann JJ.  Strategies for quantifying the relationship between medications and suicidal behavior:  what has been learned?  *Drug Saf* 2011 May 1; 34(5): 375-395.  PMID: 21513361

532. Alonzo DM, Harkavy-Friedman JM, Stanley B, Burke A. Mann JJ, Oquendo MA.  Predictors of treatment utilization in major depression.  *Arch Suicide Res.* 2011 Apr;15(2):160-171. PMID: 21541862

533. Lizardi D, Grunebaum MF, Burke A, Stanley B, Mann JJ, Harkavy-Friedman J, Oquendo M.  The effect of social adjustment and attachment style on suicidal behaviour.  *Acta Psychiatr Scand.*  2011 Oct; 124(4):295-300.  PMID: 21644941

534. DeLorenzo C, Lichenstein S, Schaefer K, Dunn J, Marshall R, Organisak L, Kharidia J. Robertson B, Mann JJ, Parsey RV.  SEP-225289 serotonin and dopamine transporter occupancy: a PET study. *J Nucl Med.* 2011 Jul;52(7):1150-1155.  PMID: 21680689

535. Mann JJ.  The impact of soldier suicide on a base in Afghanistan: lessons for prevention and postvention. *Psychiatry.* 2011;74(2):121-123.  PMID: 21688962

536. Oquendo MA, Galfavy HC, Currier D, Grunebaum MF, Sher L, Sullivan GM, Burke AK, Harkavy-Friedman J, Sublette ME, Parsey RV, Mann JJ  Treatment of suicide attempters with bipolar disorder: a randomized clinical trial comparing lithium and valproate in the prevention of suicidal behavior.  *Am J Psychiatry.*  2011 Oct;168(10):1050-1056  PMID: 21768611

537. Sublette ME, Galfalvy HC, Fuchs D, Lapidus M, Grunebaum MF, Oquendo MA, Mann JJ, Postolache TT.  Plasma Kynurenine levels are elevated in suicide attempters with major depression disorder. *Brain Behav Immun.* 2011 Aug;25(6):1272-1278.  PMID: 21605657

538. DeLorenzo C, Kumar JSD, Mann JJ, Parsey RV.  In vivo variation in metabotropic glutamate receptor subtype 5 binding using positron emission tomography and [(11)C]ABP688.  *J Cereb Blood Flow Metab.* 2011 Nov;31(11):2169-2180.  PMID: 21792244

539. Liu F, Majo VJ, Prabhakaran J, Milak MS, Mann JJ, Parsey RV, Kumar JS.  Synthesis and in vivo evaluation of [O-methyl-11C]N-[3,5-dichlor-2-(methoxy)phenyl-4-(methoxy)-3-(1-pipe razinyl)benzene-sulfonamide as an imaging probe for 5-HT6 receptors.  *Bioorg Med Chem.*  2011 Sep;19(17):5255-5259.  PMID: 21821420

540. Kinnally EL, Feinberg C, Kim D, Ferguson K, Leibel R, Coplan JD, Mann JJ.  DNA metylation as a risk factor in the effects of early life stress.  *Brain Behav Immunity.*  2011 Nov;25(8):1548-1553.  PMID: 21600281    PMCID:PMC3191272

541. Sublette ME, Ellis SP, Geant AL, Mann JJ.  Meta-analysis of the effects of eicosapentaenoic acid (EPA) in clinical trials in depression.  *J Clin Psychiatry.* 2011 Dec;72(12):1577-1584.  PMID: 21939614

542. Posner K, Brown GK, Stanley B, Brent DA. Yershova,KV, Oquendo MA, Currier GW, Melvin GA, Greenhill L, Shen S. Mann JJ.  The Columbia-Suicide Severity Rating Scale (C-SSRS): initial validity and internal consistency findings from three multisite studies with adolescents and adults, *Am J Psychiatry.*  2011 Dec 1;168(12):1266-1277.  PMID: 22193671.

543. Bach H, Arango V, Huang YY, Leong S, Mann JJ,  Underwood MD.  Neuronal tryptophan hydroxylase expression in BALB/cJ and C57B1/6J mice.  *J Neurochem.* 2011;118(6):1067-1074.  PMID: 21740442

544. Kumar DJ, Bai B, Ng HH, Mirsalis JC, Erlandsson K, Milak MS, Majo VJ, Prabhakaran J, Mann JJ, Parsey RV.  Biodistribution, toxicology, and radiation dosimetry of 5-HT1A receptor agonist positron emission tomography ligand [11C]CUMI-101. *Int J Toxicol.* 2011 Dec;30(6):611-618.  PMID: 21994241

545. Woo JM, Gibbons RD, Qin P, Komarow H, Kim JB, Rogers CA, Mann JJ, Postolache TT.  Suicide and prescription rates of intranasal corticosteroids and nonsedating antihistamines for allergic rhinitis: an ecological study. *J Clin Psychiatry*. 2011 Oct;72(10):1423-1428.  PMID: 22075102

546. Wilson ST, Stanley B, Brent DA, Oquendo MA, Huang YY, Haghighi F, Hodgkinson CA, Mann JJ. Interaction between tryptophan hydroxylase 1 polymorphisms and childhood abuse is associated with increased risk for borderline personality disorder in adulthood. *Psychiatr Genet.* 2012 Feb; 22(1):15-24 .  PMID: 21989108   PMCID:PMC3241896

547. Underwood MD, Kassir SA, Bakalian MJ, Galfalvy H, Mann JJ, Arango V.  Neuron density and serotonin receptor binding in prefrontal cortex in suicide.  *Int J Neuropsychopharmacol* 2012 May; 15(4):435-447.   PMID: 21733245

548. Woo JM, Gibbons RD, Rogers CA, Qin P, Kim JB, Roberts DW, Noh ES, Mann JJ, Postolache TT. Pollen counts and suicide rates. Association not replicated.  *Acta Psychiatr Scand*.  2012 Feb; 125(2):168-175.   PMID: 22176539

549. Gibbons RD, Hur K, Brown CH, Davis JM, Mann JJ.  Benefits from antidepressants. Synthesis of 6-week patient-level outcomes from double-blind placebo-controlled randomized trials of fluoxetine and venlafaxine. *Arch Gen Psychiatry*. 2012;69(6):572-579.   PMID: 22393205   PMCID:PMC3371295

550. Gibbons RD, Brown CH, Hur K, Davis JM, Mann JJ.   Suicidal thoughts and behavior with antidepressant treatment:  reanalysis of the randomized placebo-controlled studies of fluoxetine and venlafaxine. *Arch Gen Psychiatry*.  2012;69(6):580-587.  PMID: 22309973   PMC3367101

551. Grunebaum MF,  Ellis SP, Duan N, Burke AK, Oquendo MA, Mann JJ.  Pilot randomized  clinical trial of an SSRI vs Bupropion: effects on suicidal behavior, ideation, and mood in major depression. *Neuropsychopharmacology*.  2012 Feb;37(3):697-706.   PMID: 21993207   PMCID:PMC3260969

552. Liu F, Majo VJ, Prabhakaran J, Castrillion J, Mann JJ, Martinez D, Kumar JS.  Radiosynthesis of [11C]BBAC and [11C]BBPC as potential PET tracers for orexin2 receptors.  *Bioorg Med Chem Lett*.  2012  Mar;22(6):2172-2174.  PMID: 22364813

553. Kinnally EL, Mann JJ.  Early life stress programming and suicide risk.  *Psychiatric Annals*. 2012 Mar; 42(3):95-100.  (DOI:10.3928/00485713-20120217-06)

554. Keilp JG, Grunebaum MF, Gorlyn M, LeBlanc S, Burke AK, Galfalvy H, Oquendo MA, Mann JJ. Suicide ideation and the subjective aspects of depression.  *J Affect Disord*. 2012 Sep;140(1):75-81.  PMID: 22406338   PMC3375058

555. Cox LJ, Stanley BH, Melhem NM, Oquendo MA, Birmaher B, Burke A, Kolko DJ, Zelazny JM, Mann JJ, Porta G, Brent DA.  Familial and individual correlates of nonsuicidal self-injury in the offspring of mood-disordered parents.  *J Clin Psychiatry*.  2012 June;73(6):813-820.  PMID: 22795206

556. Cox LJ, Stanley BH, Melhem NM, Oquendo MA Birmaher B, Burke A, Kolko DJ, Zelazny JM, Mann JJ, Porta G, Brent DA.  A longitudinal study of nonsuicidal self-injury in offspring at high risk for mood-disorders.  *J Clin Psychiatry,* 2012 June;73(6):821-828.  PMID: 22687609

557. Sher L, Stanley BH, Posner K, Arendt M, Grunebaum MF, Neria Y, Mann JJ, Oquendo MA. Decreased suicidal ideation in depressed patients with or without comorbid posttraumatic stress disorder treated with selective serotonin reuptake inhibitors: An open study. *Psychiatry Res*. 2012 April 30;196(2-3):261-266.   PMID:22397913   PMCID:PMC3361617

558. Lopez-Castroman J, Galfalvy H, Currier D, Stanley B, Blasco-Fontecilla H, Baca-Garcia E, Harkavy-Friedman JM, Mann JJ, Oquendo MA.  Personality disorder assessments in acute depressive episodes: stability at follow-up. *J Nerv Ment Dis*. 2012 Jun;200(6):526-530.   PMID: 2265261

559. Boldrini M, Hen R, Underwood MD, Rosoklija GB, Dwork AJ, Mann JJ, Arango V.  Hippocampal angiogenesis and progenitor cell proliferation are increased with antidepressant use in major depression. *Biol Psychiatry*, 2012;72(7):562-571.   PMID: 22652019   PMCID:PMC3438317

560. Prabhakaran J, Arango V,  VJ, Simpson NR, Kassir SA, Underwood MD, Polavarapu H, Bruce JN, Canoll P, Mann JJ, Kumar JSD,.  Synthesis and in vitro evaluation of [(18)F] (R)-FEPAQ: A potential PET ligand for VEGRF2. *Bioorg Med Chem Lett*. 2012 Aug 1;22(15):5104-5107.   PMID: 22749281

561. Sher L, Grunebaum MF, Sullivan GM, Burke AK, Cooper TB, Mann JJ, Oquendo MA.  Testosterone levels in suicide attempters with bipolar disorder. *J Psychiatr Res*.  2012;46(10):1267-1271.   PMID: 22858352

562. Kikuchi T, Miller JM, Schneck N, Oquendo MA, Mann JJ, Parsey RV, Keilp JG.  Neural responses to incongruency in a blocked-trial Stroop fMRI task in r depressive disorder. *J Affect Disord* 2012; 143 (1-3):241-247.   PMID: 22995943:  PMCID: PMC3501555

563. Kumar JS, Milak MS, VJ, Prabhakaran J, Mali P, Savenkova L, Mann JJ, Parsey RV.  Comparison of high and low affinity serotonin 1A receptors by PET in vivo in nonhuman primates.  *J  Pharmacol Sci*. 2012;120(3):254-257.   PMID:23076129

564. Keilp JG, Gorlyn M, Russell M, Oquendo MA, Burke AK, Harkavy-Friedman J, Mann JJ.  Neuropsychological function and suicidal behavior: attention control, memory and executive dysfunction in suicide attempt. Pychol Med. 2013 Mar;;43(3):539-51.   PMID:22781400    PMCID: PMC3767483

565. Zisook S, Anzia J, Atri A, Baroni A, Clayton P, Haller E, Lomax J, Mann JJ, Oquendo MA, Pato M, Perez-Rodriguez MM, Prabhakar D, Sen S, Thrall G, Yaseen ZS.   Teaching evidence-based approaches to suicide risk assessment and prevention that enhance psychiatric training. *Compr Psychiatry*. 2013 Apr;54(3):201-8.   PMID:22995449   PMCID: PMC35298

566. Deo AJ, Huang YY, Hodgkinson CA, Xin Y,  Oquendo MA, Dwork AJ, Arango V, Brent DA, Goldman D, Mann JJ, Haghighi F.   A large-scale candidate gene analysis of mood disorders: evidence of neurotrophic tyrosine kinase receptor and opioid receptor signaling dysfunction.  *Psychiatr Genet*. 2013 Apr;23(2):47-55..   PMID: 23277131   PMCID:PMC3869619

567. Majo VJ, Prabhakaran J, Mann JJ, Kumar JS.   PET and SPECT tracers for mGluR glutamate receptors. Drug Discov Today. 2013 Feb;;18(3-4):173-84.   PMID: 23092894

568. Sullivan G, Ogden RT, Huang YY, Oquendo MA, Mann JJ, Parsey RV.  Higher in vivo serotonin-1A binding in posttraumatic stress disorder: a PET study with [11C]WAY-100635.  Depress Anxiety. 2013 Mar;30(3):197-206.   PMID: 23408467   PMCID:PMC3785097

569. Miller JM, Hesselgrave N, Ogden RT, Sullivan G, Oquendo MA, Mann JJ, Parsey RV.  Positron emission tomography quantification of serotonin transporter in suicide attempters with major

depressive disorder.   Biol Psychiatry 2013 Aug 15;74(4):287-95   PMID:23453288   PMCID: PMC3725207

570. Lopez-Castroman J, Melhem N, Birmaher B, Greenhill L, Kolko D, Stanley B, Zelazny J, Brodsky B, Garcia-Nieto R, Burke AK, Mann JJ, Brent DA, Oquendo MA.  Early childhood sexual abuse increases suicidal intent. *World Psychiatry*. 2013 Jun;12(2):149-154.. PMID: 23737424   PMCID:PMC3683267

571. Kinnally EL, Feinberg C, Kim D, Ferguson K, Kaplan JD, Mann JJ.   Transgenerational effects of variable foraging demand stress in  female Bonnet Macaques. *Am J Primatol.* 2013; 75(5):509-517. PMID: 23436319

572. Liu JJ, Galfalvy HC, Cooper TB, Oquendo MA, Grunebaum MF, Mann JJ, Sublette ME.   Omega-3 polyunsaturated fatty acid (PUFA) status in major depressive disorder with comorbid anxiety disorders. *J Clin Psychiatry*. 2013 Jul:74(7):732-738.   PMID:23945451   PMCID:PMC3905735

573. Mann JJ. The serotonergic system in mood disorders and suicidal behavior.  Philos Trans R Soc Lond B Biol Sci.  2013  Feb 25;368(1615):20120537.  PMID: 23440471   PMCID:PMC3638390

574. Boldrini M, Santiago AN, Hen R, Dwork AJ, Rosoklija GB, Tamir H, Arango V, John Mann J.  Hippocampal granule neuron number and dentate gyrus volume in antidepressant–treated and untreated major depression.    Neuropsychopharmacology.  2013  May;38(6):1068-77  PMID: 23684624PMCID:PMC3679303

575. Gorlyn M, Keilp JG, Oquendo MA, Burke AK, John Mann J.   Iowa gambling task performance in currently depressed suicide attempters.  Psychiatry Res. 2013 May 30; 207(3) : 150-157.   PMID: 23489594

576. Gray NA, Milak MS, Delorenzo C, Ogden RT, Huang YY, Mann JJ, Parsey RV.   Antidepressant treatment reduces serotonin-1A autoreceptor binding in major depressive disorder.  Biol Psychiatry 2013;74(1):26-31.   PMID: 23374637  PMCID:PMC3690146

577. Kumar JS, Parsey RV, Kassir SA, Majo VJ, Milak MS, Prabhakaran J, Simpson NR, Underwood MD, Mann JJ, Arango V.  Autoradiographic evaluation of [3H]CUMI-101, a novel, selective 5-HT1AR ligand in human and baboon brain.  Brain Res. 2013 Apr; 1507(1):11-18.  PMID: 23454434

578. Delorenzo C, Delaparte L, Thapa-Chhetry B, Miller JM, Mann JJ, Parsey RV.  Prediction of selective serotonin reuptake inhibitor response using diffusing-weighted MRI. Front Psychiatry. 2013 Mar 6; 4:5 [eCollection]  PMID: 23664414   PMCID:PMC3589598

579. Yacobi A, Fruchter E, Mann JJ, Shelef L.  Differentiating Army suicide attempters from psychologically treated and untreated soldiers:: A demographic, psychological and stress-reaction characterization.  J Affect Disord  2013  Sep 5;150(2):300-305  PMID: 23668905

580. Oquendo MA, Turret J, Grunebaum MF, Burke AK, Poh E, Stevenson E, Mann JJ, Galfalvy H.  Sex differences in clinical predictors of depression: a prospective study  J Affect Disord. 2013 Sep 25;150(3):1179-1183  PMID: 23735213   PMCID:PMC3759613

581. Lan MJ, Hesselgrave N, Ciarleglio A, Ogden RT, Sullivan GM, Mann JJ, Parsey RV. Higher pre-treatment 5-HT1A receptor binding potential in bipolar disorder depression is associated with treatment remission: a naturalistic treatment pilot PET study.   Synapse. 2013 Nov;67(11):773-8   PMID: 23720414   PMCID:PMC3809836

582. Majo VJ, Milak MS, Prabhakaran J, Mali P, Savenkova L, Simpson NR, Mann JJ, Parsey RV, Kumar JS.  Synthesis and in vivo evaluation of [(18)F]2-(4-(4-(2-(2-fluoroethoxy)phenyl)piperazin-1-yl)butyl)-4-methyl-1,2,4-triazine-3,5(2H,4H)-dione([18F]FECUMI-101) as an imaging probe for 5-HT1A receptor agonist in nonhuman primates.  Bioorg Med Chem.  2013 Sep 1;21(17):5598-5604  PMID: 23816046  PMCID:PMC3858174

583. Mundt JC, Greist JH, Jefferson JW,  Federico M, Mann JJ, Posner K.  Prediction of suicidal behavior in clinical research by lifetime suicidal ideation and behavior ascertained by the electronic Columbia-Suicide Severity Rating Scale (eC-SSRS).   J Clin Psychiatry 2013 Sep;74(9):887-893.  PMID: 24107762

584. Oquendo MA, Ellis SP, Chesin MS, Birmaher B, Zelazny J, Tin A, Melhem N, Burke AK, Kolko D, Greenhill L, Stanley B, Brodsky BS, Mann JJ, Brent DA. Familial transmission of parental mood disorders: unipolar and bipolar disorders in offspring. Bipolar Disorders. 2013;15(7):764-773.   PMID: 23909952   PMCID:PMC3855182

585. Grunebaum MF, Keilp JG, Ellis SP, Sudol K, Bauer N, Burke AK, Oquendo MA, Mann JJ.  SSRI versus bupropion effects on symptom clusters in suicidal depression: post hoc analysis of a randomized clinical trial. J Clin Psychiatry 2013 Sep;74(9):872-879.  PMID:24107760

586. Oury F, Khrimian L, Denny CA, Gardin A, Chamouni A, Goeden N, Huang YY, Lee H, Srinivas P, Gao XB, Suyama S, Langer T, Mann JJ, Horvath TL, Bonnin A, Karsenty G.  Maternal and offspring pools of osteocalcin influence brain development and functions. Cell. 2013 Sep 26;155(1):228-241.  PMID: 24074871

587. Sublette ME, Milak MS, Galfalvy HC, Oquendo MA, Malone KM, Mann JJ.  Regional brain glucose uptake distinguishes suicide attempters from non-attempters in major depression.  Arch Suicide Res 2013;17(4):434-47.  PMID:24224676  PMCID:PMC3831169

588. Sher L, Oquendo MA, Burke AK, Cooper TB, John Mann J.  Combined dexamethasone suppression-corticotrophin-releasing hormone stimulation test in medication-free major depression and healthy volunteers.  J Affect Disord. 2013 Dec;151(3):1108-1112.  PMID: 23866302

589. Galfalvy H, Zalsman G, Huang YY, Murphy L, Rosoklija G, Dwork AJ, Haghighi F, Arango V, Mann JJ. A pilot genome wide association and gene expression array study of suicide with and without major depression. World *J Biol Psychiatry*. 2013 Dec;14(8):574-582. PMID:22059935  PMCID:PMC3493880

590. Gibbons RD, Mann JJ.  Varenicline, smoking cessation, and neuropsychiatric adverse events.  Am J Psychiatry 2013 Dec 1;170(12):1460-1467.  PMID:24030388

591. Oquendo MA, Perez-Rodriguez MM, Poh E, Sullivan G, Burke AK, Sublette ME, Mann JJ, Galfalvy H.  Life events: a complex role in the timing of suicidal behavior among depressed patients.  Mol Psychiatry. 2014 Aug;19(8):902-909. [Epub 2013 Oct 15]  PMID: 24126928  PMCID:PMC3988274

592. Miller JM, Schneck N, Siegle GJ, Chen Y, Ogden RT, Kikuchi T, Oquendo MA, Mann JJ, Parsey RV fMRI response to negative words and SSRI treatment outcome in major depressive disorder: a preliminary study.  Psychiatry Res. 2013 Dec 30;214(3):296-305.  PMID:24446548

593. Smiley JF, Hackett TA, Preuss TM, Bleiwas C, Figarsky K, Mann JJ, Rosoklija G, Javitt DC, Dwork AJ.  Hemispheric asymmetry of primary auditory cortex and Heschl's gyrus in schizophrenia and nonpsychiatric brains.  Psychiatry Res. 2013 Dec 30;214(3):435-43.   PMID: 24148910   PMCID: PMC3851973

594. Majo VJ, Arango V, Simpson NR, Prabhakaran J, Kassir SA, Underwood MD, Bakalian M, Canoll P, John Mann J, Dileep Kumar JS. Synthesis and in vitro evaluation of [18F]BMS-754807: a potential PET ligand for IGF-1R.  Bioorg Med Chem Lett.  2013 Jul 15;23(14):4191-4.  PMID:23743281

595. Bach H, Huang YY, Underwood MD, Dwork AJ, Mann JJ, Arango V.  Elevated serotonin and 5-HIAA in the brainstem and lower serotonin turnover in the prefrontal cortex of suicides.   Synapse. 2014 Mar;68(3):127-130.   PMID: 23813499   PMCID:PMC3872491

596. Molero P, Grunebaum MF, Galfalvy HC, Bongiovi MA, Lowenthal D, Almeida MG, Burke AK, Stevenson E, Mann JJ, Oquendo MA. Past suicide attempts in depressed inpatients: clinical versus research assessment. Arch Suicide Res 2014;18(1):50-57.   PMID:24350632   PMCID:PMC3988802

597. Sublette ME, Galfalvy HC, Hibbeln JR, Keilp JG, Malone KM, Oquendo MA, Mann JJ. Polyunsaturated fatty acid associations with dopaminergic indices in major depressive disorder.  Int J Neuropsychopharmacol. 2014 Mar;17(3):383-391.  PMID: 24300434  PMCID:PMC3956108

598. Lan MJ, Chhetry BT, Oquendo MA, Sublette ME, Sullivan G, Mann JJ, Parsey RV.  Cortical thickness differences between bipolar depression and major depressive disorder.  Bipolar Disord. 2014 Jun; 16(4): 378-388.  PMID: 24428430   PMCID:PMC4047134

599. Olvet DM, Peruzzo D, Thapa-Chhetry B, Sublette ME, Sullivan GM, Oquendo MA, Mann JJ, Parsey RV.  A diffusion tensor imaging study of suicide attempters.    J Psychiatr Res. 2014 Apr;51:60-67.  PMID:24462041   PMCID:PMC406060

600. Botwinick IC, Pursell L, Yu G, Cooper T, Mann JJ, Chabot JA.  A biological basis for depression in pancreatic cancer.  HPB (Oxford). 2014 Aug;16(8):740-743.   PMID:24467653   PMCID:PMC4113256

601. Yu Q, Teixeira CM, Mahadevia D, Huang Y, Balsam D, Mann JJ, Gingrich JA, Ansorge MS.  Dopamine and serotonin signaling during two sensitive developmental periods differentially impact adult aggressive and affective behaviors in mice.  Mol Psychiatry. 2014 Jun;19(6):688-698   PMID: 24589889  PMCID:PMC4311886

602. Lan MJ, Ogden RT, Huang YY, Oquendo MA, Sullivan GM, Miller J, Milak M, Mann JJ, Parsey RV.  Genetic variation in brain-derived neurotrophic factor val66met allele is associated with altered serotonin-1A receptor binding in human brain..  Neuroimage.  2014 Jul;94:33-39.  PMID:24607934 PMCID:PMC4033823

603. Shoval G, Bar-Shira O, Zalsman G, John Mann J, Chechik G.  Transitions in the transcriptome of the serotonergic and dopaminergic systems in the human brain during adolescence.    Eur Neuropsychopharmacol. 2014 Jul;24(7):1123-1132.   PMID:24721318

604. Scheiner DL, Keilp J, Mindt MR, Burke AK, Oquendo MA, Mann JJ.   Verbal learning deficits in posttraumatic stress disorder and depression. J Traumatic Stress. 2014 Jun;27(3):291-298.   PMID: 24850268

605. Mann JJ, Oquendo MA, Watson KT, Boldrini M, Malone KM, Ellis SP, Sullivan G, Cooper TB, Xie S, Currier D.   Anxiety in major depression and cerebrospinal fluid free gamma-aminobutyric acid. Depress Anxiety. 2014 Oct;31(10):814-821.   PMID:24865448

606. Shelef L, Fruchter E, Mann JJ, Yacobi A.  Correlations between interpersonal and cognitive difficulties: Relationship to suicidal ideation in military suicide attempters.  Eur Psychiatry. 2014;29(8):498-502. PMID:24906619

607. Boldrini M, Butt TH, Santiago AN, Tamir H, Dwork AJ, Rosoklimja GB, Arango V, Hen R, Mann JJ. Benzodiazepines and the potential trophic effect of antidepressants on dentate gyrus cells in mood disorders. Int J Neuropsychopharmacol. 2014 Dec;17(12):1923-1933.   PMID:24968726

608. Hochman E, Shelef L, Mann JJ, Portugese S, Krivoy A, Shoval G, Weiser M, Fruchter E. Primary health care utilization prior to suicide: a retrospective case-control study among active-duty military personnel. J Clin Psychiatry.2014 Aug;75(8):e817-823.   PMID:25191919

609. van Heeringen K, Mann JJ. The neurobiology of suicide   The Lancet Psychiatry. 2014;1(1):63-72. Doi:10.1016/S2215.0366(14)70220-2

610. Keilp JG, Wyatt G, Gorlyn M, Oquendo MA, Burke AK, John Mann J. Intact alternation performance in high lethality suicide attempters.   Psychiatry Res. 2014 Sep 30;219(1):129-136.   PMID:24878299 PMCID:PMC4410782

611. Sher L, Grunebaum MF, Sullivan GM, Burke AK, CooperTB, Man JJ, Oquendo MA. Association of testosterone levels and future suicide attempts in females with bipolar disorder. J Affect Disord. 2014; 166:98-102. PMID:20512416   PMCID:PMC4329970

612. Bach H, Arango V, Kassir SA, Tsaava T, Dwork AJ, Mann JJ, Underwood MD. Alcoholics have more tryptophan hydroxylase 2 mRNA and protein in the dorsal and median raphe nuclei. Alcohol Clin Exp Res. 2014 Jul;38(7):1894-1901.   PMID:24942188   PMCID:PMC4107109

613. Beier AM, Lauritzen L, Galfalvy HC, Cooper TB, Oquendo MA, Grunebaum MF, Mann JJ, Sublette ME. Low plasma eicosapentaenoic acid levels are associated with elevated trait aggression and impulsivity in major depressive disorder with a history of comorbid substance use disorder. J Psychiatr Res. 2014 Oct;57:133-140.   PMID:25017608   PMCID:PMC4204478

614. Shapiro PA, Sloan RP, Deochand C, Franceschi AM, DeLorenzo C, Mann JJ, Parsey RV. Quantifying serotonin transporters by PET with [(11) C]-DASB before and after interferon-α treatment. Synapse. 2014 Nov;68(11):548-555.   PMID:25043294

615. MacGregor E, Grunebaum M, Galfalvy HC, Melherm N, Burke AK, Brent DA, Oquendo MA, Mann JJ. Depressed parents' attachment: effects on offspring suicidal behavior in a longitudinal, family study. J Clin Psychiatry. 2014 Aug;75(8):879-885.   PMID:25098943   PMCID:PMC4311521

616. Keilp JG, Beers SR, Burke AK, Melhem NM, Oquendo MA, Brent DA, Mann JJ. Neuropsychological deficits in past suicide attempters with varying levels of depression severity.   Psychol Med. 2014 Oct;44(14):2965-2974.   PMID:25066266

617. Schnieder TP, Trencevska I, Rosoklija G, Stankov A, Mann JJ, Smiley J, Dwork AJ. Microglia of prefrontal white matter in suicide. J Neuropathol Exp Neurol. 2014;73(9):880-890.   PMID: 25101704 PMCID:PMC4141011

618. Kumar JS, Majo VJ, Prabhakaran J, Mann JJ. Synthesis and evaluation of arylpiperazines derivatives of 3,5-dioxo-(2H,4H)-1,2,4-triazine as 5-HT1AR ligands. Bioorg Med Chem Lett. 2014 Oct 1;24(19): 4759-4762 PMID:25182564   PMCID:PMC4294696

619. Haghighi F, Xin Y, Chanrion B, O'Donnell AH, Ge Y, Dwork AJ, Arango V, Mann JJ. Increased DNA methylation in the suicide brain. Dialogues Clin Neurosci. 2014 Sep;16(3):430-438   PMID:25364291 PMCID:PMC4214183

620. Mann JJ, Ellis SP, Currier D, Zalazny J, Birmaher B, Oquendo MA, Kolko DJ, Stanley B, Melhem N, Burke AK, Brent DA.  Self-rated depression severity relative to clinician-rated depression severity: trait stability and potential role in familial transmission of suicidal behavior.  Arch Suicide Res (In press 20-Mar-2015 – ID:USUI-2014-0114.R1)

621. Oquendo MA, Sullivan GM, Sudol K, Baca-Garcia E, Stanley BH, Sublette ME, Mann,JJ.  Toward a Biosignature for Suicide.  Am J Psychiatry. 2014;171(12):1259-1277.   PMID:25263730   PMCID: PMC4356635

622. Shelef L, Fruchter E, Spiegel DO, Shoval G, Mann JJ. Zalsman G.  Characteristics of soldiers with self-harm in the Israel Defense Forces.  Arch Suicide Res. 2014;18(4):410-418.   PMID:25310569

623. Kajimura D, Paone R, Mann JJ, Karsenty G.  [Brief communication] Foxo1 regulates Dbh expression and the activity of the sympathetic nervous system in vivo.  Mol  Metab. 2014 Jul 29;3(7):770-777.   PMID:25353004    PMCID:PMC4209360

624. Dileep Kumar JS, Mann JJ.  PET tracers for serotonin receptors and their applications.  Cent Nerv Syst Agents Med Chem. 2014 ;14(2):96-112.   PMID:25360773   PMCID:PMC4330993

625. Majo VJ, Simpson NR, Prabhakaran J, Mann JJ, Kumar JS.  Radiosynthesis of [18F]ATPFU: a potential  PET ligand for mTOR. J Labelled Comp Radiopharm. 2014 Nov;57(13):705-709   PMID:25359578   PMCID:PMC4311394

626. Soleimani L, Oquendo MA, Sullivan GM, Mathé AA, Mann JJ.  Cerebrospinal fluid neuropeptide Y levels in major depression and reported childhood trauma. Int J Neuropsychopharmacol. 2014 Oct 31;18(1). Pii:pyu023. Doi: 10.1093/ijnp/pyu023.   PMID:25539507   PMCID:PMC4368867

627. DeLorenzo C, DellaGiola N, Bloch M, Sanacora G, Nabulsi N, Abdallah C, Yang J, Wen R, Mann JJ, Krystal JH, Parsey RV, Carson RE, Esterlis I.  In vivo ketamine-induced changes in [11C]ABP688 binding to metabotropic glutamate receptor subtype 5.  Biol Psychiatry. 2015 Feb 1;77(3):266-275.   PMID:25156701   PMCID:PMC4277907

628. Dervic K, Garcia-Amador M, Sudol K, Freed P, Brent DA, Mann JJ, Harkavy-Friedman JM, Oquendo MA.  Bipolar 1 and II versus unipolar depression: clinical differences and impulsivity/aggression traits.  Eur Psychiatry. 2015 Jan;30(1):106-113.   PMID:25280430

629. Brent DA, Melhem NM, Oquendo M, Burke A, Birmaher B, Stanley B, Biernesser C, Keilp J, Kolko D, Ellis S, Porta G, Zelazny J, Ivengar S, Mann JJ.  Familial pathways to early-onset suicide attempt: a 5.6-year prospective study.  JAMA Psychiatry. 2015 Feb;72(2):160-168.    PMID:25548996   PMCID: PMC4419699

630. Sullivan GM, Oquendo MA, Milak M, Miller JM, Burke A, Ogden RT, Parsey RV, Mann JJ.  Positron emission tomography quantification of serotonin(1A) receptor binding in suicide attempters with major depressive disorder.  JAMA Psychiatry.  2015 Feb;72(2):169-178.   PMID: 25549105   PMCID: PMC4329977

631. Gorlyn M, Keilp J, Burke A, Oquendo M, Mann JJ, Grunebaum M.  Treatment-related improvement in neuropsychological functioning in suicidal depressed patients: paroxetine vs. bupropion.  Psychiatry Res. 2015 Feb 28;225(3):407-412 .  PMID:25555415   PMCID:PMC4314330

632. Liu JJ, Green P, John Mann J, Rapoport SI, Sublette ME.  Pathways of polyunsaturated fatty acid utilization: implications for brain function in neuropsychiatric health and disease.  Brain Res. 2015 Feb 9;1597:220-46.   PMID:25498862   PMCID:PMC4339314

633. Coplan JD, Fulton SL, Reiner W, Jackowski A, Panthangi V, Perera TD, Gorman JM, Huang YY, Tang CY, Hof PR, Kaffman A, Dwork AJ, Mathew SJ, Kaufman J, Mann JJ.  Elevated cerebrospinal fluid 5-hydroxyindoleacetic acid in Macaques following early life stress and inverse association with hippocampal volume: preliminary implications for serotonin-related function in mood and anxiety disorders. Front Behav Neurosci. 2014 Dec 23;8:440.  Doi: 10.3389/fnbeh.2014.00440.  eCollection, 2014.  PMID:25566007  PMCID:PMC4274982

634. Kaufman J, Sullivan GM, Yang J, Ogden RT, Miller JM, Oquendo MA,  Mann JJ, Parsey RV, DeLorenzo C.  Quantification of the serotonin 1A receptor using PET: identification of a potential biomarker of major depression in males.   Neuropsychopharmacology. **2015**  Jun;40(7):1692-9  PMID:25578798

635. Johnson Z, Brent L, Alvarenga JC, Comuzzie AG, Shelledy W, Ramirez S, Cox L, Mahaney MC, Huang YY, Mann JJ, Kaplan JR, Rogers J.  Genetic influences on response to novel objects and dimensions of personality in Papio baboons. Behav Genet. **2015** Mar;45(2):215-27.  PMID:25604451  PMCID:PMC4349218

636. Ramos-Miguel A, Beasley CL, Dwork AJ, Mann JJ, Rosoklija G, Barr AM, Honer WG.  Increased SNARE protein-protein interactions in orbitofrontal and anterior cingulated cortices in schizophrenia.  Biol Psychiatry. **2015** Sep 15;78(6):361-73.  PMID:25662103  PMCID:PMC4474796

637. Mikhno A, Zanderigo F, Todd Ogden R, John Mann J, Angelini ED, Laine AF, Parsey RV.  Toward non-invasive quantification of brain radioligand binding by combining electronic health records and dynamic PET imaging data.  IEEE J Biomed Health Inform. **2015**  Jul;19(4):1271-82.  PMID:25823051

638. Haghighi F, Galfalvy H, Chen S, Huang YY, Cooper TB, Burke AK, Oquendo MA, Mann JJ, Sublette ME.  DNA methylation perturbations in genes involved in polyunsaturated Fatty Acid biosynthesis associated with depression and suicide risk. Front Neurol. 2015 Apr 28;6:92. doi:10.3389/fneur.2015.00092. eCollection **2015**  PMID:25972837  PMCID:PMC4412056

639. Pantazatos SP, Andrews SJ, Dunning-Broadbent J, Pang J, Huang YY, Arango V, Nagy PL,  John Mann J.  Isoform-level brain expression profiling of the spermidine/spermine N1-Acetyltransferase1 (SAT1) gene in major depression and suicide.  Neurobiol Dis. **2015**;79:123-134.  PMID:25959060

640. Gross JA, Bureau A, Croteau J, Galfalvy H, Oquendo MA, Highighi F, Merette C, Giegling I, Hodgkinson C, Goldman D, Rujescu D, Mann JJ, Turecki G.  A genome-wide copy number variant study of suicidal behavior. PLoS One. **2015** May 26;10(5):e0128369.  PMID:26010658    PMCID: PMC4444178

641. Bach H, Kassir S, Arango V, Dwork A, Mann JJ, Underwood M.  Cigarette smoking and tryptophan hydroxylase 2 mRNA in the Dorsal Raphe Nucleus in suicides. Arch Suicide Res. 2015 [accepted for publication May-2015 – MSID: USUI-2014-0104.R1]

642. Galfavy H, Haghighi F, Hodgkinson C, Goldman D, Oquendo MA, Burke A, Huang YY, Giegling I, Rujescu D, Bureau A, Turecki G, Mann JJ.  A genome-wide association study of suicidal behavior.  Am J Med Genet B Neuropsychiatr Genet. **2015** Oct;168(7):557-563.  PMID:26079190

643. Shelef L, Kaminsky D, Carmon M, Kedem R, Bonne O, Mann JJ, Fruchter E.  Risk factors for suicide attempt among Israeli Defense Forces soldiers: A retrospective case-control study. J Affect Disord. **2015** Nov 1;186:232-40.  PMID:26253904

644. Prabhakaran J, Underwood MD, Kumar JS, Simpson NR, Kassir SA, Bakalian MJ, Mann JJ, Arango V. Synthesis and in vitro evaluation of [18F]FECIMBI-36: A potential agonist PET ligand for 5-HT2A/2C receptors.  Bioorg Med Chem Lett. **2015** Sep 15;25(18):3933-6.  PMID:26253634

645. Milak MS, Proper CJ, Mulhem ST, Parter AL, Kegeles LS, Ogden RT, Mao X, Rodriguez CI, Oquendo MA, Suckow RF, Cooper TB, Keilp JG, Shungu DC, Mann JJ.   A pilot in vivo proton magnetic resonance spectroscopy study of amino acid neurotransmitter response to ketamine treatment of major depressive disorder.  Mol Psychiatry. **2015** Aug 18. Doi: 10.1038/mp.2015.83 [Epub ahead of print]  PMID:26283639

646. Zalsman G, Gutman A, Shbiro L, Rosenan R, Mann JJ, Weller A. Genetic vulnerability, timing of short-term stress and mood regulation: A rodent diffusion tensor imaging study.  Eur Neuropsychopharmacol. **2015** Nov;25(11):2075-85.  PMID:26336869

647. Melhem NM, Keilp JG, Porta G, Oquendo MA, Burke A, Stanley B, Cooper TB, Mann JJ, Brent DA. Blunted HPA axis activity in suicide attempters compared to those at high-risk for suicidal behavior. Neuropsychopharmacology. **2015** Oct 9. Doi: 10.1038/npp.2015.309 [Epub ahead of print] PMID:26450815

648. Miller JM, Everett BA, Oquendo MA, Ogden RT, Mann J,J Parsey RV.  Positiion emission tomography quantification of serotonin transporter binding in medication-free bipolar disorder.  Synapse. **2016 Jan**;70(1):24-32. Epub 2015 Oct 19.  PMID:26426356  PMCID:PMC4654655

649. Keilp JG, Stanley BH, Beers SR, Melhem NM, Burke AK, Cooper TB, Oquendo MA, Brent DA, John Mann J.  Further evidence of low baseline cortisol levels in suicide attempters.  J Affect Disord. **2016 Jan 15**;190:187-92. Epub 2015 Oct 23.  PMID: 26519639

650. Sublette ME, Vaquero C, Baca-Garcia E, Pachano G, Huang YY, Oquendo MA, Mann JJ.  Lack of association of SNPs from the FADS1-FADS2 gene cluster with major depression or suicidal behavior. Psychiatr Genet. **2015** Oct 28 [Epub ahead of print]  PMID:26513616

651. Gananca L, Oquendo MA, Tyrka AR, Cisneros-Trujillo S, Mann JJ, Sublette ME.  The role of cytokines in the pathophysiology of suicidal behavior.  Psychoneuroendocrinology. **2016 Jan**;63:296-310.  Epub 2015 Oct 19.  PMID:26546783

652. Schneck N, Miller JM, DeLorenzo C, Kikuchi T, Sublette ME, Oquendo MA, Mann JJ, Parsey RV. Relationship of the serotonin transporter gene promoter polymorphism (5-HTTLPR) genotype and serotonin transporter binding to neural processing of negative emotional stimuli. J Affect Disord. **2016 Jan 15**;190:494-8. Epub 2015 Nov 4.  PMID: 26561939

653. DeLorenzo C, Sovago J, Gardus J, Xu J, Yang J, Behrji R, Kumar JS, Devanand DP, Pelton GH, Mathis CA, Mason NS, Gomez-Mancilla B, Alzenstein H, Mann JJ, Parsey RV.  Characterization of brain mGluR5 binding in a pilot study of late-life major depressive disorder using positron emission tomography and [$^{11}$C]ABP688.  Transl Psychiatry. **2015** Dec 8;5:e693. Doi: 10.1038/tp.2015.189. PMID:26645628

654. Shelef L, Talso-Laur L, Derazne E, Mann JJ, Fruchter E.  An effective suicide prevention program in the Israeli Defense Forces: A cohort study. Eur Psychiatry. **2016 Jan**;31:37-43.  Epub 2015 Dec 3. PMID:26657599

655. Smiley JF, Hackett TA, Bleiwas C, Petkova E, Stankov A, Mann JJ, Rosoklija G, Dwork AJ.  Reduced GABA neuron density in auditory cerebral cortex of subjects with major depressive disorder.  J Chem

Neuroanat. **2015** Dec 12. pil: S0891-0618(15)00092-7. Doi: 10.1016/j.jchemneu.2015.10.008. [Epub ahead of print]   PMID: 26686296

656.  Roccia E, Mikhno A, Zanderigo F, Angelini ED, Ogden RT, Mann JJ, Laine AF.   Non-invasive quantification of brain [(18)F]-FDG uptake by combining medical health records and dynamic PET imaging data.   Conf Proc IEEE Eng Med Biol Soc. 2015 Aug;2015:2243-6. doi: 10. 1109/ EMBC. 2015.7318838.   PMID: 26736738

**Submitted Articles**:

1.  Wilson ST, Chesin M, Fertuck E, Keilp J, Brodsky B, Mann JJ, Sonmez CC, Benjamin-Phillips B, Stanley B.  Heart rate variability and suicidal behavior.  Psychiatry Res. (submitted 12-March-2015)

2.  Pantazatos S, Mann JJ et al.   Whole-exome brain expression and exon-usage profiling in major depression and suicide: evidence for altered microglial, endothelial and ATPase activity. Molecular Psychiatry (Submission acknowledgement May 13, 2015 – MS ID: 2015MP000440).

3.  Mann et al.  Higher 5-HT$_{1A}$ autoreceptor binding as an endophenotype for major depressive disorder identified in high risk offspring.  Molecular Psychiatry (submission notification 27-May-2015. Ref #: 2015MP000460)

4.  Boldrini M, Arango V, Mann JJ.  Neurogenesis and angiogenesis in the pathogenesis and treatment of major depression.  Biological Psychiatry (submission notification 28-May-2015)

5.  Lan MJ, Thapa-Chhetry B, Liston C, Mann JJ, Dubin M.   Transcranial magnetic stimulation of left dorsolateral prefrontal cortex induces brain morphological changes in regions associated with a treatment resistant major depressive episode.  BJP (Submission acknowledgement June 1, 2015 – MS ID#: BRS-D-15-00407R1)

6.  Thapa-Chhetry B, Hezghia A, Miller JM, Lee S, Rubin-Falcone H, Cooper TB, Oquendo MA, Mann JJ, Sublette ME.  Omega-3 polyunsaturated fatty acid supplementation and white matter changes in major depression.   Journal of  Psychiatric Research (**accepted** for publication **7-Dec-2015** MS ID# JPR6345R1 http://ees.elsevier.com/jpsychiatrres/1.asp?i=52738&1=FZBOV376)

7.  Chaudhury S, Galfavy H, Biggs E, Mann JJ, Stanley B. Affect in response to stressors and coping strategies: an ecological momentary assessment study of Borderline Personality Disorders.  Journal Affective Disorder (submission notification Aug 2, 2015 – Paper # 2015JPD000721)

8.  Tang J, Cooper T, Mann J, Fulton S, Rozenboym A, Coplan J, Perera T.  Maternal glutamatergic response to allostatic overload: Relationship to maternal cerebrospinal fluid corticotropin releasing-factor concentrations, maternal-infant attachment and offspring neurobiology.  Neurobiology of Stress. (submitted August 24, 2015)

9.  Yin H, Pantazatos SP, Galfalvy H, Huang Y-y, Burke A, Oquendo MA, Mann J.  A pilot integrative genomics study of GABA and glutamate neurotransmitter systems in suicide, suicidal behavior and major depressive disorder.  Neuropsychiatric Genetics [**accepted** for publication **13-Jan-2016 – Ref: NPG-15-0168.R1].**

10.  Grunebaum M, Marver J, Galfalvy H, Burke A, Sublette ME, Oquendo MA, Mann JJ.  Friendship, depression and suicide attempts: secondary analysis of a longitudinal follow-up study.  JAD (submitted 13-Nov-2015)

11. Schneck N, Mann JJ et al.  Tracking the grieving mind: dynamic oscillation between engagement and suppression of deceased-related memories.  Nature Neuroscience (submitted 13-Nov-2015 – Ref # NN-A54645)

12. Zalsman G, Tov YS, Tzuriel D, Shoval G, Barzilay R, Fire Med NT, Mann JJ.  Seven year psychological autopsy of high school suicides: combined qualitative/quantitative approach. JAACAP (submitted 23-Nov-2015 – JAACAP-S-15-00708[1].

13. Schneck N, Haufe S, Michel C, Sajda P, Mann JJ.  Neural decoding in grief: Oscillation between engagement and suppression of deceased memories.  Biological Psychiatry (submission notification 30-Nov-2015)

14. Kumar JSD, Walker M, Packiarajan M, Jubian V, Prabhakaran J, Chandrasena G, Pratap M, Parsey RV, Mann JJ.  Radiosynthesis and in vivo evaluation of neuropeptide Y5 receptor ($NPY_5R$) PET tracers.  ACS Chemical Neuroscience.  (submitted 02-Dec-2015 – MS ID: cn-2015-00315p)

15. Milak MS, Pantazatos S, Hesselgrave N, DeLorenzo C, Ogden RT, Oquendo MA, Mulhern ST, Burke AK, Zanderigo F, Parsey RV, Mann JJ.  Higher 5-HT1A autoreceptor binding as an endophenotype major depressive disorders identified in high risk offspring. A pilot study.  Biological Psychiatry (submission notification 7-Dec-2017)

16. Zalsman G, Weller A, Shbiro L, Barzilay R, Gutman A, Weizman A, Mann JJ, Wasserman J, Wasserman D.  Brain fiber tract analysis using diffusion tensor imaging reveals aberrant connectivity in a rat model of depression.  The World Journal of Biological Psychiatry (submitted 10-Dec-2015)

17. Coleman D, Lawrence R, Parekh A, Galfalvy H, Blasco-Fontecilla H, Brent DA, Mann JJ, Baca-Garcia E, Oquendo MA.  Narcissistic personality disorder and suicidal behavior in mood disorders.  JAD (resubmitted 28-Dec-2015 – JAD_2015_1015)

18. Helpman L, Papini S, Chhetry BT, Shvil E, Rubin M, Sullivan GM, Markowitz JC, Mann JJ, Neria Y.  PTSD remission after prolonged exposure treatment is associated with anterior cingulate cortex thinning and volume reduction.  Depression and Anxiety [**accepted** for publication **2-Jan-2016**]

19. Lawrence RE, Brent DA, Grunebaum M, Galfalvy H, Burke A, Mann JJ, Oquendo MA,  Religion as a risk factor for suicide attempt and suicide ideation among depressed patients.  Journal of Nervous and Mental Disease [**accepted** for publication **7-Jan-2016 –** MS ID:JNMD-D-15-00258R3]

20. Kumar JSD, Underwood M, Simpson N, Kassir S, Prabakaran J, Majo J, Bakalian M, Parsey R, Mann J, Arango V.  Autoradiographic evaluation of [18F]FECUMI-101, a high affinity 5-HT1AR ligand in human brain. ACS Medicinal Chemistry Letters (submitted 14-Jan 2016 – MS ID: ml-2015-00499h.R1)

21. Mann JJ (co-author).  Region specific alterations of RNA editing of serotonin 2C receptor in cortex of suicides with major depression. Translational Psychiatry (submitted 6-Jan-2016 – Ref Nbr: 2015TP000559)

**-B.   Books**

1. Mann, J.J. and Kocsis, J.H. (Eds.) *New Developments in the Treatment of Depressive Illness:  An Update of the Tetracyclics and Other New Generation Antidepressants*.  Physicians Postgraduate Press, Memphis TN, 1984.

2. Mann, J.J. and Stanley, M. (Eds.) *Psychobiology of Suicidal Behavior.* Annals of the New York Academy of Sciences, Volume 487, 1986.

3.  Mann, J.J. and Stanley, M. (Section Editors)  *Suicide*. In the *American Psychiatric Press: Review of Psychiatry*, Volume 7 (A.J. Frances and R.E. Hales, Eds.), 1988.

4.  Mann, J.J. (Ed.) *The Depressive Illness Series: Volume I - Phenomenology of Depressive Illness*. Human Sciences Press, New York, 1988.

5.  Mann, J.J. (Ed.) *The Depressive Illness Series: Volume II - Models of Depressive Disorders: Psychological, Biological and Genetic Perpectives*. Human Sciences Press, New York, 1989.

6.  Mann, J.J. and Kupfer, D.J. (Eds.) *The Depressive Illness Series: Volume III - Part A: A System Perspective*.  Plenum Press, New York, 1993.

7.  Mann, J.J. and Kupfer, D.J. (Eds.) *The Depressive Illness Series: Volume IV - Part B: Subtypes of Depression and Comorbid Disorders.*  Plenum Press, New York 1993.

8.  Mann, J.J. (Ed.) *Suicide*.  Psychiatric Clinics of North America. Volume 20 (3), W.B. Saunders Company. Philadelphia, 1997.

9.  Mann, J.J. and Stoff, D.M. (Eds.)  *The Neurobiology of Suicide: From the Bench to the Clinic.*  Annals of the New York Academy of Sciences, Vol. 836. The New York Academy of Sciences, 1997.

10. Hendin, H. and Mann, J.J. (Eds.) *The Clinical Science of Suicide Prevention*. Annals of the New York Academy of Sciences, Vol. 932. The New York Academy of Sciences, 2001.

11. Mann, J.J., McGrath, P.J. and Roose, S.P. (Eds)  Clinical Handbook for the Management of Mood Disorders.  Cambridge University Press 2013.  [ISBN:978-1-107-02463-2]


**C.   Book Chapters**

1.  Branton, L.J., Burrows, G.D. and Mann, J.J.  Recent studies of lithium from the Royal Melbourne Hospital Clinic.  In: *Research in Affective Disorders* (G.D. Burrows and E. Chui, eds.), pp. 37-40.  York Press, 1977.

2.  Mann, J.J. and Gershon, S.  Absolute and relative contraindications to lithium therapy.  In *Handbook of Lithium Therapy* (F.J. Johnson, ed.), MTP Press Ltd., UK, 1978.

3.  Mann, J.J., Stanley, M., Kuster, J. and Neophytides, A.  Elevated monoamine oxidase concentrations in brain and platelet tissue in Huntington's disease.  In: *Biological Psychiatry*, 198l.  (C. Perris, G. Strewe and B. Jansson, eds.), pp 410-414, Elsevier/North-Holland Biomedical Press, l98l.

4.  Mann, J.J., Frances, A.J., Aarons, S., Geliebter, B., Polan, J., Jemerin, J., Brown, R. and Kocsis, J.H.  Antidepressant efficacy of L-deprenyl:  A potential pharmacological probe for the subclassification of depressive disorders.  In: *Proceedings of an International Conference on Jumex*, (G. Nagy and R. Szebeni, eds.), Budapest, Chinoin, 1982.

5.  Kocsis, J.H. and Mann, J.J. Drug treatment of personality disorders and neuroses.  In: *Psychiatry* (R. Michels et al., eds.), J.B. Lippincott Company.  Philadelphia, 1984.

6.  Mann, J.J. and Kaplan, R.D.  Comparison of platelet serotonin uptake and monoamine oxidase kinetics in unmedicated schizophrenics, depressives and controls.  In: *Biological Psychiatry*:  Recent Studies. (G.D. Burrows, T.R. Norman and K.P. Maguire, eds.), London, John Libbey & Co., 1984.

7.   Mann, J.J., Petito, C., Stanley, M., McBride, P.A., Chin, J. and Philogene, A.  Amine receptor binding and monoamine oxidase activity in postmortem brain tissue: Effect of age, gender and postmortem delay.  In: *Clinical and Pharmacological Studies in Psychiatric Disorders* (GD Burrows, TR Norman and L Dennerstein, eds.), London, John Libbey & Co., 1985.

8.   Aarons, S.F., Mann, J.J., Brown, R.B., Young, R.B. and Frances, A.  Antidepressant efficacy of L-deprenyl:  Clinical and biochemical correlates. In: *Clinical and Pharmacological Studies in Psychiatric Disorders* (GD Burrows, TR Norman and L Dennerstein, eds.), London, John Libbey & Co., 1985.

9.   Mann, J.J., Brown, R.P., Mason, B.J., Halper, J., Sweeney, J., Kocsis, J.H. and Manevitz, A.Z.A.  Alteration of adrenergic receptor responsivity by electroconvulsive therapy.  In: *Proceedings of the IV World Congress of Biological Psychiatry*, Elsevier Science Publishing Co., New York, 1986.

10.  Mann, J.J., Stanley, M., McEwen, B.S. and McBride, P.A.  Postmortem studies of central nervous system adrenergic and serotonergic receptors in suicide victims.  In: *Proceedings of the IV World Congress of Biological Psychiatry*, Elsevier Science Publishing Co., New York, 1986.

11.  Stanley, M. and Mann, J.J.  Biological factors associated with suicide.  In: *Review of Psychiatry,* (R.E. Hales, A.J.Frances, eds). American Psychiatric Press, Inc., Alexandria, VA, Vol.7:334-352, 1988.

12.  Mann, J.J., Halper, J.P., Sweeney, J.A., De Meo, M., Peters, A., Wilner, P.J., Kocsis, J.H. and Brown, R.P.  Mechanisms of altered beta-adrenergic responsivity in depressive disorders.  In: *Progress in Catecholamine Research Part C: Clinical Aspects* (R.H. Belmaker, M. Sandler, A. Dahlstrom, eds), Alan R. Liss, Inc, pp. 249-253, 1988.

13.  Kocsis, J.H., Shaw, E.D., Hatterer, J. and Mann, J.J.  Motor and cognitive performance on lithium: relationship to thyroid function.  In:  *Lithium:Inorganic Pharmacology and Psychiatric Use* (N.J. Birch, ed.) IRL Press Limited, Oxford, England, pp. 263-4, 1988.

14.  Mann, J.J., De Meo, M.D., Keilp, J.G. and McBride, P.A.  Biological correlates of suicidal behavior in youth. In: *Suicide Among Youth: Perspective on Risk and Prevention* (C.R. Pfeffer, ed.), American Psychiatric Press, Inc., pp. 185-202, 1989.

15.  Halper, J.P., Brown, R.P., Sweeney, J.A., Kocsis, J.H., Peters, A. and Mann, J.J.  Lymphocyte beta-adrenergic responsivity in depression: Implications for immune function. In: *American Psychiatric Association Monograph Series*, pp.135-168, 1989.

16.  Mann, J.J. Neurobiogical models. In: *The Depressive Illness Series: Volume II -Models of Depressive Disorders: Psychological, Biological and Genetic Perpectives* (J.J. Mann, ed.) Human Sciences Press, Inc., New York, 1989.

17.  Mann, J.J.  Depression. In: *Principles and Practice of Biological PsychiatryVolume 2* (T.G. Dinan, ed.), CNS (Clinical Neuroscience Publishers, London, pp 21-41, 1990.

18.  Mann, J.J., Arango, V. and Underwood, M.D. Serotonin and suicidal behavior. In: *Neuropharmacology of Serotonin*. Ann. N.Y. Acad. Sci.  600:476-485, 1990.

19.  McBride, P.A., Anderson, G.M. and Mann, J.J.  Serotonin in Autism. In: *Serotonin in Major Psychiatric Disorders*, American Psychiatric Press, pp. 49-68, 1990.

20.  Rifai, A.H., Mann, J.J. and Reynolds, C.F.  Biology of Elderly Suicide.  In: *Suicide and the Older Adult*, edited by A.A. Leenaars, R.W. Maris, J.L. McIntosh, J. Richardman.  Guilford Press, pp. 48-61, New York, 1992.

21. Kapur, S., Mann, J.J.  Antidepressant Action and the Neurobiological Effects of ECT: Human Studies. In: *The Clinical Science of Electroconvulsive Therapy*, (C. Edward Coffey, Editor) American Psychiatric Press, Washington, D.C. , pp. 235-250, 1992.

22. Mann, J.J.  Neurobiological correlates of suicidal behavior.  In: *Current Approaches:  Suicide and Attempted Suicide Risk Factors, Management and Prevention*, (S.A. Montgomery and Nicola L.M. Goeting, eds.) Proceedings from the Royal Society of Medicine, London, pp. 69-77, 1991.

23. Malone, K. and Mann J.J.  Serotonin and major depression.  In: *Biology of Depressive Disorders, Part A: A Systems Perspective*.  Edited by J.J. Mann and David J. Kupfer.  Plenum Press, New York, pp. 29-49, 1993.

24. Mann, J.J.  Violence and aggression.  In: *Psychopharmacology:  The Fourth Generation of Progress*. Edited by Floyd E. Bloom and David J. Kupfer. Raven Press, New York, pp. 1919-1928,1995.

25. Mann, J.J., Underwood, M.D., and Arango, V.  Postmortem studies of suicide victims.  In:  *Biology of Schizophrenia and Affective Disease*.  ARNMD Series, Volume 73.  Edited by Stanley J. Watson. American Psychiatric Press, Washington, DC, pp. 197-221, 1996.

26. Mann, J.J. Le modèle neurobiologique.  In: *Adolescence et Suicide*. Edited by F. Ladame, J. Ottino and C. Pawlak. Masson, Paris, pp. 147-152, 1995.

27. Malone KM, Mann JJ.  Serotonin measures in depressed suicidal patients. *Directions in Psychiatry*, Volume 16, pp.  i-vi, July 1996.

28. Mann JJ, Malone KM, Underwood MD, Arango V.  Clinical and neurobiological risk factors for suicidal behavior.  In: *Basic and Clinical Science of Mental and Addictive Disorders.* Edited by Judd LL, Saletu B, Filip V. Bibl  Psychiatr, Basel, Karger, Vol 167, pp 168-170, 1997.

29. Kaplan JR, Manuck SB, Fontenot MB, Muldoon MF, Shively CA, Mann JJ.  The cholesterol-serotonin hypothesis: interrelationships among dietary lipids, central serotonergic activity and antagonistic behavior in monkeys. In: *Lipids, Health, and Behavior*, M. Hillbrand and R.T. Spitz (Eds.), Washington, DC: American Psychological Association, pp. 139-165, 1997.

30. Mann JJ, Malone KM, Stanley B, Underwood MD, Arango V. Neurobiological insights into the pathogenesis of self-mutilation and suicidal behavior. In: *Suicide: Biopsychosocial Approaches*, A.J. Botsis, C.R. Soldatos and C.N. Stefanis (Eds.), Elsevier Science B.V., Amsterdam, pp. 93-100, 1997.

31. Ellis, S.P.,  Waternaux, C., Liu, X.,  Mann, J.J.  Comparison of classification and regression trees in S-Plus and CART:  Theory and application. In: *Computing Science and Statistics, 30*. S. Weisberg, Ed., Interface Foundation of North America, Inc., Fairfax Station, VA, 1998, pp. 415-424.

32. Mann, J.J. and Arango, V.   The neurobiology of suicidal behavior. In: *Harvard Medical School Guide to Suicide Assessment and Intervention*, D.G. Jacobs (ed.), Jossey-Bass Publishers, San Francisco, CA, 1999, pp. 99-114.

33. Oquendo, M. and Mann, J.J.   Biology of suicide.  In: *The Encyclopedia of Stress*, G. Fink (Ed.), Academic Press, 2000, pp. 538-544.

34. Mann, J.J. and Arango, V.   Abnormalities of brain structure and function in mood disorders. In: *Neurobiology of Mental Illness*, D.S. Charney, E.J. Nestler and B.S. Bunney (eds.), Oxford University Press, New York, NY, 1999, pp. 385-393.

35. Träskman-Bendz, L. and Mann, J.J. Biological aspects of suicidal behavior. In: *International Handbook of Suicide and Attempted Suicide*, K. Hawton and K. van Heeringen (eds.), John Wiley and Sons, Ltd., Sussex, England, 2000, pp. 65-77.

36. Oquendo, M.A. and Mann, J.J. Serotonergic dysfunction in mood disorders. In: *Bipolar Disorders: Basic Mechanisms and Therapeutic Implications*, J.C. Soares and S. Gershon (eds), Marcel Dekker, Inc., New York, 2000, pp. 121-142.

37. Amsel, L. and Mann, J.J. Biological aspects of suicidal behavior. In: *New Oxford Textbook of Psychiatry*, M.G. Gelder, J.J. Lopez-Ibor, Jr. and N.C. Andreasen (eds), Oxford University Press, Oxford, 2001, pp. 1045-1050.

38. Oquendo, M.A. and Mann, J.J. The biology of impulsivity and suicidality. In: *Psychiatric Clinics of North America*, J. Paris (ed.), W.B. Saunders Co., Philadelphia, Vol. 23 (1), 2000, pp.11-25.

39. Amsel, L. and Mann, J.J. Suicide risk assessment and the suicidal process approach. In: *Understanding Suicidal Behaviour: The Suicidal Process Approach to Research and Treatment*. K. van Heeringen (Ed.), John Wiley & Sons, Ltd., New York, 2001, pp. 163-181.

40. Mann JJ, Arango V. Integrating neurobiological factors into a model of suicidal behavior. In: *Suicide: An Unnecessary Death*, D. Wasserman (Ed.), Martin Dunitz Ltd., London, 2000, pp. 29-34.

41. Amsel, L.V., Placidi, G.P.A., Hendin, H., O'Neill, M. and Mann, J.J. An evidence based educational intervention to improve evaluation and preventive services for officers at risk for suicidal behaviors. In: *Suicide and Law Enforcement*. Sheehan, D. and Warren, J.I. (Eds.), Washington, DC: U.S. Department of Justice, Federal Bureau of Investigation 2001, pp. 17-30.

42. Kegeles LS, Zea-Ponce Y, Abi-Dargham A, Van Heertum RL, Mann JJ, Laruelle M. Reproducibility of radioligand measurements of pharmacologically induced striatal dopamine release in humans. In: *Physiological Imaging of the Brain with Positron Emission Tomography*, A. Gjedde, S.B. Hansen, G.M. Knudsen and O.B. Paulson (Eds.), Academic Press, 2000, pp. 219-225.

43. Parsey, R.V., Slifstein, M., Hwang, D-R., Abi-Dargham, A., Simpson, N., Guo, N., Schinn, A., Mawlawi, O., Van Heertum, R.L., Mann, J.J. and Laruelle, M. Comparison of kinetic modeling methods for the *in vivo* quantification of 5-HT$_{1A}$ receptors using WAY 100635. In: *Physiological Imaging of the Brain with PET*, A. Gjedde, S.B. Hansen, G.M. Knudsen and O.B. Paulson (Eds.), Academic Press, 2000, pp. 249-255.

44. Mann JJ.  Neurobiology of suicide and aggression.  In: *ACNP Fourth Generation of Progress*, CD-ROM version.  ACNP, 2000, http://www.acnp.org/citations/GN401000185.

45. Sher L, Mann JJ.  Psychiatric pathophysiology: mood disorders. In: *Psychiatry*, A. Tasman, J. Kay and J.A. Lieberman (Eds.), London: John Wiley & Sons, 2003, pp. 300-315.

46. Brodsky BS, Mann JJ.  Suicide. In: *Encyclopedia of the Human Brain, Vol. 4,* V.S. Ramachandran (Ed.), Elsevier Science, 2002, pp. 493-501.

47. Brent D.A. and Mann, J.J. Familial factors in adolescent suicidal behavior. In: *Suicide in Children and Adolescents*, R. King and A. Apter (Eds.), Cambridge University Press, 2003, pp. 86-117.

48. Mann, J.J. and Arango, V. Abnormalities of brain structure and function in mood disorders based upon postmortem investigations. In: *The Neurobiology of Mental Illness, 2nd Edition*, D.S. Charney and E.J. Nestler (Eds.), Oxford University Press, 2004, pp. 512-522.

49. Oquendo MA, Halberstam B, Mann JJ. Risk factors for suicidal behavior: Utility and limitations of research instruments. In: *Standardized Evaluation in Clinical Practice*, M.B. First (Ed.), American Psychiatric Publishing, Inc., 2003, pp. 103-130.  (ISBN 1-58562-114-5)

50. Underwood MD, Mann JJ. The neurochemical genetics of serotonin in aggression, impulsivity, and suicide. In: *Neurobiology of Aggression: Understanding and Preventing Violence*, M.P. Mattson (Ed.), Humana Press, 2003, pp. 65-72.

51. Sher L, Mann JJ. Neurobiology of suicide. In: *Handbook of Medical Physiology*, J.C. Soares and S. Gershon (Eds.), Marcel Dekker, 2003, pp. 701-711.

52. Mann JJ, Currier D. Understanding and preventing suicide. In: *American Psychiatric Publishing Textbook of Mood Disorders*, D.J. Stein, D.J. Kupfer and A.F. Schatzberg (Eds.), American Psychiatric Publishing, 2006, pp. 485-496.

53. Mann, J.J., Currier, D., Quiroz, J.A. and Manji, H.K. Neurobiology of severe mood and anxiety disorders. In: *Basic Neurochemistry*, 7th edition, G.J. Siegel, R.W. Albers, S.T. Brady and D.L. Price (Eds.), Elsevier,2006, pp 887-909.

54. DiMauro, S., Hirano, M., Kaufmann, P. and Mann, J.J. Mitochondrial psychiatry. In: *Mitochondrial Medicine*, S. DiMauro, M. Hirano and E. Schon (Eds.), Informa Healthcare, 2006, pp 261-277.

55. Mann JJ, Currier D. Serotonergic dysfunction in mood disorders. In: *Bipolar Disorders: Basic Mechanisms and Therapeutic Implications*, 2nd Edition, Soares, J.C. and Young, A.H. (Eds), Taylor & Francis, 2007, pp. 89-108.

56. Erraji-Benchekroun L, Arango V, Mann JJ, Underwood MD.  Genomics to identify biomarkers of normal brain aging. In: *BioArrays: From Basics to Diagnostic*, K. Appasani (Ed), Humana Press, Totowa, NJ, 2007, pp.83-93.

57. Mann, J.J. and Currier, D. Prospective studies of biologic predictors of suicidal behavior in mood disorders. In: *Oxford Textbook of Suicidology*, Wasserman, D. and Wasserman, C. (Eds), Oxford University Press, 2009, pp 335-339.

58. Sher L, Cooper TB, Mann JJ, Oquendo MA. Modified dexamethasone suppression-corticotropin-releasing hormone stimulation test. In: Kandel I, Merrick J, Sher L. (Eds). *Adolescence and Alcohol: An International Perspective*.  London: Freund, 2006, pp235-239.

59. Mann JJ, Currier D. Suicide and attempted suicide. In: Fatemi, S.H. ,Clayton, P. and Sartorius, N. (eds) *The Medical Basis of Psychiatry, 3rd Edition.* Totowa, NJ: Springer-Verlag, 2008, pp 561-576.

60. Bach-Mizrachi H, Underwood MD, Mann JJ, Arango V.  Postmortem studies of serotonin and suicide. In: *Oxford Textbook of Suicidology*, Wasserman, D. and Wasserman, C. (Eds), Oxford University Press, 2009, pp.351-355.

61. Mann JJ, Currier D. Neurobiology of suicidal behavior. In: *Suicide in Psychiatric Disorders*, Tatarelli, R., Pompili, M., and Girardi, P. (Eds). Nova Publishers Inc. 2007, Chapter 16, pp 265-293.

62. Mann JJ, Currier D.  Biological aspects of suicidal behavior. In: *New Oxford Textbook of Psychiatry, 2nd Edition*, M.G. Gelder, N.C. Andreasen, J.J. Lopez-Ibor, Jr., and J. Geddes (eds), Oxford University Press, Oxford, 2009, volume 1,  pp 963-969.

63. Oquendo M, Giner L, Mann JJ.  Biology of suicide. In: *The Encyclopedia of Stress, 2nd edition*, G. Fink (Ed.), Academic Press, 2007, volume 3, pp. 677-684.

64. Arango V, Mann JJ. Abnormalities of brain structure and function in mood disorders. In: *The Neurobiology of Mental Illness, 3rd Edition*, DS Charney and EJ Nestler (Eds.), Oxford University Press, 2009, pp 515-529.

65. Mann JJ.  Suicide.  In: *Approaching the Psychiatric Patient*, American Psychiatric Publishing, Inc., JW Barnhill, (Ed), pp. 355-358.

66. Mann JJ, Currier D. Evidence-Based Suicide Prevention Strategies: An overview. In:  *Evidence-Based Practice in Suicide:  A Sourcebook*. Pompil, M and R Tartarelli (Eds) Hogrefe Publishing, 2010, pp. 67-87.

67. Mann JJ and Currier D.  Relationships of Genes and Early-Life Experience to the Neurobiology of Suicidal Behaviour.  In: International Handbook of Suicide Prevention: Research, Policy and Practice. O'Connor RC, Platt S, Gordon J. (Eds). John Wiley & Sons, Ltd. 2011. Chapter Eight, pp. 133-150. (Print ISBN: 9780470683842    Online ISBN: 9781119998556)

68. Mann JJ, Currier D, Quiroz JA, Manji HK.  Neurobiology of Severe Mood and Anxiety Disorders. In: Basic Neurochemistry, 8th Edition: Principles of Molecular, Cellular and Medical Neurobiology. ST Brady, GJ Siegel, RW Albers, DL Price. (Eds). Elsevier Publishing 2012.  Part VIII, Neural Processing and Behavior. Chapter 60, pp. 1021-1036.  (ISBN:978-0-12-374947-5)

69. Mann JJ, Currier D.  Medication in Suicide Prevention: Insight from Neurobiology of Suicidal Behavior. In: Y Dwivedi (Ed). The Neurobiological Basis of Suicide. Boca Raton (FL):. CRC Press; 2012 Chapter 21. Frontiers in Neuroscience., pp. 425-436  (ISBN:978-1-4398-3881-5)   :

70. Mann JJ, Currier D.  Neurobiology of Suicidal Behavior.  In: Textbook of Suicide Assessment and Management.  Second Edition. RI Simon and RE Hales (Eds,), American Psychiatric Publishing . 2012. Chapter 25, pp 481-500. (ISBN:978-1-58562-414-0)

71. Boldrini M, Mann JJ.  Depression and Suicide.  In:  Neurobiology of Brain Disorders. Biological Basis of Neurological and Psychiatric Disorders.  MJ Zigmond, LP Rowland, JT Coyle (Eds).  Academic Press, Elsevier  2015.  Chapter 43, pp 709-729   (ISBN:978-0-12-398270-4)

72. Mann JJ, Currier D.  Relationships of Genes and Early-Life Experience to the Neurobiology of Suicidal Behaviour.  In: International Handbook of Suicide Prevention: Research, Policy and Practice, Second Edition.  R O'Connor et al (Eds)  John Wiley & Sons Publishing. 2015.

73. Mann J J, Yin Honglei.  Imaging Studies of Anxiety Disorders. In: Arthur W Toga (Ed). Brain Mapping: An Encyclopedic Reference.  Academic Press: Elsevier; 2015. pp. 971-982.

74. Perlman G, DeLorenzo C, Mann JJ & Parsey R.  Neuroreceptor Imaging of Genetic Variation Impacting the Serotonin Transporter. In:  Weinberger_Neuroimaging Genetics (in press. chapter_med-9780199920211-chapter-3.pdf)

**D.    Abstracts, Editorials, Invited Papers, Letters and Reviews**

1. Suicide: Understanding and Responding, International Universities Press, Inc., Madison, CT, 1-505, 1989.  Reviewed by Mann, J.J., In:  *NEJM*

2. Violence and suicidality:  Perspectives in clinical and psychobiological research.  Reviewed by Mann, J.J., In: *Neuropsychopharmacology,* Elsevier Science Publishing Co., 6:135-136, 1992.

3. Friedman, R., Kocsis, J.H., Chen, J.S., Mann, J.J.  Antidepressant treatment intensity in patients with nonbipolar major depression. *Hospital and Community Psychiatry* 43:83-4, 1992.

4. Kapur, S. and Mann, J.J.  *Biol. Psychiatry*, 33:758, 1993.

5. Mann, J.J. Fluoxetine associated side effects and suicidality. *J. Clin. Psychopharmacol.*, 13:457-458, 1993.

6. Arango, V., Underwood, M.D., Mann, J.J.  Fewer pigmented neurons in the locus coeruleus of alcoholics:  A morphometric analysis.  *The Lancet*, 342:445-446, 1993.

7. Kaufman, J. and Mann, J.J.  Adolescents who attempted suicide.  *JAMA*, 265:2805, 1991.

8. Mann, J.J. The toxicity and dose of desipramine hydrochloride (in reply). *JAMA*, 272 (22): 1719-1720, 1994.

9. Underwood, M.D., Bakalian, M., Arango, Mann, J.J.  Effect of chemical stimulation of the dorsal raphe nucleus on cerebral blood flow in rat.  *Neurosci.Lett.* 199(3):228-230, 1995.

10. Soares, J.C. and Mann, J.J. Evidence for global structural brain abnormalities in mood disorder patients: a reply. *Biol. Psychiatry* 44:933-934, 1998.

11. Mann, J.J. The role of *in vivo* neurotransmitter system imaging studies in understanding major depression. *Biol. Psychiatry* 44:1077-1078, 1998.

12. Mann, J.J. How should suicidal behavior be managed. *The Harvard Mental Health Letter* 16:8, 1999.

13. Mann, J.J. and Oquendo, M.A. Editorial overview. *Clin. Neurosci. Res. (Special Issue on Suicide)* 1:307-308, 2001.

14. Mann, J.J. Reply to Franke et al. Low CSF 5-HIAA level in high-lethality suicide attempters—Fact or artefact? *Biol. Psychiatry* 52:376-377, 2002.

15. Mann, J.J. Suicide. In: *Fundamental Neuroscience, 2nd edition*, L.R. Squire, F.E. Bloom, S.K. McConnell, J.L. Roberts, N.C. Spitzer, M.J. Zigmond (Eds.), Academic Press, 2003, pp. 1120-1121.

16. Oquendo, M.A. and Mann, J.J. Intervention research for suicidal behaviour. *The Lancet* 362:844-845, 2003.

17. Mann JJ. Searching for triggers of suicidal behavior. *Am J Psychiatry.* 2004 Mar;161(3):395-397. PMID: 14992961

18. Erinoff L, Anthony JC, Brown GK, Caine ED, Conner KR, Dougherty DM, Glowinski AL, Goldston DB, Linehan MM, Mann JJ, Miczek KA, Price RK, Ries RK, Roy A, Sher KJ, Tarter RE, Thompson EA, Wilcox HD, Wines JD, Yen S.  Overview of workshop on drug abuse and suicidal behavior. *Drug Alcohol Depend.* 2004 Dec 7;76 Suppl::S3-S9.  PMID: 15555814

20. Gibbons, R.D. and Mann, J.J. Antidepressants: Do benefits outweigh the suicide risks? *Physician's Weekly,* Vol XXII, No. 14, 2005.

21. Stong, C. and Mann, J.J. Antidepressants and suicide risk—has the relationship been overstated? *Neuropsychiatry Reviews* 6:1;24-25, 2005.

22. Mann, J.J. What does brain imaging tell us about the predisposition to suicidal behavior.*Crisis* 26:101-103, 2005.

23. Zalsman, G. and Mann, J.J. The neurobiology of suicide in adolescents. An emerging field of research. In: *International Journal of Adolescent Medicine and Health. Special Issue on Suicide and Adolescence*. Merrick, J. and Zalsman, G. (Eds.), London: Freund Publishing House, 2005, pp. 195-196.

24. Mann, J.J. Response to letters commenting on "The medical management of depression". *New Engl. J. Med.* 353:4:1819-1834, 2005.

25. Mann, J.J. Strategies to prevent suicide (*In Reply*). *JAMA*, 295:1515-1516, 2006.

26. Mann, J.J. Foreword. In: *Adolescence and Alcohol: An International Perspective*. Kandel, I., Merrick, J. and Sher, L. (Eds.), London: Freund Publishing House, 2006, pp. 1-2.

27. Oquendo, M.A. and Mann, J.J. Suicidal behavior in bipolar disorder: State of the biological, clinical and interventions evidence. *Bipolar Disorders*, 8:523-525, 2006.

28. Parsey RV, Oquendo, M.A., Cooper, T., Arango, V. and Mann, J.J. Reply to "Misunderstandings about how to choose a reference region". *Biol. Psychiatry* 61:1314-1315, 2007.

29. Zalsman G. Mann JJ. Letter to the Editor in response to comments by Joober et al on "A triallelic serotonin transporter gene promoter polymorphism (5-HTTLPR), stressful life events and severity of depression". *Am J Psychiatry*. 164(5):830, 2007.

30. Brent, D.A. and Mann, J.J. Familial pathways to suicidal behavior: Understanding and preventing suicide among adolescents. *New Engl. J. Med.* 355:2719-2721, 2006.

31. Oquendo MA, Mann JJ. Preface. In: *Personality Disorders and Suicide: Theory and Research*. New York: Nova Publishers, 2007.  ISBN:1-60021-753-2

32. Gibbons RD, Brown CH, Mann JJ. SSRI prescribing rates and adolescent suicide: Is the black box hurting or helping? *Psychiatric Times* July 29, 2007.

33. Harkavy-Friedman JM, Keilp JG, Grunebaum MF, Sher L, Printz D, Burke AK, Mann JJ, Oquendo M. Response to letter by Bryan commenting on "Are BP I and BP II suicide attempters distinct neuropsychologically?" *J. Affect Disord.* 103:283-284, 2007.

34. Gibbons RD, Brown CH, Mann JJ.  Response to letter by Berenson A, Carey B.  commenting on "SSRI prescribing rates and adolescent suicide: is the black box hurting or helping?" *Psychiatry Times*,;24(12), 2007.

35. Gibbons RD, Hur K, Brown CH, Mann JJ.   Response to Mentari, Stone and Hammond RE: Antiepileptic drugs and suicide attempts in patients with bipolar disorder.  *Arch Gen Psychiatry*, 67(12): 1326-1327, 2010.

36. Mann JJ.  Before Prozac: the troubled history of mood disorders in psychiatry. (Book Review*).  *JCI* Vol 119: 2117, 2009.

37. Everett BA, Oquendo MA, Abi-Dargham A, Nobler MS, Devanand DP, Lisanby S H, Mann JJ, Parsey RV.  Safety of radial arterial catheterization in PET research subjects.  *J Nucl Med*.  50(10): 1742, 2009.  PMID: 19759106

38. DeLorenzo C, Kumar JSD, Tauscher J, Mann JJ, Parsey RV.  In vivo variation in metabotropic glutamate receptor subtype 5 binding using [11C]ABP688.  *NeuroImage* 52(Suppl 1):S17, 2010.

39. Mann JJ.  In her Wake: A child psychiatrist explores the mystery of her mother's suicide (Book Review).  *Am J Psychiatry*, 167:7; 872-873, 2010.

40. Gibbons RD, Lambert BL, Mann JJ.  Letter to Editor: Antiepileptic medications and the risk of suicide, *JAMA*, 2010. 304(5):521-2; author reply 522-3. .

41. Mann, J.J., Haghighi, F.   Genes and Environment:  Multiple Pathways to Psychopathology (Commentary) *Biol Psychiatry* 68:403-404,  2010

42. Galfalvy H, Mann JJ.   Cerebrospinal fluid biomarkers in suicide attempters. (An editorial comment to Lindqvist  D. et al).  *Acta Psychiatr Scand* 124(1):4-5., 2011    PMID:21668419

43. Mann,JJ.   Report on Progress. Suicide in Professional Athletes: is it related to the sport?   Dana Alliance, August 2012.

44. Gibbons RD, Brown HC, Hur K, Davis JM, Mann JJ.   Response to letter by Swanson and colleagues on: ("Suicidal thoughts and behavior with antidepressant treatment", "Benefits from antidepressants"). *Arch Gen Psychiatry*.; 2012.  [Response] posted on *Arch Gen Psychiatry* site Oct 25, 2012.

45. Gibbons RD, Brown HC, Hur K, Davis JM, Mann JJ.  Response to letter by Duncan and colleagues on: ("Suicidal thoughts and behavior with antidepressant treatment.", "Benefits from antidepressants"). *Arch Gen Psychiatry*; 2012.  [Response] posted on  *Arch Gen Psychiatry* site Oct 25, 2012

46. Gibbons RD, Brown HC, Hur K, Davis JM, Mann JJ.  Response to letter by Sparks and colleagues. on ("Suicidal thoughts and behavior with antidepressant treatment", "Benefits from antidepressants"). *Arch Gen Psychiatry*. 2012.  [Response] posted on *Arch Gen Psychiatry* site Oct  25, 2012.

47. Mann JJ. [Book Forum] The black book. *Am J Psychiatry*. 2012 Dec 1;169(12):1323 PMID: 23212069

48. Gibbons RD, Brown HC, Hur K, Davis JM, Mann JJ.   Inappropriate data and measures lead to questionable conclusions-reply. *JAMA Psychiatry*. 2013 Jan ;70(1):121-3.  PMID:23303298

49. Gibbons RD, Brown HC, Hur K, Davis JM, Mann JJ  Suicide risk and efficacy of antidepressant drugs-reply. *JAMA Psychiatry*. 2013 Jan;70(1):123-5.  PMID: 23303376

50. Sher L, Mann JJ. Oquendo MA.  [Letter to the Editor] Sleep, psychiatric disorders and suicide.  *J Psychiatric Res*. 2013;47:135.   PMID: 23157799

51. Mann JJ, Gibbons RD. [Editorial] Guns and suicide.   Am J Psychiatry. 2013 Sep;170(9):939-41. PMID:23897321

52. Mann JJ.  [Q&A] Suicide prevention: fundamental considerations.  Psychiatric Times.  Sept 4, 2014.

53. Gibbons RD, Mann JJ. [Suicide & Self-Harm Special Report] The Relationship between Antidepressant Initiation and Suicide Risk.  Psychiatric Time.  (in press Oct 14, 2014)

54. Mann JJ, Kuehn BM.  [Interview] Rate of suicide increases in middle age: primary care key to suicide prevention.  JAMA. 2014;312(17):1727-1728.   PMID:25369479.

55. Brent DA, Melhem NM, Mann JJ.  [LETTERS] Pathways to offspring suicidal behavior may begin with maternal suicide attempt.  J Am Acad Child Adolesc Psychiatry. **2015** Oct;54(10):868.  PMID:26407497

# MANN EXPERT REPORT EXHIBIT B

# EXHIBIT 17

Case 2:14-cv-02626-TLN-DB Document 13-1 Filed 07/22/23 Page 89 of 113

# The Association between the Purchase of a Handgun and Homicide or Suicide

## ABSTRACT

*Objectives.* The purpose of this study was to determine whether purchase of a handgun from a licensed dealer is associated with the risk of homicide or suicide and whether any association varies in relation to time since purchase.

*Methods.* A case–control study was done among the members of a large health maintenance organization. Case subjects were the 353 suicide victims and 117 homicide victims among the members from 1980 through 1992. Five control subjects were matched to each case subject on age, sex, and zip code of residence. Handgun purchase information was obtained from the Department of Licensing.

*Results.* The adjusted relative risk for suicide was 1.9 (95% confidence interval [CI] = 1.4, 2.5) for persons with a history of family handgun purchase from a registered dealer. The adjusted relative risk for homicide, given a history of family handgun purchase, was 2.2 (95% CI = 1.3, 3.7). For both suicide and homicide, the elevated relative risks persisted for more than 5 years after the purchase.

*Conclusions.* Legal purchase of a handgun appears to be associated with a long-lasting increased risk of violent death. (*Am J Public Health.* 1997;87:974–978)

*Peter Cummings, MD, MPH, Thomas D. Koepsell, MD, MPH, David C. Grossman, MD, MPH, James Savarino, PhD, MS, and Robert S. Thompson, MD*

## Introduction

In the United States in 1994 there were 31 142 suicides and 24 926 homicides with respective age-adjusted mortality rates of 12.0 and 9.6 per 100 000; firearms were used in 60% of suicides and 72% of homicides.[1] Guns are thought to be present in 49% of US households,[2] and 33% of gun owners report that protection is the primary reason for ownership.[3] Firearms can sometimes provide safety benefits to their owners.[4,5] Whether the benefits of firearm ownership outweigh the risks is debated.[6–9]

Evidence that access to firearms may increase the risk of suicide and homicide comes from five case–control studies.[10–14] These studies have several limitations. First, they used information from proxy respondents for case subjects, but often interviewed control subjects directly; this difference might have biased the results.[15] Second, interviews were used to ascertain gun ownership; bias could have resulted if there was deception by some respondents and the degree of deception differed between the case and control subjects. Third, two of the studies were confined to events in homes.[12,14] Persons without guns might choose a suicide method that necessitated leaving the home and there might be no association between gun ownership and all suicides.[16] Only 24% of murders in the study area occurred in the home,[14] so the association between gun ownership and most homicides is unknown.[17] Fourth, three of the studies were confined to adolescents.[10,11,13] Finally, the study of homicides[14] was criticized[17] because the socioeconomic status of many victims was low. It is conceivable that firearms might be a risk factor for

homicide among the poor but not among others.

To address these issues, we studied the predominantly middle-class members of a health maintenance organization. Our main question was whether purchase of a handgun from a licensed dealer was associated with an increased or decreased risk of suicide or homicide. In addition, we asked whether risk or benefit varied in relation to the time since purchase, number of handguns purchased, or caliber of weapon purchased.

## Methods

Group Health Cooperative of Puget Sound, a health maintenance organization in Washington State, grew from 320 000 members in 1980 to 400 000 members in 1992. Compared with the 1984 adult population of the United States, a random sample of 1133 adult Group Health members in 1984 were more often female (55% vs 52%), more likely to have completed high school (91% vs 70%),

Peter Cummings, Thomas D. Koepsell, and David C. Grossman are with the Harborview Injury Prevention and Research Center. Peter Cummings and Thomas D. Koepsell are also with the School of Public Health and Community Medicine, and David C. Grossman is also with the School of Medicine, at the University of Washington. James Savarino and Robert S. Thompson are with the Center for Health Studies of Group Health Cooperative of Puget Sound. All institutions are in Seattle, Wash.

Requests for reprints should be sent to Peter Cummings, MD, MPH, Harborview Injury Prevention and Research Center, Box 359960, 325 Ninth Ave, Seattle, WA 98104–2499.

This paper was accepted September 18, 1996.

**Editor's Note.** See related editorial by Morgenstern (p 899), comment by Kellermann (p 910), and commentary by Webster et al. (p 918) in this issue.

less often African American (3% vs 11%), and less likely to have a family income below $15 000 (20% vs 33%).[18–21]

A case subject was a Group Health member who died of suicide or homicide during the period January 1, 1980, through December 31, 1992. Computerized Washington State death certificates were compared with computerized Group Health membership records to identify case subjects. For each case subject, five control subjects were sought from the membership file. Control subjects were randomly selected from among persons who were Group Health members on the day the case subject died and who matched that person on sex, age (within 6 years), and zip code of residence. If five control subjects could not be found within the case subject's zip code, we selected additional control subjects from adjoining zip codes. The case subject's date of death became the reference date for his or her matched control subjects. For each case and control subject, we identified family members (spouse or children) who were enrolled under the same Group Health policy.

When a handgun (but not a long gun) is purchased from a licensed dealer in Washington State, information about the sale must be reported to the Department of Licensing. This information was computerized for purchases from 1940 through June 1993. This file was linked to the subjects and family members to identify the handgun purchase history of each study subject and his or her family prior to death or reference date. We defined three categories of handgun purchase: (1) family purchase (purchase by the subject or any family member), (2) personal purchase (purchase by the study subject), and (3) family member purchase (purchase by any family member, but not the study subject).

The most recent address prior to death or reference date for each subject was obtained from Group Health files. Computerized geocoding methods (Harte-Hanks Data Technologies, Billerica, Mass) were used to map this address to a census block group. The socioeconomic status of persons in each census block group was measured by means of 1990 census variables: median family income in 1989, median value of owner-occupied homes, and average years of education for persons over 24 years of age.[22]

Person-years of Group Health membership were calculated by age and sex. Age-adjusted rates were directly standardized to the 1940 United States population.[23] Odds ratios from conditional logistic regression, which accounted for the

matched design, were used to approximate relative risks.[24] Potential confounding variables examined were the number of family members and the measures of census block group affluence and education. The chi-square approximation of the likelihood ratio statistic was used for tests of heterogeneity, trend, and interaction.

## Results

### Incidence Rates

From 1980 through 1992, there were 4 407 197 person-years of Group Health membership, with 366 suicides and 117 deaths by homicide (Table 1). Age-adjusted Group Health mortality per 100 000 persons per year was 7.8 for suicide and 2.7 for homicide. The incidence of suicide was 3.6 times higher for males, while homicide rates showed little difference by gender. Among suicides, 52.7% used a gun, and 56.4% of homicides involved a firearm.

### Comparison of Case and Control Subjects

Five matched control subjects were identified for 96.3% of all case subjects. No control subjects were found for 13 suicides, but at least one was found for each homicide victim. Among control subjects, 97.8% had an age at reference date that differed from their respective case subject's age at death by less than 2 years, and 99.1% resided in the same zip code as their matching case subject. Case subjects were more likely than control subjects to have no family members

**TABLE 1—Incidence of Suicide and Homicide among Members of Group Health Cooperative, Washington State, 1980 through 1992**

|  | Suicides/100 000 Member-Years (95% CI) | Homicides/100 000 Member-Years (95% CI) |
| --- | --- | --- |
| All members | 8.3 (7.5, 9.2) | 2.7 (2.2, 3.2) |
| Age, y |  |  |
| 0–12 | 0.1 (0.0, 0.7) | 1.2 (0.6, 2.3) |
| 13–19 | 8.8 (6.3, 11.2) | 3.9 (2.3, 6.1) |
| 20–49 | 9.3 (8.0, 10.7) | 2.8 (2.1, 3.6) |
| 50+ | 12.4 (10.4, 14.7) | 2.9 (2.0, 4.1) |
| Sex |  |  |
| Men | 13.4 (11.9, 15.1) | 2.9 (2.2, 3.7) |
| Women | 3.8 (3.0, 4.6) | 2.4 (1.9, 3.2) |
| Deaths involving firearms |  |  |
| Men | 8.6 (7.4, 9.9) | 1.6 (1.2, 2.3) |
| Women | 1.2 (0.9, 1.8) | 1.4 (1.0, 2.0) |
| All | 4.7 (4.1, 5.4) | 1.5 (1.2, 1.9) |

*Note.* CI = confidence interval.

(33.7% vs 25.4% for suicides and 31.9% vs 26.1% for homicide victims).

Not all addresses could be geocoded; census block group data could be linked to 83.4% of all matched case subjects and 83.4% of all control subjects. Suicides showed little difference from control subjects for the census variables; P values for trend tests were all greater than .8. Homicide victims were more likely than control subjects in the same zip code area to reside in poor neighborhoods, as judged by median family income (test for trend, P = .01), but showed little difference from control subjects in median value of neighborhood homes (test for trend, P = .8) or in the educational attainment of neighborhood adults (test for trend, P = .6).

### Suicide and Handgun Purchase

Persons who committed suicide were more likely than control subjects to have a history of family handgun purchase (24.6% vs 15.1%). The relative risk for suicide, given a family handgun purchase, was 1.9 (95% confidence interval [CI] = 1.4, 2.5) (Table 2). The relative risks for suicide given a personal or family member handgun purchase were also elevated, although the elevated risk for family member purchase was not statistically significant. These estimates are adjusted for the matching variables; further adjustment for family size or the socioeconomic status variables resulted in no important change. The relative risk for suicide involving a gun was 3.1 (95% CI = 2.2, 4.4) for persons with a family handgun

Case 2:14-cv-02626-TLN-DAD Document 431-2 Filed 07/26/16 Page 4 of 13

**TABLE 2—Handgun Purchase History and Relative Risk Estimates for Matched Suicides and Control Subjects**

| Handgun Purchase History | Suicides (n = 353) | | Control Subjects (n = 1756) | | Adjusted Relative Risk[a] | 95% Confidence Interval | P[b] |
|---|---|---|---|---|---|---|---|
| | No. | (%) | No. | (%) | | | |
| Category of purchase | | | | | | | . . . |
| Family | 87 | (24.6) | 265 | (15.1) | 1.9 | 1.4, 2.5 | |
| Personal | 62 | (17.6) | 177 | (10.1) | 2.0 | 1.4, 2.8 | |
| Family member | 25 | (7.1) | 88 | (5.0) | 1.5 | 0.9, 2.5 | |
| Time since family purchase, y | | | | | | | .03[c] |
| <1 | 11 | (3.1) | 12 | (0.7) | 5.7 | 2.4, 13.5 | |
| 1–4 | 11 | (3.1) | 37 | (2.1) | 1.7 | 0.8, 3.4 | |
| ≥5 | 65 | (18.4) | 216 | (12.3) | 1.7 | 1.3, 2.3 | |
| No. family purchases | | | | | | | .06 |
| 1 | 45 | (12.7) | 162 | (9.2) | 1.6 | 1.1, 2.2 | |
| 2 | 14 | (4.0) | 44 | (2.5) | 1.8 | 1.0, 3.4 | |
| ≥3 | 28 | (7.9) | 59 | (3.4) | 2.7 | 1.7, 4.4 | |
| Maximum caliber of family purchase[d] | | | | | | | .3 |
| .22–.30 | 30 | (8.5) | 107 | (6.1) | 1.6 | 1.0, 2.4 | |
| .32–.45 | 56 | (15.9) | 153 | (8.7) | 2.1 | 1.5, 2.9 | |

[a]Adjusted for age, sex, zip code area, and reference date.
[b]Statistical significance of any trend across the presented categories.
[c]Test for heterogeneity of exposure categories.
[d]Data missing for 1 case and 5 control subjects.

**TABLE 3—Handgun Purchase History and Relative Risk Estimates for Matched Homicide Victims and Control Subjects**

| Handgun Purchase History | Homicide Victims (n = 117) | | Control Subjects (n = 582) | | Adjusted Relative Risk[a] | 95% Confidence Interval | P[b] |
|---|---|---|---|---|---|---|---|
| | No. | (%) | No. | (%) | | | |
| Category of purchase | | | | | | | . . . |
| Family | 25 | (21.4) | 69 | (11.9) | 2.2 | 1.3, 3.7 | |
| Personal | 11 | (9.4) | 29 | (5.0) | 2.2 | 1.0, 4.7 | |
| Family member | 14 | (12.0) | 40 | (6.9) | 2.1 | 1.0, 4.2 | |
| Time since family purchase, y | | | | | | | .3 |
| <5 | 3 | (2.6) | 17 | (2.9) | 1.0 | 0.3, 3.6 | |
| 5–9 | 5 | (4.3) | 11 | (1.9) | 2.9 | 0.9, 8.9 | |
| ≥10 | 17 | (14.5) | 41 | (7.0) | 2.5 | 1.3, 4.7 | |
| No. family purchases | | | | | | | .004 |
| 1 | 7 | (6.0) | 37 | (6.4) | 1.1 | 0.5, 2.5 | |
| 2 | 7 | (6.0) | 20 | (3.4) | 2.1 | 0.8, 5.2 | |
| ≥3 | 11 | (9.4) | 12 | (2.1) | 6.2 | 2.4, 15.6 | |
| Maximum caliber of family purchase[c] | | | | | | | .2 |
| .22–.30 | 5 | (4.3) | 23 | (4.0) | 1.3 | 0.5, 3.4 | |
| .32–.45 | 20 | (17.1) | 44 | (7.6) | 2.7 | 1.5, 5.0 | |

[a]Adjusted for age, sex, zip code area, and reference date.
[b]Statistical significance of any trend across the presented categories.
[c]Data missing for 2 control subjects.

purchase compared with others, while the relative risk for suicide not involving a gun was 0.8 (95% CI = 0.4, 1.3).

The median interval between the first handgun purchase by the victim or any family member and any suicide with a gun was 10.7 years (range, 11 days to 52.5 years). The relative risk for suicide given a family handgun purchase was greatest within the first year after purchase but remained elevated even after 5 years (Table 2).

The association between handgun purchase and suicide tended to become stronger as the number of handguns purchased increased (test for trend across categories, $P = .06$) (Table 2). When persons were classified by the largest caliber of any family handgun purchase, the relative risk of suicide showed little variation by caliber.

The association between family handgun purchase and suicide was estimated in several subgroups. No statistically significant differences in the relative risk estimates were found for categories of sex, age, or neighborhood median family income (data not shown).

*Homicide and Handgun Purchase*

Homicide victims were more likely than control subjects to have a history of family handgun purchase (21.4% vs 11.9%). The relative risk of death by homicide for those with a family handgun purchase was 2.2 (95% CI = 1.3, to 3.7) (Table 3). The relative risks for death by homicide given a personal or family member purchase were also elevated, although these estimates were of borderline statistical significance. These estimates are adjusted for the matching variables; further adjustment for family size or the census variables resulted in no important change. The relative risk for death by homicide involving a gun was 2.2 (95% CI = 1.1, 4.4) for persons with a family handgun purchase compared with others, while the corresponding relative risk for homicide not involving a gun was 2.0 (95% CI = 0.9, 4.7).

The median interval between first family handgun purchase and any homicide death with a gun was 11.3 years (range, 5.1 to 21.9 years). The relative risk of death by homicide associated with family handgun purchase bore no statistically significant relationship to time since purchase (Table 3).

There was a stronger association between handgun purchase and death by homicide as the number of handguns purchased increased (test for trend across categories, $P = .004$) (Table 3). When persons were classified by the largest caliber of any family handgun purchase, the relative risk of homicide did not show a statistically significant variation by caliber.

When subgroups were analyzed, the association between family handgun purchase and death by homicide was not statistically different by categories of sex, age, or neighborhood median family income (data not shown).

## Discussion

Members of a health maintenance organization whose families had a history of registered handgun purchase had risks of death by suicide and homicide that were twice as high as the risks of members of the same age, sex, and neighborhood who had no history of handgun purchase. The increased relative risks persisted for more than 5 years after the purchase.

From 1980 through 1992, the age-adjusted suicide rate in the Group Health population was 7.8 per 100 000 persons per year; the corresponding rate was 13.2 in Washington State and 11.5 in the United States (mortality and population data from the National Center for Health Statistics). The middle-class nature of the study population is reflected in the low age-adjusted homicide rate: 2.7 per 100 000 persons per year for Group Health members during the study period, compared with 5.3 for all of Washington and 9.5 for the United States.

Inability to measure and control for other differences between case and control subjects could have biased our relative risk estimates. Three previous studies of the association between gun ownership and suicide[11–13] and the only previous study regarding death by homicide[14] adjusted their relative risk estimates for variables that we did not measure, including psychiatric history, substance abuse, criminal history, and previous household violence. In three of these studies[12–14] these adjustments increased the relative risk estimates.

Residual confounding in our study can be assessed indirectly by examining the relative risk estimates for suicide and homicide deaths without a gun; we would expect handgun purchase to have little positive association with deaths that do not involve a gun. For suicide by means other than a firearm, the relative risk was 0.8 (95% CI = 0.4, 1.3) among those with a history of handgun purchase. The finding that this estimate is close to 1.0 suggests that the underlying risk of suicide was similar between handgun purchasers and nonpurchasers apart from purchase history.

For death by homicide by means other than a gun, the relative risk was 2.0 (95% CI = 0.9, 4.7) among those with a history of family handgun purchase. Although chance could explain this finding, another explanation may be that handgun purchasers were more inclined toward violence or lived in more dangerous surroundings and these factors induced them to purchase handguns. This violent personality or environment may have increased the risk for both gun-related and other homicide death, regardless of exposure to handgun purchase. If this theory is true, then the apparent association between handgun purchase and all homicide deaths may be due to uncontrolled confounding. Another explanation might be that some handgun purchasers were encouraged by their ownership of a gun to engage in activities that increased their risk for homicide by any means.

Handgun purchase from a licensed dealer can be considered a proxy measure for handgun ownership. Some study subjects classified as exposed to handguns may have disposed of their handguns; others classified as not exposed may have possessed handguns that they purchased legally from sources other than a registered dealer, purchased out of state, or obtained illegally. If such errors in classification occurred with similar frequency among case and control subjects, the relationship between handgun ownership and risk could have been underestimated in our study.[25] It is also possible that persons inclined to commit homicide may have been more likely to procure handguns exclusively by private or illegal means; these transactions are not reported to the state. If this pattern is present, it would tend to bias our relative risk estimates for homicide toward zero.

There is evidence that handgun purchase records did not grossly underestimate exposure to handguns in our study. In 1992, of 1000 Seattle adults interviewed, 14.2% reported household ownership of a handgun.[26] This figure is similar to the prevalence of family handgun purchase history among our control subjects matched to suicide and homicide victims (15.1% and 11.9%, respectively).

Defining exposure as purchase of a handgun from a dealer offered some advantages. Because exposure was recorded before the outcome, recall bias was eliminated. We did not have to rely on proxy respondents for exposure information regarding the case subjects, and deception regarding exposure was eliminated. Those who recommend purchase of a handgun for protection are referring to legal purchase, and many of these purchases would be from dealers. If this exposure is associated with an increased risk of death, the overall risk of legal handgun purchase may outweigh any protective benefit.

Our finding of an increased relative risk for suicide among persons in families that purchased handguns agrees in general with the findings of previous case–control studies of suicide and gun ownership. Three studies were conducted among adolescents in western Pennsylvania.[10,11,13] Using inpatients as control subjects, the first study reported that the relative risk for suicide among those with firearms in the home was 2.7,[10] and the second study gave an estimate of 2.1.[11] The third study used population-based control subjects and reported an adjusted relative risk for suicide, given a handgun in the home, of 9.5 (95% CI = 1.7, 53.9).[13] A study conducted in Tennessee and Washington estimated that the relative risk for suicide in the home among handgun owners was 5.8.[12]

Our finding regarding death by homicide and purchase of a handgun was similar to that of the only previous case–control study of this association. In Tennessee, Washington, and Ohio, victims of homicide in the home were compared with population-based control subjects; the relative risk for homicide, adjusted for matching variables, was 1.9 (95% CI = 1.4, 2.7) among handgun owners.[14] The authors reported a relative risk of 2.7 among owners of any firearm compared with nonowners, but after further adjustment for other variables, but a fully adjusted relative risk estimate for handguns was not given.

Some persons may purposely buy a handgun to commit suicide or homicide. There was evidence in our data that this was true for suicide; within the first year after purchase, the relative risk of suicide was more than fivefold higher among those with a family history of handgun purchase. After the first year the increased relative risk of suicide persisted at a lower level, consistent with the theory that the presence of a handgun in the home may facilitate suicide during a period of despondency. For homicide the results were different; no Group Health member was murdered with a gun within 5 years of any first handgun purchase, and the elevated risks for death by homicide associated with handgun purchase did not show any statistically significant variation by time since purchase. This suggests that in the Group Health population, deliberate

Case 2:14-cv-02626-TLN-DAD Document 31-1 Filed 07/28/16 Page 93 of 113

legal purchase of a handgun to commit murder within a family is a rare event.

Our findings should be of interest to persons who own a handgun or are considering the purchase of a handgun. While there are occasional situations in which handguns offer protection against violent death, our study and previous studies agree that on average, the acquisition of a handgun appears to be associated with an increased risk of violent death. □

## Acknowledgment

This study was supported by a grant from the Group Health Foundation, Seattle, Wash.

## References

1. Singh GK, Kochanek KD, MacDorman MF. Advance report of final mortality statistics, 1994. *Month Vital Stat Rep.* 1996;45(3), suppl.
2. *Crime Victimization in the United States.* Washington, DC: US Dept of Justice, Bureau of Justice Statistics; 1993.
3. Hemenway D, Solnick SJ, Azrael DR. Firearm training and storage. *JAMA.* 1995; 273:46–50.
4. Rand MR. *Guns and Crime: Handgun Victimization; Firearm Self-Defense, and Firearm Theft.* Washington, DC: US Dept of Justice, Bureau of Justice Statistics; 1994.
5. McDowall D, Wiersema B. The incidence of defensive firearm use by US crime victims, 1987 through 1980. *Am J Public Health.* 1994;84:1982–1984.
6. Nisbet L. *The Gun Control Debate: You Decide.* New York, NY: Prometheus Books; 1990.
7. Kellermann AL. Gun Smoke. *J Med Assoc Ga.* 1994;83:254–255. Letter.
8. Suter EA. Guns in the medical literature—a failure of peer review. *J Med Assoc Ga.* 1994;83:133–148.
9. Faria MA Jr. Gun smoke: the editor responds. *J Med Assoc Ga.* 1994;83:255–259. Letter.
10. Brent DA, Perper JA, Goldstein CE, et al. Risk factors for adolescent suicide: a comparison of adolescent suicide victims with suicidal inpatients. *Arch Gen Psychiatry.* 1988;45:581–588.
11. Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. *JAMA.* 1991;266:2989–2995.
12. Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. *N Engl J Med.* 1992;327:467–472.
13. Brent DA, Perper JA, Moritz G, Baugher M, Schweers J, Roth C. Firearms and adolescent suicide: a community based case-control study. *Am J Dis Child.* 1993; 147:1066–1071.
14. Kellermann AL, Rivara FP, Rushforth NB, et al. Gun ownership as a risk factor for homicide in the home. *N Engl J Med.* 1993;329:1084–1091.
15. Litaker D. Guns and homicide in the home. *N Engl J Med.* 1994;330:365–366. Letter.
16. Zimring FE. Policy research on firearms and violence. *Health Affairs.* 1993;12:109–122.
17. Blackman PH. Guns and homicide in the home. *N Engl J Med.* 1994;330:366. Letter.
18. *Current Population Reports, Estimates of the Population of the United States by Age, Sex, and Race: 1980 to 1986.* Washington, DC: US Dept of Commerce, Bureau of the Census; 1987.
19. *County and City Data Book.* Washington, DC: US Dept of Commerce, Bureau of the Census; 1988.
20. *1990 Census of Population, General Population Characteristics, Washington.* Washington, DC: US Dept of Commerce, Bureau of the Census; 1992.
21. *Current Population Reports, Money Income of Households, Families, and Persons in the United States, 1984.* Washington, DC: US Dept of Commerce, Bureau of the Census; 1986.
22. *1990 Census of Population and Housing, Summary Tape File 3A.* Washington, DC: US Dept of Commerce, Bureau of the Census; 1992.
23. Curtin LR, Klein RJ. *Direct Standardization (Age-Adjusted Death Rates).* Hyattsville, Md: National Center for Health Statistics; 1995.
24. Breslow NE, Day NE. *Statistical Methods in Cancer Research. Volume 1—The Analysis of Case-Control Studies.* Lyon, France: International Agency for Research on Cancer; 1980.
25. Armstrong BK, White E, Saracci R. *Principles of Exposure Measurement in Epidemiology.* New York, NY: Oxford University Press; 1992.
26. Callahan CM, Rivara FP, Koepsell TD. Money for guns: evaluation of the Seattle gun buy-back program. *Public Health Rep.* 1994;109:472–477.

**EXHIBIT  18**

---

Special Article

# MORTALITY AMONG RECENT PURCHASERS OF HANDGUNS

Garen J. Wintemute, M.D., M.P.H., Carrie A. Parham, M.S., James Jay Beaumont, Ph.D., Mona Wright, M.P.H., and Christiana Drake, Ph.D.

## ABSTRACT

*Background*   There continues to be considerable controversy over whether ownership of a handgun increases or decreases the risk of violent death.

*Methods*   We conducted a population-based cohort study to compare mortality among 238,292 persons who purchased a handgun in California in 1991 with that in the general adult population of the state. The observation period began with the date of handgun purchase (15 days after the purchase application) and ended on December 31, 1996. The standardized mortality ratio (the ratio of the number of deaths observed among handgun purchasers to the number expected on the basis of age- and sex-specific rates among adults in California) was the principal outcome measure.

*Results*   In the first year after the purchase of a handgun, suicide was the leading cause of death among handgun purchasers, accounting for 24.5 percent of all deaths and 51.9 percent of deaths among women 21 to 44 years old. The increased risk of suicide by any method among handgun purchasers (standardized mortality ratio, 4.31) was attributable entirely to an excess risk of suicide with a firearm (standardized mortality ratio, 7.12). In the first week after the purchase of a handgun, the rate of suicide by means of firearms among purchasers (644 per 100,000 person-years) was 57 times as high as the adjusted rate in the general population. Mortality from all causes during the first year after the purchase of a handgun was greater than expected for women (standardized mortality ratio, 1.09), and the entire increase was attributable to the excess number of suicides by means of a firearm. As compared with the general population, handgun purchasers remained at increased risk for suicide by firearm over the study period of up to six years, and the excess risk among women in this cohort (standardized mortality ratio, 15.50) remained greater than that among men (standardized mortality ratio, 3.23). The risk of death by homicide with a firearm was elevated among women (standardized mortality ratio at one year, 2.20; at six years, 2.01) but low among men (standardized mortality ratio at one year, 0.84; at six years, 0.79).

*Conclusions*   The purchase of a handgun is associated with a substantial increase in the risk of suicide by firearm and by any method. The increase in the risk of suicide by firearm is apparent within a week after the purchase of a handgun and persists for at least six years. (N Engl J Med 1999;341:1583-9.)
©1999, Massachusetts Medical Society.

HANDGUN ownership is common in the United States; 16 to 19 percent of the population (26 to 30 percent of men and 7 to 8 percent of women) own a handgun.[1-3] Handguns are acquired more frequently for self-defense than for all other reasons combined.[3] The wisdom of keeping a firearm for protection remains a subject of active debate. Estimates of the frequency with which firearms are used for self-defense range from fewer than 100,000 to 2.5 million instances per year.[4,5] Defensive use of firearms is not rare; the true frequency is probably between 200,000 and 500,000 instances annually.[6]

Nevertheless, access to handguns may actually increase the risk of violent death. The presence of a handgun in the home has been associated with an increased risk of suicide by means of a firearm among adults in general,[7,8] women,[9] and adolescents[10] and has also been associated with an increased risk of homicide.[8,9,11] These data were gathered in case–control studies that were geographically limited. Only one study related the risk of death to personal ownership of handguns.[8] Another case–control study, conducted in New Zealand, where handgun ownership is tightly regulated, found no association between access to firearms and the overall risk of suicide among men.[12]

We report the results of a large, population-based cohort study of the risk of death among persons who have recently purchased a handgun. Our study population comprised the 238,292 persons who purchased handguns from licensed firearm dealers in California in 1991. We compared the mortality in this group with that in the general adult population of California from 1991 through 1996 to determine whether recent purchasers of handguns were at increased risk for death by suicide or homicide, whether by means of a firearm or another method, or were at increased risk for death by other causes.

## METHODS

A roster of all persons who purchased handguns from licensed firearm dealers in California in 1991 was provided by the California

---

From the Violence Prevention Research Program, University of California, Davis. Address reprint requests to Dr. Wintemute at the Violence Prevention Research Program, University of California, Davis, Medical Center, 2315 Stockton Blvd., Sacramento, CA 95817.

The New England Journal of Medicine
Downloaded from nejm.org on February 14, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

Department of Justice. Records included each purchaser's full name, date of birth, address, and date of application for handgun purchase.

California law required completion of an application for handgun purchase, followed by a 15-day waiting period, during which time criminal records were searched for offenses disqualifying the applicant from purchase and a search was conducted for records of mental illness or incapacity as determined by a court. Felons, persons under 21 years of age, and certain others are prohibited from purchasing handguns under long-standing federal and state statutes. A 1991 California law also prohibited persons with convictions for common violent misdemeanors (such as simple assault and brandishing a firearm) from purchasing firearms.

Information on deaths from 1991 through 1996 was obtained from the state's automated mortality file (the Death Statistical Master File). Tentative matches between handgun purchasers and persons listed in the mortality file were made according to last name and date of birth. Data with respect to other variables were then compared to confirm a tentative match.

The sex of handgun purchasers was not supplied by the California Department of Justice but was determined for 98.5 percent of handgun purchasers by comparing their names with sex-specific frequency tabulations of first and middle names for persons who died in California from 1989 through 1996 (derived from the mortality file) or who were born in the United States or Canada in 1994 or 1995.[13] Data on race or ethnic background were not available.

The observation period with respect to mortality among handgun purchasers began 15 days after the date of the purchase application (the first day after the required waiting period, referred to as the day of purchase for purposes of this study) and ended on December 31, 1996. Results were calculated for the first year after handgun purchase and for the entire period of observation. Since purchases occurred throughout 1991, first-year results were determined by making comparisons with average annual statewide mortality rates for 1991 and 1992 combined.

The risk of death was calculated in terms of the standardized mortality ratios, with adjustment for age, sex, or both, with the general adult population of the state as the reference group. Mortality rates for the general population were calculated by dividing the average annual number of deaths during a given period by the population at the midpoint of that period, as estimated by extrapolation from the 1990 census[14] to the projected population of the state in 2000.[15] Since we examined data for an entire population, confidence intervals were not calculated.

Crude rates of suicide by means of firearms among handgun purchasers were calculated as the number of deaths by this means during a given period, divided by the number of person-years at risk during that period; rates for periods of less than one year were annualized. For comparison, rates for the adult population of the state were calculated as described above, with adjustment for age and sex.

## RESULTS

As compared with the general adult population, the 238,292 purchasers of handguns in California in 1991 included a far greater proportion of men (Table 1). Nearly half (49.2 percent) of the handgun purchasers (but only 36.4 percent of the state population) were 34 years old or younger; in contrast, just 3.5 percent of handgun purchasers (but 15.0 percent of the state population) were 65 years old or older.

Suicide by any method was the leading cause of death among handgun purchasers in the first year after handgun purchase; it accounted for 24.5 percent of all deaths in this cohort (Table 2). Suicide by means of a firearm (188 of 857 deaths) ranked second among all causes of death, after heart disease (207 deaths) and ahead of cancer (160 deaths). Among all

**TABLE 1.** DEMOGRAPHIC CHARACTERISTICS OF THE 238,292 PERSONS WHO PURCHASED HANDGUNS IN CALIFORNIA IN 1991 AND OF ALL ADULTS IN CALIFORNIA IN 1991.*

| CHARACTERISTIC | HANDGUN PURCHASERS | ADULTS IN CALIFORNIA |
|---|---|---|
| | percent | |
| Sex | | |
| Male | 88.0 | 49.1 |
| Female | 12.0 | 50.9 |
| Age (yr) | | |
| 21–24 | 15.8 | 9.5 |
| 25–34 | 33.4 | 26.9 |
| 35–44 | 24.9 | 22.9 |
| 45–54 | 15.2 | 14.9 |
| 55–64 | 7.1 | 10.9 |
| 65–74 | 2.9 | 8.9 |
| ≥75 | 0.6 | 6.1 |

*Because of rounding, percentages do not always sum to 100.

**TABLE 2.** ONE-YEAR MORTALITY FROM SUICIDE AMONG PERSONS WHO PURCHASED HANDGUNS IN CALIFORNIA IN 1991 AS COMPARED WITH THE AVERAGE ANNUAL MORTALITY FROM SUICIDE AMONG ALL ADULTS IN CALIFORNIA IN 1991 AND 1992.*

| VARIABLE | HANDGUN PURCHASERS | ADULTS IN CALIFORNIA |
|---|---|---|
| | percent (no./total no.) | |
| Suicides by firearm (in relation to all suicides) | | |
| Men | 91.1 (164/180) | 58.7 (1577/2686) |
| Women | 80.0 (24/30) | 29.7 (245/826) |
| Total | 89.5 (188/210) | 51.9 (1822/3512) |
| Suicides by firearm (in relation to all deaths) | | |
| Men | 21.0 (164/780) | 1.4 (1577/109,432) |
| Women | 31.2 (24/77) | 0.2 (245/99,187) |
| Total | 21.9 (188/857) | 0.9 (1822/208,619) |
| Suicides (in relation to all deaths) | | |
| Men | 23.1 (180/780) | 2.5 (2686/109,432) |
| Women | 39.0 (30/77) | 0.8 (826/99,187) |
| Total | 24.5 (210/857) | 1.7 (3512/208,619) |

*Since handgun purchases occurred throughout 1991, first-year comparisons were made to average annual statewide mortality for 1991 and 1992 combined.

adults in California in 1991 and 1992, suicide ranked ninth among all causes of death and accounted for 1.7 percent of all deaths. There were, on average, 1822 suicides by firearms annually in California during 1991 and 1992, of which 10.3 percent were committed by persons who had purchased handguns in 1991. The percentage of all suicides that were committed with firearms and the percentage of all deaths that were suicides, whether committed with firearms

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

or by any method, were substantially higher among persons who had recently purchased a handgun than in the adult population of the state (Table 2).

Suicide by means of a firearm accounted for 31.2 percent of all deaths during the first year among women who purchased handguns, as compared with only 0.2 percent of all deaths among all women in California in 1991 and 1992. Women 21 to 44 years old made up 75.4 percent of all women who purchased handguns. Among these younger women, more than half of those who died during the first year (51.9 percent) had committed suicide, and 37.0 percent had committed suicide with use of a firearm. Among all women 21 to 44 years old in California in 1991 and 1992, 6.5 percent of those who died had committed suicide, and 2.8 percent had committed suicide with a firearm.

Information about the type of firearm was available for 116 (61.7 percent) of all suicides by firearm among persons who had purchased handguns within the preceding year; handguns had been used in 114 (98.3 percent) of these suicides. The type of firearm was available for 2401 (65.9 percent) of all 3643 suicides by firearm among adults in California in 1991 and 1992; of these suicides, 1750 (72.9 percent) involved handguns.

After adjustment for age and sex, handgun purchasers, as compared with the general adult population during the same period, were at substantially greater risk for suicide in the first year after a handgun purchase (standardized mortality ratio, 4.31), and the increase was attributable entirely to the substantial excess mortality from suicide by firearm (standardized mortality ratio, 7.12) (Table 3). Women who purchased handguns were at particularly high risk for suicide with a firearm (standardized mortality ratio, 38.71). The excess risk of suicide by any method and of suicide by firearm declined slightly for all purchasers until the age of 44, rose thereafter, and was highest for those 75 years old or older.

The rate of suicide by firearm among handgun purchasers was greatest immediately after the purchase and declined thereafter (Fig. 1). Two purchasers committed suicide by means of a firearm during the 15-day waiting period, before the observation period began, and 48 did so during the first 2 weeks after the waiting period ended. The rate for the first week after purchase was 644 per 100,000 person-years, 57 times as high as the adjusted statewide rate (11.3 per 100,000 persons per year). Of all handgun purchasers who committed suicide by firearm during the six-year observation period, 25.0 percent of women and 13.7 percent of men did so within a month after buying their handguns.

Forty-two purchasers of a handgun were murdered in the first year after their purchase; firearms were involved in 40 (95 percent) of these cases. Homicide by means of a firearm accounted for 4.7 percent

**TABLE 3.** STANDARDIZED MORTALITY RATIOS FOR SUICIDE AND HOMICIDE AMONG HANDGUN PURCHASERS IN THE FIRST YEAR AFTER HANDGUN PURCHASE IN 1991, AS COMPARED WITH AVERAGE ANNUAL MORTALITY FROM SUICIDE AND HOMICIDE AMONG ALL ADULTS IN CALIFORNIA IN 1991 AND 1992.*

| CHARACTERISTIC | SUICIDE | | | HOMICIDE | | |
|---|---|---|---|---|---|---|
| | ALL METHODS | FIRE-ARMS | OTHER METHODS | ALL METHODS | FIRE-ARMS | OTHER METHODS |
| Total† | 4.31 | 7.12 | 0.99 | 0.70 | 0.87 | 0.14 |
| Sex‡ | | | | | | |
| Male | 3.85 | 6.36 | 0.76 | 0.66 | 0.84 | 0.07 |
| Female | 16.13 | 38.71 | 4.84 | 1.83 | 2.20 | 1.41 |
| Age (yr)§ | | | | | | |
| 21–24 | 3.98 | 6.16 | 0.84 | 0.70 | 0.81 | 0.00 |
| 25–34 | 3.76 | 6.58 | 0.81 | 0.65 | 0.83 | 0.00 |
| 35–44 | 3.45 | 5.98 | 1.11 | 0.42 | 0.62 | 0.00 |
| 45–54 | 4.21 | 6.82 | 1.09 | 0.87 | 1.08 | 0.55 |
| 55–64 | 5.07 | 7.84 | 0.63 | 2.19 | 2.60 | 1.67 |
| 65–74 | 7.76 | 9.36 | 3.28 | 4.76 | 10.53 | 0.00 |
| ≥75 | 15.00 | 20.83 | 0.00 | 0.00 | 0.00 | 0.00 |

*Since handgun purchases occurred throughout 1991, first-year comparisons were made to average annual statewide mortality for 1991 and 1992 combined.

†Values have been adjusted for age and sex.

‡Values have been adjusted for age.

§Values have been adjusted for sex.

of all deaths in this cohort. In the state as a whole during 1991 and 1992, firearms were involved in 70.5 percent of homicides, and homicide by firearm accounted for 1.2 percent of all deaths. After adjustment for age, homicide by firearm accounted for fewer deaths than expected among male handgun purchasers (standardized mortality ratio, 0.84) but more deaths than expected among women (standardized mortality ratio, 2.20) (Table 3).

Among men who purchased a handgun, there were fewer deaths than expected from heart disease (standardized mortality ratio, 0.78), cancer (0.67), unintentional injury (0.67), and all causes (0.73) in the first year after the purchase of a handgun. Mortality from all causes among women was greater than expected (standardized mortality ratio, 1.09), though there were fewer deaths than expected from heart disease (standardized mortality ratio, 0.78), cancer (0.47), and unintentional injury (0.46). For women 21 to 44 years of age, the standardized mortality ratio for death from all causes was 1.53. In both cases, the entire increase in the risk of death from all causes could be accounted for by the excess number of deaths from suicide by firearm.

The rate of suicide by firearm among handgun purchasers remained greater than the rate in the general population throughout follow-up (Fig. 2). Standardized mortality ratios for suicide by all methods and for suicide by firearm were lower than those for the first year after purchase but remained high; those for

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.





Figure 2. Rates of Suicide by Firearm during the Six Years after Purchase among Persons Who Purchased Handguns in California in 1991.

The horizontal line indicates the age- and sex-adjusted average annual rate of suicide by firearm in California in 1991 through 1996 (10.7 per 100,000 persons per year).



Figure 1. Rates of Suicide by Firearm in the First Four Weeks (Panel A) and the First Year (Panel B) after Purchase among Persons Who Purchased Handguns in California in 1991.

The horizontal line in Panel B indicates the age- and sex-adjusted average annual rate of suicide by firearm in California in 1991 and 1992 (11.3 per 100,000 persons per year).

TABLE 4. STANDARDIZED MORTALITY RATIOS FOR SUICIDE AND HOMICIDE AMONG HANDGUN PURCHASERS DURING UP TO SIX YEARS' OBSERVATION AFTER PURCHASE IN 1991 (1991 THROUGH 1996), AS COMPARED WITH AVERAGE MORTALITY FROM SUICIDE AND HOMICIDE AMONG ALL ADULTS IN CALIFORNIA IN 1991 THROUGH 1996.

| CHARACTERISTIC | SUICIDE | | | HOMICIDE | | |
|---|---|---|---|---|---|---|
| | ALL METHODS | FIRE ARMS | OTHER METHODS | ALL METHODS | FIRE ARMS | OTHER METHODS |
| Total* | 2.16 | 3.50 | 0.66 | 0.67 | 0.81 | 0.22 |
| Sex† | | | | | | |
| Male | 1.98 | 3.23 | 0.56 | 0.64 | 0.79 | 0.18 |
| Female | 6.83 | 15.50 | 2.54 | 1.55 | 2.01 | 0.97 |
| Age (yr)‡ | | | | | | |
| 21–24 | 2.53 | 3.97 | 0.67 | 0.68 | 0.78 | 0.00 |
| 25–34 | 1.69 | 2.75 | 0.66 | 0.60 | 0.70 | 0.20 |
| 35–44 | 1.89 | 3.28 | 0.73 | 0.62 | 0.80 | 0.22 |
| 45–54 | 2.01 | 3.34 | 0.54 | 0.88 | 1.22 | 0.32 |
| 55–64 | 2.71 | 4.00 | 0.47 | 1.10 | 1.70 | 0.29 |
| 65–74 | 3.70 | 4.58 | 1.32 | 1.68 | 2.70 | 0.78 |
| ≥75 | 5.49 | 7.33 | 0.51 | 0.00 | 0.00 | 0.00 |

*Values have been adjusted for age and sex.

†Values have been adjusted for age.

‡Values have been adjusted for sex.

homicide were little changed (Table 4). Women who purchased a handgun remained at high risk for both suicide by means of a firearm (standardized mortality ratio, 15.50) and death by homicide with a firearm (standardized mortality ratio, 2.01).

Men remained at decreased risk of death from causes other than suicide or homicide and from all causes combined (standardized mortality ratio, 0.69). Mortality from all causes was no longer increased for women overall (standardized mortality ratio, 0.94), but it remained greater than expected for women 21 to 44 years old (standardized mortality ratio, 1.43); 71.4 percent of this increase was attributable to excess deaths from suicide and homicide, and 49.6 percent was attributable specifically to suicide by firearm.

## DISCUSSION

The purchase of a handgun is associated with substantial changes in the risk of violent death. Among people who purchased a handgun in California in 1991, suicide was the leading cause of death in the first year after the purchase; suicide specifically with a firearm ranked second, after heart disease. The rate of suicide by firearm among handgun purchasers during the first week in which they could have had possession of their handguns, at 644 per 100,000 person-years, was similar to rates of suicide by all methods combined among male veterans who had been hospitalized for affective disorders (695 per 100,000 per-

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

sons per year) or schizophrenia (456 per 100,000 persons per year).[16]

The increased risk of death associated with the purchase of a handgun resulted specifically from an increased risk of violent death; there were fewer deaths than expected from other causes among both men and women who purchased handguns. This finding is most likely due to an affluent-gun-buyer effect. The prevalence of handgun ownership rises with socioeconomic status,[3] and increasing socioeconomic status is associated with a lower risk of death from most causes.[17] Persons who in any year spend as much as $600 to purchase handguns are even more likely than other handgun owners to be of higher socioeconomic status than the general population. The risk of suicide generally decreases as socioeconomic status increases, however,[18-20] suggesting that adjustment for socioeconomic status might reveal the increase in the risk of suicide after a handgun purchase to be even larger than we report here.

Two distinct explanations may be proposed for the increased risk of suicide by firearm among recent purchasers of handguns. The near absence of suicides by firearm during the waiting period and the marked increase in the first month after the end of the waiting period suggest that some purchasers owned no other firearms and bought handguns with the intention of killing themselves. Most suicides by firearm occurred after a longer period of ownership, however. In these cases, preexisting access to a handgun may have added to other newly arising risk factors. This possibility would be consistent with the finding that fewer than 10 percent of persons who committed or attempted suicide with a firearm acquired the firearm for that purpose.[21-23]

Some suicides that occurred soon after purchase may have been planned by persons with terminal illnesses so as to avoid further suffering. Our data suggest that this circumstance was not common, however. If it were, some persons who initiated such plans would probably not have completed them, and an increase in early deaths from cancer and heart disease, which we did not observe, would have resulted. On the contrary, studies of survivors suggest that suicide by means of a firearm usually occurs impulsively; alcohol use and conflict with an intimate partner are often involved.[21,23,24]

Our finding that the risk of death from homicide was lower among male purchasers of handguns than among men in the general population appears to conflict with findings in previous studies.[8,11] Differences in study populations may be responsible. The previous studies were based on current ownership of firearms, whereas we focused on the recent legal purchase of handguns. The presumably high socioeconomic status of our study population relative to that of the general population would lessen the risk of homicide[25,26]; the previous studies sought to mini-

mize differences in socioeconomic status. The handgun purchasers in our cohort also passed a background check; none had a conviction for any felony or violent misdemeanor or were known to have been judged mentally ill or to be addicted to controlled substances. The absence of such potential risk factors for death by homicide means that our estimates may be subject to a "good boy" bias.[27] Finally, in the previous studies, the risk of death by homicide for persons in households with firearms was compared with the risk for persons in households without firearms. We compared this risk among recent purchasers of handguns with that in a general population in which the prevalence of handgun ownership may have been 25 percent after adjustment for sex.[2,3] If any access to handguns increases the risk of death by homicide,[8,11] then our estimate of the relative risk of death by homicide among recent handgun purchasers is artifactually low.

The findings for women are striking and suggest an additional, sex-specific link between handgun purchase and violent death. Women are at greater risk for death by homicide committed by an intimate partner with a firearm than by a stranger with all methods combined.[28] Homicide committed by an intimate partner accounts for the increased risk among women of death by homicide when there is a firearm in the home.[9,11] It may be that many women purchase handguns for protection against violence from an intimate partner and that these handguns are used by the partners against them or are at any rate not protective. Women in abusive relationships are also at increased risk for suicide.[9,21,29]

How might suicide among purchasers of handguns be prevented? Focusing efforts on a population at high risk does not substantially reduce rates of suicide.[30-32] As noted in one report, "there is no single, readily identifiable, high-risk population that constitutes a sizeable proportion of overall suicides and yet represents a small, easily targeted group."[30] In our study, handgun purchasers accounted for only 10.3 percent of those who committed suicide by firearm statewide in the year after their handgun purchases and accounted for a smaller proportion thereafter. A screening test for handgun purchasers with a sensitivity and specificity of 99 percent for identifying the 188 persons who committed suicide by means of a firearm within a year would have had a positive predictive value of only 7.2 percent, generating 12.8 false positive results for every true positive.

Reducing access to firearms within an entire population can prevent suicides by firearm.[30-37] Rates of suicide by firearm correlate very closely, both geographically and temporally, with measures of the availability of firearms.[33,38-40] In cross-sectional studies, stricter controls on access to firearms have been found to be associated with lower rates of suicide by firearm.[33,40,41] In New York City, where handgun own-

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

ership has been strictly regulated since the early 20th century, rates of suicide by firearm are very low; rates of suicide by other methods vary directly with the availability of those methods.[42]

More direct evidence comes from time-series studies. A near-ban on the sale and possession of handguns in Washington, D.C., was associated with a rapid and specific 25 percent decrease in the rate of suicide by firearm.[43] Substantial decreases in suicides by firearm were reported in Queensland[34] and Tasmania,[36] Australia, and in Ontario, Canada,[35] after waiting periods of 21 to 28 days and other restrictions on access to firearms were adopted, although in Queensland there was an increase in suicide by other methods. Tasmania's 21-day waiting period resulted in a 51 percent decrease in the proportion of suicides involving firearms that were committed with recently acquired firearms.[36]

Our findings are subject to several limitations. Results may be different in states where demographic features of the population, the base-line prevalence of firearm ownership, or public policy differs from that in California. New York and New Jersey enforce long waiting periods for the purchase of a handgun, and the very high rates of suicide that we observed in the period immediately after purchase may not occur in those states. Conversely, rates of suicide by firearm soon after purchase may be still higher in the 23 states that, because they have no stronger state law, are subject to the Brady Handgun Violence Prevention Act, where waiting periods for most purchases of firearms from licensed dealers were replaced by the National Instant Check System in November 1998.[44]

Policy differences at the state level also affect eligibility to purchase firearms. Few states deny firearms to persons with previous convictions for violent misdemeanors. Since a history of violence or aggression is a risk factor for both suicide[7,9,18,19,45] and homicide,[9,11,46] the risk of violent death associated with recent purchase of a handgun may be higher in most states than we observed in California.

It should be emphasized that we did not compare the risk of death between people who owned firearms and people who did not. If firearm ownership is a risk factor for violent death,[7,9,11] we have underestimated the risk of both suicide and homicide associated with the purchase of a handgun by a person who did not previously own a firearm.

We cannot determine the extent to which increases or decreases in the risk of violent death are attributable specifically to the purchase of a handgun, since we lack information about other risk factors. In addition to a history of violence, alcohol and drug abuse and psychiatric disorders are risk factors for both suicide and homicide.[16,46-48] An increased risk of suicide by firearm might be due to an increased prevalence of these risk factors among handgun purchasers, and not due to the handgun purchase itself. On the other hand, such risk factors may be less common among persons who have recently passed a background check than they are in the general population; this difference might account for the lower risk of death by homicide among men who have recently purchased a handgun than among men in the general population.

We do not know whether the handguns purchased by persons in our study cohort were actually involved in the deaths we analyzed. However, the percentages of firearm-related suicides and homicides that involved handguns were much higher among handgun purchasers than in the state as a whole.

In 1997, suicide by firearm accounted for 54.2 percent of all deaths by firearm nationwide; firearms were used in 62.0 percent of suicides among men and 39.3 percent among women.[49] Suicide by firearm may be most effectively prevented by reducing overall access to firearms. (Unfortunately, however, reduction in access to the means to commit suicide is not among the interventions included in the 1999 *Surgeon General's Call to Action to Prevent Suicide*.[50]) Rates of death by both suicide and homicide among handgun purchasers might also be reduced by prohibiting those with risk factors such as a history of violence or alcohol and drug abuse from purchasing handguns.

A substantial percentage of persons who commit suicide seek medical attention shortly before death.[30] Clinicians need to identify persons who are at acute risk for suicide and to intervene appropriately.[30,51] A patient's declaration of intent to purchase a handgun may also be an indication to determine whether other risk factors for violent death are present.

Supported by a grant from the Joyce Foundation, Chicago.

*We are indebted to the California Department of Justice and the California Department of Health and Human Services for supplying the data used in this study; to Barbara Claire, the program administrator of the Violence Prevention Research Program; and to Melissa Garcia, Kevin Grassel, Gordon Lau, and Vanessa McHenry for able technical assistance.*

## REFERENCES

**1.** Teret SP, Webster DW, Vernick JS, et al. Support for new policies to regulate firearms: results of two national surveys. N Engl J Med 1998;339:813-8.
**2.** Smith TW, Smith RJ. Changes in firearm ownership among women, 1980–1994. J Crim Law Criminol 1995;86:133-49.
**3.** Cook PJ, Ludwig J. Guns in America: results of a comprehensive national survey on firearms ownership and use. Washington, D.C.: Police Foundation, 1996.
**4.** McDowall D, Wiersema B. The incidence of defensive firearm use by US crime victims, 1987 through 1990. Am J Public Health 1994;84:1982-4.
**5.** Kleck G, Gertz M. Armed resistance to crime: the prevalence and nature of self-defense with a gun. J Crim Law Criminol 1995;86:150-87.
**6.** Smith TW. A call for a truce in the DGU war. J Crim Law Criminol 1997;87:1462-9.
**7.** Kellermann AL, Rivara FP, Somes G, et al. Suicide in the home in relation to gun ownership. N Engl J Med 1992;327:467-72.
**8.** Cummings P, Koepsell TD, Grossman DC, Savarino J, Thompson RS. The association between the purchase of a handgun and homicide or suicide. Am J Public Health 1997;87:974-8.
**9.** Bailey JE, Kellermann AL, Somes GW, Banton JG, Rivara FP, Rushforth NB. Risk factors for violent death of women in the home. Arch Intern Med 1997;157:777-82.

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

**10.** Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides: a case-control study. JAMA 1991;266:2989-95.

**11.** Kellermann AL, Rivara FP, Rushforth NB, et al. Gun ownership as a risk factor for homicide in the home. N Engl J Med 1993;329:1084-91.

**12.** Beautrais AL, Joyce PR, Mulder RT. Access to firearms and the risk of suicide: a case control study. Aust N Z J Psychiatry 1996;30:741-8.

**13.** Schwegel J. The definitive baby name book: meanings and popularity rating for over 100,000 names. New York: Marlo, 1997.

**14.** Bureau of the Census. 1990 Census of population: general population characteristics. California: Vol. 1. No. 1990 CP-1-6. Washington, D.C.: Government Printing Office, 1992.

**15.** Projected total population of California counties: official state projections. Report 93 P-3. Sacramento, Calif.: Department of Finance, 1993.

**16.** Pokorny AD. Prediction of suicide in psychiatric patients: report of a prospective study. Arch Gen Psychiatry 1983;40:249-57.

**17.** Sorlie PD, Backlund E, Keller JB. US mortality by economic, demographic, and social characteristics: the National Longitudinal Mortality Study. Am J Public Health 1995;85:949-56.

**18.** Neeleman J, Wessely S, Wadsworth M. Predictors of suicide, accidental death, and premature natural death in a general-population birth cohort. Lancet 1998;351:93-7.

**19.** O'Toole BI, Cantor C. Suicide risk factors among Australian Vietnam era draftees. Suicide Life Threat Behav 1995;25:475-88.

**20.** Kaplan MS, Adamek ME, Geling O. Sociodemographic predictors of firearm suicide among older white males. Gerontologist 1996;36:530-3.

**21.** de Moore GM, Plew JD, Bray KM, Snars JN. Survivors of self-inflicted firearm injury: a liaison psychiatry perspective. Med J Aust 1994;160:421-5.

**22.** Frierson RL. Women who shoot themselves. Hosp Community Psychiatry 1989;40:841-3.

**23.** Frierson RL, Lippmann SB. Psychiatric consultation for patients with self-inflicted gunshot wounds. Psychosomatics 1990;31:67-74.

**24.** Peterson LG, Peterson M, O'Shanick GJ, Swann A. Self-inflicted gunshot wounds: lethality of method versus intent. Am J Psychiatry 1985;142:228-31.

**25.** Kaplan GA, Pamuk ER, Lynch JW, Cohen RD, Balfour JL. Inequality in income and mortality in the United States: analysis of mortality and potential pathways. BMJ 1996;312:999-1003. [Erratum, BMJ 1996;312:1253.]

**26.** Wallace D, Wallace R. Scales of geography, time, and population: the study of violence as a public health problem. Am J Public Health 1998;88:1853-8.

**27.** Sheley JF, Wright JD. High school youths, weapons, and violence: a national survey: research in brief. Washington, D.C.: National Institute of Justice, 1998. (Publication no. NCJ-172857.)

**28.** Kellermann AL, Mercy JA. Men, women, and murder: gender-specific differences in rates of fatal violence and victimization. J Trauma 1992;33:1-5.

**29.** McCauley J, Kern DE, Kolodner K, et al. Clinical characteristics of women with a history of childhood abuse: unhealed wounds. JAMA 1997;277:1362-8.

**30.** Gunnell D, Frankel S. Prevention of suicide: aspirations and evidence. BMJ 1994;308:1227-33.

**31.** Lewis G, Hawton K, Jones P. Strategies for preventing suicide. Br J Psychiatry 1997;171:351-4.

**32.** Rosenman SJ. Preventing suicide: what will work and what will not. Med J Aust 1998;169:100-2.

**33.** Clarke RV, Lester D. Suicide: closing the exits. New York: Springer-Verlag, 1989.

**34.** Cantor CH, Slater PJ. The impact of firearm control legislation on suicide in Queensland: preliminary findings. Med J Aust 1995;162:583-5.

**35.** Carrington PJ, Moyer S. Gun control and suicide in Ontario. Am J Psychiatry 1994;151:606-8.

**36.** Warner K. Firearm deaths and firearm crime after gun licensing in Tasmania. Presented at the Third National Outlook Symposium on Crime, Canberra, Australia, March 22–23, 1999.

**37.** Kleck G, Patterson EB. The impact of gun control and gun ownership levels on violence rates. J Quant Criminol 1993;9:249-87.

**38.** Wintemute GJ. Firearms as a cause of death in the United States, 1920-1982. J Trauma 1987;27:532-6.

**39.** Killias M. International correlations between gun ownership and rates of homicide and suicide. CMAJ 1993;148:1721-5.

**40.** Sloan JH, Rivara FP, Reay DT, Ferris JAJ, Kellermann AL. Firearm regulations and rates of suicide: a comparison of two metropolitan areas. N Engl J Med 1990;322:369-73.

**41.** Boor M, Bair JH. Suicide rates, handgun control laws, and sociodemographic variables. Psychol Rep 1990;66:923-30.

**42.** Marzuk PM, Leon AC, Tardiff K, Morgan EB, Stajic M, Mann JJ. The effect of access to lethal methods of injury on suicide rates. Arch Gen Psychiatry 1992;49:451-8.

**43.** Loftin C, McDowall D, Wiersema B, Cottey TJ. Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. N Engl J Med 1991;325:1615-20.

**44.** Brady Handgun Violence Prevention Act, Pub. L. No. 103-159, 107 Stat. 1536 (to amend the Gun Control Act of 1968 (18 U.S.C. ch. 44)) enacted Nov. 30, 1993.

**45.** Plutchik R. Outward and inward directed aggressiveness: the interaction between violence and suicidality. Pharmacopsychiatry 1995;28:Suppl 2:47-57.

**46.** McGonigal MD, Cole J, Schwab CW, Kauder DR, Rotondo MF, Angood PB. Urban firearm deaths: a five-year perspective. J Trauma 1993;35:532-7.

**47.** Rivara FP, Mueller BA, Somes G, Mendoza CT, Rushforth NB, Kellermann AL. Alcohol and illicit drug abuse and the risk of violent death in the home. JAMA 1997;278:569-75.

**48.** Allebeck P, Allgulander C, Fisher LD. Predictors of completed suicide in a cohort of 50,465 young men: role of personality and deviant behavior. BMJ 1988;297:176-8.

**49.** Hoyert DL, Kochanek KD, Murphy SL. Deaths: final data for 1997. Natl Vital Stat Rep 1999;47(19):1-105.

**50.** The Surgeon General's call to action to prevent suicide. Washington, D.C.: Public Health Service, 1999.

**51.** Hirschfeld RMA, Russell JM. Assessment and treatment of suicidal patients. N Engl J Med 1997;337:910-5.

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 1999 Massachusetts Medical Society. All rights reserved.

# EXHIBIT 19

Downloaded from http://injuryprevention.bmj.com/ on February 12, 2015 - Published by group.bmj.com

ORIGINAL ARTICLE

# Association between handgun purchase and mortality from firearm injury

**K M Grassel, G J Wintemute, M A Wright, M P Romero**

.................................................................................................................

Injury Prevention 2003;9:48–52

**Objective:** To determine the association between mortality from violent or firearm related injury and previous handgun purchase.

**Methods:** Case-control study of 213 466 Californians ages 21 and older who died in 1998; cases were the 4728 violent or firearm related injury deaths, with subsets by specific cause and means of death, and controls were the 208 738 non-injury deaths. The exposure of interest was the purchase of a handgun during 1996–98. The main outcome measure was the odds ratio for handgun purchase, adjusted for age, sex, race, education, and marital status.

**Results:** Handgun purchase was more common among persons dying from suicide (odds ratio (OR) 6.8; 95% confidence interval (CI) 5.7 to 8.1) or homicide (OR 2.4, 95% CI 1.6 to 3.7), and particularly among those dying from gun suicide (OR 12.5; 95% CI 10.4 to 15.0) or gun homicide (OR 3.3; 95% CI 2.1 to 5.3), than among controls. No such differences were seen for non-gun suicide or homicide. Among women, those dying from gun suicide were much more likely than controls to have purchased a handgun (OR 109.8; 95% CI 61.6 to 195.7). Handgun purchasers accounted for less than 1% of the study population but 2.4% of gun homicides, 14.2% of gun suicides, and 16.7% of unintentional gun deaths. Gun suicide made up 18.9% of deaths among purchasers but only 0.6% of deaths among non-purchasers.

**Conclusion:** Among adults who died in California in 1998, those dying from violence were more likely than those dying from non-injury causes to have purchased a handgun.

See end of article for authors' affiliations
.......................
Correspondence and reprint requests to: Dr Garen J Wintemute, Violence Prevention Research Program, UC Davis Medical Center, 2315 Stockton Blvd, Sacramento, CA 95817, USA;
gjwintemute@ucdavis.edu
.......................

Although firearm mortality rates in the United States have decreased since 1993, firearms accounted for 28 663 deaths in 2000 and ranked 11th among all causes of death.[1] Gun homicide rates have fallen dramatically in the last decade,[2] but gun suicide rates have seen little change. In 2000 there were 16 586 gun suicides among persons age 21 and older, outnumbering the 10 801 gun homicides by 54%.[1]

Case-control studies find that gun availability increases risk of homicide,[3–6] while one cohort study finds this to be true for women, but not for men.[7] With one exception,[8] studies of suicide have consistently shown that the risk of suicide increases when a firearm is available.[3 5–7 9] The majority of these studies, however, inferred a passive exposure to a handgun (for example, a handgun present in the home). Little is known about the relationship between handgun purchase itself—the conscious decision to undergo a sustained close exposure to firearms—and subsequent risk of violent or firearm related mortality.

In a cohort study of handgun purchasers in California in 1991, the purchase of a handgun was associated with a substantial increase in risk of firearm suicide that was present within a week of purchase and persisted for at least six years.[7] The continuing decline in overall rates of firearm related death since that study was conducted may have affected the association between handgun purchase and mortality. In addition, that earlier study left several important questions unanswered: Among those who die from gun violence, particularly suicide, what proportion have recently purchased a handgun? Are very recent handgun purchasers most likely to die from violence, especially firearm related violence?

To answer these questions, we performed a case-control study of all people age 21 and older who died in California in 1998. Our hypothesis was that people dying from violence, and especially firearm related violence, were more likely to have bought a handgun in the three years before their death than those who died from non-injury causes. We also hypothesized that those who died from violence were much more likely to have bought a handgun very recently—within one year of death—than were those who died from non-injury causes. We also compared the prevalence and ranking of deaths from violence and firearm related injury among handgun purchasers and non-purchasers.

## METHODS

California's automated Death Statistical Master File contains information on all deaths that occur in the state. We used this file to identify all persons age 21 and older who died in California in 1998 (n=221 317). The file provided information on sex, age, race, marital status, years of education, date of birth, date of death, and cause of death (*International Classification of Diseases*, 9th revision, codes including four digit E codes).[10] We used California's state handgun purchase data from 1996–98 to identify handgun purchasers. The handgun purchase data contain records of all legal handgun purchases made from licensed California firearm retailers. Handgun sales between private parties would be included in these data if they were conducted legally, as California law requires all such sales to go through a licensed retailer. Any private sales or transfers not going through a licensed retailer would not appear in the purchase data.

The mortality file was joined with the purchase data by matching on last name and date of birth. Apparent matches were manually reviewed and verified using additional data such as sex, place of birth, and middle name. Subjects in the mortality file with no match in the purchase data were considered not to have purchased a handgun within three years of death.

.................................................................

**Abbreviations:** CI, confidence interval; OR, odds ratio

Downloaded from http://injuryprevention.bmj.com/ on February 12, 2015 - Published by group.bmj.com

Handgun purchase and violent death

49

We used a case-control study design, rather than a proportional mortality design, to enhance the validity of the study.[11 12] As recommended by Rothman and Greenland[11] and Miettinen and Wang,[17] cases in such a design are persons who died from the causes of death that are being investigated. In selecting controls, it is then important to exclude persons for whose causes of death an association with the exposure of interest is "known, suspected, or merely plausible" (Rothman and Greenland, p 77[11]).

In applying this principle to selecting controls for this study, we noted that firearm ownership generally,[13] the ownership of semiautomatic and automatic firearms specifically,[14] and carrying a firearm on one's person[15] are all associated with abusive consumption of alcohol. As alcohol abuse is one of the most important risk factors for death from unintentional injury, we considered it likely that handgun purchase is associated, though perhaps indirectly, with risk for an unintentional injury death. We therefore excluded from our control population persons who died from unintentional injuries, such as motor vehicle crashes and falls (n=7617). We also excluded persons who died from injuries of undetermined intent (n=185), legal intervention (n=47), and injuries resulting from operations of war (n=2).

The main outcome measure for the study is the exposure odds ratio: the odds of having purchased a handgun before death among cases relative to controls. We used logistic regression to calculate odds ratios and 95% confidence intervals, which we adjusted for age, sex, race, education, and marital status. Age was treated as a categorical variable (table 1). We developed multiple models to compare subsets of our case population with the control group. These subsets included persons who died of any intentional violence, homicide, suicide, and unintentional firearm deaths. We stratified subsets related to violence by whether or not deaths were firearm related. The control population remained constant across all comparisons.

## RESULTS

A total of 213 466 people age 21 and older who died in California in 1998 made up our study population: 4728 cases died from a violent or firearm related injury (2.2% of the study population), and 208 738 controls died from non-injury causes (97.8% of the study population) (table 1). The 1162 persons (0.5% of the study population) who were known to have purchased a handgun between 1996 and 1998 were considered to have sustained the exposure of interest.

Men accounted for 79.3% of cases but only 48.8% of controls (table 1). Those who died from violent or firearm related injury were younger (mean age 44.6) than those who died from non-injury causes (mean age 74.7). There were much higher proportions of Hispanics and black people and a lower proportion of white people among cases compared with controls. There was little difference in educational history between the two groups, but those dying from violent or firearm related injury were more likely to be single or divorced, and less likely to be married or widowed, than were those dying from non-injury causes.

Persons who died from intentional violence were more likely than those who died from non-injury causes to have purchased a handgun (odds ratio (OR) 5.7; 95% confidence interval (CI) 4.8 to 6.8) (table 2). This was also true for the subsets of cases dying from suicide (OR 6.8; 95% CI 5.7 to 8.1) and homicide (OR 2.4; 95% CI 1.6 to 3.7), and particularly for those dying from gun suicide (OR 12.5; 95% CI 10.4 to 15.0) or gun homicide (OR 3.3; 95% CI 2.1 to 5.3). No such difference was seen for cases dying from non-gun suicide or homicide.

Very recent handgun purchase, defined as purchase within one year of death, was strongly associated with violent or firearm related injury death (table 3). This was again the case for both suicide (OR 12.5; 95% CI 10.0 to 15.6) and homicide (OR 3.9; 95% CI 2.2 to 6.8), and particularly gun suicide (OR 22.7; 95% CI 18.2 to 28.4) and gun homicide (OR 5.8; 95% CI 3.1 to 10.8).

**Table 1** Characteristics of Californians age 21 and older who died in 1998; results are number (%)

| Characteristics | Violent injury death (n=4728) | Non-injury death (n=208 738) |
|---|---|---|
| **Purchaser*** | | |
| Yes | 275 (5.8) | 887 (0.4) |
| No | 4453 (94.2) | 207 851 (99.6) |
| **Recent purchaser†** | | |
| Yes | 200 (4.2) | 369 (0.2) |
| No | 4528 (95.8) | 208 369 (99.8) |
| **Sex** | | |
| Male | 3748 (79.3) | 101 864 (48.8) |
| Female | 980 (20.7) | 106 874 (51.2) |
| **Age** | | |
| 21–24 | 553 (11.7) | 410 (0.2) |
| 25–34 | 1113 (23.5) | 2311 (1.1) |
| 35–44 | 1097 (23.2) | 6800 (3.3) |
| 45–54 | 744 (15.7) | 13 473 (6.5) |
| 55–64 | 417 (8.8) | 21 394 (10.2) |
| 65–74 | 340 (7.2) | 42 075 (20.2) |
| ≥75 | 464 (9.8) | 122 275 (58.6) |
| **Race** | | |
| White | 2788 (59.0) | 158 063 (75.7) |
| Hispanic | 1003 (21.2) | 21 803 (10.4) |
| Black | 578 (12.2) | 15 563 (7.5) |
| Asian | 283 (6.0) | 11 483 (5.5) |
| Other, unknown | 76 (1.6) | 1826 (0.9) |
| **Years of education** | | |
| <12 | 1079 (22.8) | 53 946 (25.8) |
| 12 | 1792 (37.9) | 79 490 (38.1) |
| 13–15 | 884 (18.7) | 35 259 (16.9) |
| 16 | 503 (10.6) | 20 689 (9.9) |
| ≥17 | 314 (6.6) | 12 729 (6.1) |
| Unknown | 156 (3.3) | 6625 (3.2) |
| **Marital status** | | |
| Married | 1705 (36.1) | 86 231 (41.3) |
| Single | 1718 (36.3) | 16 326 (7.8) |
| Divorced | 833 (17.6) | 25 976 (12.4) |
| Widowed | 381 (8.1) | 78 623 (37.7) |
| Unknown | 91 (1.9) | 1582 (0.8) |

*Purchased a handgun between 1996 and 1998.
†Purchased a handgun within one year of death.

The association between handgun purchase and violent death was stronger among women than in the study population as a whole (table 4). In particular, women who died from gun suicide were much more likely to have purchased a handgun than women who died from non-injury causes (OR 109.8; 95% CI 61.6 to 195.7). Since 79.3% (3748 of 4728) of the cases were men, odds ratios for men were very similar to those for all cases and are not shown separately.

Almost 22% (252 of 1162) of deaths among handgun purchasers were firearm related. Gun suicide accounted for 18.9% of deaths among handgun purchasers and 0.6% of deaths among non-purchasers. Gun suicide was the third leading cause of death among male handgun purchasers, accounting for 17.5% of all deaths (188 of 1076), but made up only 1.1% of deaths among male non-purchasers (1155 of 104 536). Gun suicide was the leading cause of death for female handgun purchasers and accounted for 37.2% of all deaths in that group (32 of 86), but accounted for only 0.2% of deaths among female non-purchasers (171 of 107 768). Gun suicide was also the leading cause of death among persons who purchased a handgun within one year of death, accounting for 29.3% of all deaths in that population (167 of 569).

Handgun purchasers made up just 0.5% of our study population (1162 of 213 466 persons), but accounted for 5.8% of all violent deaths (275 of 4728), 7.8% of suicides (237 of 3035), and 1.9% of homicides (32 of 1657). Similarly, purchasers accounted for 14.2% of gun suicides (220 of 1546), 2.4% of gun homicides (26 of 1102), and 16.7% of unintentional gun deaths (six of 36). Of all handgun purchasers who died in 1998, 48.9% (569 of 1162) bought a handgun within one year of their deaths.

Downloaded from http://injuryprevention.bmj.com/ on February 12, 2015 - Published by group.bmj.com

**Table 2** Crude and adjusted odds ratios for handgun purchase within three years of death among Californians age 21 and older who died from selected injury causes in 1998, compared with persons who died from non-injury causes

| Cause of death | No exposed/No unexposed | | Odds ratios (95% confidence intervals) | | |
| | Cases | Controls | Unadjusted | Adjusted* | p Value |
| --- | --- | --- | --- | --- | --- |
| Intentional violence† | 269/4423 | 887/207 851 | 14.3 (12.4 to 16.4) | 5.7 (4.8 to 6.8) | <0.001 |
| Any gun injury | 252/2432 | 887/207 851 | 24.3 (21.0 to 28.1) | 10.2 (8.5 to 12.2) | <0.001 |
| Suicide | 237/2798 | 887/207 851 | 19.8 (17.1 to 23.0) | 6.8 (5.7 to 8.1) | <0.001 |
| Gun suicide | 220/1326 | 887/207 851 | 38.9 (33.2 to 45.5) | 12.5 (10.4 to 15.0) | <0.001 |
| Non-gun suicide | 17/1472 | 887/207 851 | 2.7 (1.7 to 4.4) | 0.9 (0.6 to 1.6) | 0.814 |
| Homicide | 32/1625 | 887/207 851 | 4.6 (3.2 to 6.6) | 2.4 (1.6 to 3.7) | <0.001 |
| Gun homicide | 26/1076 | 887/207 851 | 5.7 (3.8 to 8.4) | 3.3 (2.1 to 5.3) | <0.001 |
| Non-gun homicide | 6/549 | 887/207 851 | 2.6 (1.1 to 5.7) | 1.3 (0.6 to 2.9) | 0.551 |
| Gun unintentional | 6/30 | 887/207 851 | 46.9 (19.5 to 112.9) | 18.5 (7.0 to 48.6) | <0.001 |

*Adjusted for age, sex, race, education, and marital status.
†Combines homicide and suicide.

**Table 3** Crude and adjusted odds ratios for handgun purchase within one year of death among Californians age 21 and older who died from selected injury causes in 1998, compared with persons who died from non-injury causes

| Cause of death | No exposed/No unexposed | | Odds ratios (95% confidence intervals) | | |
| | Cases | Controls | Unadjusted | Adjusted* | p Value |
| --- | --- | --- | --- | --- | --- |
| Intentional violence† | 197/4495 | 369/208 369 | 24.7 (20.8 to 29.5) | 10.7 (8.6 to 13.4) | <0.001 |
| Any gun injury | 185/2499 | 369/208 369 | 41.8 (34.9 to 50.1) | 19.3 (15.4 to 24.2) | <0.001 |
| Suicide | 179/2856 | 369/208 369 | 35.4 (29.5 to 42.5) | 12.5 (10.0 to 15.6) | <0.001 |
| Gun suicide | 167/1379 | 369/208 369 | 68.4 (56.5 to 82.7) | 22.7 (18.2 to 28.4) | <0.001 |
| Non-gun suicide | 12/1477 | 369/208 369 | 4.6 (2.6 to 8.2) | 1.6 (0.9 to 3.0) | 0.130 |
| Homicide | 18/1639 | 369/208 369 | 6.2 (3.9 to 10.0) | 3.9 (2.2 to 6.8) | <0.001 |
| Gun homicide | 15/1087 | 369/208 369 | 7.8 (4.6 to 13.1) | 5.8 (3.1 to 10.8) | <0.001 |
| Non-gun homicide | 3/552 | 369/208 369 | 3.1 (1.0 to 9.6) | 1.8 (0.6 to 5.9) | 0.308 |
| Gun unintentional | 3/33 | 369/208 369 | 51.3 (15.7 to 168.1) | 19.6 (5.4 to 70.5) | <0.001 |

*Adjusted for age, sex, race, education, and marital status.
†Combines homicide and suicide.

**Table 4** Crude and adjusted odds ratios for handgun purchase within three years of death among female Californians age 21 and older who died from selected injury causes in 1998, compared with women who died from non-injury causes

| Cause of death | No exposed/No unexposed | | Odds ratios (95% confidence intervals) | | |
| | Cases | Controls | Unadjusted | Adjusted* | p Value |
| --- | --- | --- | --- | --- | --- |
| Intentional violence† | 37/942 | 49/106 825 | 85.6 (55.6 to 131.9) | 26.2 (15.0 to 45.8) | <0.001 |
| Any gun injury | 32/323 | 49/106 825 | 216.0 (136.5 to 341.7) | 73.2 (41.0 to 130.7) | <0.001 |
| Suicide | 36/635 | 49/106 825 | 123.6 (79.8 to 191.4) | 33.9 (19.3 to 59.3) | <0.001 |
| Gun suicide | 32/171 | 49/106 825 | 408.0 (255.0 to 652.8) | 109.8 (61.6 to 195.7) | <0.001 |
| Non-gun suicide | 4/464 | 49/106 825 | 18.8 (6.8 to 52.3) | 4.6 (1.5 to 14.5) | 0.009 |
| Homicide | 1/307 | 49/106 825 | 7.1 (1.0 to 51.6) | 2.5 (0.3 to 20.1) | 0.400 |
| Gun homicide | 0/151 | 49/106 825 | – | – | – |
| Non-gun homicide | 1/156 | 49/106 825 | 14.0 (1.9 to 101.8) | 4.0 (0.5 to 32.8) | 0.195 |
| Gun unintentional | 0/1 | 49/106 825 | – | – | – |

*Adjusted for age, race, education, and marital status.
†Combines homicide and suicide.

## DISCUSSION

Among Californians who died in 1998, those whose deaths resulted from violence or firearm related injury were more likely than those who died from non-injury causes to have purchased a handgun between 1996 and 1998. While this association was strongest among persons dying from suicide, there was no evidence that the purchase of a handgun produced a protective effect against homicide; homicide victims were also more likely to have purchased a handgun than those dying from non-injury causes. Over one fifth of deaths among handgun purchasers, but just 1.1% of deaths among non-purchasers, were from gun related injury—an increase that was attributable almost entirely to an increase in gun suicide. Handgun purchasers constituted just 0.5% of our study population, but they committed 14.2% of gun suicides.

Among women, the association between violent death and handgun purchase was remarkably strong, again due largely to gun suicide. Although the number of female purchasers in our study population was small, these results should not be dismissed. Handgun manufacturers have recently increased the marketing of guns to women by touting the protection handguns may provide them.[16] Our findings show, however, that women who died from violence were more likely, not less, to have purchased a handgun within the three years before their death.

For three reasons, our findings probably underestimate the association between violent or firearm related death and prior purchase of a handgun. First, although our non-purchasers had not bought a handgun from a licensed California gun retailer within three years before their deaths, they could have

Downloaded from http://injuryprevention.bmj.com/ on February 12, 2015 - Published by group.bmj.com

done so earlier. They could also have recently purchased a handgun from a source other than a licensed retailer without producing a record of the transaction. This has been illegal in California since 1991, but we believe it occurs frequently: perhaps 40% of all transfers of firearms are between private parties,[17 18] but less than 10% of sales records forwarded to the California Department of Justice are for such private party sales (unpublished data on file with the authors). Second, non-purchasers could be passively exposed to guns. Some 35% to 40% of all households in the United States have a gun, and as many as 25% have a handgun.[18–21] Even passive exposure appears to increase the risk of a gun related death and therefore would increase the risk of dying by gun violence in our non-purchasing population.[4–6 9] Our odds ratios are therefore probably lower than would be observed if handgun exposure, whether by personal acquisition or passively, could be measured perfectly.

Third, we are unable to eliminate completely from our control population persons dying from causes of death that are "plausibly" (Rothman and Greenland, p 77[11]) related to our exposure of interest. Alcohol abuse, for which an association with both gun use and unintentional injury death led us to exclude injury deaths from our control group, is also related to death from some forms of cancer and cardiovascular disease and other causes—though the attributable risk is both less in absolute terms and not as predominant as it is for unintentional injury. Handgun purchase may be indirectly associated with many causes of death if it is associated with other common behavioral risk factors; including these causes of death in our control population is another source of conservative bias in our estimates of association.

Our results are subject to other limitations. Since all members of our study population died, we could not estimate the actual risk of dying from gun related causes. We do not know if the gun deaths of the purchasers in our study population involved the handguns they bought between 1996 and 1998, nor do we know if any purchasers resold their guns before death and were no longer exposed. The study population does not include persons less than 21 years of age, because they are prohibited from purchasing a handgun. We measured the effect a handgun purchase had on causes of death among purchasers who died in 1998, not on other members of their households.

We also did not have data for attributes such as mental illness, isolation, alcohol and other drug abuse, exposure to violence, and a prior criminal history, that earlier studies have found to have a relationship, independent of household gun ownership, to risk for homicide or suicide.[4–6] It is important to note that those studies used live controls. In this study, where all subjects died and case-control assignment was made on cause of death, not vital status, the relationship between such attributes and the primary exposure and outcome of interest could be quite different.

Because our data allowed us to measure the effects of an individual's decision to assume the risks associated with handgun ownership, the results of this study differ from those of past case-control studies. With one exception,[3] previous studies only measured the risk of a passive exposure to a handgun present in the household.[4–6 9] In addition, this study focused on recent exposure to a handgun, whereas exposure in all other studies but one[3] was of unknown duration.

Our findings document a very strong association between handgun purchase and subsequent gun suicide. There are few evidence based solutions to the problem of suicide. It would, for example, be difficult to screen potential gun buyers for suicide risk factors.[7] General restrictions on handgun ownership, on the other hand, have been found to reduce gun suicide rates without an increase in suicide by other means.[22] Since those who die from gun suicide are likely to have been recent handgun purchasers, it is possible that an extended waiting period could have a "cooling off" effect.[23–25] It is also possible,

**Key points**

- Among adults dying in California in 1998, a handgun purchase during 1996–98 was more common among persons dying from suicide (OR 6.8), gun suicide (OR 12.5), homicide (OR 2.4), and gun homicide (OR 3.3) than among those dying from non-injury causes.
- Among women, handgun purchase was much more common among those dying from suicide (OR 33.9) and gun suicide (OR 109.8). Gun suicide accounted for 37.2% of all deaths among women who purchased handguns.
- Persons who bought a handgun during 1996–98 made up 0.5% of those who died in 1998, but accounted for 5.8% of all violent deaths, 2.4% of gun homicides, 14.2% of gun suicides, and 16.7% of unintentional gun deaths.
- Gun suicide accounted for 18.9% of deaths among handgun purchasers and 0.6% of deaths among non-purchasers.

however, that this "cooling off" period would only delay suicides, not prevent them. Temporary prohibitions on gun purchase by persons who have been involuntarily hospitalized for mental health reasons, a policy that was recently adopted in California, may be of some benefit.

## ACKNOWLEDGEMENTS
The authors are grateful to the California Departments of Justice and Health Services for supplying the data used in this study, and to Barbara Claire, VPRP's program administrator; Dr Christiana Drake, Melissa Garcia, and Vanessa McHenry for able technical support.

This research was supported by grants from the Joyce Foundation and The David and Lucile Packard Foundation (1999–8827).

. . . . . . . . . . . . . . . . . . . . .
**Authors' affiliations**
**K M Grassel, G J Wintemute, M A Wright, M P Romero,** Violence Prevention Research Program, University of California, Davis

## REFERENCES
1 **Minino AM,** Arias E, Kochanek KD, *et al.* Deaths: final data for 2000. *National Vital Statistics Reports* 2002;**50**(15):1–120.
2 **Blumstein A.** Disaggregating the violence trends. In: Blumstein A, Wallman J, eds. *The crime drop in America.* New York, NY: Cambridge University Press, 2000: 13–44.
3 **Cummings P,** Koepsell TD, Grossman DC, *et al.* The association between the purchase of a handgun and homicide or suicide. *Am J Public Health* 1997;**87**:974–8.
4 **Kellermann AL,** Rivara FP, Rushforth NB, *et al.* Gun ownership as a risk factor for homicide in the home. *N Engl J Med* 1993;**329**:1084–91.
5 **Kellermann AL,** Somes G, Rivara FP, *et al.* Injuries and deaths due to firearms in the home. *J Trauma* 1998;**45**:263–7.
6 **Bailey JE,** Kellermann AL, Somes GW, *et al.* Risk factors for violent death of women in the home. *Arch Intern Med* 1997;**157**:777–82.
7 **Wintemute GJ,** Parham CA, Beaumont JJ, *et al.* Mortality among recent purchasers of handguns. *N Engl J Med* 1999;**341**:1583–9.
8 **Beautrais AL,** Joyce PR, Mulder R. Access to firearms and the risk of suicide: a case control study. *Aust N Z J Psychiatry* 1996;**30**:741–8.
9 **Kellermann AL,** Rivara FP, Somes G, *et al.* Suicide in the home in relation to gun ownership. *N Engl J Med* 1992;**327**:467–72.
10 **World Health Organization.** *Internal classification of diseases, 9th revision (ICD-9).* Geneva, Switzerland: World Health Organization, 1978.
11 **Rothman KJ,** Greenland S. Types of epidemiologic study. In: Rothman KJ, Greenland S, eds. *Modern epidemiology.* 2nd Ed. Philadelphia, PA: Lippincott-Raven, 1998: 67–78.
12 **Miettinen OS,** Wang J-D. An alternative to the proportionate mortality ratio. *Am J Epidemiol* 1981;**114**:144–8.
13 **Diener E,** Kerber KW. Personality characteristics of American gun-owners. *J Soc Psychol* 1979;**107**:227–38.
14 **Hemenway D,** Richardson E. Characteristics of automatic or semiautomatic firearm ownership in the United States. *Am J Public Health* 1997;**87**:286–8.
15 **Nelson DE,** Grant-Worley JA, Powell K, *et al.* Population estimates of household firearm storage practices and firearm carrying in Oregon. *JAMA* 1996;**275**:1744–8.
16 **Diaz T.** *Making a killing: the business of guns in America.* New York, NY: The New Press, 1999.
17 **Cook PJ,** Molliconi S, Cole TB. Regulating gun markets. *Journal of Criminal Law and Criminology* 1995;**86**:59–92.

Downloaded from http://injuryprevention.bmj.com/ on February 12, 2015 - Published by group.bmj.com

18 **Cook PJ**, Ludwig J. *Guns in America: results of a comprehensive national survey on firearms ownership and use.* Washington, DC: The Police Foundation, 1996.
19 **Stennies G**, Ikeda R, Leadbetter S, *et al.* Firearm storage practices and children in the home, United States, 1994. *Arch Pediatr Adolesc Med* 1999;**153**:586–90.
20 **Senturia YD**, Christoffel KK, Donovan M. Children's household exposure to guns: a pediatric practice-based survey. *Pediatrics* 1994;**93**:469–75.
21 **Smith TW**. *1998 national gun policy survey: research findings.* Chicago, IL: National Opinion Research Center, University of Chicago, 1999.

22 **Loftin C**, McDowall D, Wiersema B, *et al.* Effects of restrictive licensing of handguns on homicide and suicide in the District of Columbia. *N Engl J Med* 1991;**325**:1615–20.
23 **Cantor CH**, Slater PJ. The impact of firearm control legislation on suicide in Queensland: preliminary findings. *Med J Aust* 1995;**162**:583–5.
24 **Warner K**. Firearm deaths and firearm crime after gun licensing in Tasmania. Paper presented at: Third National Outlook Symposium on Crime; 22–23 March 1999; Canberra, Australia.
25 **Carrington PJ**, Moyer S. Gun control and suicide in Ontario. *Am J Psychiatry* 1994;**151**:606–8.

# LACUNAE ...............................................................................................

### Zipper slips suffered in silence

They may be the tip, so to speak, of a very substantial iceberg. The 13 men and boys who have fronted up to Queensland hospitals in the past four years with trouser-zipper injuries to the penis are probably outnumbered many times by those who bear their affliction privately.

Richard Hockey, data analyst at the Queensland Injury Surveillance Unit, reveals that "people probably try to treat themselves first". "The embarrassment factor might put you off", he said.

Mr Hockey said he was surprised to discover that trapped genitals were far and away the leading cause of clothing related injury when he analysed emergency department statistics from 1998 to 2001. It could be a subtropical issue, Mr Hockey said. "Maybe it is seasonal. In the hotter weather, anecdotally, people are going without underpants. Perhaps it is now time to return to button flies".

In total, clothes were implicated in 81 injuries, including finger dislocations from putting on or removing socks, and fractures sustained in falls during that tricky stage when one leg is in the pants and the other is trying to locate the other hole.

Dressing was a highly personal ritual, Mr Hockey said, and one, perhaps, that people did not adapt sufficiently to with their age, mobility, and health. "People keep on doing it the same way, but maybe when they are a bit older can't reach their feet as well" (from the *Sydney Morning Herald*. Contributed by Richard Hockey).

Mike Hayes, *Injury Prevention* deputy editor adds: A similar cause of injury to children showed up several years ago when we undertook work on clothing safety for the UK's Department of Trade and Industry. I would not describe the UK as tropical!

Downloaded from http://injuryprevention.bmj.com/ on February 12, 2015 - Published by group.bmj.com



# Association between handgun purchase and mortality from firearm injury

K M Grassel, G J Wintemute, M A Wright and M P Romero

*Inj Prev* 2003 9: 48-52
doi: 10.1136/ip.9.1.48

---

Updated information and services can be found at:
**http://injuryprevention.bmj.com/content/9/1/48**

---

*These include:*

| | |
|---|---|
| **References** | This article cites 17 articles, 3 of which you can access for free at: **http://injuryprevention.bmj.com/content/9/1/48#BIBL** |
| **Email alerting service** | Receive free email alerts when new articles cite this article. Sign up in the box at the top right corner of the online article. |

---

| | |
|---|---|
| **Topic Collections** | Articles on similar topics can be found in the following collections |

IP Gun violence (41)
Suicide (public health) (188)
Suicide/Self harm (injury) (188)
Epidemiologic studies (809)

---

**Notes**

---

To request permissions go to:
**http://group.bmj.com/group/rights-licensing/permissions**

To order reprints go to:
**http://journals.bmj.com/cgi/reprintform**

To subscribe to BMJ go to:
**http://group.bmj.com/subscribe/**

# EXHIBIT 20



*The* NEW ENGLAND JOURNAL *of* MEDICINE



## Perspective

SEPTEMBER 4, 2008

# Guns and Suicide in the United States

Matthew Miller, M.D., Sc.D., and David Hemenway, Ph.D.

This past June, in a 5-to-4 decision in *District of Columbia v. Heller*, the Supreme Court struck down a ban on handgun ownership in the nation's capital and ruled that the District's law requiring all fire-

arms in the home to be locked violated the Second Amendment. But the Supreme Court's finding of a Second Amendment right to have a handgun in the home does not mean that it is a wise decision to own a gun or to keep it easily accessible. Deciding whether to own a gun entails balancing potential benefits and risks. One of the risks for which the empirical evidence is strongest,[1] and the risk whose death toll is greatest, is that of completed suicide.

In 2005, the most recent year for which mortality data are available, suicide was the second-leading cause of death among Americans 40 years of age or younger. Among Americans of all ages, more than half of all suicides are gun suicides. In 2005, an average of 46 Americans per day committed suicide with a firearm, accounting for 53% of all completed suicides. Gun suicide during this period accounted for 40% more deaths than gun homicide.

Why might the availability of firearms increase the risk of suicide in the United States? First, many suicidal acts — one third to four fifths of all suicide attempts, according to studies — are impulsive. Among people who made near-lethal suicide attempts, for example, 24% took less than 5 minutes between the decision to kill themselves and the actual

attempt, and 70% took less than 1 hour.[2]

Second, many suicidal crises are self-limiting. Such crises are often caused by an immediate stressor, such as the breakup of a romantic relationship, the loss of a job, or a run-in with police. As the acute phase of the crisis passes, so does the urge to attempt suicide. The temporary nature and fleeting sway of many suicidal crises is evident in the fact that more than 90% of people who survive a suicide attempt, including attempts that were expected to be lethal (such as shooting oneself in the head or jumping in front of a train), do not go on to die by suicide. Indeed, recognizing the self-limiting nature of suicidal crises, penal and psychiatric institutions restrict access to lethal means for persons identified as potentially suicidal.

Third, guns are common in

989

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 2008 Massachusetts Medical Society. All rights reserved.

Case 2:14-cv-02626-TLN-DAD Document 48-19 Filed 05/26/17 Page 1 of 3

the United States (more than one third of U.S. households contain a firearm) and are lethal. A suicide attempt with a firearm rarely affords a second chance. Attempts involving drugs or cutting, which account for more than 90% of all suicidal acts, prove fatal far less often.

The empirical evidence linking suicide risk in the United States to the presence of firearms in the home is compelling.[3] There are at least a dozen U.S. case–control studies in the peer-reviewed literature, all of which have found that a gun in the home is associated with an increased risk of suicide. The increase in risk is large, typically 2 to 10 times that in homes without guns, depending on the sample population (e.g., adolescents vs. older adults) and on the way in which the firearms were stored. The association between guns in the home and the risk of suicide is due entirely to a large increase in the risk of suicide by firearm that is not counterbalanced by a reduced risk of nonfirearm suicide. Moreover, the increased risk of suicide is not explained by increased psychopathologic characteristics, suicidal ideation, or suicide attempts among members of gun-owning households.

Three additional findings from the case–control studies are worth noting. The higher risk of suicide in homes with firearms applies not only to the gun owner but also to the gun owner's spouse and children. The presence of a gun in the home, no matter how the gun is stored, is a risk factor for completed suicide. And there is a hierarchy of suicide risk consistent with a dose–response relationship. How

| | Data on Suicides in States with the Highest and Lowest Rates of Gun Ownership, 2001–2005.* | | |
|---|---|---|---|
| Variable | States with the Highest Rates of Gun Ownership | States with the Lowest Rates of Gun Ownership | Ratio of Mortality Rates |
| Person-years | 195 million | 200 million | |
| Percent of households with guns | 47 | 15 | |
| **Male** | | | |
| No. of firearm suicides | 14,365 | 3,971 | 3.7 |
| No. of nonfirearm suicides | 6,573 | 6,781 | 1.0 |
| Total no. | 20,938 | 10,752 | 2.0 |
| **Female** | | | |
| No. of firearm suicides | 2,212 | 286 | 7.9 |
| No. of nonfirearm suicides | 2,599 | 2,478 | 1.1 |
| Total no. | 4,811 | 2,764 | 1.8 |

* The states with the highest rates of gun ownership included here are Wyoming, South Dakota, Alaska, West Virginia, Montana, Arkansas, Mississippi, Idaho, North Dakota, Alabama, Kentucky, Wisconsin, Louisiana, Tennessee, and Utah. The states with the lowest rates of gun ownership included here are Hawaii, Massachusetts, Rhode Island, New Jersey, Connecticut, and New York. Data on gun ownership are from the 2001 Behavioral Risk Factor Surveillance System. Data on suicides are from the Centers for Disease Control and Prevention Web-Based Injury Statistics Query and Reporting System (WISQARS; www.cdc.gov/ncipc/wisqars).

household guns are stored matters especially for young people — for example, one study found that adolescent suicide was four times as likely in homes with a loaded, unlocked firearm as in homes where guns were stored unloaded and locked.

Many ecologic studies covering multiple regions, states, or cities in the United States have also shown a strong association between rates of household gun ownership and rates of completed suicide — attributable, as found in the case–control studies, to the strong association between gun prevalence and gun suicide, without a counterbalancing association between gun-ownership levels and rates of nongun suicide. We recently examined the relationship between

rates of household gun ownership and suicide in each of the 50 states for the period between 2000 and 2002.[4] We used data on gun ownership from a large telephone survey (of more than 200,000 respondents) and controlled for rates of poverty, urbanization, unemployment, mental illness, and drug and alcohol dependence and abuse. Among men, among women, and in every age group (including children), states with higher rates of household gun ownership had higher rates of firearm suicide and overall suicides. There was no association between firearm-ownership rates and nonfirearm suicides. To illustrate the main findings, we presented data for the 15 states with the highest levels of household gun ownership

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 2008 Massachusetts Medical Society. All rights reserved.

Case 2:14-cv-02626-TLN-DB Document 48-19 Filed 05/26/23 Page 4 of 13

matched with the six states with the lowest levels (using only six so that the populations in both groups of states would be approximately equal). In the table, the findings are updated for 2001 through 2005.

The recent Supreme Court decision may lead to higher rates of gun ownership. Such an outcome would increase the incidence of suicide. Two complementary approaches are available to physicians to help counter this possibility: to try to reduce the number of suicide attempts (e.g., by recognizing and treating mental illness) and to try to reduce the probability that suicide attempts will prove fatal (e.g., by reducing access to lethal means). Many U.S. physicians, from primary care practitioners to psychiatrists, focus exclusive-

ly on the first approach. Yet international experts have concluded that restriction of access to lethal means is one of the few suicide-prevention policies with proven effectiveness.[5]

In our experience, many clinicians who care deeply about pre-

> *Restriction of access to lethal means is one of the few suicide-prevention policies with proven effectiveness.*

venting suicide are unfamiliar with the evidence linking guns to suicide. Too many seem to believe that anyone who is serious enough about suicide to use a gun would find an equally effective means if a gun were not available. This belief is invalid.

Physicians and other health care providers who care for suicidal patients should be able to assess whether people at risk for suicide have access to a firearm or other lethal means and to work with patients and their families to limit access to those

means until suicidal feelings have passed. A Web site of the Harvard Injury Control Research Center can help physicians and others in this effort (www.hsph. harvard.edu/means-matter). Effective suicide prevention should focus not only on a patient's psychological condition but also on the availability of lethal means — which can make the difference between life and death.

No potential conflict of interest relevant to this article was reported.

Dr. Miller is the associate director and Dr. Hemenway the director of the Harvard Injury Control Research Center, Harvard School of Public Health, Boston.

1. Hemenway D. Private guns, public health. Ann Arbor: University of Michigan Press, 2004.
2. Simon OR, Swann AC, Powell KE, Potter LB, Kresnow MJ, O'Carroll PW. Characteristics of impulsive suicide attempts and attempters. Suicide Life Threat Behav 2001; 32:Suppl:49-59.
3. Miller M, Hemenway D. The relationship between firearms and suicide: a review of the literature. Aggress Violent Behav 1999;4:59-75.
4. Miller M, Lippmann SJ, Azrael D, Hemenway D. Household firearm ownership and rates of suicide across the 50 United States. J Trauma 2007;62:1029-35.
5. Mann JJ, Apter A, Bertolote J, et al. Suicide prevention strategies: a systematic review. JAMA 2005;294:2064-74.
Copyright © 2008 Massachusetts Medical Society.

# Drug Warnings That Can Cause Fits — Communicating Risks in a Data-Poor Environment

Jerry Avorn, M.D.

In 2005, after receiving case reports of suicides by patients taking anticonvulsant medications, the Food and Drug Administration (FDA) asked the manufacturers of 11 drugs in this class to report all suicide-related events in the controlled trials they had

conducted over many years. This past January, nearly 3 years later, the agency completed its analysis of these data and announced that it had found a near-doubling of suicidal ideation and behavior among trial subjects randomly assigned to receive these drugs rath-

er than placebo[1] (odds ratio, 1.8; 95% confidence interval [CI], 1.2 to 2.7[2]). For patients in epilepsy studies, the risk was 3.5 times that seen with placebo (95% CI, 1.3 to 12.1). The rate of completed suicides, though higher in the active-drug groups, was too low to per-

The New England Journal of Medicine
Downloaded from nejm.org on February 11, 2015. For personal use only. No other uses without permission.
Copyright © 2008 Massachusetts Medical Society. All rights reserved.

## DECLARATION OF SERVICE BY E-MAIL

Case Name:   **Tracy Rifle and Pistol LLC, et al. v. Kamala D. Harris, et al.**
No.:         **2:14-cv-02626-TLN-KJN (TEMP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is: 2550 Mariposa Mall, Room 5090, Fresno, CA  93721.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for E-mail.

On July 26, 2016, I served the attached **EXPERT WITNESS REPORT OF PROFESSOR J. JOHN MANN** by transmitting a true copy via electronic mail.

Bradley Benbrook                        EUGENE VOLOKH
Stephen Duvernay                        UCLA School of Law
Benbrook Law Group, PC                  405 Hilgard Ave.
400 Capitol Mall, Suite 1610            Los Angeles, CA  90095
Sacramento, CA  95814-2248              **E-mail Address**:  volokh@law.ucla.edu
**E-mail Address**:
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 26, 2016, at Fresno, California.

|                                        |                                        |
| -------------------------------------- | -------------------------------------- |
| Nelson R. Richards                     | /s/ Nelson R. Richards                 |
| Declarant                              | Signature                              |

SA2014119177 / 95188601