CERTIFICATE OF SERVICE

Case No.: 2:14-cv-02626-TLN-KJN

I hereby certify that on August 15, 2016 I electronically filed the following documents with the United States District Court, Eastern District of California by using the CM/ECF system:

**-EXPERT WITNESS REPORT OF PROFESSOR GARY KLECK**
**-EXHIBITS TO KLECK REPORT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ <u>Kelly Rosenbery</u>
