BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgrou.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA  90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; and STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 2:14-cv-02626-TLN-KJN<br><br>**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES**<br><br>Fed. Rules Civ. Proc. 26(a)(2)(D)(ii)<br><br>Judge:  Hon. Troy L. Nunley<br>Trial Date:  Feb. 6, 2017<br>Action Filed:  Nov. 10, 2014 |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's October 19, 2015 Scheduling Order, Dkt. No. 37, § V, Plaintiffs Tracy Rifle and Pistol LLC, Michael Baryla, Ten Percent Firearms, Wesley Morris, Sacramento Black Rifle, Inc., Robert Adams, PRK Arms, Inc., Jeffrey Mullen, Imbert & Smithers, Inc., and Alex Rolsky ("Plaintiffs") disclose the identity of the following expert witness who they intend to rely upon at trial.

Name: Gary Kleck, Ph.D., David J. Bordua Professor of Criminology and Criminal Justice at Florida State University.

Address: College of Criminology and Criminal Justice
Florida State University
314B Eppes Hall
112 S. Copeland Street
Tallahassee, FL 32306-1273

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii), Dr. Kleck will express opinions in rebuttal to the two expert witnesses disclosed in Defendants' Expert Witness Disclosure filed July 26, 2016, Dkt. No. 43. Dr. Kleck's expert witness report is being filed concurrently with this disclosure.

Dated: August 15, 2016

BENBROOK LAW GROUP, PC

By s/Stephen M. Duvernay
STEPHEN M. DUVERNAY
Attorneys for Plaintiffs