IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,** | 2:14-cv-02626-TLN-DB |
| Plaintiffs, | |
| v. | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of California, et al.,** | |
| Defendants. | |

Upon Consideration of the Parties' Joint Application to Modify the October 16, 2015 pretrial scheduling order, ECF No. 37, as modified by this Court's March 7, 2016 Order, ECF No. 41, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The October 20, 2016 dispositive motion hearing deadline in Paragraph VI shall be moved to: **January 12, 2017**;
    a. Motions and supporting materials shall be filed on or before December 5, 2016;
    b. Oppositions shall be filed on or before December 19, 2016;
    c. Replies shall be filed on or before January 5, 2017.
2. The December 8, 2016 Final Pretrial Conference in Paragraph VII shall be moved to: **March 23, 2017, at 2:00 p.m.**; and
3. The February 6, 2016 trial date Paragraph X shall be moved to: **May 30, 2017, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: September 19, 2016

_____
Troy L. Nunley
United States District Judge

Order Modifying Scheduling Order (2:14-cv-02626-TLN-DADA)