BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; and STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 2:14-cv-02626-TLN-DB<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: January 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Troy L. Nunley<br><br>Action filed Nov. 10, 2014 |

Pursuant to Federal Rule of Civil Procedure 56(c)(1) and Local Rule 260(a), Plaintiffs Tracy Rifle and Pistol LLC, Michael Baryla, Ten Percent Firearms, Wesley Morris, Sacramento Black Rifle, Inc., Robert Adams, PRK Arms, Inc., Jeffrey Mullen, Imbert & Smithers, Inc., and Alex Rolsky submit the following Statement of Undisputed Facts in support of their Motion for Summary Judgment.

| | **Undisputed Facts** | **Supporting Evidence** |
|---|---|---|
| 1 | California Penal Code section 26820 provides: "No handgun or imitation handgun, or placard advertising the sale or other transfer thereof, shall be displayed in any part of the premises where it can readily be seen from the outside." | Cal. Penal Code § 26820. |
| 2 | The California Department of Justice, Bureau of Firearms has restricted Plaintiffs' efforts to engage in truthful, nonmisleading on-site handgun advertising that is visible from the outside of their dealerships. | ECF No. 9, Declaration of Michael Baryla ISO Mot. for Preliminary Injunction ("Baryla Decl."), ¶¶ 4–5. ECF No. 6, Declaration of Wesley Morris ISO Mot. for Preliminary Injunction ("Morris Decl."), ¶ 4. Declaration of Alex Rolsky ISO Summary Judgment ("Rolsky Decl."), ¶¶ 3–4. |
| 3 | Each Plaintiff wants to display truthful, nonmisleading on-site handgun advertising that is visible from the outside of their dealerships, and would do so, but for § 26820 and the threat of forfeiting their dealer's | Baryla Decl., ¶ 6. Morris Decl., ¶ 5. Rolsky Decl., ¶ 5. ECF No. 10, Declaration of |

| licenses. | Robert Adams ISO Mot. for Preliminary Injunction, ¶ 3. ECF No. 7, Declaration of Jeffrey Mullen ISO Mot. for Preliminary Injunction, ¶¶ 3-4. |
|---|---|

Dated: December 5, 2016

BENBROOK LAW GROUP, PC

By s/Stephen M. Duvernay
    STEPHEN M. DUVERNAY
    Attorneys for Plaintiffs

STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
-2-