BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH (SBN 194464)
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
Facsimile: (310) 206-7010
volokh@law.ucla.edu

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC; MICHAEL BARYLA; TEN PERCENT FIREARMS; WESLEY MORRIS; SACRAMENTO BLACK RIFLE, INC.; ROBERT ADAMS; PRK ARMS, INC.; JEFFREY MULLEN; IMBERT & SMITHERS, INC.; and ALEX ROLSKY,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California; and STEPHEN J. LINDLEY, in his official capacity as Chief of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 2:14-cv-02626-TLN-DB<br><br>DECLARATION OF ALEX ROLSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: January 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Troy L. Nunley<br><br>Action filed Nov. 10, 2014 |

DECL. OF ALEX ROLSKY ISO MOTION FOR SUMMARY JUDGMENT

I, Alex Rolsky, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the proprietor of Imbert & Smithers, a firearms dealership in San Carlos, California. Imbert & Smithers is listed as a firearms dealer in the California Department of Justice's Centralized List of Firearms Dealers, and I am the individual licensee associated with the dealership.

3. On January 28, 2015, the DOJ Bureau of Firearms inspected Imbert & Smithers. At the time of the inspection, the building's exterior displayed a sign featuring the dealership's logo, which incorporates the outline of a single-action revolver. A picture depicting the dealership's logo as it appeared on the date of the inspection is attached as Exhibit 1.

4. The Bureau of Firearms issued a "Notification of Inspection Findings" citing Imbert & Smithers and Rolsky for violating Section 26820, and requiring them to take corrective action by July 28, 2015.

5. By demanding that Imbert & Smithers remove or modify the sign, our First Amendment rights have been directly infringed by the enforcement of the handgun advertising ban, and our speech continues to be chilled by the statute. But for Section 26820, I would continue to display the dealership's logo, and would display additional truthful, nonmisleading material advertising the sale of handguns at the dealership.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 29, 2016 in California.

_____
ALEX ROLSKY

