# EXHIBIT 1
# Intentionally Omitted