# EXHIBIT 6

# NEW FIREARMS LAW EFFECTIVE ON AUGUST 7

### Existing Licenses Inoperative After Dec. 31, 1924; Uniform System

### IS AIMED AT LAWLESS

### Possible Unconstitutionality of Clause Provided for in Drafting

Stringent regulations against carrying concealed firearms or explosives, and prohibition against possession of other deadly weapons become effective on August 7, under the Hawes bill signed by Governor Richardson.

The new measure will install a uniform licensing system for carrying concealed weapons. Licenses now in existence will become inoperative December 31, 1924.

#### O. K. URGED

Aimed at disarming the lawless, the bill provides exemptions and exceptions to preserve the rights of those using firearms for competition or hunting or for protection in outing trips. It was largely on the recommendation of R. T. McKissick, president of the Sacramento Rifle and Revolver Club, that Governor Richardson approved the measure.

McKissick classes it as a measure that introduces "an element of sanity into firearms legislation, so as to provide adequate punishments upon an increasing scale for the habitual gunman and, at the same time, permit law-abiding citizens to continue to own firearms for home defense and other legitimate uses."

#### BILLS SIMILAR

The bill, according to McKissick follows almost literally one offered in the United States Senate by Senator Capper and advocated by associations interested in the manufacture, sale and legitimate use of pistols and revolvers, as a model for a uniform bill to be introduced in each State. "It is frankly," he says, "an effort upon the part of those who know something about firearms to forestall the flood of fanatical legislation intended to deprive all citizens of the United States of the right to own and use, for legitimate purposes, firearms capable of being concealed upon the person."

The new measures change existing law by making the carrying of barred weapons such as blackjacks, a felony instead of a misdemeanor. The provision against carrying explosive also is new.

#### ACT EXPLAINED

Possible unconstitutionality of the provision against possession of weapons by non-naturalized residents was admitted in McKissick's letter to the Governor urging signing of the bill, but he pointed out that if this clause should be held invalid the rest of the act will not be affected and that if it can be sustained that it will have a "salutary effect in checking tong wars among the Chinese and vendettas among our people who are of Latin descent."

The provision for additional sentences where weapons are used in committing a felony is one with a sliding scale. The first time the added penalty is from five to ten years, the second from ten to fifteen; the third from 15 to 25 years, and only on the fourth offense it is possible to add more than 25 years to the sentence imposed for the crime itself.

# French Colony Celebrates Fall of the Bastile



Mayor Rolph    Cyril H. Onne, British Vice-Consul    George I. J. Marsity,    Julien Neltner,    Ujiro Oyama,
D. M. Stanoyevitch, Serbian Consul    Acting Consul-General for Belgium    Consul-General of France    Consul-General of Japan
Leon L. Rey, Chairman of Day

# MAJ. KENDRICK STIRS FRENCH TO CHEERING

### Legion Leader Supports Ruhr Invasion to Collect Reparations From Germany

Thousands of members of the city's French colony and their friends met yesterday afternoon at Dreamland Auditorium to celebrate the 134th anniversary of the Fall of the Bastile. When Major Charles H. Kendrick, former national vice-commander of the American Legion and an officer of the Legion of Honor, declared that the United States stood solidly back of the French nation in its present course to get reparations and restitution from Germany, the throngs stood up and cheered.

The occasion was marked by the presence of the consuls of foreign nations and Mayor Rolph, who sat on the platform during the speeches. Songs and entertainment features. Julien Neltner, consul-general of France, was an impressive figure in his full dress uniform which glittered with medals. His speech, which was delivered in French, rang with the love of country. He read messages of greeting from President Poincare and from King Albert of the Belgians.

Major Kendrick, in his speech upholding France in her present actions, said:

"Restitution and reparation must be made by Germany. In spite of all that you may have heard and read, be assured that America stands solidly behind the French nation in its hour when it is trying to get restitution and reparation."

Other speakers emphasized the



Miss Constance Moncla

The consuls of many nations and Mayor Rolph are seen as guests of honor at the French colony's celebration of the Fall of the Bastile, which was given in Dreamland Auditorium yesterday afternoon, attended by thousands of French people and their friends.

Mrs. Lucille Frucot
Charles H. Kendrick
of the American Legion

## Slav Banker Here For Conference

### New S. F. Shipping Line Under Consideration

Establishment of a shipping line between San Francisco and Dubrovnik, principal seaport of Jugoslavia, is being considered by the new shipping commission of Jugoslavia, according to D. F. Andricevich, manager of the American department of the Adriatic Bank of Jugoslavia, who is in San Francisco for a conference with local bankers.

The ancient harbor of Dubrovnik, famous centuries ago as the "Athens of the Jugoslavs," is to be rebuilt and provided with rail connections throughout the world.

## Harding Rejoices With French Nation

WASHINGTON, July 14.—A message from President Harding to President Millerand of France on the occasion of Bastile day was made public today at the State department. The President said:

"My fellow countrymen rejoice with the people and the government of France on this day which consecrates the birth of the French republic. The United States is proud to have long been closely associated with a nation whose love of liberty is historic, and whose sacrifices for the maintenance of that sacred right have been heroic."

# Greatly Reduced Prices
### Urge You to Come and Save!
## Sommer & Kaufmann

**Prin** ... **Sec** ...
Swin...
Detec...
arrest fr...
and Cl...
charges
$50,000 ...
reclamat...
day beg...
who turn...
An inve...
the two
also beg...
addition...
covered.
The h...
Jail at S...
$26,000 ...
City det...
jury ind...
alleged
sales in
The tw
Angeles
Angeles
having b

BIG SL...
PANA...
30,000 c...
in the C...
ping ha...
it is ex...
be remo...