# EXHIBIT 7
# Intentionally Omitted