1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  NELSON R. RICHARDS, State Bar No. 246996
   EMMANUELLE S. SOICHET, State Bar No. 290754
4  Deputy Attorney General
    2550 Mariposa Mall, Room 5090
5   Fresno, CA  93721
    Telephone:  (559) 477-1688
6   Fax:  (559) 445-5106
    E-mail:  Nelson.Richards@doj.ca.gov
7  *Attorneys for Defendants*

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California, et al.,**<br><br>Defendants. | 2:14-cv-02626-TLN-DB<br><br>**JOINT APPLICATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; SUPPORTING DECLARATION OF NELSON RICHARDS; AND [PROPOSED] ORDER**<br><br>Judge:           Hon. Troy L. Nunley<br>Trial Date:    02/06/2017<br>Action Filed: 11/10/2014 |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rule 144, and this Court's standing order, the parties request that the Court modify the October 16, 2015 pretrial scheduling order, ECF No. 37, as modified by this Court's March 7, 2016 Order, ECF No. 41, and September 20, 2016 Order, ECF No. 50, as follows:

- The January 12, 2017 dispositive motion hearing deadline in Paragraph VI be moved to: **February 23, 2017**;
    - Motions and supporting materials were filed on December 5, 2016, ECF Nos. 51-52;
    - Oppositions will be filed on or before **February 2, 2017**;
    - Replies will be filed on or before **February 14, 2017**.
- The March 23, 2017 Final Pretrial Conference in Paragraph VII be moved to: **June 1, 2017, at 2 p.m.**; and
- The May 30, 2017 trial date Paragraph X be moved to: **September 5, 2017**.

There have been two prior requests to modify the scheduling order, *see* ECF Nos. 40 and 49, which this Court granted, ECF Nos. 41 and 50.

The parties agree that good cause exists to modify the scheduling order as outlined above because of a conflict with the current trial date. Trial is estimated to take two or three days. ECF No. 37 at 10. The current trial date of May 30, 2017, falls on a two-day Jewish holiday observed by one of defendants' two experts, Professor J. John Mann. Richards Decl. ¶ 3. Professor Mann is unable to travel or testify during the holiday, making it logistically difficult for him to attend trial. Richards Decl. ¶ 4.

In addition, the parties seek to modify the deadlines to complete briefing on the pending motions for summary judgment. Both parties filed motions on December 5, 2016. ECF Nos. 51 and 52. Given commitments unanticipated at the time the current briefing schedule was set, Richards Decl. ¶ 5, as well as the approaching holidays, defendants' counsel requests more time to file their opposition to plaintiffs' motion. Counsel for plaintiffs does not object to the new briefing schedule. Richards Decl. ¶ 6.

The parties understand that altering the briefing schedule will require a change to the dispositive motion hearing date, which in turn will necessitate moving the final pretrial

conference and trial date. *See* ECF No. 48. Counsel understand that the Court is able hold the final pretrial conference on June 1, 2017, and trial September 5, 2017. *See* Richards Decl. ¶ 7.

Dated:  December 16, 2016                KAMALA D. HARRIS
                                         Attorney General of California


                                         /s/ Nelson Richards
                                         NELSON RICHARDS
                                         DEPUTY ATTORNEY GENERAL
                                         *Attorneys for Defendants*

Dated:  December 16, 2016                BENBROOK LAW GROUP, PC


                                         Steve Duvernay (as authorized on 12/16/2016)
                                         STEPHEN M. DUVERNAY
                                         *Attorney for Plaintiffs*

SA2014119177
95209089.doc

## DECLARATION OF NELSON RICHARDS

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and an attorney in this matter for Defendants Kamala D. Harris, in her official capacity as Attorney General of California, and Stephen J. Lindley, in his official capacity as Chief of the California Department of Justice Bureau of Firearms. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice before the United States District Court for the Eastern District of California. I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify to them.

2. This declaration is made in support of the parties' Joint Application to Modify the Scheduling Order.

3. The current trial date of May 30, 2017, falls on a two-day Jewish holiday observed by one of defendants' two experts, Professor J. John Mann.

4. Professor Mann is unable to travel or testify during the holiday, making it logistically difficult for him to attend trial.

5. Defendant's counsel has commitments that were unanticipated at the time the current briefing schedule was set. These include: oral argument on behalf of amicus curiae in the Third District Court of Appeal on December 12, 2016, in *San Joaquin County Correctional Officers v. County of San Joaquin* (C079413); briefing on a motion for judgment on the pleadings in Sacramento Superior Court that was set for hearing on December 15, 2016, in *CalPERS v. Santa Clara Valley Transportation Authority* (Case No. Case No. 34-2016-00196269); oral argument in the First District Court of Appeal on December 21, 2016, in *Cal Fire Local 2881 v. CalPERS* (A142793); and a confidential and time-sensitive matter with a deadline in early January 2017.

6. I have spoken with Stephen Duvernay, counsel for plaintiffs, who does not object to modifying the briefing schedule as requested in this application.

7. On December 12, 2016, my co-counsel, Emmanuelle Soichet, spoke to the courtroom deputy, who told her that the Court can hear dispositive motions on February 23, 2017; hold the final pretrial conference on June 1, 2017; and hold trial on September 5, 2017. On December 15, Ms. Soichet called the courtroom deputy and confirmed that the February 23 and June 1 dates

were still available.  And on December 16, 2016, she again contacted the courtroom deputy, who confirmed that the September 5, 2017 date was available.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 16, 2016

                                             /s/ Nelson Richards
                                             NELSON R. RICHARDS
                                             Deputy Attorney General