IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,** | 2:14-cv-02626-TLN-DB |
| Plaintiffs, | |
| v. | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of California, et al.,** | |
| Defendants. | |

Upon Consideration of the Parties' Joint Application to Modify the October 16, 2015 pretrial scheduling order, ECF No. 37, as modified by this Court's March 7 and September 20, 2016 Orders, ECF Nos. 41, 50, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The January 12, 2017 dispositive motion hearing deadline in Paragraph VI shall be moved to: **February 23, 2017** (motions were filed on December 5, 2016, ECF Nos. 51-52);

    a. Oppositions shall be filed on or before February 2, 2016;

    b. Replies shall be filed on or before February 14, 2017.

2. The March 23, 2017 Final Pretrial Conference in Paragraph VII shall be moved to: **June 1, 2017**; and

3. The May 30, 2017 trial date Paragraph X shall be moved to: **September 5, 2017, at 9:00 a.m.**

IT IS SO ORDERED.

DATED: December 16, 2016

Troy L. Nunley
United States District Judge

Order Modifying Scheduling Order (2:14-cv-02626-TLN-DADA)