KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
NELSON R. RICHARDS, State Bar No. 246996
EMMANUELLE S. SOICHET, State Bar No. 290754
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone: (559) 477-1688
 Fax: (559) 445-5106
 E-mail: Nelson.Richards@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC et al., | 2:14-cv-02626-TLN-DB |
| Plaintiffs, | |
| v. | **DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | Date: 02/23/2017<br>Time: 2:00 p.m.<br>Judge: Hon. Troy L. Nunley<br>Trial Date: 09/05/2017<br>Action Filed: 11/10/2014 |

Pursuant to Local Rule 260(b), Defendants Xavier Becerra, in his official capacity as Attorney General of California, and Martha Supernor, in her official capacity as the Acting Chief of the California Department of Justice Bureau of Firearms, submit the following Response to Plaintiffs' Statement of Undisputed Facts.

| | **Plaintiffs' Stated Undisputed Fact** | **Defendants' Response** |
|---|---|---|
| 1. | California Penal Code section 26820 provides: "No handgun or imitation handgun, or placard advertising the sale or other transfer thereof, shall be displayed in any part of the premises where it can readily be seen from the outside." | Admit. |
| 2. | The California Department of Justice, Bureau of Firearms has restricted Plaintiffs' efforts to engage in truthful, nonmisleading on-site handgun advertising that is visible from the outside of their dealerships. | Admit that California Department of Justice, Bureau of Firearms has cited certain plaintiffs for violations of California Penal Code section 26820, and would cite other firearms dealers who violate the provision. |
| 3. | Each Plaintiff wants to display truthful, nonmisleading on-site handgun advertising that is visible from the outside of their dealerships, and would do so, but for § 26820 and the threat of forfeiting their dealer's licenses. | Admit. |

Defs.' Resp. to Pls.' Statement of Undisputed Facts in Supp. of Mot. for Summ. J. (2:14-cv-02626-TLN-DB)

| | |
|---|---|
| Dated: February 2, 2017 | Respectfully Submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General |
| | /s/ Nelson Richards<br>NELSON R. RICHARDS<br>EMMANUELLE S. SOICHET<br>Deputy Attorneys General<br>*Attorneys for Defendants* |

SA2014119177
95213085.doc

2

Defs.' Resp. to Pls.' Statement of Undisputed Facts in Supp. of Mot. for Summ. J. (2:14-cv-02626-TLN-DB)