IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,**<br><br>Defendants. | 2:14-cv-02626-TLN-DB<br><br>**ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES** |

Upon Consideration of the Parties' Stipulation re: Extension of Time for Plaintiffs to File a Motion for Attorney's Fees, ECF No. 68, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The deadline for Plaintiffs to file a motion for attorney's fees shall be extended by 45 days. Plaintiffs' motion for attorney's fees shall be filed no later than November 23, 2018.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
Troy L. Nunley
United States District Judge