IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | 2:14-cv-02626-TLN-DB <br><br> **SECOND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES** |

Upon consideration of the Parties' Second Stipulation re: Extension of Time for Plaintiffs to File a Motion for Attorney's Fees, ECF No. 70, and good cause appearing, IT IS HEREBY ORDERED THAT:

The deadline for Plaintiffs to file a motion for attorney's fees shall be extended by an additional 45 days. Plaintiffs motion for attorney's fees shall be filed no later than January 7, 2019.

IT IS SO ORDERED.

Dated: November 14, 2018

_____
Troy L. Nunley
United States District Judge