IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY RIFLE AND PISTOL LLC et al.,** | 2:14-cv-02626-TLN-DB |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE A MOTION FOR ATTORNEY'S FEES** |
| **XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,** | |
| Defendants. | |

Upon Consideration of the Parties' Stipulation re: Extension of Time for Plaintiffs to File a Motion for Attorney's Fees, ECF No. 72, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The deadline for Plaintiffs to file a motion for attorney's fees shall be extended by an additional 60 days. Plaintiffs' motion for attorney's fees shall be filed no later than March 8, 2019.

IT IS SO ORDERED.

Dated: January 2, 2019

						  _____
						  Troy L. Nunley
						  United States District Judge